**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
OFFICE OF THE CLERK**
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Nwamaka Anowi　　　　　　　　　　　　　　　　　　　　　　　　　　　　Telephone
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　804-916-2700

September 30, 2024

_____

RECISSION OF TRANSCRIPT
ORDER ACKNOWLEDGMENT

_____

No. 24-1886,　<u>Kimberly Lafave v. The County of Fairfax, Virginia</u>
　　　　　　　1:23-cv-01605-WBP

　　The deadline for filing of transcript by **Rebecca Stonestreet** is rescinded pending further order of the court.

　　　　　　　　　　　　　　　　　　　　　　　NWAMAKA ANOWI, CLERK