No. 24-1886

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

KIMBERLY Y. LAFAVE, et al.,

*Plaintiffs-Appellants*

v.

THE COUNTY OF FAIRFAX, VIRGINIA, and KEVIN DAVIS,
in his Official Capacity as Chief of Police,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Eastern District of Virginia

**DEFENDANTS-APPELLEES' RESPONSE TO PLAINTIFFS-APPELLANTS' DOCKETING STATEMENT**

Pursuant to Fourth Circuit Local Rule 3(b), defendants-appellees the County of Fairfax, Virginia and Kevin Davis (collectively, the "County") respectfully submit this response to the docketing statement filed by plaintiffs-appellants Kimberly Y. LaFave, Glenn M. Taubman, and Robert Holzhauer ("Plaintiffs"). *See* Dkt. 14.

The County understands that the purpose of the docketing statement is to assist the Clerk in case management, not to litigate the merits of the appeal. *See* Local Rule 3(b). As regards the majority of Plaintiffs' docketing statement, while

the County does not agree with every aspect of Plaintiffs' responses, those responses are adequate to assist in case management, and the County will not burden the Court with counter-points.

Plaintiffs' non-binding statement of the issues, however, contains an inaccurate quotation of Fairfax County Code § 6-2-1(A)(4), part of the ordinance at issue in this case. Specifically, Plaintiffs misquote that provision as restricting firearms in "any public street, road, alley, or sidewalk or public right-of-way or any other place of whatever nature that is open to the public and is being used by or is adjacent to *a permitted event* or an event that would otherwise require *a permit*." Dkt. 14 at 3 (emphasis added). In fact, § 6-2-1(A)(4) applies to "any public street, road, alley, or sidewalk or public right-of-way or any other place of whatever nature that is open to the public and is being used by or is adjacent to *a County-permitted event* or an event that would otherwise require *a County permit*." § 6-2-1(A)(4) (emphasis added).

The County also notes that Plaintiffs' statement that a transcript has not been filed in the district court is incorrect. All transcripts in this case have already been prepared and are filed on the district court docket. *See* No. 1:23-cv-01605, Dkt. 38, 67 (E.D. Va.); *see also* Dkt. 18 (noting that a transcript of the June 7, 2024 summary judgment hearing was "previously prepared in District Court").

The County notes these issues without conceding or acquiescing in any other response in Plaintiffs' docketing statement.

| | |
|---|---|
| October 7, 2024 | Respectfully submitted, |
| | /s/ Janet Carter |
| Elizabeth D. Teare, VSB No. 31809 | Janet Carter |
| Daniel Robinson, VSB No. 78985 | William J. Taylor, Jr. |
| John W. Burton, VSB No. 42223 | Priyanka Gupta Sen |
| Office of the County Attorney | Erik P. Fredericksen |
| 12000 Government Center Parkway, Ste 549 | Everytown Law |
| Fairfax, VA 22035 | 450 Lexington Avenue, P.O. Box 4184 |
| | New York, NY 10163 |
| | Telephone: (646) 324-8174 |
| Douglas R. Kay, VSB No. 35468 | jcarter@everytown.org |
| Thomas W. Repczynski, VSB No. 39967 | Sana S. Mesiya |
| Anders T. Sleight, VSB No. 84458 | Everytown Law |
| Offit Kurman, P.C. | P.O. Box 14780 |
| 8000 Towers Crescent Drive, Ste 1400 | Washington, DC 20044 |
| Tysons Corner, VA 22182 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2024, I filed the foregoing with the Clerk of the Court for the U.S. Court of Appeals for the Fourth Circuit using the CM/ECF system, which will send notice of filing to all counsel of record.

October 7, 2024

Respectfully submitted,

/s/ Janet Carter
Janet Carter