No. 24-1886

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

KIMBERLY LaFAVE, ET AL.,

*Plaintiffs-Appellants*,

v.

THE COUNTY OF FAIRFAX, VIRGINIA, AND KEVIN DAVIS, IN HIS OFFICIAL CAPACITY AS CHIEF OF POLICE,

*Defendants-Appellees.*

On Appeal from the United States District Court
for the Eastern District of Virginia
(No. 1:23-cv-01605) (Hon. William B. Porter)

## ADDENDUM OF DEFENDANTS-APPELLEES

Elizabeth D. Teare
Daniel Robinson
John W. Burton
Office of the County Attorney
12000 Government Center
   Parkway, Ste 549
Fairfax, VA 22035

Douglas R. Kay
Thomas W. Repczynski
Anders T. Sleight
Offit Kurman, P.C.
8000 Towers Crescent Drive,
   Ste 1400
Tysons Corner, VA 22182

Janet Carter
William J. Taylor, Jr.
Priyanka Gupta Sen
Erik P. Fredericksen
Everytown Law
450 Lexington Avenue,
   P.O. Box 4184
New York, NY 10163
Telephone: (646) 324-8174
jcarter@everytown.org

Sana S. Mesiya
Everytown Law
P.O. Box 14780
Washington, DC 20044

# TABLE OF CONTENTS FOR ADDENDUM OF HISTORICAL PARKS RESTRICTIONS

| Exhibit No. | Citation | Page No. |
|---|---|---|
| 5A | *Proceedings of the Common Council of the City of Chicago* 342 (1869) | A1 |
| 7A | Park Ordinances, *The Buffalo Commercial* (May 21, 1873) | A5 |
| 16A | *Park Regulations*, The Wilmingtonian (Oct. 15, 1887) | A9 |
| 22A | *Park Commissioners' Ordinance, No. 1*, Los Angeles Evening Express (Mar. 25, 1891) | A12 |
| 28A | *Rules and Regulations for the Management, Protection, and Control of the Parks, Park Entrances, and Park Driveways of the City of Cleveland*, The Cleveland Leader (July 3, 1893) | A16 |
| 35A | *Commonwealth of Massachusetts. Metropolitan Park Commission. Rules and Regulations for the Government and Use of the Revere Beach Reservation*, The Daily Item (May 19, 1896) | A20 |
| 36A | *Regulations for the Fells*, Boston Evening Transcript (May 5, 1897) | A24 |
| 38A | *City Council Proceedings*, Parsons Evening Globe (July 25, 1893) | A28 |
| 40A | *Commonwealth of Massachusetts. Metropolitan Park Commission. Rules and Regulations for the Government and Use of Parkways and Boundary Roads*, The Daily Item (Aug. 10, 1899) | A32 |
| 40B | *City Document No. 12. Inaugural Address of the Mayor, City Government of 1901, Together with the Annual Reports of the Officers of the City of Quincy, Massachusetts for the Year 1900*, at 325 (1901) (By-laws, Rule 1) (1900 law) | A36 |
| 40C | *Official Council Proceedings: General Ordinance No. 161*, The Fort Wayne Evening Sentinel (Oct. 24, 1901) | A41 |
| 43A | *Ordinance No. 126*, Bridgeton Pioneer (May 7, 1903) | A45 |
| 43B | *Commonwealth of Massachusetts, Metropolitan Park Commission. Rules and Regulations for the Government and Use of the King's Beach Reservation*, The Daily Item (July 13, 1903) | A49 |
| 44A | *Commonwealth of Massachusetts, Metropolitan Park Commission. Rules and Regulations for the Government and Use of the Lynn Shore Reservation*, The Daily Item (July 20, 1903) | A53 |
| 47B | *Campers May Enjoy Life in the Big Basin*, Santa Cruz Sentinel (July 15, 1904) | A57 |
| 48A | *An Ordinance*, Muncie Evening Press (Jul. 7, 1904) | A61 |

| 50A | *Ordinance No. 649*, The Winfield Daily Free Press (Jan. 20, 1904) | A65 |
|---|---|---|
| 53A | *Strict Law Applies to Birmingham Parks*, Birmingham Post-Herald (Aug. 20, 1906) | A69 |
| 60C | *Rules and Regulations of the Wilkes-Barre Park Commission*, The Times Leader (July 12, 1907) | A73 |
| 60D | *Legal Notice: Ordinance No. 7*, Grand Forks Herald (Sep. 21, 1908) | A77 |
| 60E | *Park Rules Are Adopted By Board*, The La Crosse Tribune (June 12, 1909) | A81 |
| 64B | *Commonwealth of Massachusetts*, Boston Evening Transcript (July 18, 1910) | A85 |
| 67B | *Untitled Article*, The Gleaner (Jan. 18, 1911) (Henderson, KY) | A89 |
| 67C | *Revised Ordinances of the City of Sioux City* 193, 195 (1922) (1911 law) | A92 |
| 67D | *Ordinance No. 172*, Daily Sun-News (Aug. 17, 1911) (Sunnyside, WA) | A99 |
| 69B | *Check Your Weapons*, The Atchison Daily Globe (Nov. 14, 1913) | A103 |
| 71B | *Annual Report for the Year 1915, Metropolitan Park District of Tacoma* 82 (1915) | A106 |
| 71C | *City Official Advertising. Ordinance No. B-36*, The Long Beach Daily Telegram (Aug. 28, 1915) | A110 |
| 71D | *Council Makes Rules for Park Regulation of Roanoke Parks*, The Roanoke Times (May 7, 1915) | A114 |
| 72A | *Legal Notices. General Ordinance No. 1639*, The St. Joseph Gazette (May 30, 1916) | A118 |
| 76A | *Ordinance No. 130*, Ferndale Enterprise (June 10, 1921) | A122 |
| 76B | *Ordinance No. 89*, The Reedley Exponent (Jun. 24, 1921) | A126 |
| 78B | *Proceedings of the Common Council, Held in the Council Chamber, Tuesday, Feb. 14, 1922. General Ordinance No. 1068*, The Fort Wayne Journal Gazette (Feb. 18, 1922) | A130 |
| 78C | *Legal Notice. Ordinance No. 203*, The Fresno Morning Republican (Feb. 11, 1922) | A136 |
| 78D | *Ordinance No. 133*, Sanger Herald (Sep. 13, 1923) | A140 |
| 78E | *Twelve Ordinances Adopted Sept. 11, 1923*, The Shreveport Journal (Sep. 14, 1923) | A144 |
| 78F | *Ordinance No. 714*, The Bastrop Daily Enterprise (Oct. 5, 1927) | A148 |
| n/a | Table of Historical Parks Restrictions | A152 |

EX. 5A

# PROCEEDINGS

OF THE

# COMMON COUNCIL

OF THE

# CITY OF CHICAGO

FOR THE

## Municipal Year 1868,

BEING FROM

## MAY 4TH, 1868, TO DECEMBER 6TH, 1869.

CHICAGO:

REPUBLICAN COMPANY, NO. 93 WASHINGTON STREET.

1870.

# 342

Sec. 3. This ordinance shall be in full force and effect from and after its passage and due publication.

Also,

An engrossed order in relation to purchase of Leffingwell Gas-saving Governor.

Ald. Rafferty moved to amend the order by making expense payable from Gas-light fund.

The motion prevailed.

Ald. Rafferty moved that the order as amended be passed.

The motion prevailed by the following vote:

*Ayes*—Cox, Donnellan, Wicker, Hahn, McRoy, Sheridan, Walsh, Keeley, Macalister, Hildreth, Rafferty, Carpenter, Salisbury, B. F. Russell, Casselman, Beebe, Schmidt, Schintz, Berger, Herting, Mansur, Kehoe—22.

*Noes*—Comiskey, Woodard, Holden, S. I. Russell —4.

The following is the order as passed:

*Ordered*, That the Board of Public Works be directed to procure of A. Parsons & Co. a sufficient number of Leffingwell's Patent Gas-saving Governors, and cause the same to be attached to all the gas meters in use by the city, to be paid from Gaslight Fund.

Ald. Rafferty moved that the council do now adjourn.

Ald. Holden demanded the ayes and noes, and the motion was lost by the following vote:

*Ayes*—Walsh, Comiskey, Rafferty, Beebe, Schmidt, Schintz, Herting, Mansur—8.

*Noes*—Cox, Donnellan, Wicker, Hahn, McRoy, Sheridan, Keeley, Macalister, Hildreth, Carpenter, Woodard, Salisbury, Holden, S. I. Russell, B. F. Russell, Casselman, Berger, Kehoe—18.

## UNFINISHED BUSINESS.

Report of the Board of Public Works on the order of council to rebuild and replace draw-bridge over Healey slough, was, on motion of Ald. Sheridan, Referred to Committee on Harbor and Bridges.

Report of Committee on Wharves and Public Grounds on ordinance for government of parks in city of Chicago.

Ald. S. I. Russell moved that the ordinance be passed.

The motion prevailed by the following vote:

*Ayes*—Cox, Wicker, Hahn, McRoy, Sheridan, Keeley, Macalister, Hildreth, Rafferty, Carpenter, Salisbury, Holden, S. I. Russell, Casselman, Beebe, Schmidt, Schintz, Berger, Herting, Mansur, Kehoe —21.

*Noes*—Donnellan, Walsh, Comiskey, Woodard, B. F. Russell—5.

The following is the ordinance as passed:

ORDINANCE for the government and regulation of the public parks and squares of the city of Chicago.

*Be it ordained by the Common Council of the City of Chicago:*

SECTION 1. No person shall enter or leave any of the public parks of the city of Chicago, except by their gateways.

SEC. 2. No person shall climb or walk upon their walls or fences.

SEC. 3. Neither cattle, horses, goats, swine or other animals, except as herein provided, shall be turned into any one of the said parks by any person.

SEC. 4. All persons are forbidden to carry firearms or to throw stones or other missiles within any one of the said public parks.

SEC. 5. All persons are forbidden to cut, break, or in any way injure or deface the trees, shrubs, plants, turf, or any of the buildings, fences, bridges, or other construction or property within or upon any of the said parks.

SEC. 6. No person shall converse with, or in any way hinder, those engaged in their construction.

SEC. 7. No animal shall travel on any part of either of the said parks at a rate exceeding six miles per hour.

SEC. 8. No vehicle, or horse, or other animal shall be permitted on the foot walks, the same being devoted exclusively to pedestrians; nor shall any vehicle, horse, or animal of burden go upon any part of either of the parks, except upon the carriage drives, and upon such places as are appropriated for carriages at rest.

SEC. 9. No animal or vehicle shall be permitted to stand upon the drives or carriage roads of any of the public parks of the city, or any part thereof, to the obstruction of the way, or to the inconvenience of travel, nor shall any person solicit passengers within either of said parks.

SEC. 10. No hackney coach, carriage, or other vehicle, for hire, shall stand upon any part of either of the parks of the city of Chicago for the purpose of taking in any other passengers, or persons, than those carried to the park by said coach, carriage or vehicle.

SEC. 11. No person shall expose any article or thing for sale upon any of said parks, except such person shall have been previously licensed by the Board of Public Works, nor shall any hawking or peddling be allowed thereon.

SEC. 12. No omnibus or wagon, with or without passengers, nor any cart, dray, wagon, truck, or other vehicle carrying goods, merchandise, manure, soil or other articles, or solely used for the carriage of goods, merchandise, manure, or other articles, shall be allowed to enter any part of either of the said parks. This, however, does not apply to vehicles engaged in the construction of such parks, nor private family wagons.

SEC. 13. No threatening, abusive, insulting, or indecent language shall be allowed therein whereby a breach of the peace may be occasioned.

SEC. 14. No person shall be allowed to tell fortunes, or play at any game of chance at or with any table or instrument of gaming, nor to do therein any obscene or indecent act.

SEC. 15. In case of an emergency, where life or property are endangered, all persons, if required so to do by the Superintendent or any of his assistants, shall remove from the portion of either of said parks specified by the Superintendent or his assistants, and remain off the same till permission is given to return.

SEC. 16. Lincoln Park and Union Park shall be open daily to the public during the months of December, January and February, from 7 o'clock in the morning until 11 o'clock in the evening; during the months of March, April, May, October and November, from 6 o'clock in the morning until 10 o'clock in the evening, and during the months of June, July, August and September, from 5 o'clock in the morning until 11 o'clock in the evening.

SEC. 17. The Superintendent may, for cause, direct that any of the entrances to either of the said parks be closed at any time, and may, on special occasions, also direct that any of said parks, or any portion thereof, remain open at other times than those above specified.

SEC. 18. No person other than employes in the park shall enter or remain in it except when it is open as above specified.

SEC. 19. No person other than employes shall bring upon any of the public parks, any tree, shrub, or plant, nor any newly plucked branch, or portion of a tree, shrub, or plant.

SEC. 20. No person shall bathe or fish in, or go, or send, or ride any animal into any of the waters of either of the said public parks, or waters of Lake Michigan in front of any of said parks, nor disturb any of the fish, water-fowl, or other birds in any of said parks, or any deer, sheep, or other animal belonging to and preserved therein, nor throw, or place any article or thing in the waters within either of said parks.

SEC. 21. No person shall fire, discharge or set off in any of said public parks any rocket, cracker, torpedo, squib, balloon, snake, chaser or doubleheader, nor any fireworks or thing under any other name, composed of the same or similar material, or of the same or similar character as the fireworks above specified.

SEC. 22. No person shall place or propel any invalid chairs or perambulators upon any portion of said parks except upon the walks.

Sec. 23. No person shall post or otherwise affix any bills, notice or other paper, upon any structure or thing within either of said parks, nor upon any of the gates or inclosures thereof.

Sec. 24. No person shall, without the consent of the Board of Public Works, play upon any musical instrument nor shall any person take into, or carry or display in the said public parks, any flag, banner, target or transparency.

Sec. 25. No military or target company, civic or other, shall be permitted to parade, drill or perform therein, any military or other evolutions or movements.

Sec. 26. No fire engine, hook and ladder truck, hose cart, or other machine on wheels commonly used for the extinguishing of fires, shall be allowed on any part of said parks, without the previous consent of the Board of Public Works.

Sec. 27. No funeral procession or hearse or other vehicle carrying the body of a deceased person shall be allowed upon any part of a public park.

Sec. 28. No person other than employes shall light, make or use any fire thereon.

Sec. 29. No person on foot shall go upon the grass, lawn or turf of the parks, except when and where the word "common" is posted, by order of the Board of Public Works, indicating that persons are at liberty at that time and place to go on the grass.

Sec. 30. The foregoing sections, so far as applicable, shall apply to all the public squares of the city of Chicago.

Sec. 31. Any person who shall violate any or either of the provisions of this ordinance, or any section, or clause, or any provision of any section thereof, or who shall neglect or fail or refuse to comply with any or either the requirements thereof, shall, on conviction, pay a fine of not less than five dollars, nor more than one hundred dollars.

Remonstrance of Managers of Washingtonian Home against any reduction of its receipts from the city, was, on motion of Ald. Comiskey,
Placed on file.

Report of Committee on Finance on resolution of Ald. Dixon in relation to assessment for market on B, 90 South Side Addition, was, on motion of Ald. Wicker,
Laid on the table temporarily.

### REPORTS OF STANDING COMMITTEES.

Ald. Holden, of Committee on Finance, to whom was referred the petition of Mary Ryan for compensation for loss on contract for sewers, submitted a report adverse to the prayer of the petition.
Ald. Wicker moved to concur in the report.
The motion prevailed.

Ald. Beebe moved that the council do now adjourn, and demanded the ayes and noes.
The motion was lost by the following vote:
*Ayes*—Walsh, Macalister, Comiskey, Rafferty, Casselman, Beebe, Schmidt, Schintz, Berger, Herting, Mansur, Kehoe—12.
*Noes*—Cox, Donnellan, Wicker, Hahn, McRoy. Sheridan, Keeley, Hildreth, Carpenter, Woodard, Salisbury, Holden, S. I. Russell, B. F, Russell—14.

Ald. Holden, of same committee, to whom was referred the petition of John Kennedy for compensation for loss of a horse, submitted a report adverse to the prayer of the petition.
Ald. Wicker moved to concur in the report.
The motion prevailed.

#### Also,

Of same committee, to whom was referred the petition of Peter Mahr for compensation for personal injuries, submitted a report recommending that he be paid $40 in full for settlement of his claim.
Ald. Rafferty moved to refer to the Clerk for engrossment.
The motion prevailed.

#### Also,

Of same Committee, to whom was referred the communication from the Board of Education, asking for a sum of money in excess of the appropriation for school purposes, submitted a report adverse to the prayer of the communication.
Ald. Woodard moved that the report be laid over and published.
The motion prevailed.
The following is the report:

### REPORT OF COMMITTEE.

Your Committee on Finance, to whom was referred the communication from the Board of Education, requesting the council to pass an order authorizing the Comptroller to pay the further sum of $10,000, the same being in excess of the appropriation, which was $40,000, to pay balance due on heating the Holden, Hughes, Clark, Carpenter and Franklin school buildings, having had the same under advisement, beg leave to report that your committee being doubtful as to the power of the council in complying with the action of the Board of Education, referred to the City Charter, chapter 5, section 34, and find the following: "Neither the Common Council nor any department or office of the city shall add to the city expenditures in any one year anything over and above the amount provided for in the annual appropriation bill of that year." This language seems to cover all and to deny this council with the right to make the order as requested. We report adverse to the same.          Chas. C. P. Holden,
                        Theodore Schintz,
                        C. G. Wicker,
                        Committee on Finance.

#### Also,

Of same committee, to whom was referred the petition of the Board of Health for an additional appropriation of $22,000, submitted a report recommending that the amount asked for be appropriated,
Ald. Comiskey moved that the report be laid over and published.
The motion prevailed.

The following is the report:

### REPORT OF COMMITTEE.

To the Mayor and Aldermen of the city of Chicago in Common Council assembled:
Your Committee on Finance, to whom was referred petition from the Board of Health, asking the council for the additional sum of $23,000 to carry them through this municipal year, having had the same under advisement, beg leave to report
That your committee have fully investigated the subject matter under consideration, and believe that the request made by the board to be a reasonable one, and as the amount called for at this time added to that appropriated in the appropriation bill for 1868 will still fall short of the amount recommended by your committee in the appropriation bill for the expenses of this department for the municipal year 1868, your committee would recommend the passage of the following preamble and resolution.
                        Chas. G. Wicker,
                        Charles C. P. Holden,
                        Theodore Schintz,
                        Committee on Finance.
The following is the resolution:
Whereas, It has been represented by the Board of Health of the city of Chicago, that the annual appropriation for the year 1868, for sanitary and other purposes, by law devolved on the said board has already been exhausted, and whereas, the said board deem it necessary for the preservation of the health of said city, the prevention of the spread of contagious diseases, and to discharge the accruing indebtedness arising from the present scavenger contracts, that at least the sum of $23,000 will be necessary to economically carry them through the

# EX. 7A

Newspapers
by ancestry

https://www.newspapers.com/image/264469933/

The Buffalo Commercial (Buffalo, New York) · Wed, May 21, 1873 · Page 4

Downloaded on Nov 18, 2024



# PARK ORDINANCES.

THE PARK COMMISSIONERS, AP-
pointed under and by virtue of the Statute
of the State of New York entitled "An Act to
authorize the selection and location of certain
grounds for public parks in the city of Buffalo,
and to provide for the maintenance and em-
bellishment thereof," passed April 14th, 1869,
and the acts amendatory thereof, do hereby, in
pursuance of the power conferred by the said
act, make and enact the following Ordinances
for the use, regulation, protection and govern-
ment of the said park or parks, approaches
thereto and streets connecting the same, to wit:

## CHAPTER I.

SECTION 1. All persons are forbidden to carry
firearms, or fire at or shoot any bird or animal,
or throw stones or missiles within the several
parks, approaches thereto or streets connecting
the same.

§ 2. All persons are forbidden to climb, break,
cut down, remove, or in any way to injure or

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers
by ancestry
https://www.newspapers.com/image/264469933/

The Buffalo Commercial (Buffalo, New York) · Wed, May 21, 1873 · Page 4
Downloaded on Nov 18, 2024



City Clerk.

## PARK ORDINANCES.

THE PARK COMMISSIONERS, APpointed under and by virtue of the Statute of the State of New York entitled "An act to authorize the selection and location of certain grounds for public parks in the city of Buffalo, and to provide for the maintenance and embellishment thereof," passed April 14th, 1869, and the amendments thereto, Do hereby, in pursuance of the power conferred by the said act, make and enact the following Ordinances for the regulation, protection and government of the said park or parks, approaches thereto and streets connecting the same, to wit:

### CHAPTER I.

**SECTION 1.** All persons are forbidden to carry firearms, or fire at or shoot any bird or animal, or throw stones or other missiles within the several parks, approaches thereto or streets connecting the same.

### CHAPTER II.

### IN RELATION TO ANIMALS RUNNING AT LARGE.

**SECTION 1.** No quadruped, except those placed in the Park by the Commissioners...

### CHAPTER III.

### OF THE LAKE.

FANCAL P. PRATT, President.
WM. F. ROGERS, Sec'y.

Copyright © 2024 Newspapers.com. All Rights Reserved.



EX. 16A

## Park Regulations.

Following are the regulations passed by the executive committee of the Brandywine Park Commissioners:

1. No person shall ride or drive upon any other part of the park than such roads as may be designated for such purposes.

2. No person shall be permitted to bring led horses within the limits of the park, or turn any horses, cattle, goats, swine, dogs or other animals loose in the park.

3. No person shall indulge in any threatening, abusive, insulting or indecent language in the park.

4. No person shall engage in any gaming or commit any obscene or indecent act in the park.

5. No person shall go in bathing in any of the waters within the park.

6. No person shall throw any dead animal or offensive matter or substance of any kind into the Brandywine, or into any spring, brook or other water, or in any way foul any of the same which may be within the boundaries of the park.

7. No person shall carry fire-arms or shoot birds or animals within the park or throw stones or other missiles therein.

8. No person shall disturb birds or annoy, strike, injure, maim or kill any animal, whether wild or domesticated, within the park.

9 No person shall cut, break or in any way injure or deface any trees, shrubs, plants, turf or rocks, or any buildings, fences, bridges or other structures within the park.

10. No person shall injure, deface or destroy any notices, rules or regulations for the government of the park, posted or in any other matter permanently fixed by order or permission of the Board of Park Commissioners or their officers or employes.

The penalty for violation of regulations Nos. 4 and 9 is a fine of $10 for each offense. For violations of any of the other regulations the penalty is a fine of $5.

# The Wilmingtonian.

VOL. VI.—NO. 300.    WILMINGTON, DEL., SATURDAY, OCTOBER 15, 1887.    PRICE TWO CENTS.



## Gunnison.

Going to Gunnison involves (taking for granted that Denver is the starting point) the pleasant necessity of another ride through never-wearying Platte Cañon and South Park. Huddled close to the bases of the mountains are little towns all along the line. The highest are St. Elmo, Alpine and Hancock.

The train for Gunnison steams out of St. Elmo, and Hancock is soon passed. On a little further and a plunge 'is taken into the blackness of Alpine Tunnel. Think of it! Rolling through the Rockies at a height of 11,523 feet. Above town, above workmen, above everything but snow, that lies in perpetual banks on either side, and may be flying on any day of the year ; and flowers, fragrant and the brightest ever seen, lifting the frosty air with their perfume and seeming to light it with their color. Somewhere along the way the seasons clasp hands, for, though it be summer in the valley, it is not summer here, only for these flowery tokens sweetly defiant of nipping chill.

On the Palisades the train passes between a stupendous natural wall and an awe-ful wall. Be-yord the disclosures of the Quartz Valley is Gunnison's vast expanse, and within over it is the San Juan, where old Colorado pushes can be seen, over one hundred and fifty miles away. Pike's Peak, so-named Jeanette Hot Springs, which possess above the largest valuros and finest natural qualities of any Colorado waters.

Gunnison is a busy little city, of 2,000 souls. Its coal resources would supply the Union, while gold and silver enduite its hills. At the site for business what works ? its future is assured. Already it boasts of gas and water works, and such an hotel as would be first-class in any city. Gunnison is a good place for hunting and fishing par-ties to make a base of supplies.

## Latin in the Schools.

The motion made by Mr. Collins at the last meeting of the Board of education that Latin be withdrawn from the High school cur-riculum and in its place the teaching of German and surveying be substituted is a move-ment in the right direction but at the same time a movement that is conformable to its method. Why should there be any substi-tution for Latin. It is right that that surely be taken from the common school curriculum for it never had any claim there.

It may be too sanct to perpetuate that whatever cause the new building at Eighth and Adam can be gone by it is virtually a common school, supported by common school funds, and any school officer who votes money out of the common school fund for any other purpose than common school be-longs to a common school study.

There may be a question in regard to the closures of higher institutions but it would be only fair to the taxpayers to allow private individuals to pay out of their own pockets for extra study for their children who can have this of their dangl languages, but that so altogether contin the stream mass that is now at our doors and allow persons indivuals to pay out of their own pockets for extra study for Latin.

In speaking as above we do not wish to under-rate the value of the dead languages, but that is altogether outside the present question which is one of what is right and advisable. We might as well talk of the pre-seventeen hundred of Pure Smyth's inves-tigations around Scotch and Edison. Egyp-tology is a valuable science, and we would all be glad to coal the Rose-stone. But the Chaldaic or Accracia has nothing to do nor to do with it more than Latin, with the exact idea of a common school education. There the line should be drawn.

For one officers, Board of Education, and superintendent of schools would only stay there and stop there a great deal of trouble and bickerings would be saved.

What right has anyone to apply public monies to a purpose for which the money was not appropriated ? And yet there is done year after year and nobody says "stop !"

Meanwhile, while the teachers' time is taken up teaching Cæsar, Virgil, diferen-tial calculus, or something next door to it, and thousands of dollars expended in such like, branch studies, hundreds of little children are schoul-less because there is no seating capacity or else no teachers or build-ings where they can sit down and learn their A, b, c.

Now the alphabet must be taught. There is no "must" about Latin or Hebrew, roots or ciphers. That is to say no law requires the list so. Yet it is in the former that our school system is decidod.

What we want peremptorily is good and sufficient common schools, no more and no less, where the common school subjects are taught with thorough: effciency.

We would like to ask the question if ever that is persisted ? or is it just now ?

## Getting Ready for Conversion.

As the time approaches when the times observations of converts ? will be upon us, it will require mos. careful attention to place the ground ready for the great mass of converts. ? Before all the fathers, we should be rejoiced to that the only things we should wish at this time regard the fathers as in the subject of conver-sion, etc. If we to take the place mass of converts ? and to take the place sure bought with thorough efficiency.

## Our Streets and Sidewalks.

Our esteemed contemporary Every Even-ing's copious remarks upon the condition of our streets forms a most valuable contri-bution to that class of statistics which should form the cub center of the municipal authorities. The Street and Sewer Depart-ment, as it has been berated with munici-pal powers and responsibilities are for the future to be looked upon as among those having authority in Wilming-ton. The Di-rectors of that department form an import-ant branch of civic authority.

In the big branch of information supplied by the journal referred to gleam food for contemplation and improving for action for years to come.

A valuable public duty has been performed by placing upon record these facts in regard to our streets. Whether the Street Com-mission is informed or not upon the disgrace-ful condition of our streets the statement recorded will furnish from a large amount of useful statistics.

It is high time that the cobbler-on-a-ban-dal few a crusade. Ordinary business cannot be carried on upon the first and cannot be cut to do so on account of the drubbing-some caused by the jolting of wagons and the sinking of horses as they become.

The pavements to serve a serviceable condi-tion. Nearly per cent of the sid-walks of Wilmington need repair.

Of course it is well understood that the expenses of a proper adjustment of these mat-ters would necessarily be very large. But, we suppose, the taxpayers must make some sacrifice in the cause. There is no other rea-son than the question. The stone work we know will be unsafe, the water curbs to make some income from the street in sums of little or more. And this can be done without the street stable, pay for a betterous condition. Their immediate re-pairing is absolutely necessary.

The main business avenue, Market street should now be laid by Belgian block, and contiguous streets at-ter only a short as the Street Directors find themselves able to at-tend to them.

When the the Street Commissioners take up the question of repaving the sidewalks it is to be hoped that they will make a firm and successful effort to abolishing that worst nuisance of all the lane raiders which carry refuse from private houses to the sewer gutter way.

These unbearable nuisances are filthy in the extreme that should be abolished forever. They are a relic of ancient days when people did not understand or appreciate the rights of the public. They are an eye-sore an and nasty odor-bound to the general as the people's sanct as will as to our best sense and feelings of people in the adjoining neigh-bourhoods. Above all we do not want tem to be continuously enveloped with the suffering that issues from them. Even with one wherever it is practicable to the then turn refuse to a flower or flowering pla, pe-riod of remove that nuisance in the street of man.

## The Cobbledream's Destiny.

The proposition which we understand the Street and Sewer Commission to have en-tered namely that of paving part of Market street, between Fifth and Sixth streets with Belgian block is an excellent idea.

It is about time that the barbaric cobble-stones were taken from our streets, and the present is a good beginning.

One point the Directors may be sure of and it is that as soon as the residents on one part of Market street discover the great advantage and blessing that their neighbors are favored with in having Belgian block in the street in front of their stores they be will ask for it also. In fact, for the next few years we may look for a general clamor from storekeepers and resident that their various localities along Market street be paved with Belgian block.

Well, all this is right. There should be no cost given them until the anticipated cobble-stone quits apprentice of that street.

## Subjunctive Wisdom.

The New York Herald of Wednesday last taught in its first column editorial and makes a great deal of fun over its neighbor the Sun's headline "If New York gives Repub-lican," and jokingly says "Well, if New York do goes Republican this fall, what then!"

Turning to the next page of the same the issue following headline is found among the Herald's foreign articles "If the Sultan Die."

Probably thousands of the Herald's readers saw the joke on the first page and saw the match less amusing joke on the second.

## A Day of Qualified Happiness.

One of the most enjoyable excursions ever run out of Wilmington went over the Wil-mington and Northern to the Switchback on last Thursday. The day was balmy and ex-hilarating and the party was most excellent in its entirety.

Neither pen nor brush have ever been ade-quate to worthily describe the scenic beauties that are so generously lavished upon Manch Chunk and its environment. The ride over the Switchback was not a novelty and repeaters a much nicer one had been taken and for years in Philadelphia.

It is said also that such an exhibition as here-upon tops been never so fine been told and the particular part of the mountains have im-ported.

Messrs Hibbard and McCausland gave their personal supervision to running of the train and their presence materially enhanced the pleasures of the day.

## To Count the Conversion Ballots.

Following is a list of the election officers who will count the votes on the question of calling a constitutional conversion, Novem-ber 1st. In the Wilmington districts the first named is inspector and the other two assistants :

First ward, First district—William G. Baugh, Eugene McDermott, Stephen T. Bye. Second district—Samuel S. Gatley, Charles Dinkle, Matthew Madden.

Second ward, First district—Ama A. Rawthorne, William Euner, William F. Win-dale. Fourth district—Bernard E. McVey Patrick Crawlish, William L. Heal.

Third ward, Fifth district—Hiram Kem-ler, Joseph F. Daily, Charles F. Briscoe, Sixth district—Daniel W. Lynch, Peter Glader, Charles Harper; Seventh district—Samuel Dorsey, Frank Lynch, Walter Ger-rard.

Fourth ward, Eighth district—A. D. Van-dever, George Read, John Frey, Ninth dis-trict—F. E. Murphy, John Dougherty, James Finley.

Fifth ward, Tenth district—Joseph J. Wolf, Enos Harrison, Archibald G —; Eleventh district—E. A. Anderson, J. Paul Lobson, Frank Pierce; Twelfth district—Joseph E. Martin, E. H. Eng-land, Wider-man C. Lee.

Sixth ward, Thirteenth district—J. Joseph Adams, James Anderson, Robert D. Ingersoll, William Haws, Jacob Bu —; Fifteenth district—Henry H. Davidson, William Hamilton, George C. Ward.

Seventh ward, Sixteenth district—William Millen, Leighton Grimes, Alfred Edwards; Seventeenth district, Charles W. Grant, Walter Baum, John Hackler; Eighteenth district, William McBride, James Neilly, John B. Taylor.

Eighth ward, Nineteenth district—Rich-ard Brown, Nicholas Grubb, Franklin Loper ; Twentieth district, John Amacher, Emanuel Stidham, William S. Creed, Twenty-first dis-trict, James Malvin, James B. Heal, James Ryan.

Ninth ward, Twenty-second district—James Lynn, George Cooney, George Fluke ; Twenty-third district, A. J. Sherry, George Miller, Lindsey Farns.

Tenth Ward, 24th district—Charles A. Ryan, Owen J. Hanten, Arthur Thompson ; 25th district, Hewson S. Gaum, Patrick Long, Jr., Daniel P. Stewart.

Eleventh ward, 26th district—Hugh Mc-guire, George Bradford, Hugh Johnson, Blackford hundred—Richard Armstrong Ap-poquinimink—Joseph Warthick, St. Georges, New-castle, Wm. H. Farris, New Castle—Gustavus Justison.

Christiana, South—Samuel E. Loper, Brandywine, East—John P. Neal, St. Georges East—Columbus Watkins.

## Mantua.

Mantua is distant from Denver 93 miles and so far as delicately known, the springs about which Mantua centers were originally found by a white man in 1847, though there is abundant evidence that they belonged to the Indians know them and recognized their virtues. Mantua is almost hemmed in now boats a season, but he overlooked this wonderous mineral spot that sure-nigh sur-the feet of the mountain. Mantua affords, when uncouth and free, Mantua an ocean summer pleasure resort and winter health resort of many kind. It has a climate that is mild and ever beyond compare. Except in Colorado and in the mountains there is nothing in all this city of real and beautiful buildings that would be in equal stir-in bring-ings. It affords the only bit hotel in the state when the public are offered the choicest of Freizea betwee within the the hotel know them and recognized their virtues. Mantua affords, when seen in the state of ber hotel which is furn-ished, with the price bound beautiful wall. Mantua affords, when of ore-thing here are today with and are be-ing and turn the beauty around right. But more prominent among summer mineral springs of mountain health resort is rema under-growth. It has a climate that is mild and even beyond compare. Except in Colorado and in the mountains there is nothing in all this city of ber hotel which is furn-ished with the price that would be in equal stir-in bring to mind the dignity of them and the infinit-chase alone as the best of all.

## It is the City's Money.

The suggestion made by Colonel Norton at last Wednesday night's council meeting that some thousand dollars be expended to begin the very extension of Front street to DuPont street...

## Park Regulations.

Following are the regulations passed by the executive committee of the Brandywine Park Commissioners :

1. No person shall ride or drive upon any other part of the park than such roads as may be designated for such purposes.

2. No person shall be permitted to bring led horses within the limits of the park, or turn any horse, cattle, g oats, swine, dogs or other animals loose in the p'rk.

3. No person shall indulge in any throwing, abusive, insulting or ind'cent lan-guage in the park.

4. No person shall engage in any gaming or commit any obscene or indecent act in the p'rk.

5. No person shall go to bathing in any of the waters within the park.

6. No person shall throw any dead animal or offensive matter or substance of any kind into the Brandywine, or into any spring, brook or other water, or in any way foul any of the same which may be within the limits of the park.

7. No person shall carry fire-arms or shoot birds or animals within the park, or throw stones or other missiles at them.

8. No person shall cut, break or in any way injure or deface any tree, shrub, plant, turf or rods, or any build-ng, fence, bridge or other erection within the p'rk.

9. No person shall run, hunt, or in any way injure or destroy any tame or wild animal within the park, or disturb, catch or kill any animal, bird or insect within the park.

10. No person shall injure, deface or de-stroy any notices, rules or regulations for the government of the park, posted or in any other matter permanently fixed by or-der or permission of the Board of Park Com-missioners or their officers or employes.

The penalty for violation of regulations Nos. 4 and 9 is a fine of $25 for each offence. For violation of any of the other regula-tions the penalty is a fine of $5.

## Hazard Seemed to be reproached.

No news of recent crisis is could be given in the Monroe doctrine treats the following pross-ant disquisition which have been issued by the United States Consul at Lucerne :

### EXPLANATION.

WHEREAS: War has been declared by his imperial majesty the Emperor of Germany against His Majesty Louis, King of ——

Whereas,

I hereby enjoin all those entitled to the protection and enjoyment of the of the United States of America to offer no opposition the declaration of war, but immediately to re-port to me my moderation of person or property. Horace —

Consul-general of the United States of America. Aug. 18, 1887.

This second reads:

### PROCLAMATION.

TO ALL WHO ARE UNDER THE PROTECTION OF THE GOVERNMENT OF THE UNITED STATES:

WHEREAS, the commander of the German squadron has proclaimed "Martial Law," Now, therefore, take notice that the cos are commanded to shoot, until dead, men who do not stop their acts displayed but who wish to rest them.

[Signed] HAROLD WASSE SEWALL.
Consul-general of the United States. Aug. 18, 1887.

Could there be anything more equal, dis-tinct and to the point than this above ? Here is a total surrender of American pro-tection and a warning to all of the protect-ed to restrain themselves. A declaration of the officers of government to make no oppo-sition by violence that may be given them—that is if war or outbreaks assumes real hands. It is a shameful and pusillanimous right, and yet here is an American rep-resentative solemnly by the part own part of her government to that warning. The whole action is inequitable for every American. It is it no became duty to keep their hearts pumping and beating in every American in the hearts of ——

...

# EX. 22A

Newspapers
by ancestry
https://www.newspapers.com/image/607581197/

Los Angeles Evening Express (Los Angeles, California) · Wed, Mar 25, 1891 · Page 3
Downloaded on Nov 18, 2024

# Park Commissioners' Ordinance, No. 1.

The Board of Park Commissioners of the City of Los Angeles, California, deeming an ordinance to be necessary for the regulation, use, and government of the parks and grounds under its supervision, do by virtue of the power vested in it, by the laws of the State of California, pass and adopt the following ordinance, which shall be known as Park Commissioners' Ordinance Number One.

The Board of Park Commissioners of the City of Los Angeles do ordain as follows:

SECTION 1. No person shall trespass on the grounds within the limits of said parks.

SEC. 2. Within the limits of said parks all persons are hereby forbidden—

1. To lead, turn in or let loose any cattle, horses, goats, sheep, swine, dogs or fowls of any kind.

2. To carry or discharge firearms, firecrackers, rockets, torpedoes or other fireworks.

3. To cut, break, or in any way injure or deface any trees, shrubs, plants, buildings

Copyright © 2024 Newspapers.com. All Rights Reserved.

Los Angeles Evening Express (Los Angeles, California) · Wed, Mar 25, 1891 · Page 3
Downloaded on Nov 18, 2024
https://www.newspapers.com/image/607581197/

## Park Commissioners' Ordinance, No. 1.

The Board of Park Commissioners of the City of Los Angeles, California, deeming an ordinance to be necessary for the regulation, use, and government of the parks and grounds under its supervision, do by virtue of the power vested in it, by the laws of the State of California, pass and adopt the following ordinance, which shall be known as Park Commissioners' Ordinance Number One.

The Board of Park Commissioners of the City of Los Angeles do ordain as follows:

SECTION 1. No person shall trespass on the grounds within the limits of said parks.

SEC. 2. Within the limits of said parks all persons are hereby forbidden—

1. To beat, turn in or let loose any cattle, horses, goats, sheep, swine, dogs or fowls of any kind.

2. To carry or discharge firearms, firecrackers, rockets, torpedoes or other fireworks.

3. To cut, break, or in any way injure or deface any trees, shrubs, plants, buildings, monuments, structures, rocks, domes, fences, benches or other apparatus or property, or to write upon the same.

4. To cut or remove any wood, turf, grass, soil or rock.

5. To distribute any handbills or circulars, or to post, or to otherwise affix any bills, notices or other papers upon any tree or structure within the said parks or upon any fence, gate or inclosure thereof.

6. To bathe in, or otherwise pollute the water of any pond, stream, lake or pool.

7. To chase, set snares for, catch, injure or destroy any rabbits, quail or other wild animals or birds, or to injure or maltreat any domesticated or other animals.

8. To make or kindle a fire of any kind.

9. To camp, lodge or tarry over night.

10. To ride or drive any horse or other animal, or to speed any vehicle elsewhere than on the roads or drives provided for such purpose.

11. To indulge in riotous, boisterous or indecent conduct or language.

12. To vend or sell, or offer for sale, any merchandise or article or thing whatsoever without the written consent of the Park Commissioners.

13. To hitch or fasten any horse or other animal, except at such places as shall be specially designated and provided for such purposes.

14. To play ball, fly kites, play football, or engage in other games, except at such places as shall be especially designated and provided for such purposes.

15. To ride or drive upon any of the roads or drives at a rate of speed exceeding that of a mile in six minutes or ten miles per hour; provided, that persons shall not be deemed to have forbidden by this section from riding or driving at a greater rate of speed than herein above designated upon such road or roads or portions thereof as shall be especially provided and set apart by the said Park Commissioners for the purposes of fast driving or speeding.

16. To ride or drive any wild horse or mule, or any breaking cart or other vehicle used in breaking horses.

17. To toll fortune, or maintain or play at any game of chance, or maintain or exhibit any gaming table or other instrument of gaming.

18. To build, put, place, have, keep, or maintain, or cause to be built, put, placed, kept or maintained any nuisance, or any fence, building, structure, obstruction or other thing which shall in any manner obstruct any part of said parks, or which shall in any way prevent, hinder or repair their full and free use and enjoyment.

19. To row or sail on any pond, lake or water within any of the said parks of said city, except in the boats provided by said Board for that purpose, without first obtaining the consent of said Board, or the person appointed by said Board to take charge of said boats.

SEC. 3. No dray, truck, wagon, cart or other vehicle carrying or regularly employed in carrying goods, merchandise, manure, soil or other article of commerce or trade, shall travel upon any of the drives of said parks, except such regular transfers, crossings and traffic roads as may be provided for such use.

SEC. 4. No person having the care or control of any dog shall suffer or permit such dog to enter or remain in the improved parks of the city, unless such dog be led by a line or chain of suitable strength and of not more than six feet in length.

SEC. 5. No public meeting and no public discussion or debate shall be held within the limits of said parks.

SEC. 6. No drunken, noisy, disorderly or offensive person shall be allowed within the said parks.

SEC. 7. No male person over the age of 10 years shall enter any ladies' toilet within the said parks or shall go into the vault of any such toilet; and no person shall cut or deface the walls of any toilet or structure within the said parks, or shall cut or write thereon any name, or say obscene or indecent or other language.

SEC. 8. Any company, society or organization of any kind, which is desirous of resorting to said parks in a body for the purpose of picnicking, and any military or other organized company desirous of parading within the said grounds, shall, when the number of such company, society or organization shall exceed twenty-five persons, at least one day prior to the proposed date of such excursion or parade, make application, report, or cause to be reported, its intention to the superintendent of said parks or to the secretary of the Board of Park Commissioners.

SEC. 9. The drivers of all animals, teams or vehicles passing each other in opposite directions on any road in said parks shall keep to the right of the road in such way that each team or vehicle in passing shall have the other on the left side.

SEC. 10. Any person occupying or occupying upon any portion of said parks, who after written notice from the Secretary of the Board of Park Commissioners, shall neglect or refuse to depart therefrom within twelve hours after the receipt of such notice shall be deemed guilty of a misdemeanor.

SEC. 11. Whenever any person or persons shall have built, put, placed, erected or maintained upon any part of any of said parks, any nuisance, or any building, fence, structure or anything that shall in any manner obstruct any part of said parks, or that shall in any way prevent, hinder or impair the full and free use and enjoyment thereof, the Superintendent of said Parks and the Superintendent of Streets of the City of Los Angeles are severally hereby authorized, directed and empowered summarily to abate all such nuisances and to remove all such fences, buildings, structures and things so obstructing the said parks. Should the materials constituting such nuisance or obstruction appear to the officers removing the same to be of any pecuniary value, they may be removed for storage to such place as may be designated by the Park Commissioners.

SEC. 12. All animals and strays found trespassing upon said parks shall be driven or carried to the city pound and there turned over to the City Poundmaster, and be subject to the rules governing such pound.

SEC. 13. Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine of not less than five dollars nor more than two hundred dollars, or by imprisonment in the County Jail for not less than five days nor more than six months.

SEC. 14. Power and authority is hereby given to the Superintendent and to the head gardener of said parks, to the park police, and to any of the foremen employed in said parks, to arrest, detain and deliver to the proper authorities (or in their discretion to eject and expel from the said parks) any person or persons who shall violate or offend against any of the provisions of this ordinance, or of any other ordinances or rules that may hereafter be passed or adopted for the regulation and government of said parks.

SEC. 15. Whenever any person shall be arrested for an offense against any of the ordinances or rules governing the said parks, the Superintendent of said parks in his discretion, may release such person from custody upon receiving from him a deposit of not less than five, nor more than fifty dollars as bail or guarantee for such person's appearance in the proper court on the calling of the charge against him. All such moneys shall be forfeited by the failure of such arrested person to appear in said court on the calling of the charge and case against him. All moneys so forfeited shall be deposited in and become a part of the "Park Fund."

SEC. 16. This ordinance shall be signed by the Board of Park Commissioners and shall be published for the period of one day in the EVENING EXPRESS, a daily newspaper published in said City and County of Los Angeles, which newspaper is hereby selected for that purpose by said Park Commissioners, and thereupon and thereafter it shall take effect and be in force.

We hereby certify that the foregoing ordinance was adopted by the Board of Park Commissioners of the City of Los Angeles at its meeting of March 12th, 1891.

S. G. BURBANK,
SUTHERLAND HUTTON,
M. L. WICKS,
Board of Park Commissioners of the City of Los Angeles.



## WHOLESALE MILLINERY
—AT—
# THE SURPRISE!

I will duplicate any article in Millinery at San Francisco prices 10 per cent for cash.

RETAIL.

Being able to do the above, which we guarantee to do, is proof sufficient that we always sell cheaper than our competitors.

FINE MILLINERY!
FRENCH FLOWERS!
COLORED FRENCH CHIPS!

Just as fine goods as any millinery store can buy, we sell cheaper than they can be bought elsewhere. Twenty per cent saved by dealing with us.

CHEAP GOODS!

Straw Bonnets, fancy braid ........ 10c
Straw Bonnets, rough and ready ...... 10c
straw bonnets, unshorn .............. 25c
Milan Hats Flats ................... 35c
Trimmed Children's Canton Hats .... 25c
Fine Black French Chip Hats ....... 75c
200 doz. Ara of Lace straw Hats, all shapes and all fresh goods, and latest styles,
100 to .............................. 30c
100 doz. Daisy Wreaths (41 daisies) .. 50c
100 doz. Vinhol Wreaths (44 violets) .. 35c
No. 16 All Wool Silk Ribbon (all colors) 18c
And many other articles too numerous to mention.

People have made a mistake and always regret it. No connection with next door.

TELEPHONE 218, EVENING EXPRESS, if you want to advertise "Wants," "For Rent," "For Sale," "Lost," "Found," etc. Five cents a line—six words to a line. Best advertising medium in the city.

Copyright © 2024 Newspapers.com. All Rights Reserved.

A14

# PASADENA.

[Pasadena Office of the EVENING EXPRESS, No. 4 East Colorado Street. GEORGE F. SCHMIDT, Agent, MRS. I. B. WINSLOW, Correspondent.]

## A NEW RAILROAD.

**Authentic Information in Regard to an Interesting Project.**

The long talked of railroad is at last, without doubt, to be built. One half the capital has been raised, and the other half will soon be forthcoming. It is to be called the Pasadena Grand Canyon and Wilson Peak Railway, and will extend to the very top of Wilson's Peak, going through scenes of almost unimagined grandeur and unparalleled beauty. The survey has been made and route estimated, and it is to be an electric road with a seven per cent grade. The bed will, however, be of such a width and the grade such that locomotives could be used, but an electric road is contemplated and more engines and more expeditions, but also far less expensive. In a day or two a detailed account of the entire scheme and all interested will be given in our columns. The building of this road will be of the greatest possible benefit to Pasadena and the surrounding country, and by its means the scenery, such an observatory as the one contemplated be erected on Wilson's Peak, it is estimated that the entire road can be completed in from eight to ten months from the time of the commencement, and it is hoped the work will soon be under headway.

### Two Special Matinees.

The following is the complete program of the two matinees to be given Tuesday, March 31st, and Saturday, April 4th, in the Congregational church. The artists taking part will be the Philharmonic Quintet, the the Hungarian Quartet of Los Angeles; the Harmonia Quartet, Carl Thomas, violinist; Miss Hill, soprano; Miss Helen Hill, contralto; Mrs. J. D. Nash, accompanist.

Program for Tuesday:
O. Rest in the Lord (Mendelssohn)—Harmonia Quartet and Mrs. J. D. Nash.
(and quartet)—Miss Lillie Peck and Miss Steinbrenn.
Soprano solo (selected)—Miss Carrie Hill (violin obligato, Carl Thomas).
The Ballad of the Weaver (Balfe)—Harmonia Quartet.
Soprano solo, "Champagne," (Verdi)—Miss Lillie Peck.
The Sea Hath its Pearls (Pinsuti)—Harmonia Quartet.
The Bridge of the Sea (Keye)—O. W. Kele.
The River Sprite (Parker)—Harmonia Quartet.

Program for Saturday:
"Meditation," (Bach Gounod)—Philharmonic Quintet.
Farewell song from the Trumpeter of Sakkingen, (cornet solo)—Mr. D. W. Douglas.
Reading, selected—Miss Helen Hill.
"In Love With Her" (German)—E. Brauer—Philharmonic Quartet.
Ballads and Polonaise, (Vieuxtemps)—Violin solo, Mr. V. Richer, Mrs. Lachaume, piano.
Berceuse, Love Song," (Pinsuti)—C. W. Kele.
"Song Without Words," (Richter)—Cello solo, Mr. F. Mayer.
"Orpheus Overture," (Offenbach)—Philharmonic Quintet.

The price of admission to these concerts will be $1, which will admit one person to both concerts or two to one concert. The proceeds will be used for the benefit of the Congregational church.

### A Mistake.

There has been a report current in Pasadena for several days to the effect that the public schools would close May 1, for lack of funds. This is a mistake, and where the report originated is unknown. Pasadena has...

### TELEGRAPHIC SPARKS.

Dr. Howard Crosby is dying at his New York of pneumonia.

Dr. Vincent was found guilty at Fresno of the murder of his wife.

J. J. Mode, the brakeman injured in the wreck at Gila Bend, died Tuesday.

United States officials arrested several lottery ticket sellers at Milwaukee Tuesday.

Daniel Wolfe, one of the leaders in the Mormon church, died at Salt Lake City, Tuesday.

O'Connor accepts Teemer's challenge to row for $2400 a side and the championship.

Prospects are for Anna Dickinson's complete recovery, and she intends to go on the stage again.

John Dawson, a negro, was lynched at Columbia, Ala., for attempted outrage on a white woman.

Billy Manning, once the champion lightweight of California, was knocked out at Minneapolis by Charley Johnson.

J. M. Constable's fine summer residence at Osceola, N. Y., turned Tuesday. Loss on house and furniture, $125,000.

General John C. Lea, at one time Lieutenant-Governor of Ohio and a conspicuous officer in Rosecrans' army during the war, died at Toledo, Tuesday.

U. S. Consul Tanner, who was stationed at Foston, Nova Scotia, is under arrest charged with criminal assault on the little daughter of a prominent citizen. The latter has also given Tanner a good beating.

At Holbrook, Ariz., father J. P. Doyle, a Catholic priest, was shot by a drunken Mexican named Marcie Chaco. The Mexican has been arrested. The trouble arose over the order of the priest the a girl not to keep company with the Mexican.

The New York Children's Society has taken charge of a young Peruvian girl about five years old who was a slave in the family of Consul General Quitana of Peru, who it is claimed at New York. It is charged that Mrs. Quitana fearfully beat the girl.

The sons of Luther A Arnold, at Ontario, Cal., was burglarized Monday night and $270 worth of goods taken. Two Chinamen, John Quiso and Ah Long, who were arrested and confessed. They were bound over to the Grand Jury at Los Angeles.

The latest railroad sensation is the story that the Baltimore and Ohio proposes to parallel the Pennsylvania system from Pittsburgh to the seaboard, forming an almost air-line route from Baltimore to Chicago, and reduce the distance from Pittsburgh to the latter city by seventy-five miles.

A collision occurred between a freight and passenger train near Ra...

...cine, Wis. Nearly all the passenger cars were derailed and caught fire. One sleeper and several cars were consumed. Willie Andrews, fireman of the freight train, was buried under the wreckage, and his body has not yet been extricated. Several others were badly injured.

The only matter considered Tuesday by the Intercontinental Railway Commission was the perfection of plans and arrangements for sending three surveying parties to South and Central America to begin work in determining the route of the proposed road to north America. Nearly all the arrangements have been decided upon. The first work will commence in Guatemala.

It is reported that New York coroners are working a May wheat corner and schemes are being made to the millions. The St. Louis, northwest and heavy local speculators have a shortage of seven million bushels, and buying orders are aggregate 30,000,000 to 40,000,000 bushels. If the operations are successful it proceeds in their supposed intention of working wheat up to $1.25, the profit would aggregate all of $6,000,000.

From a street joke the strip has become generally a desperate climax at Pittsburg. The death rate is swelling rapidly, and this morning two funerals passed the house. On account of so alarming togrip, pneumonia, catarrh and other diseases, the people are dying from other causes given on many certificates are grip, influenza, pneumonia, typhoid fever and lung fever. The grand pneumonia have more now and the climax are increasing. The cold, damp, warm, dull cold is the cause of the prevailing epidemic. There are no official statistics of the deaths, but the number of deaths since the first of the year in this city alone has not been less than one thousand, which at the ordinary rate of mortality would have been less than five hundred. It is probably not too much to say that the grip in some of its forms has been responsible for twice the ordinary number of deaths.

The San Francisco schooner Lucy, rigged to be sold to the Mexican government, has arrived off this port and will be used to help protect the seal fisheries off the California coast. The government desires to prevent the destruction of seals and will station the vessel off the California coast so that no poaching vessels may be seen.

Last Friday several sportsmen were hunting in the vicinity of Switzer's Canyon, near San Diego, when a shot was heard. Presently a wagon drove by and the hunters saw the body of a man in the wagon with his head shot off. The driver called to halt been accidentally shot, and he was taking the body to town. The hunters waited until Tuesday to see an account of the affair in the papers, but, not seeing it, reported the case to the police. The coroner of San Diego, and the officers are investigating the mystery.

### A Chance to Make Money.

Bright boys from 10 to 16 years old can earn considerable money by selling copies of the EVENING EXPRESS on the streets. They are ready for delivery at 4:30 p. m. at the mailing room, in the rear of the building, corner of Broadway and First streets. Ask for the boys' entrance and call for the manager. The work, which enables boys to make pocket money of their own, is good for the health, and gives the young a business training.

"The proof of the pudding is in the eating." Try the "Wanna," "For Sale," "Personal," etc., columns of the EVENING EXPRESS for results. They cost one cent per line, or twenty cents per line per week.

---

# Dr. Kwong,

**The Celebrated Chinese Herb Physician,**

HAS REMOVED HIS OFFICE FROM 121 S. MAIN ST. TO

## 416 SOUTH BROADWAY,

**Between Fourth and Fifth, Los Angeles.**

This renowned man has had an immense practice (covering a period of 10 years), both in China and Australia. He locates diseases through the pulse, and never fails to effect a permanent cure. He has Chinese herbs and medicines for sale, prepared by himself. All are invited to call.

**Examination and Consultation Free.**
Guarantees to Cure Catarrh, Ringworm and Piles of Long Standing

---

# LUMBER.

H. HILLER, Prest.     S. W. HILLER, Sec.

## LOS ANGELES LUMBER CO.,

(Successors to Los Angeles Steam, Coombs and Lumber Co.)

Dealers in Lumber, Cement, Fire Brick, Fire Clay, Etc. Etc.

San Pedro St., Bet. 4th and 5th, L. A.

---

# DENTISTRY!

### FOR 60 DAYS ONLY.

The following prices:
Celluloid and Rubber Plates.... $8 to $10.00
Gold Crowns.... 5.00
Extracting without pain.... 50
Extracting without pain.... 50

Gold fillings and other operations at a great reduction below the former rates. Come and introduce our new office.

## DRS. POLLOCK & TUDOR,

107 N. Spring St., Commercial Block.

---

# NEW MEXICO COAL CO.

(Mines at Gallup, New Mexico.)

Wholesale and Retail Dealers in Coal.
WE QUOTE PRICES TODAY AS FOLLOWS:

| | |
|---|---|
| Gas coal, sacked.... | $11.50 per ton, 90c. |
| Hard coal, sacked.... | 9.00 |
| Smith coal, sacked.... | 8.00 |

We Deliver Coal in the Market

CHAS. A. MARINER, Gen'l Mgr.
Telephone 858.    Yard Foot of First St.

---

## Park Commissioners' Ordinance, No. 1.

The Board of Park Commissioners of the City of Los Angeles, California, deeming an ordinance to be necessary for the regulation, care, and government of the parks and grounds under its supervision, do by virtue of the power vested in it, by the laws of the State of California, pass the following ordinance, the several sections and clauses thereof to take effect immediately.

The Board of Park Commissioners of the City of Los Angeles do ordain as follows:

Section 1. No person shall trespass on the grounds within the limits of said parks...

[ordinance text continues]

### Personnel

T. C. Foster is expected home tomorrow.

Mrs. Rose and Miss Rose left for Seattle today.

Mrs. St. John, portrait painter of Los Angeles, is a guest of Mrs. Stevenson.

S. J. White left today for San Fernando valley on business connected with the sale of valuable lands in that vicinity.

General Passenger Agent Wharton from Los Angeles was in town this morning.

---

# NONE SHALL BE LEFT!

Many have taken advantage of, while others are still asking about

## Our Great Slaughter Sale

Therefore we will continue the same until MARCH 31, at the

## PIONEER AMERICAN CLOTHING HOUSE!

SEE OUR SHOW WINDOWS FOR PRICES, a few of which we quote as follows:

| | |
|---|---|
| Nobby $20 Spring Overcoats for.... | $15.00 |
| Our best $20 Frock or Sack Suits for.... | 14.00 |
| Our best $10 Frock or Sack Suits for.... | 7.00 |

And all other goods in proportion.
We Have Yet on Hand 175 Boys' and Children's Suits!

Which we are Closing Out AT LESS THAN COST to Make Room For THAT Trade.

## ABERNETHY & TAFT,

117 South Spring St., Los Angeles.

---

# W. L PACKARD

SUCCESSOR TO

# HALL AND PACKARD

Notwithstanding reports to the contrary, can still be found at the OLD STAND, selling Groceries cheaper than ever, and promises to save you money if you will get HIS prices before buying.

## 441-443 SOUTH SPRING STREET,
Los Angeles, Cal.

---

# NILES PEASE

IMPORTER AND DEALER IN ALL KINDS OF

Eastern Parlor and Chamber Furniture, Carpets,
Oil Cloths, Linoleums, Window Shades, Etc.

PRICES AS LOW AS THE LOWEST!
We Will Not Be Undersold.

New Nos. 337, 339 and 341 S. Spring St., Los Angeles, Cal

---

# CARPETS!

Oilcloth, Linoleum and Mattings.

## FURNITURE, DRAPERIES, SHADES, ETC.

THE NEWEST AND BEST ASSORTED STOCK IN SOUTHERN CALIFORNIA.
PRICES THAT DEFY COMPETITION.    FREIGHT PAID ON COUNTRY ORDERS.

# W. S. ALLEN,

332 AND 334 SOUTH SPRING STREET.

---



A No. 7, 8-Hole Range Only $10.00.

SEE MY STOCK.
GET MY PRICE
BEFORE YOU BUY.
I have something handsome to show you.

Stoves and Ranges
Repaired for little money.

Send for Illustrated Price Catalogue and Price List.

F. E. BROWNE.

116 S. MAIN ST.,
Los Angeles.

Money saved on time! You'll be

[stove advertisement text]

---

# A RARE CHANCE!

Having made all the money we want we propose, during 1891, to extend an opportunity to our friends to participate in the profit resulting from the Orange Culture. We have reduced the price of our

## ORANGE AND GRAPE LAND!
From $200 Per Acre to $100 Per Acre.

And to every other purchaser of land we grant fruit trees and vines the first year we sell a chance to participate in the profit. We propose to sell our orange and grape land for

## $10 PER ACRE!

Giving you two, three and four years in which to pay the balance. Liberal discount for cash.

THE SURPRISE!
PRENCH FLOWERS!
FRENCH FLOWERS!

WATER—Abundant. LOCATION—San Bernardino County.

We have 10,000 acres of this fine orange land and want every acre planted in fruit trees and vines before the first of next June.

## THE PRIZE COLONY!

THINK OF IT! The very best orange land in the heart of the orange belt, for only $10 per acre. Sold on such easy terms that no laboring man need to be without a home. For particulars call on or address

L. M. BROWN, 132 N. Spring St., Los Angeles, Cal.

---



### WHOLESALE MILLINERY

### THE SURPRISE!

# THE SEMI-TROPIC LAND AND WATER CO.
RIALTO CAL.

EX. 28A

Newspapers
by ancestry
https://www.newspapers.com/image/1074326449/

The Cleveland Leader (Cleveland, Ohio) · Mon, Jul 3, 1893 · Page 6
Downloaded on Nov 18, 2024

the rules and regulations of this board.

Sec. 35 (Sec. 4.)—It shall be unlawful for any person to cut, injure or deface any tree, building, fence or other erection in the parks; to turn domestic animals or poultry of any description upon the parks or to permit them to wander therein; to carry firearms within or to frighten or hurt animals or birds belonging to the parks, to hinder or interfere with men employed upon the parks. All persons found violating the provisions of this section or any of the rules, regulations or ordinances adopted by said board or the City Council, shall be guilty of a misdemeanor and shall be punished upon conviction before the Police Court of said city, upon complaint and proceedings as now had and provided by law in cases of misdemeanors and violations of city ordinances, by a fine not exceeding $50, and in default of payment be imprisoned not exceeding thirty days. And the jurisdiction of the Police Court of said city is hereby expressly extended to include all parks, park entrances and park driveways belonging to said city, and under the control of said board, whether within or without the corporate limits of said city. Said board of park commissioners, and their officers and employes, shall have power to make arrests for misdemeanors committed within the precincts of any park, park entrance, or park driveway under their management and control, whether within or without the limits of the city, or for the violation of any rules, regulations, or ordinances established by said board or City Council for the government of said parks. Said board of park commissioners shall have power to seize and impound any cattle, horses, mules, donkeys, goats, swine, sheep, or other animals, or any poultry of any description found running at large upon said parks, park driveways, or park entrances, to impose a penalty not to exceed $5 with reasonable expenses upon each animal or the poultry so seized, and to enforce payment thereof in such manner as the rules and regulations provide.

Sec. 36. (Sec. 5.) Any person violating any of

Copyright © 2024 Newspapers.com. All Rights Reserved.



# PICTURE OF CONTRAST.

## Dr. Talmage Discourses on Arrogance and Humility.

### THE PUBLICAN'S PRAYER.

**An Analysis Proves That He Was Sure of His Sinfulness.**

He, However, Expected No Relief Except Through God's Mercy—The Sensation of the Text From the Gospel of Luke.

BROOKLYN, July 2.—Rev. Dr. Talmage has selected as his subject for today a picture of contrast: "Arrogance and Humility," the text being Luke xviii, 11: "God be merciful to me a sinner."

## WHAT HAPPENED SATURDAY.

**A Brief Review of the More Important Events Transacted in Sunday's Leader—Sunday News for Monday Readers.**

## THE COURTS.

**Record for July 1, 1893.**

UNITED STATES CIRCUIT COURT.

UNITED STATES DISTRICT COURT.

CUYAHOGA COUNTY COURTS.

### COMMON PLEAS COURT.

### PROBATE COURT.

### POLICE COURT.

## A Woman's Letter.

**"Dear Mrs. Pinkham:"**

## PROPOSED AMENDMENT TO THE CONSTITUTION OF OHIO.

### LEGISLATIVE SINGLE DISTRICTS.

BIG FOUR ROUTE
EXCURSION TICKETS
4th OF JULY,
—AT—
One-Half Rates

Pennsylvania Lines.

NICKEL PLATE

ERIE LINES.

Grammond's Machines: Coal

A. C. KEENE.

STATE of Ohio, Cuyahoga county, ss.,

TRAVELERS' REGISTER.

EX. 35A

# Commonwealth of Massachusetts.

## METROPOLITAN PARK COMMISSION.

## RULES AND REGULATIONS FOR THE GOVERNMENT AND USE OF THE REVERE BEACH RESERVATION.

**Rule 1.** No person shall within said Reservation remove, disturb, cut, break, deface, defile or ill use any building, structure, fence, tree, bush, plant, turf or other thing belonging to the Commonwealth.

**Rule 2.** No person shall within said Reservation place and suffer to remain any piece of paper or other refuse, except in the receptacles designated therefor by said Commission.

**Rule 3.** No person shall within said Reservation discharge or have possession of any firearm, firecracker, torpedo or firework, or make any fire.

**Rule 4.** No person shall within said Reservation have possession of or

Copyright © 2024 Newspapers.com. All Rights Reserved.

The Daily Item (Lynn, Massachusetts) · Tue, May 19, 1896 · Page 7
Downloaded on Nov 18, 2024

https://www.newspapers.com/image/945596781/

## RULES AND REGULATIONS FOR THE GOVERNMENT AND USE OF THE REVERE BEACH RESERVATION.

Rule 1. No person shall within said Reservation remove, disturb, cut, break, deface, defile or ill use any building, structure, fence, tree, bush, plant, turf or other thing belonging to the Commonwealth.

Rule 2. No person shall within said Reservation place and suffer to remain any piece of paper or other refuse, except in the receptacles designated therefor by said Commission.

Rule 3. No person shall within said Reservation discharge or have possession of any firearm, firecracker, torpedo or firework, or make any fire.

Rule 4. No person shall within said Reservation have possession of or drink any intoxicating liquor, or lie down upon the benches or go to sleep.

Rule 5. No person shall within said Reservation solicit the acquaintance of, or in any way annoy any other person, or play any game of chance, or have possession of any instruments of gambling, or do any obscene or indecent act.

Rule 6. No person shall within said Reservation play any musical instrument, or utter any profane, threatening, abusive or indecent language or loud outcry, or preach or pray aloud, or make any oration or harangue, or solicit any subscription or contribution, or make any political or other canvass.

Rule 7. No person shall within said Reservation move in a military or civic parade or procession or drill.

Rule 8. No person shall within said Reservation, except by written authority from said Metropolitan Park Commission, engage in business, or sell or expose for sale, or give away any goods, wares, merchandise or circulars, or post or display any sign, placard, flag or advertising device.

Rule 9. No person shall within said Reservation bathe, except in a proper costume and at the places designated therefor, and shall not loiter, or run about, or lie upon the beach in bathing costume.

Rule 10. No person shall within said Reservation drive any vehicle or animal attached to a vehicle at a rate faster than eight miles an hour, or ride any animal or cycle at a faster rate than ten miles an hour, or drive or ride any horse or animal not well broken and under proper control of the rider or driver, or drive or ride elsewhere than on the roadways and the beach.

Any person who violates any of the above rules shall be arrested, tried in court, and if convicted shall pay a fine of not exceeding twenty dollars ($20) for each offense, but no person shall be convicted of a violation of any of the above rules who shall satisfy the court that he or she was authorized by the Board of Metropolitan Park Commissioners, by lease or otherwise, to do the thing by reason of the doing of which he or she is charged with a breach of any of the foregoing rules.

All the ordinances of the town of Revere which shall be held to be applicable within said Reservation, and not inconsistent with the above rules, shall be enforced therein.

Copyright © 2024 Newspapers.com. All Rights Reserved.

## RESIDENCES BURNED.

CONTINUED FROM PAGE 11.



building burned as though it was filled with wax matches and in less than half an hour was in ruins. A shed adjoining smoldered house on the same street, two nearer to Trevoor street, also caught fire, the blaze was extinguished...

The Longfellow house was torn down in a hurry, wooden, with a mansard roof and wide verandas. It was in here been occupied during the coming summer by Messrs. J. M. and P. C. Priest...

There is little that can be said in description of the fire. The Severance was built in such instances, and most of those who had any disposition to be useful...



THE BURNING OF THE GREENE HOUSE.

had something to do other than simple fire. All of the burned residences were handsome, well considered structures, and stood in one of the most beautiful sites to be found along the North Shore...

A few articles of furniture were saved from the Russell residence, but most of the contents of all five residences were destroyed.

A shower of hot embers fell from the group of the wind upon the Ledge estate, at the extreme end of Eastern point, but a bucket brigade was organized and formed. So did rods of costly fence in front of different residences, and smouldering turf and shrubbery was defaced and spoiled by the tramping...

This summer, the house of Mrs. Cunningham was to have been occupied by Mrs. Milton of Boston. The house is a two-story wooden one, with hip roof. It was one of the oldest of the houses along the shore.

The Russell house was three stories in height, with a gambrel roof. It was built by Russell and her family. Mr. Russell, a well-known Bostonian, died several years ago. The house had been standing for more than five years...

Mrs. Greene Duncan's house was to have been let, too, this summer. The Duncans are in Europe. It was a three-story house, with a mansard roof.

The house of Mr. Green was the stories in height, the first story of stone, and the upper two of wood. Mr. Green occupied the house and used it as a summer residence. He was well...

Chaplain Cunningham—The experience party...

Thomas F. Parsons has gone to Norfolk, Va., for the sea voyage.



THE RUSSELL COTTAGE
Blazing in the Centre of Its Famous Lawn.

crowd. Aristocratic enclosures, whose gateways had always been scrupuly guarded, were for the nonce thrown open as refuse fromant not speculators paid much attention to signs warning off trespassers. It is to be feared that foolishness prevailed to an extent that compared the practical devastation...

of a number of beautiful flowering shrubs by young men, who wantonly broke them down and carried off...

SKETCH MAP OF LOCALITY.
Houses are numbered in the order of their burning.



## SADOUR.

Officer Frank W. Clark found a party belonging of three women, two men and a neighbor strolling wayfaring about the street yesterday afternoon. About the man at the Wheel was drunk, and the man at the Wheel was drunk...

The Longfellow house was two stories in height, wooden, with a mansard roof and wide verandas...

### Selectmen's Meeting.

The Selectmen met Monday evening and transacted routine business. A warrant is being drawn for a town meeting to be held soon, one of the subjects of which will be the extension of Humphrey street, East Saugus, to Woodbury street, and Humphrey street, Lynn. The sidewalk on...

### Brief Locals.

Mr. and Mrs. W. F. Gillette, who board in this vicinity, were at Ocean Square. They are now in Paris, where they are to remain until they start for home. They sailed to spend in New York about June 16.

Mr. and Mrs. Abram Boardman, of the Boston, spent Sunday here...

## New This Evening.

### Commonwealth of Massachusetts.

METROPOLITAN PARK COMMISSION.

RULES AND REGULATIONS FOR
THE GOVERNMENT AND USE
OF THE REVERE BEACH
RESERVATION.

Rule 1. No person shall within said Reservation remove, disturb, cut, break, deface, defile or in any way building, structure, fence, tree, bush, plant, turf or other thing belonging to the Commonwealth.

Rule 2. No person shall within said Reservation place or suffer to remain any piece of paper or other refuse, or be guilty of any act committing disorder by and disturbance...

### New This Evening.



## ITEM EXTRA

### THREE O'CLOCK.

#### TERRIBLE ACCIDENT.

Wagon Shaft Pierces a Horse's Breast, But the Animal May Recover.

Essex street, near Tilton Terrace, was the scene of a terrible accident, Monday evening, when a horse belonging to J. William Ellard, and under the driving charge of Robert M. Ellard, his son, was the thing which went so that the horse became so startled by the rear of a passing bicycle, that he leaped into a hedge at the roadside, and in so doing...

## FOR SALE—The Finest Building Lots in Swampscott.

These lots are high and dry and we can sell at a very low price. Only one minute to electric cars exhibits monument and but 3 or 4 minutes to steam cars.

Price, from $450 to $1000. Terms to suit purchasers. Taxes must be sold within 30 days, as we are closing up the business of S. S. Harty & Son. You can get a house lot with good frontage without buying an acre. If you are thinking of building or investing, do not miss this opportunity.

CALL AT ONCE AND GET YOUR PICK OF THESE LOTS.

## HARDY & MOLLOY, Real Estate and Insurance, 33 Central Sq., Lynn.

Cole and Miss Ethel Porter, from North;
Mrs. W. P. Dexter...

## TREMENDOUS Mark Down SALE

## $40,000 STOCK OF CLOAKS

### G. H. ROBIE, 315 Union St.

LOCAL MENTION.

### MARBLEHEAD.

Marblehead Idea.
In the lion of a recent brave there was an entire rousing in the new style of shoe that was constructed by F. Bessler, a Paris shoemaker...

### Stephen V. Prime.

Stephen V. Prime, formerly of this town, he a resident of Nahira the past several years, died on Saturday at the age of 59 years. He was a member of Atlantic Lodge, I. O. O. F., of this town, and Noble Grand George...

### Acoident in a Millinam.

J. Hiester Harris was driving his with wagon through Crescent street, this morning, when the horse became frightened and ran away...

### Stephen V. Prime.

Stephen V. Prime, formerly of this town, he a resident of Nahira the past several years, died on Saturday...

LODGE ROOM ECHOES.

### Artesian Lodge, Old Ladies.

Artesian Lodge of Old Ladies received a visit from a large delegation of members of the Harmony Lodge, of Clinton, Saturday evening. Supremo Secretary Mary Heldberg, of Boston, was present and delivered an address...

THIRY

### Lynn Goods Lead at Crown.

In conversing with a manufacturer of shoes to-day, the subject of Lynn made goods came up, and he said: "I believe..."

RIDERS'

$500.00 Accident Policy.

ONE DOLLAR.

JOHN H. MADDEN, Agent.

TO LET.

TWO FLOORS, 70x175 FEET.

# EX. 36A

Newspapers
by Ancestry
Boston Evening Transcript (Boston, Massachusetts) · Wed, May 5, 1897
· Page 7
https://www.newspapers.com/image/735186724/
Downloaded on Nov 18, 2024

# REGULATIONS FOR THE FELLS.

## A New and Stringent Set Has Just Been Issued by the Metropolitan Park Commission.

A new set of regulations has just been issued by the Metropolitan Park Commissioners for the conduct of persons making use of ethe Middlesex Fells. These regulations have been made necessary by the abuse, by some persons going into the Fells of their privileges, and are as follows:

"No person shall enter or leave the Reservation over private property, but only at the regularly designated entrances.

"No person shall make a fire for **any** purpose or throw or place upon the ground a lighted match, cigar or other burning substance.

"No person shall dig up, break, cut, remove, deface, defile or ill-use any tree, rock, bush, plant, turf, building, structure, fence, sign or other thing belonging to the Commonwealth or have possession of the same; but this rule shall not prohibit the picking of wild flowers and edible berries in reasonable quantities for personal use.

"No person shall bring into the Reservation any destructive weapon, firearm, firecracker, torpedo or firework; or have possession of or discharge the same therein; or set a trap or snare; or injure or have possession of any wild animal or bird; or injure or disturb any bird's nest or eggs.

"No person shall accost, follow or otherwise annoy another person; or utter pro-

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers
by ancestry

https://www.newspapers.com/image/735186724/

## REGULATIONS FOR THE FELLS.

### A New and Stringent Set Has Just Been Issued by the Metropolitan Park Commission.

A new set of regulations has just been issued by the Metropolitan Park Commissioners for the conduct of persons making use of ethe Middlesex Fells. These regulations have been made necessary by the abuse, by some persons going into the Fells of their privileges, and are as follows:

"No person shall enter or leave the Reservation over private property, but only at the regularly designated entrances.

"No person shall make a fire for **any** purpose or throw or place upon the ground a lighted match, cigar or other burning substance.

"No person shall dig up, break, cut, remove, deface, defile or ill-use any tree, rock, bush, plant, turf, building, structure, fence, sign or other thing belonging to the Commonwealth or have possession of the same; but this rule shall not prohibit the picking of wild flowers and edible berries in reasonable quantities for personal use.

"No person shall bring into the Reservation any destructive weapon, firearm, firecracker, torpedo or firework; or have possession of or discharge the same therein; or set a trap or snare; or injure or have possession of any wild animal or bird; or injure or disturb any bird's nest or eggs.

"No person shall accost, follow or otherwise annoy another person; or utter profane, threatening or abusive language or loud outcry; or have possession of any instruments of gambling; or do any obscene or indecent act.

"No person except with written authority from said Metropolitan Park Commission shall engage in business, sell or expose for sale or give away any goods, wares, merchandise or circulars; or post, paint, affix or display any signs, notices, placards or advertising devices within the Reservation.

"No person shall drive or ride any animal or cycle faster than eight miles an hour; or drive a vehicle used for carrying merchandise except on a traffic road; or coast with a cycle or sled down any hill; or ride a cycle not provided with a suitable alarm bell; or hitch a horse or other animal to any fence, tree, bush or shrub, or leave any vehicle standing in the roads without an attendant.

"No person shall enter in, upon or over the ponds in this reservation or allow any animal in his charge to enter therein; or fish therein without a written permit from the board or boards controlling said ponds.

"No person shall refuse or neglect to obey any reasonable direction of the superintendent or a police officer."

Special attention will be paid to the enforcement of the provision with regard to making fires, as a great deal of trouble and damage is caused in the Fells every year in this way. The rule with regard to picking berries and flowers means that they may be picked by anyone for their own use, but that it is not intended that the picking of berries in large quantities for the purpose of selling them shall be carried on in the Fells. The provision about annoying other persons has reference to the actions of parties of roughs, who sometimes cause trouble on Sunday afternoons.

Copyright © 2024 Newspapers.com. All Rights Reserved.



**That is the Price**

The **Waverley Bicycle**

of '96, greatly improved and as good as most $100 wheels, sells for $100

BOSTON BRANCH
38 Columbus Ave.

## Animals, Vehicles, Etc

**A. W. DAVIS, SALES STABLES**
80 and 82 Northampton St

**Thursday, May 6, 11 A.M.**

## POSITIVE SALE

**Kentucky Saddle Horses**

**RECENT DEATHS.**

Professor Sylvester of Yale College.

## OUR WOMEN RALLY FOR GREECE.

## REAL ESTATE MATTERS.



## ANHEUSER-BUSCH BREWING ASS'N.

**THE LEADING BREWERY IN THE WORLD.**

Brewers of the Most Wholesome and Popular Beers.

The Original
**Budweiser**
**The Michelob**
**The Muenchener**

The Faust
The Anheuser
The Pale Lager

Served on all Pullman Dining and Buffet Cars.
Served on all Wagner Dining and Buffet Cars.
Served on all Ocean and Lake Steamers.
Served in all First Class Hotels.
Served in all Best Families.
Served in all Fine Clubs.

The Greatest Tonic, "Malt-Nutrine" the Food drink, is prepared by this Association.

## Household Needs

**Cool Evenings**
At Shore and Country

**London Screen Black**

**Perfect Floor Coating**

**CHARLES RICHARDSON & CO**

**REFRIGERATORS**

**F. A. WALKER & CO**
83 Cornhill

**Wall Papers**

**RATS CLEARED**

**BROKEN CHINA**

## THE LECTURE PLATFORM.

## BOARD OF POLICE.

# EX. 38A

Parsons Weekly Globe (Parsons, Kansas) · Mon, Jul 25, 1898 · Page 1
Downloaded on Nov 19, 2024

https://kansashistoricalopencontent.newspapers.com/
image/418839458/

SEC. 1. For the government of Forrest Park in the city of Parsons, Ks., the following rules and regulations are hereby adopted:

First—Forrest Park being the property of said city, it shall be open to all persons upon equal terms.

Second—No privilege special in its character to be exercised within said park, shall be granted to any person.

Third—The gates of said park shall be closed at half past ten o'clock p. m. each and every night except when otherwise ordered by the park committee of said city.

Fourth—No person shall post or display any sign, banner, bill, or advertisement, or write upon, cut, mutilate or deface any building, bench statue, ornament, tree or building in, upon or belonging to said park, or use in an improper manner any water closet or other building therein.

Fifth—No person shall in any manner injure, disfigure, or mutilate the fence, around the buildings, trees, statuary, shrubs or growing plants within and belonging to said park.

Sixth—No person shall kindle, start or cause a fire within the limits of said park, except within the dwelling house belonging thereto.

Seventh—No person shall carry or discharge any fire-arm within said park.

Eighth—No male person shall enter, use or in anywise interfere with any water closet in said park, set apart and designed for the exclusive use of females.

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers
by ancestry

https://kansashistoricalopencontent.newspapers.com/
image/418839458/

Parsons Weekly Globe (Parsons, Kansas) · Mon, Jul 25, 1898 · Page 1
Downloaded on Nov 19, 2024

## City Council Proceedings.

The city council met last Saturday evening in adjourned session. Messrs Boyd, Gillias, McKee, Hume' and Wilson being present.

The object of the meeting was especially for the disposing of pending ordinances before council, which resulted in the passing of twenty-seven.

A petition was read regarding the connection of the electric light wire at the corner of 24th and Belmont streets for a street light, refered to the committee on lights.

Claims to the amount of $95 were allowed.

Resolution read regarding the curbing and macadamizing Crawford ave. between 14th and Central avenue.

Hurst & Co., granted the privilege to erect a poultry house on the M. K. & T. right-a-way just north of Busby's elevator.

Ordinance No. 832, an ordinance providing rules and regulations for the government of Forrest park and penalties for the violation thereof.

Be it ordained by the mayor and councilmen of the city of Parsons:

Sec. 1. For the government of Forrest Park in the city of Parsons, Ks., the following rules and regulations are hereby adopted:

First—Forrest Park being the property of said city, it shall be open to all persons upon equal terms.

Second—No privilege special in its character to be exercised within said park, shall be granted to any person.

Third—The gates of said park shall be closed at half past ten o'clock p. m. each and every night except when otherwise ordered by the park committee of said city.

Fourth—No person shall post or display any sign, banner, bill, or advertisement, or write upon, cut, mutilate or deface any building, bench statue, ornament, tree or building in, upon or belonging to said park, or use in an improper manner any water closet or other building therein.

Fifth—No person shall in any manner injure, disfigure, or mutilate the fence, around the buildings, trees, statuary, shrubs or growing plants within and belonging to said park.

Sixth—No person shall kindle, start or cause a fire within the limits of said park, except within the dwelling house belonging thereto.

Seventh—No person shall carry or discharge any fire-arm within said park.

Eighth—No male person shall enter, use or in anywise interfere with any water closet in said park, set apart and designed for the exclusive use of females.

Nineth—No person shall play any game with cards or with dice, or engage in gambling of any character within said park.

Tenth—No person shall introduce any spirituous, malt, fermented or intoxicating liquors of any kind within said park.

Eleven—No person shall climb any tree, nor affix a swing to any tree or trees within said park, except by permission of superintendent of said park.

Twelfth—No person shall fasten any horse or other animal to any tree, fence, shrub or building within said park, or to anything therein except to hitching posts provided therefore, nor shall any team, horse or other animal be left unattended when not so fastened.

Thirteenth—The park committee of said city is empowered, in its discretion, to permit the use of said park for the purpose of holding pic-nic and social and fraternal gatherings, but political meetings shall not be permitten therein, nor shall said park be used for religious purposes, other than Sunday-school conventions and celebrations and religious meetings upon Sunday evenings in warm weather.

Sec. 2 Any person who shall do any act which by either of the provisions of Sec 1, of this ordinance is forbidden, shall be guilty of a misdemeanor, and, upon conviction thereof shall be punished by fine of not less than $5 nor more than $50 and shall be committed to the jail of said city until such fine and costs of prosecution are paid.

Sec. 3 The superintendent of said park is required to rigidly enforce the rules and regulations by Sec. 1 of this ordinance provided, and to arrest each and every person who shall be guilty of a violation of either of said regulations, and to take the persons by him so arrested before the Police Judge of said city and there make complaint against said person of the offense with which he is charged.

Sec. 4 It shall be the duty of persons in and about said park at any time when by the requirements of Rule 3 as provided in Sec. 1 hereof, the superintendent thereof shall declare his purpose to close the gates to the same, to immediately retire therefrom and any person failing or refusing ro do so shall be guilty of a misdemeanor and upon conviction thereof shall be punished as provided by Sec. 2 of this ordinance.

Sec. 5 This ordinance shall take effect and be in force from and after its publication.

## "GLOBE"

## 25 cents a month.

## 'PHONE 180

Copyright © 2024 Newspapers.com. All Rights Reserved.

**Th e Daily Globe From Now Till January 1st For One Dollar---Cash in Advance Only!**

*Volume I. No 142.*     *Parsons, Kansas, Monday, July 25, 1893.*     *25 Cents a month.*

## LOCAL MENTION.

The new town of Ola, I. T., was named after Miss Ola Woods, of Oswego.

The PARSONS WEEKLY STAR published at this office, and the Kansas City Weekly Star for one year for 65 cents. All the world's news and Parsons news all for 65 cents a year.

Robert Singleton, one of the early citizens of Parsons, died at Kansas City Saturday night, of paralysis caused by a fall from the top stairway at his home in Kansas City. He was forty-nine years of age and leaves a wife and five children, his wife being a sister of Mrs. O. L. Hall and Mrs. Asa Smith, of this city. The remains were brought to Parsons and laid to rest in Oakwood cemetery.

### Notice.

P. W. Blake has recently purchased a half interest in D. D. Ely's stock of furniture, stoves and queensware. In the future the business will be run under the firm name of Ely & Blake. And they invite all their old friends and patrons to call and see them at 217-219 South Central Ave., or in other words, opposite the Matthewson House.

### Advertised letters.

There are advertised letters in the postoffice for E. H. Bryan, H. Beecher, Jeff Davis, W. O. D. Foley, Samuel Hunter, Mrs. J. Riley, Geo. Scott, Ed Selvin, Willie Smith, Miss Annie J Stewart, and Wm. S. Walker. Postal cards remain uncalled for for J. R. Russey., Sed Peachs, and W. S. Walker.

### A Chicken Thief.

About three o'clock Sunday morning as night watchman VanHorn was making his beat on Corning and 21st he noticed a man carrying a sack on his back, he called to him to stop, but he refused to do it, which caused the watchman to put his command into effect by firing three shots at the man one of the shots took effect, causing the man to fall to his knees, and loosing his bundle, which proved to be a sack of chickens. The watchman made chase but was unable to catch his prey, he however tracked his victim some distance. All day yesterday the police force was unable to locate this supposed thief, and were at a little loss to exactly know whom to seek but by noon yesterday they were able to tell who it was and had a slight idea where he was although were unable to locate him as his friends kept him pretty well concealed.

A guard was placed where it could see all the members about the supposed place of the thiefs abode. The thief proved to be Chas. Giles, an ex-convict who broke into a railroad caboose some years ago, and was sent to the state prison for a term. He was captured today at 23d and Appleton, and is now at the city jail awaiting his trial. His wounds were dressed, but no probing was done to find the ball which lodged in his back, the wounds will not prove fatal. The chickens are in the hands of the city marshal at the jail waiting to be claimed by some one who has had the misfortune of losing them.

## E. & M.

This stands for **Ellis & Martin** and if your Furniture came from them it is all right. They have the best line.

REMEMBER. They show the Largest line of Carpets in the City, Also all kinds of DRAPERIES. Their 1898 Baby Carriages now on the floors.

### 1822-24 Forrest Ave.

### General Repair Shop.

## J. H. ATCHLEY & Co.,

Upholstering and Repairing of Furniture. Carpets Sewed and Laid. Old ones Cleaned. Gasoline stoves repaired. 'Phone 178. 1814 Forrest Ave.

## PERSONAL MENTION.

Mrs. James Fletcher is on the sick list.

Mrs. Clark, living on Clark avenue is very sick.

Wm. Gaddis, of Matthwson, was in the city today.

N. E. Allen spent Sunday with his wife in Oswego.

L. J. Beagle had business in Cherryvale Saturday.

John Trinder was in the city yesterday from Sedalia, visiting his parents.

Mrs. Robt. Meador, of Oswego, spent the Sabbath with Mrs. Judge Webb.

Misses Maude Churchill and Abbe Hogan spent Sunday with friends at St. Paul.

L. J. Beagle returned to-day from Winfield where he spent three days on business.

Robt. Meador and wife, of Matthewson, spent Sunday with relatives in the city.

J. F. Townsend of Girard, uncle of A. L. Taylor, driver at the fire department, spent Sunday in the city.

Rev. Bishop says that he is living on the fat of the land while his wife is away. In other words his neighbors are good to him.

O. D. Brown and daughter who have been visiting with C. W. and J. H. Sutton for the past few days left this morning for Winfield.

F. C. Neely and son Clyde, of Neosho twp., were pleasant callers while in the city to-day. They came in to have the the latter's eyes treated by a specialist.

Fred Evans and wife of Ottawa, Ks., came down last Saturday evening to spend a few days with Fred parents, C. W. Evans and wife on West Johnson avenue.

W. F. Townsend, of Vincennes, Ind., cousin of A. L. Taylor, spent Sunday in Parsons. It has been fourteen years since Mr. Taylor had seen his cousin and it was a very pleasant surprise to him.

E. C. Clark, of Oswego, a prominent Republican of Labette county and nominee on the Republican ticket for county attorney, is in the city to visit his mother for a few days.

Miss Jennie Hull, who has been acting as dining room girl at the Ideal

restaurant for some time, has left for a months vacation before taking her fall work as a school teacher.

W. J. Wood went to Oswego Saturday evening on business. He has been elected a director of the Ola Coal & Mining Co., a recently organized company having a capital stock of $100,000 with headquarters at Ola, I. T.

## City Council Proceedings.

The city council met last Saturday evening in adjourned session. Messrs Boyd, Gillias, McKee, Hume' and Wilson being present.

The object of the meeting was especially for the disposing of pending ordinances before council, which resulted in the passing of twenty-seven.

A petition was read regarding the connection of the electric light wire at the corner of 24th and Belmont streets for a street light, refered to the committee on lights.

Claims to the amount of $99 were allowed.

Resolution read regarding the curbing and macadamizing Crawford ave. between 18th and Central avenue.

Hurst & Co., granted the privilege to erect a poultry house on the M. K. & T. right-a-way just north of Busby's elevator.

Ordinance No. 832, an ordinance providing rules and regulations for the government of Forrest park and penalties for the violation thereof.

Be it ordained by the mayor and councilmen of the city of Parsons:

SEC. 1. For the government of Forrest Park in the city of Parsons, Ks., the following rules and regulations are hereby adopted:

First—Forrest Park being the property of said city, it shall be open to all persons upon equal terms.

Second—No privilege special in its character to be exercised within said park, shall be granted to any person.

Third—The gates of said park shall be closed at half past ten o'clock p. m. each and every night except when otherwise ordered by the park committee of said city.

Fourth—No person shall post or display any sign, banner, bill, or advertisement, or write upon, cut, mutilate or deface any building, bench statue, ornament, tree or building in, upon or belonging to said park, or use in an improper manner any water closet or other building therein.

Fifth—No person shall in any manner injure, disfigure, or mutilate the fence, around the buildings, trees, statuary, shrubs or growing plants within and belonging to said park.

Sixth—No person shall kindle, start or cause a fire within the limits of said park, except within the dwelling house belonging thereto.

Seventh—No person shall carry or discharge any fire-arm within said park.

Eighth—No male person shall enter, use or in anywise interfere with any water closet in said park, set apart and designed for the exclusive use of females.

Ninth—No person shall play any game with cards or with dice, or engage in gambling of any character within said park.

Tenth—No person shall introduce any spirituous, malt, fermented or intoxicating liquors of any kind within said park.

Eleven—No person shall climb any tree, nor affix a swing to any tree or trees within said park, except by permission of superintendent of said park.

Twelfth—No person shall fasten any horse or other animal to any tree, fence, shrub or building within said park, or to anything therein except to hitching posts provided therefore, nor shall any team, horse or other animal be left unattended when not so fastened.

Thirteenth—The park committee of said city is empowered, in its discretion, to permit the use of said park for the purpose of holding pic-nic and social and fraternal gatherings, but political meetings shall not be permitten therein, nor a said said park be used for religious purposes, other than Sundayschool conventions and celebrations and religious meetings upon Sunday evenings in warm weather.

SEC. 2 Any person who shall do any act which by either of the provisions of Sec 1, of this ordinance is forbidden, shall be guilty of a misdemeanor, and, upon conviction thereof shall be punished by fine of not less than $5 nor more than $50 and shall be committed to the jail of said city until such fine and costs of prosecution are paid.

SEC 3 The superintendent of said park is required to rigidly enforce the rules and regulations by Sec. 1 of this ordinance provided, and to arrest each and every person who shall be guilty of a violation of either of said regulations, and to take the persons by him so arrested before the Police Judge of said city and there make complaint against said person of the offense with which he is charged.

SEC. 4 It shall be the duty of persons in and about said park at any time when by the requirements of Rule 3 as provided in Sec. 1 hereof, the superintendent thereof shall declare his purpose to close the gates to the same, to immediately retire therefrom and any person failing or refusing to do so shall be guilty of a misdemeanor and upon conviction thereof shall be punished as provided by Sec. 2 of this ordinance.

SEC. 5 This ordinance shall take effect and be in force from and after its publication.

## Dr. PLANCK

Office rooms 12 & 13 Brown Block. Chronic Diseases a SPECIALTY. Consultation FREE Catarrhal troubles treated at the rooms FREE during office hours, 9 to 11:30 a. m. and 2 to 5 p. m. Calls answered in the City and Country. Residence 1704 Appleton Ave. Telephone No. 189.

## "GLOBE"

### 25 cents a month.

## 'PHONE 180

EX. 40A

https://www.newspapers.com/image/946338983/

**Rule 3.** No person shall accost or follow or otherwise annoy another person; or utter any profane, threatening or abusive language or loud outcry; or solicit any subscription or contribution; or play any game of chance; or have possession of any instrument of gambling; or do any obscene or indecent act.

**Rule 4.** No person shall preach; or pray aloud; or make any oration or harangue, or any political or other canvass; or sing or talk in a loud tone; or play a musical instrument; or display a flag or banner; or discharge or have possession of any firearm; or move in a military or civic parade, drill or procession.

**Rule 5.** No person shall go within the shrubberies, or upon the grass or stand or lie down upon a bench, or go to sleep therein.

**Rule 6.** No person shall play ball or

Copyright © 2024 Newspapers.com. All Rights Reserved.

The Daily Item (Lynn, Massachusetts) · Thu, Aug 10, 1899 · Page 7

Downloaded on Nov 19, 2024

https://www.newspapers.com/image/946338983/



## Commonwealth of Massachusetts.

### METROPOLITAN PARK COMMISSION.

### Rules and Regulations for the Government and Use of Parkways and Boundary Roads.

Rule 1. No person shall cut, break, remove, deface, deflle or ill-use any building, fence, tree, bush, plant, turf or other thing herein, belonging to the Commonwealth, or have possession of any part thereof.

Rule 2. No person shall throw any stone or other missile; or have possession of any firecracker, torpedo or firework; or make a fire; or sell, expose for sale, or give away any goods, wares or circulars; or post or display any sign, placard or advertising device.

Rule 3. No person shall accost or follow or otherwise annoy another person; or utter any profane, threatening or abusive language or loud outcry; or solicit any subscription or contribution; or play any game of chance; or have possession of any instrument of gambling; or do any obscene or indecent act.

Rule 4. No person shall preach; or pray aloud; or make any oration or harangue, or any political or other canvass; or sing or talk in a loud tone; or play a musical instrument; or display a flag or banner; or discharge or have possession of any firearm; or move in a military or civic parade, drill or procession.

Rule 5. No person shall go within the shrubberies or upon the grass or stand or lie down upon a bench, or go to sleep therein.

Rule 6. No person shall play ball or any other game of sport; or have possession of or drink any intoxicating liquor; or, except in a place designated therefor, eat any food, or drop or place and suffer to remain any piece of paper or other refuse.

Rule 7. No person in charge of any animal, other than a dog, shall allow it to go upon the parkways or boundary roads, unless such animal be used for pleasure travel on a way or place provided therefor.

Rule 8. No person shall ride an animal except upon the driveways, or ride or drive a cycle or other vehicle, except upon the driveways, or ride or drive an animal, cycle or other vehicle upon other than the right-hand side of the road, except to cross, or to turn out for an obstruction, or a person, animal, cycle, or vehicle going in the same direction.

Rule 9. No person shall ride or drive an animal, cycle or vehicle past an animal, cycle or vehicle going in the same direction except to the left; or take a road running to the left, unless the right of way is given to all other animals, cycles or vehicles passing in either direction; or ride a cycle past an animal, cycle or vehicle going in the same direction without sounding a bell.

Rule 10. No person shall ride or drive an animal not well broken and under proper control; or ride or drive an animal or cycle faster than eight miles an hour or coast with a cycle or sled down any hill.

Rule 11. No person shall drive a wagon or other vehicle for carrying merchandise or other articles, or a hearse, or any vehicle in a funeral procession, except upon a traffic road or to gain access by the shortest way from the nearest street to the front entrance of a house facing on a parkway or boundary road.

Rule 12. No person shall refuse or neglect to obey any reasonable direction of a police officer.

Any person violating any one of the above rules is liable to a fine of twenty dollars for each offense.

The parkways and boundary roads are public property, and it is the duty of every person to see that the above rules are observed, and to call the attention of the police to any violation thereof.

Copyright © 2024 Newspapers.com. All Rights Reserved.

It Will Amply Repay Lynn People to Make a Note of This Valuable Information.

SWAMPSCOTT.

Fire on Essex Street

MORMON EXTENSION.

Trouble in South Ascribed to Political Opponents, Who Want Utah to Become a Territory.

LONDON, Aug. 9, 1899.—At the Mormon headquarters here the Mormon troubles in the south (United States) are partly attributed to their colony successes, but chiefly to political opponents who wish to see Utah again revert to a territory.

Elder Anderson claims wonderful successes lately in the southern States.

Yellowstone National Park Tour.

## New This Evening.

METROPOLITAN PARK COMMISSION.

Rules and Regulations for the Government and Use of Parkways and Boundary Roads.

Rule 1. No person shall cut, break, remove, deface, or in any way injure any tree, shrub, plant, turf, or other vegetation.

## New This Evening.

METROPOLITAN PARK COMMISSION.

Rules and Regulations for the Government and Use of the Charles River Reservation.

Rule 1. No person shall cut, break, remove, deface, or in any way injure any tree, shrub, plant, turf, or other vegetation.

Commonwealth of Massachusetts.

TO LET.

Cheap TENEMENT of 3 Rooms and Pantry.

Rent $1.25 per week. Inquire at 113 Grove Street.

Commonwealth of Massachusetts.

METROPOLITAN PARK COMMISSION.

CHARLES RIVER RESERVATION.

Rules and Regulations for the Government and Use of the Charles River Reservation.

URGED TO HOLD OUT.

Captured Letters Disclose Hope of Insurgents for European Recognition.

MANILA, Aug. 10, 1899.

New Volunteer Regiment Rights.

WASHINGTON, D.C., Aug. 10, 1899.

# AMBER SOAP

## A NEW BETTER QUALITY OF LAUNDRY SOAP

MADE BY THE MANUFACTURERS OF IVORY SOAP.

THE PROCTER & GAMBLE CO.
IVORYDALE, OHIO.     CINCINNATI.



## LYNN Business College

OPENS
Tuesday, Sept. 5, 1899.

Office Now Open for Visitors.

# MONKEY BRAND SOAP

CLEANS
BRIGHTENS
SCOURS
POLISHES

ANYTHING AND
EVERYTHING

IN

HOUSE
FACTORY
SHOP AND
SHIPBOARD

Wont Wash Clothes

Everywhere

5c. a bar.

FOR SALE.

JOHN H. MADDEN, 408 Union St.

FOR SALE.

West Lynn, $2800; HOUSE, 13 rooms, small payment down, balance can remain on mortgage at 4 1-2 per cent.

JOHN H. MADDEN, 408 Union St.

## COLORADO'S GOLD MINES

are producing heavily. Investors desiring to make money should send for the

L. VAN BAALEN, DENVER, COLO.

CITY OF LYNN.

## Two Hundred Dollars Reward

# EX. 40B

SECTION. DIVISION. BOOK.

3 . 946 . 15

# CITY DOCUMENT NO 12.

INAUGURAL ADDRESS OF THE MAYOR,

CITY GOVERNMENT OF 1901,

TOGETHER WITH THE

# = Annual Reports =

OF THE OFFICERS OF THE

# City of Quincy,

## MASSACHUSETTS

## FOR THE YEAR 1900.



1901

ADVERTISER STEAM JOB PRINT

No. 10 Chestnut St., Quincy.

QUINCY.

Digitized by Google

# Report of Park Commissioners

————

*To His Honor, the Mayor of the City of Quincy:*

The Board of Park Commissioners respectfully submits its report for the year of 1900.

The work of the Board the past year has been largely confined to the erection of a public bathhouse on the Ward Two playground; the making of a ball field at Ward four; the improvement of the Ward Three playground; the completion of the Ward Two playground work; the setting of edgestones around Ward Six playground; the maintenance of Merry Mount and Faxon Parks and the conferring with the Metropolitan Park Commission regarding the Boulevard.

## PUBLIC BATHHOUSE.

On petition from the Board the General Court passed an act allowing buildings containing an area of over 600 sq. ft. to be erected on the Parks and Playgrounds of this city. A public bathhouse having been advocated by the Board and Mayors Hall, Keith and Sears, at the request of the Board the Council appropriated $2000 for such a purpose. A building costing about $1950 has been erected on the Ward Two playgrounds. It is of artistic design, over 100 ft. long and contains 40 lockers, 4 shower baths, head house, boys' room, laundry, etc. It will be a free public bath for the use of men, women and boys and will be opened in June to the public.

Digitized by Google

fair price it is proposed to loam and sow down a part of this playground the coming season.

In order to continue the permanent work on the playgrounds the Council will be asked to transfer another sum of money from the unexpended playground balance to be expended under the direction of the Board.

## QUINCY SHORE RESERVATION AND FURNACE PARK PARKWAY.

The Metropolitan Park Commission has during the past year practically completed its takings for the Quincy Shore Reservation and Furnace Brook Parkway, commonly known as the Boulevard, which extends from Hancock street across the Neponset river marshes to near the old Felt mill, across Squantum street to the shores of Quincy bay, thence following the coast line to Rufes Hummock, thence across the National Sailor's Home marshes, skirting the northerly side of Pine island to and up the valleys of Black's Creek and Furnace Brook to the Blue Hill's Reservation.

### BY-LAWS.

The depredations in the different parks and playgrounds have increased to such an extent that a set of Rules and Regulations for the government of those places was adopted, in which the maximum penalty was fixed at $20 and a reward of $5 was offered for information which will lead to the conviction of the depredators. The Rules and Regulations follow :

Rule 1.—No person shall discharge or have possession of any firearm, air gun, or any device for the taking or killing of birds or game in the Parks or Playgrounds.

Rule 2.—No teams for the carriage of merchandise are allowed in the Parks or Playgrounds.

Rule 3.—No person shall cut, break, remove, deface, defile, or ill-use any building, tree, bush, plant, turf or other thing

Digitized by Google

herein belonging to the city, or have possession of any part thereof.

Rule 4.—No person shall throw any stone or other missile ; or have possession of any firecracker, torpedo or firework ; or make a fire ; or sell, expose, for sale, or give away any goods, wares or circulars ; or post or display any sign, placard or advertising device, in any Park or Playground.

Rule 5.—No owner or keeper of a horse or cow or other grazing animal shall suffer the same to go at large, or feed upon any Park or Playground.

Rule 6.—No person shall engage in a picnic, game of ball, foot ball, base ball or other sport, upon any Park or Playground, except by permission in writing of the Board of Park Commissioners.

Rule 7.—No person shall place any structure, tent, post, fence, rubbish, gravel, stones, ashes, or other thing in any Park or Playground without a permit from the Board of Park Commissioners.

## SKATING RINK.

Through the courtesy of the trustees of the Greenleaf Land Associates a temporary dam was built across the Black's Creek tide gate, thus holding the fresh water back, making a fairly good skating rink. At some future time it is expected that a permanent dam will be put in raising the water to a height, which, while not endangering property, will ensure a large area of fresh water ice.

GEO. E. PFAFFMANN,
FRED. B. RICE,
JAS. S. WHITING,

Board of Park Commissioners.

Digitized by Google

# EX. 40C

The Fort Wayne News And Sentinel (Fort Wayne, Indiana) · Thu, Oct 24, 1901 · Page 5

https://www.newspapers.com/image/29212677/

Downloaded on Nov 19, 2024

Sec. 10. That all bicycle riders upon the bicycle tracks in any of the parks in said pleasure driveway and park district of Fort Wayne shall go in one direction, always turning to the left, keeping the inside curve of the track to the left of the rider, and the riding of a bicycle upon any of said tracks in any other direction shall be deemed a violation of this ordinance.

All riders shall leave and enter said tracks at designated entrances. All riders upon any of the driveways and bicycle tracks in said parks shall stop when called upon to do so by any officer of the park district. Upon such days as may be indicated by the park officers upon cards posted in the parks, there shall be no riding upon the bicycle tracks faster than the rate of eight (8) miles an hour.

Sec. 11. No person shall discharge any firearm, or have possession of any firearm, within the limits of any public park.

Sec. 12. No person shall use profane, obscene, threatening or abusive language, or fight, or throw any stone or missile, or behave in a disorderly or improper manner, or commit any offense against decency or good morals in any public park.

Sec. 13. No person not an employe shall make a fire for any purpose within the bounds of any park, and no person shall chase, catch, injure, molest, or disturb any animal, bird or fish kept within any public park for the use, instruction or entertainment of the public, nor shall any person give or offer to give any such animal tobacco or other noxious articles.

Sec. 14. No person being the owner or

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers by ancestry

https://www.newspapers.com/image/29212677/

The Fort Wayne News And Sentinel (Fort Wayne, Indiana) · Thu, Oct 24, 1901 · Page 5
Downloaded on Nov 19, 2024

## OFFICIAL COUNCIL PROCEEDINGS.

Copyright © 2024 Newspapers.com. All Rights Reserved.

## On Her Feet



All day long and rocking with pain from her heel to her head. That is what many a self-supporting girl must expend every day. Close confinement, scant clothes, when in other circumstances she would go to bed, she must still be at her post at counter and struggle through the day as best she can.

Headache, backache, and other pains caused by womanly derangements are perfectly cured by Dr. Pierce's Favorite Prescription. It cures the cause of these pains. It establishes regularity, dries excessive drains, heals inflammation and ulceration and cures female weakness.

**PAIN ALL GONE.**

"I have taken your medicine with the greatest of benefit," writes Mrs. George Bell, of Lock-port Station, Winnebago Co., Illinois. "Your 'Favorite Prescription' has cured me of nervous prostration... I feel like a new person."

Dr. Pierce's Pleasant Pellets cure the bowels.
R. V. Pierce, Buffalo, N. Y.

**Pennsylvania Lines.**
[railroad timetable]

**WABASH**

**NICKEL PLATE**

**INDIANAPOLIS SCHEDULE.**

**GRAND RAPIDS & INDIANA R.R.**

**L. E. & W.—TIME TABLE.**

## OFFICIAL COUNCIL PROCEEDINGS.

**GENERAL ORDINANCE NO. 106.**

[Dense council proceedings text — general ordinances, committee reports, and resolutions.]

**GENERAL ORDINANCE NO. 111.**

**COMMUNICATIONS FROM THE MAYOR.**

**HYMENEAL EVENTS.**

**MUNTERS' RATES**

**WANTED GOOD HOMES FOR CHILDREN**

**FOR SALE—CHEAP.**

**KABO CORSETS**
NO BRASS EYELETS

Ladies Sin against themselves in failing to note the fall line of

Very Little argument is needed to convince those that have not tried the

**Kabo** Bias-Gored Straight Front and Modified **Kabo**

The Form-Reducing CORSETS

Price . . . $2.50

Long or Short Waist, Deep Hip, Low Bust

$1.00 to $10.00

Write For Catalog

Chicago Corset Co.
New York Office:
318 Broadway, NEW YORK.

FOR SALE BY ALL FIRST-CLASS DEALERS



## Guns and Rifles.

Shotguns from $5.00 up, and kept in repair for one year. Rifles.

## Loaded Shells.

## REPAIRING

## Roussey & Schneider,
Miller's Old Stand.

WHEN OTHERS FAIL, CONSULT

## DR. N. R. WENGER,
SPECIALIST,



DR. N. R. WENGER,
126 Calhoun Street,
FORT WAYNE, IND.

## L. O. Hull,
## WALL PAPER
The Largest LINE. The Latest STYLES. The Lowest PRICES.



## 90 Calhoun St.

EX. 43A

NEWSPAPER

# Image 5 of Bridgeton pioneer (Bridgeton, N.J.), May 7, 1903

Image provided by: **Rutgers University Libraries**

Link to the full image: https://www.loc.gov/resource/sn87068192/1903-05-07/ed-1/?sp=5

used by order of the Commissioners.

Section 3. No person shall commit any of the following acts within said park:

1. Commit any disorderly or immoral acts.

2. Be intoxicated.

3. Throw stones or missiles.

4. Utter loud or indecent language.

5. Play any game of cards or chance.

6. Tell fortunes.

7. Drive or lead a horse not well broken.

8. Allow any dog to run at large.

9. Throw or drain offensive substances in the Park or into any Park waters.

10. Bathe in Park waters without having the body concealed by suitable covering extending from the knees to the shoulders.

11. In any manner injure any tree, plant, grass, flower, fruit, turf, fence or structure.

12. Build any fire.

13. Write, paint, carve or cut on any tree, bench, bridge or structure.

14. Post or display any signs or advertisements.

15. Carry or discharge any firearms, sling shots, air rifles, shotguns or rifles of any kind.

16. Injure or mutilate any sign or notice posted by the Commissioners.

17. Place or propel any boat or craft in the waters of the Park without a license from the Commissioners.

18. Climb any tree or tie a horse to a tree.

19. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

Section 4. No person shall commit any of the following acts within said Park

:ave the right to operate the said street railway by any mechanical power except steam, and to erect, construct, apply, maintain and use such poles, wires, conduits or other devices for transmitting and using electrical or other forces as will provide for the traction of cars on said railway, and that this permission shall be construed to authorize the use and maintenance of what is known as the overhead trolley system.

Section 3. That said railway shall be relocated, constructed, operated and maintained in the public streets, highways, roads and places hereinbefore designated and at and along the parts thereof as shown and exhibited on the maps and descriptions of the route of the proposed relocation of parts or sections of said extension of said existing street railway of the said Traction Company, annexed to the said petition and filed with the City Recorder on the tenth day of March, nineteen hundred and three, except as the same may be herein changed and such changes herein specified; that the rails to be used in the construction, operation and maintenance of said railway tracks, shall be "T" rails, which shall be laid at Standard Pennsylvania Railroad gauge (four feet eight and one-half inches) and on proper cross ties.

Section 4. That said railway shall be completed within one year from the date of the acceptance of this ordinance by the said Traction Company, and in constructing said railway, said Company shall interfere as little as possible with the ordinary use of said streets, roads and highways; that in removing snow and ice from said tracks they shall not obstruct the use of said streets, roads and highways; that upon the laying of said tracks said Traction Company shall put the surface of the streets, roads and highways through which said railway is constructed in as good condition as the same was immediately before the laying thereof, and shall thereafter keep said streets and highways between said rails and for eighteen inches on each side thereof and said tracks in proper repair.

Section 5. That wherever and whenever it shall be necessary in the opinion of the City Council of the said city of Bridgeton, that drains or culverts shall be placed across the street or highways along the line of said railway, the same shall be erected and constructed under or beneath the tracks of the said railway, at the cost and expense of said Company of the kind and pattern and material designated by the said City Council; and that said Company shall keep said drains and culverts as well as those already constructed, in repair under its tracks and at all times open and free from all obstructions; and wherever and whenever it shall be necessary to take up any portion of said track for the purpose of laying or repairing said drains or culverts, the same shall be taken up and relaid, wholly at the expense of said Company.

Section 6. That if at any time hereafter, the city of Bridgeton shall pave, macadamize or construct any other kind of improved road upon any street or highway through which said railway is constructed, said Company shall immediately pave the space or construct a road bed similar to that constructed by said municipality, between their rails and for eighteen inches on each side of their tracks with like material to that selected by such municipality for the work done by them; said work to be done at the expense of said Company, and said Company shall thereafter keep said spaces in repair.

Section 7. That vehicles shall have the right to drive in, upon and across said tracks, provided they shall in no wise interfere with the running and operation of the cars of said Company, and provided that, as against said vehicles, the cars of said Company shall have the right of way.

Section 8. That whenever the grade of the surface of the aforesaid streets or highways through which said railways runs shall be lawfully changed by said city of Bridgeton, it shall be the duty of said Company to immediately place and construct its said tracks to conform with the surface of said streets and highways as changed at its own cost and expense; the grading between the rails and eighteen inches on each side of said tracks to be done at the expense of said Company.

Section 9. That in case the city of Bridgeton or any other corporation to whom proper authority so to do shall be granted, shall decide to construct, lay, relay or repair any water works, water pipes, gas mains, electrical conduits or sewers in said streets or highways, nothing in this ordinance shall be construed to abridge its or their right to dig up said streets or highways for that purpose, and that whenever it shall be necessary for any of the aforesaid purposes to remove any of said railway tracks, the same shall, upon reasonable notice, be removed and relaid at the cost and expense of said Traction Company.

Section 10. That if said Traction Company shall, without justifiable cause, after the completion of said railway, fail to run or operate said cars for the space of five consecutive days, then it shall and may be lawful for the said City Council of the city of Bridgeton to order said Company to remove its tracks from that portion of the streets or highways whereon it has failed to operate its said cars, and unless said Company shall forthwith remove the same and place such streets or highways in good repair and condition to the satisfaction of said City Council, then in such case the said city of Bridgeton shall have the right to remove the said tracks and repair the said streets or highways and to sell the material of the said Company removed therefrom, and from the proceeds of such sale pay the expense of such removal and sale with the costs touching the same, paying the surplus, if any, to the said Company or its legal representatives, and in case of a deficiency the said Company shall be liable for the same.

Section 11. That the city of Bridgeton shall not be liable for any accident or casualty which shall happen or occur at any time, to any person or property because or by reason of the construction or operation of the railway hereby located, through the carelessness or negligence of any of the officers, servants, agents or employes of said Company and said Company shall indemnify and save harmless the city of Bridgeton from any costs, loss or damage by reason thereof.

Section 12. That said Company shall pay the expense of preparing and advertising this ordinance, according to law, and that this ordinance shall not go into effect until such payment shall have been made; and that said Company shall make and execute over its common or corporate seal and have signed by its President, and attested by its Secretary, and filed with the City Recorder of the city of Bridgeton, within thirty days after receiving notice, in writing, of the final passage of this ordinance, an acceptance of this ordinance and all the terms, provisions, restrictions and regulations hereof and of every of them, and in default thereof it shall be understood and held that the Company declines to accept the same and thereupon all rights, powers and privileges to it granted hereby shall forever cease and be at an end in the same manner and with the same effect as if this ordinance had not been passed.

Section 13. That whenever said Company shall violate any of the provisions of this ordinance, they shall pay a penalty of twenty-five dollars; and for every continued violation thereof, after notice from the City Council of the city of Bridgeton, the penalty shall be twenty-five dollars for each and every day the violation continues after said Company shall have reasonable time to comply with said notice.

Section 14. That whenever herein the term railway is used it is intended to include the parts or sections of the proposed extension of the existing street railway of the said Traction Company to be relocated as hereinbefore mentioned and described.

Section 15. That this ordinance shall take effect upon due publication thereof according to law.

Passed by the City Council of the city of Bridgeton, at a stated meeting thereof, held Tuesday evening, April 14, A. D., 1903.

JOSEPH H. DEAL, President.

Attest:
FRANK L. HEWITT, City Recorder.
Approved April 14, 1903.
GEORGE HAMPTON, Mayor.

## Ordinance No. 126.

An ordinance for the Regulation and control of the Tumbling Dam Park of the City of Bridgeton.

The City Council of the City of Bridgeton do ordain as follows:

Section 1. The term "Park" used herein shall be construed to include all lands and waters under the control of the Park Commissioners, and the term "Commissioners" shall be construed to mean the Park Commissioners.

Section 2. The roadways in the Park shall not be used by any vehicles except those employed for the purposes of pleasure; the rides and bridle paths shall be used only by persons on horseback, bicycles and pedestrians, and the walk along the East side of the raceway shall be used exclusively by pedestrians, except that baby carriages, invalid chairs and children's carts may be propelled thereon.

This section shall not apply to vehicles used by order of the Commissioners.

Section 3. No person shall commit any of the following acts within said park:

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3. Throw stones or missiles.
4. Utter loud or indecent language.
5. Play any game of cards or chance.
6. Tell fortunes.
7. Drive or lead a horse not well broken.
8. Allow any dog to run at large.
9. Throw or drain offensive substances in the Park or into any Park waters.
10. Bathe in Park waters without having the body concealed by suitable covering extending from the knees to the shoulders.
11. In any manner injure any tree, plant, grass, flower, fruit, turf, fence or structure.
12. Build any fire.
13. Write, paint, carve or cut on any tree, bench, bridge or structure.
14. Post or display any signs or advertisements.
15. Carry or discharge any firearms, sling shots, air rifles, shotguns or rifles of any kind.
16. Injure or mutilate any sign or notice posted by the Commissioners.
17. Place or propel any boat or craft in the waters of the Park without a license from the Commissioners.
18. Climb any tree or tie a horse to a tree.
19. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

Section 4. No person shall commit any of the following acts within said Park without the consent of the Commissioners:

1. Keep or offer anything for sale.
2. Deliver any public speech.
3. Obstruct in any way a roadway or path.
4. Ride or drive any animal or vehicle at a speed exceeding the rate of eight miles per hour.
5. Hold any picnics at a place not designated by the Commissioners for that purpose.
6. Hold any public meeting.
7. Take ice from any Park waters.
8. Trap or catch muskrats.
9. Anchor or moor any boat along the channel of the raceway.
10. Play base ball, tennis or any other game at a place not designated by the Commissioners.
11. Build any wharf or landing on the banks of the lakes or along the raceway.
12. Bathe in any place not designated by said Commissioners.
13. Propel or drive any automobile or motor vehicle in the Park.

Section 5. Any person violating any of the provisions of this ordinance shall forfeit and pay a fine not exceeding one hundred dollars, and in default of the payment of such fine any person may be imprisoned in the county jail for a period not exceeding ten days.

Section 6. That this ordinance shall take effect immediately.

Passed at a stated meeting of the City Council, held Tuesday evening, April 14, A. D. 1903.

JOSEPH H. DEAL,
President of City Council.
Attest: FRANK L. HEWITT,
City Recorder.
Approved April 14, 1903.
GEORGE HAMPTON,
Mayor.

## Bridgeton and Millville Traction Company.

TIME TABLE.

### Schedule in Effect Oct. 31, 1902.

**BRIDGETON & MILLVILLE LINE.**

Leave Bridgeton, 5.50, 7.00, 8.00, 8.50, 10.10, 11.[illegible] a. m., 12.00, m., 1.00, 2.00, 3.00, 3.50, 5.00, 6.00, 7.00 [illegible] 9.00, 10.45 p. m.

Leaves Millville—6.50 8.05, 9.00, 10.10, 11.00 a. m 12.00, m., 1.00, 2.00, 3.00 3.50, 5.10, 6.00, 7.00, 8.00 9.20, 10.00, 11.20 p. m This schedule affords passengers opportunity to connect with practically all W. J. & S. S. trains at Millville to and from Vineland, Cape May, Ocean City and all other sea shore points.

Baggage and express car leaves Bridgeton 8.00 a. m., and 12.00 m. Leaves Millville 10.10 a. m. and 3 p. m.

**SUNDAY SCHEDULE**

Leave Bridgeton at 8.00, 9.00, 10.00, 11.00 a. m. 12.00 m., 1.00, 2.00, 3.00, 4.00, 5.00, 6.00, 7.00 8.00, 9.00, 10.15 p. m.

Leave Millville 9.00, 10.00, 11.00 a. m. m., 1.00, 2.00, 3.00, 4.00, 5.00, 6.05, 7.00, 8.00 9.00 10.15 11.00 p. m.

**BRIDGETON AND PORT NORRIS LINE.**

**GOING SOUTH.**

**Leave McGear's Siding Cor. Commerce and Laurel Streets at 5 o'clock a. m. and every hour thereafter until 10 o'clock p m.**

**Leave Fairton P. O. at 18 minutes after each hour until 10.18 p. m.**

**Leave Cedarville P. O. at 30 minutes after each hour until 10.30 p. m.**

**Leave Newport P. O. at 42 minutes after each hour until 10.42 p. m.**

**Leave Dividing Creek P. O. at 6 o'clock a. m. and every hour thereafter until 11 o'clock p. m.**

**Arriving at Bivalve at 20 minutes after each hou**

**GOING NORTH.**

**Leave Bivalve at 6.25 a. m. and 25 minutes each hour until 11.25 p. m.**

**Leave Davis House, Port Norris, at 6.35 a. m. and 35 minutes after each hour until 11.35 p. m.**

**Leave Dividing Creek P. O. 50 minutes after each hour until 11.50 p. m.**

**Leave Newport P. O. at 7.08 a. m. and 8 minutes after each hour until 12.08 p. m.**

**Leave Cedarville P. O. at 6.00 and 7.20 a. m. and 20 minutes after each hour until 12.20 p. m.**

**Leave Fairton P. O. at 6.15 and 7.35 a. m. and 35 minutes after each hour until 12.35 p. m.**

**Sunday schedule same as week days, except first car will leave Corner Commerce and Laurel Street, Bridgeton at 7 o'clock a. m. and first car going north will leave Bivalve 8.25. a. m.**

**LOCAL LINE.**

**Cars will leave Irving Avenue Station, Cottage Ave. and Atlantic St., and Central Railroad crossing, North Laurel Street at 6.40 a. m. and every 20 minutes thereafter until 10.20 p. m.**

Cars will leave Cor. Commerce and Laurel Sts. for Irving Avenue Station, Atlantic St., and Central Railroad crossing, North Laurel street at 10.30 and 50 minutes past each hour. The North Laurel Street car leaving corner Commerce and Laurel Street at 30 minutes past the hour will run through to the Park. For South Avenue line see Bridgeton and Port Norris schedule. For East Bridgeton see Millville schedule.

Sunday schedule same as week days except first car will leave Irving Avenue station, Cottage Avenue and Central Railroad crossing at 8.20 a. m

B. F HIRES, Gen Mgr.

Only
$5
THE
Capacity
999,999,999
LocKe Adder

Fastest, simplest, handiest, most practical and durable, low priced, calculating machine.
Quickly Adds, Subtracts, Multiplies and Divides without error or mental labor.

Quickly Pays For Itself.

Adds all columns simultaneously. Capacity 999,999,999. Performs all computations that any higher priced machine will do.
Will last a life time. Price $5.00, prepaid. Descriptive booklet FREE. Agents wanted.

C.E.LOCKE MFG. CO., 2 Walnut St., Kensett, Iowa.

IF YOU WANT A FENCE

that is cheap, strong, neat, durable and recommends itself, examine that made at Mount Holly by the N. J. Fence Co.; 500,000 feet being now in satisfactory use. Made of galvanized steel wire interwoven with cedar pickets, generally stained red. It will turn any stock, poultry, boys, &c. It will not sag when properly stretched. Pickets cannot be pulled out and needs no board under it. Posts may be from 10 to 16 ft. apart. Prices are from 5 to 6½c. per ft. Liberal terms to agents. Descriptive price list sent on application.

THE NEW JERSEY FENCE CO., MOUNT HOLLY, N. J.

PATENTS Protect your Ideas. Consultation free. Fee dependent on success. Est. 1864. MILO B. STEVENS & Co., 884-14th Street, Washington, D. C. 4 16 4w

## Ordinance No. 125.

An ordinance granting consent and permission to the BRIDGETON AND MILLVILLE TRACTION COMPANY to relocate certain parts or sections of the proposed extension of its existing street railway in the Third Ward of the city of Bridgeton, in the county of Cumberland, and state of New Jersey, the location, construction, operation and maintenance of which is authorized by Ordinance No. 123 of the City Council of the city of Bridgeton aforesaid, and to construct and operate by electric motive power, or other power except steam, and maintain said extension of its street railway in the city of Bridgeton aforesaid, in accordance with such relocation.

WHEREAS the BRIDGETON AND MILLVILLE TRACTION COMPANY, a corporation or body politic, duly incorporated by and existing under the laws of the State of New Jersey, made due application by petition to the City Council of the city of Bridgeton for permission to relocate certain parts or sections of the proposed extension of its existing street railway in the Third Ward of the city of Bridgeton aforesaid, the location, construction, operation and maintenance of which is authorized by Ordinance No. 123 of the said City Council of the city of Bridgeton aforesaid, and for permission to construct and operate by electric motive power or other power except steam and maintain the said extension of its street railway in the city of Bridgeton aforesaid, in accordance with such relocation, on the public streets and highways in said petition designated, to wit:

Atlantic Street, Belmont Avenue, Fayette Street, Hampton Street and West Avenue; which petition was in due form of law and accompanied by maps and descriptions of route of the parts or sections of said extension to be relocated, showing also the proposed location of the rails and tracks and the location of the poles in accordance with the description of the route of the parts or sections of said extension of said railway to be relocated, duly filed with the Secretary of State at Trenton; and the said City Council having designated the time and place when and where they would consider such application and petition and hear all persons interested for and against the same and having designated, as required by law, the places and times when and where notice thereof should be published and posted; and due proof being made before the City Council of the city of Bridgeton of such notices being published and posted, as required by law, and proof having also been made that the consent of the owners, in writing, of more than one-half of the amount in lineal feet of property fronting on the parts of the said public streets and highways over which it is desired to relocate and construct said parts or sections of said extension of said railway, executed and acknowledged as are deeds entitled to be recorded, have been and are now filed with the City Recorder of said city of Bridgeton; all which matters and things have been duly and regularly proved by testimony before the said City Council at a hearing upon such matters; and the hearing aforesaid, having been regularly fixed for Friday, the twenty-seventh day of March, nineteen hundred and three, at seven thirty o'clock P. M., at the Council Chamber in the City Hall in the city of Bridgeton aforesaid, as the time and place when and where said application and petition and all persons interested for and against the same would be heard and all persons having been heard for and against the same and the matters aforesaid considered, and the said City Council being of the opinion that the prayer of the said petition should be granted, therefore:

The said City Council of the city of Bridgeton do ordain as follows:

Section 1. That the BRIDGETON AND MILLVILLE TRACTION COMPANY shall have the right to relocate certain parts or sections of the extension of its existing railway within the city of Bridgeton aforesaid, the location, construction, operation and maintenance of which said extension is authorized by Ordinance No. 123 of the City Council of the city of Bridgeton aforesaid conformably, except as the same may be hereinafter changed and hereinafter specified, to the description of the route of the parts or sections of said railway to be relocated, showing the termini of such parts or sections, together with a map exhibiting the same, with the courses and distances thereof, duly filed in the office of the Secretary of the State of New Jersey, that is to say:

### DESCRIPTION OF ROUTE OF RELOCATION NO. 1.

This part or section of the proposed extension of said railway to be relocated is situate wholly within the Third Ward of the city of Bridgeton, county of Cumberland, and State of New Jersey, and begins at a point in the centre of Fourth Street, commonly known as West Avenue, and in the centre line of track of the Bridgeton and Millville Traction Company as located by Ordinance No. 123 aforesaid; thence along West Avenue aforesaid, by a curve of one degree to the right, a distance of one hundred and fifty-nine and three-tenths feet to a point of tangent; thence still along West Avenue aforesaid south, twenty-six degrees and forty-two minutes west, crossing Vine street, a distance of seventy-two and seven-tenths feet to a point in the southerly line of Vine street aforesaid; thence along and over the private right of way of the said Traction Company, the same course continued, a distance of four hundred and fifty and nine-tenths feet to a point of curve; thence curving to the left with a radius of fifty-three feet, eighty-four and two-tenths feet to a point of tangent; thence still over the private right of way of said Traction Company south, sixty-four degrees and eighteen minutes east, four hundred and twenty and two-tenths feet to the westerly terminus of Hampton street; thence the same course continued and along the centre of Hampton street aforesaid, a distance of three hundred and fourteen and nine-tenths feet to a point fifty and two-tenths feet easterly of the intersection of the centre line of Hampton street with the centre line of Lawrence street, being also in the centre line of track of said Bridgeton and Millville Traction Company as located by said Ordinance and there to end.

Said lines being the centre line of the tracks of said extension of said railway as proposed to be relocated and crossing all intersecting roads and streets.

### DESCRIPTION OF ROUTE OF RELOCATION NO. 2.

This part or section of the proposed extension of said railway to be relocated, is situate wholly within the city of Bridgeton aforesaid, and begins at a point in the centre of Fayette street and in the centre line of track of said Bridgeton and Millville Traction Company as located by said Ordinance No. 123 at a point fifty and eight-hundredths feet northerly from the intersection of the centre of Fayette street with the centre line of Cottage avenue; thence along Fayette street aforesaid south, twenty-five degrees and twenty-four minutes west, three hundred and thirty-seven feet to a point of curve; thence curving to the left with a radius of fifty-three feet, eighty-three and three-tenths feet to a point of tangent in the centre of Belmont avenue; thence along said avenue south, sixty-four degrees and forty minutes east, four hundred and twenty-three and six-tenths feet to a point of curve; thence curving to the left with a radius of fifty-three feet, eighty-three and three-tenths feet to a point of tangent in the centre of Atlantic street; thence along the same north, twenty-five degrees and twenty minutes east, three hundred and thirty-six and five-tenths feet to a point in the centre line of track of said Traction Company as now constructed and there to end.

Said lines being the centre line of the tracks of said extension of said railway as proposed to be relocated and crossing all intersecting roads and streets.

And the said BRIDGETON AND MILLVILLE TRACTION COMPANY is hereby authorized to relocate, construct, operate and maintain in the public streets and highways above designated, a single track street railway as above set forth and described.

Section 2. That the said Company shall have the right to operate the said street railway by any mechanical power except steam, and to erect, construct, apply, maintain and use such poles, wires, conduits or other devices for transmitting and using electrical or other forces as will provide for the traction of cars on said railway, and that this permission shall be construed to authorize the use and maintenance of what is known as the overhead trolley system.

Section 3. That said railway shall be relocated, constructed, operated and maintained in the public streets, highways, roads and places hereinbefore designated and at and along the parts thereof as shown and exhibited on the maps and descriptions of the route of the proposed relocation of parts or sections of said extension of said existing street railway of the said Traction Company, annexed to the said petition and filed with the City Recorder on the tenth day of March, nineteen hundred and three, except as the same may be herein changed and such changes herein specified; that the rails to be used in the construction, operation and maintenance of said railway tracks, shall be "T" rails, which shall be laid at Standard Pennsylvania Railroad gauge (four feet eight and one-half inches) and on proper cross ties.

Section 4. That said railway shall be completed within one year from the date of the acceptance of this ordinance by the said Traction Company, and in constructing said railway, said Company shall interfere as little as possible with the ordinary use of said streets, roads and highways; that in removing snow and ice from said tracks they shall not obstruct the use of said streets, roads and highways; that upon the laying of said tracks said Traction Company shall put the surface of the streets, roads and highways through which said railway is constructed in as good condition as the same was immediately before the laying thereof, and shall thereafter keep said streets and highways between said rails and for eighteen inches on each side thereof and said tracks in proper repair.

Section 5. That wherever and whenever it shall be necessary in the opinion of the City Council of the said city of Bridgeton, that drains or culverts shall be placed across the street or highways along the line of said railway, the same shall be erected and constructed under or beneath the tracks of the said railway, at the cost and expense of said Company of the kind and pattern and material designated by the said City Council; and that said Company shall keep said drains and culverts as well as those already constructed, in repair under its tracks and at all times open and free from all obstructions; and wherever and whenever it shall be necessary to take up any portion of said track for the purpose of laying or repairing said drains or culverts, the same shall be taken up and relaid, wholly at the expense of said Company.

Section 6. That if at any time hereafter, the city of Bridgeton shall pave, macadamize or construct any other kind of improved road upon any street or highway through which said railway is constructed, said Company shall immediately pave the space or construct a road bed similar to that constructed by said municipality, between their rails and for eighteen inches on each side of their tracks with like material to that selected by such municipality for the work done by them; said work to be done at the expense of said Company, and said Company shall thereafter keep said spaces in repair.

Section 7. That vehicles shall have the right to drive in, upon and across said tracks, provided they shall in no wise interfere with the running and operation of the cars of said Company, and provided that, as against said vehicles, the cars of said Company shall have the right of way.

Section 8. That whenever the grade of the surface of the aforesaid streets or highways through which said railways runs shall be lawfully changed by said city of Bridgeton, it shall be the duty of said Company to immediately place and construct its said tracks to conform with the surface of said streets and highways as changed at its own cost and expense; the grading between the rails and eighteen inches on each side of said tracks to be done at the expense of said Company.

Section 9. That in case the city of Bridgeton or any other corporation to whom proper authority so to do shall be granted, shall decide to construct, lay, relay or repair any water works, water pipes, gas mains, electrical conduits or sewers in said streets or highways, nothing in this ordinance shall be construed to abridge its or their right to dig up said streets or highways for that purpose, and that whenever it shall be necessary for any of the aforesaid purposes to remove any of said railway tracks, the same shall, upon reasonable notice, be removed and relaid at the cost and expense of said Traction Company.

Section 10. That if said Traction Company shall, without justifiable cause, after the completion of said railway, fail to run or operate said cars for the space of five consecutive days, then it shall and may be lawful for the said City Council of the city of Bridgeton to order said Company to remove its tracks from that portion of the streets or highways whereon it has failed to operate its said cars, and unless said Company shall forthwith remove the same and place such streets or highways in good repair and condition to the satisfaction of said City Council, then in such case the said city of Bridgeton shall have the right to remove the said tracks and repair the said streets or highways and to sell the material of the said Company removed therefrom, and from the proceeds of such sale pay the expense of such removal and sale with the costs touching the same, paying the surplus, if any, to the said Company or its legal representatives, and in case of a deficiency the said Company shall be liable for the same.

Section 11. That the city of Bridgeton shall not be liable for any accident or casualty which shall happen or occur at any time, to any person or property because of or by reason of the construction or operation of the railway hereby located, through the carelessness or negligence of any of the officers, servants, agents or employes of said Company and said Company shall indemnify and save harmless the city of Bridgeton from any costs, loss or damage by reason thereof.

Section 12. That said Company shall pay the expense of preparing and advertising this ordinance, according to law, and that this ordinance shall not go into effect until such payment shall have been made; and that said Company shall make and execute over its common or corporate seal and have signed by its President, and attested by its Secretary, and filed with the City Recorder of the city of Bridgeton, within thirty days after receiving notice, in writing, of the final passage of this ordinance, an acceptance of this ordinance and all the terms, provisions, restrictions and regulations hereof and of every of them, and in default thereof it shall be understood and held that the Company declines to accept the same and thereupon all rights, powers and privileges to it granted hereby shall forever cease and be at an end in the same manner and with the same effect as if this ordinance had not been passed.

Section 13. That whenever said Company shall violate any of the provisions of this ordinance, they shall pay a penalty of twenty-five dollars; and for every continued violation thereof, after notice from the City Council of the city of Bridgeton, the penalty shall be twenty-five dollars for each and every day the violation continues after said Company shall have reasonable time to comply with said notice.

Section 14. That whenever herein the term railway is used it is intended to include the parts or sections of the proposed extension of the existing street railway of the said Traction Company to be relocated as hereinbefore mentioned and described.

Section 15. That this ordinance shall take effect upon due publication thereof according to law.

Passed by the City Council of the city of Bridgeton, at a stated meeting thereof, held Tuesday evening, April 14, A. D., 1903.

JOSEPH H. DEAL, President.

Attest:
FRANK L. HEWITT, City Recorder.
Approved April 14, 1903.
GEORGE HAMPTON, Mayor.

## Ordinance No. 126.

An ordinance for the Regulation and control of the Tumbling Dam Park of the City of Bridgeton.

The City Council of the City of Bridgeton do ordain as follows:

Section 1. The term "Park" used herein shall be construed to include all lands and waters under the control of the Park Commissioners, and the term "Commissioners" shall be construed to mean the Park Commissioners.

Section 2. The roadways in the Park shall not be used by any vehicles except those employed for the purposes of pleasure; the rides and bridle paths shall be used only by persons on horseback, bicycles and pedestrians, and the walk along the East side of the raceway shall be used exclusively by pedestrians, except that baby carriages, invalid chairs and children's carts may be propelled thereon.

This section shall not apply to vehicles used by order of the Commissioners.

Section 3. No person shall commit any of the following acts within said park:

1. Commit any disorderly or immoral acts.
2. Be intoxicated.
3. Throw stones or missiles.
4. Utter loud or indecent language.
5. Play any game of cards or chance.
6. Tell fortunes.
7. Drive or lead a horse not well broken.
8. Allow any dog to run at large.
9. Throw or drain offensive substances in the Park or into any Park waters.
10. Bathe in Park waters without having the body concealed by suitable covering extending from the knees to the shoulders.
11. In any manner injure any tree, plant, grass, flower, fruit, turf, fence or structure.
12. Build any fire.
13. Write, paint, carve or cut on any tree, bench, bridge or structure.
14. Post or display any signs or advertisements.
15. Carry or discharge any firearms, sling shots, air rifles, shotguns or rifles of any kind.
16. Injure or mutilate any sign or notice posted by the Commissioners.
17. Place or propel any boat or craft in the waters of the Park without a license from the Commissioners.
18. Climb any tree or tie a horse to a tree.
19. Injure or unnecessarily disturb any fish, water fowl, birds or animals.

Section 4. No person shall commit any of the following acts within said Park without the consent of the Commissioners:

1. Keep or offer anything for sale.
2. Deliver any public speech.
3. Obstruct in any way a roadway or path.
4. Ride or drive any animal or vehicle at a speed exceeding the rate of eight miles per hour.
5. Hold any picnics at a place not designated by the Commissioners for that purpose.
6. Hold any public meeting.
7. Take ice from any Park waters.
8. Trap or catch muskrats.
9. Anchor or moor any boat along the channel of the raceway.
10. Play base ball, tennis or any other game at a place not designated by the Commissioners.
11. Build any wharf or landing on the banks of the lakes or along the raceway.
12. Bathe in any place not designated by said Commissioners.
13. Propel or drive any automobile or motor vehicle in the Park.

Section 5. Any person violating any of the provisions of this ordinance shall forfeit and pay a fine not exceeding one hundred dollars, and in default of the payment of such fine any person may be imprisoned in the county jail for a period not exceeding ten days.

Section 6. That this ordinance shall take effect immediately.

Passed at a stated meeting of the City Council, held Tuesday evening, April 14, A. D. 1903.

JOSEPH H. DEAL,
President of City Council.
Attest: FRANK L. HEWITT,
City Recorder.
Approved April 14, 1903.
GEORGE HAMPTON,
Mayor.

## Bridgeton and Millville Traction Company.

TIME TABLE.

### Schedule in Effect Oct. 31, 1902.

**BRIDGETON & MILLVILLE LINE.**

Leave Bridgeton, 5.50, 7.00, 8.00, 8.50, 10.10, 11.00 a. m., 12.00, m., 1.00, 2.00, 3.00, 3.50, 5.00, 6.00, 7.00 8.00 9.00, 10.45 p. m.

Leaves Millville—6.50 8.05, 9.00, 10.10, 11.00 a. m 12.00, m., 1.00, 2.00, 3.00 3.50, 5.10, 6.00, 7.00, 8.00 9.20, 10.00, 11.20 p. m. This schedule affords passengers opportunity to connect with practically all W. J. & S. S. trains at Millville to and from Vineland, Cape May, Ocean City and all other sea shore points.

Baggage and express car leaves Bridgeton 8.00 a. m., and 12.00 m. Leaves Millville 10.10 a. m. and 3 p. m.

**SUNDAY SCHEDULE**

Leave Bridgeton at 8.00, 9.00, 10.00, 11.00 a. m. 12.00 m., 1.00, 2.00, 3.00, 4.00, 5.00, 6.00, 7.00 8.00, 9.00, 10.15 p. m.

Leave Millville 9.00, 10.00, 11.00 a. m. m., 1.00, 2.00, 3.00, 4.00, 5.00, 6.05, 7.00, 8.00 9.00 10.15 11.00 p. m.

**BRIDGETON AND PORT NORRIS LINE.**

GOING SOUTH.

Leave McGear's Siding Cor. Commerce and Laurel Streets at 5 o'clock a. m. and every hour thereafter until 10 o'clock p m.

Leave Fairton P. O. at 18 minutes after each hour until 10.18 p. m.

Leave Cedarville P. O. at 30 minutes after each hour until 10.30 p. m.

Leave Newport P. O. at 42 minutes after each hour until 10.42 p. m.

Leave Dividing Creek P. O. at 6 o'clock a. m. and every hour thereafter until 11 o'clock p. m.

Arriving at Bivalve at 20 minutes after each hou

GOING NORTH.

Leave Bivalve at 6.25 a. m. and 25 minutes each hour until 11.25 p. m.

Leave Davis House, Port Norris, at 6.35 a. m. and 35 minutes after each hour until 11.35 p. m.

Leave Dividing Creek P. O. 50 minutes after each hour until 11.50 p. m.

Leave Newport P. O. at 7.08 a. m. and 8 minutes after each hour until 12.08 p. m.

Leave Cedarville P. O. at 6.00 and 7.20 a. m. and 20 minutes after each hour until 12.20 p. m.

Leave Fairton P. O. at 6.15 and 7.35 a. m. and 35 minutes after each hour until 12.35 p. m.

Sunday schedule same as week days, except first car will leave Corner Commerce and Laurel Street, Bridgeton at 7 o'clock a. m. and first car going north will leave Bivalve 8.25. a. m.

**LOCAL LINE.**

Cars will leave Irving Avenue Station, Cottage Ave. and Atlantic St., and Central Railroad crossing, North Laurel Street at 6.40 a. m. and every 20 minutes thereafter until 10.20 p. m.

Cars will leave Cor. Commerce and Laurel Sts. for Irving Avenue Station, Atlantic St., and Central Railroad crossing, North Laurel street at 10.30 and 50 minutes past each hour. The North Laurel Street car leaving corner Commerce and Laurel Street at 30 minutes past the hour will run through to the Park. For South Avenue line see Bridgeton and Port Norris schedule. For East Bridgeton see Millville schedule.

Sunday schedule same as week days except first car will leave Irving Avenue station, Cottage Avenue and Central Railroad crossing at 8.20 a. m.

B. F HIRES, Gen Mgr.

Only
$5

Capacity 999,999,999

THE LocKe Adder

Fastest, simplest, handiest, most practical and durable, low priced, calculating machine. Quickly Adds, Subtracts, Multiplies and Divides without error or mental labor.

**Quickly Pays For Itself.**

Adds all columns simultaneously. Capacity 999,999,999. Performs all computations that any higher priced machine will do. Will last a life time. Price $5.00, prepaid. Descriptive booklet FREE. Agents wanted.

C. E. LOCKE MFG. CO., 2 Walnut St., Kensett, Iowa.

IF YOU WANT A FENCE

that is cheap, strong, neat, durable and recommends itself, examine that made at Mount Holly by the N. J. Fence Co.; 500,000 feet being now in satisfactory use. Made of galvanized steel wire interwoven with cedar pickets, generally stained red. It will turn any stock, poultry, boys, &c. It will not sag when properly stretched. Pickets cannot be pulled out and there is no board under it. Posts may be from 10 to 16 ft. apart. Prices are from 5 to 6½c. per ft. Liberal terms to agents. Descriptive price list sent on application.

THE NEW JERSEY FENCE CO., MOUNT HOLLY, N. J.

PATENTS Protect your Ideas. Consultation free. Fee dependent on success. Est. 1864. MILO B. STEVENS & Co., 884-14th Street, Washington, D. C. 4 16 4w

# Over the County

**Cedarville.**

Cedarville, Apr. 30. — Mrs. Mattie Bennett, of Woodbury, is visiting her sister Miss Lizzie Lummis.

Rob't Bateman is having a tin roof placed on his residence.

Miss Gertrude Marts and son were in town yesterday.

Mrs. Wm. Nixon spent yesterday in Bridgeton.

Mrs. Wm. Stevens spent yesterday shopping in Bridgeton.

Edith Sheppard is suffering with bronchitis.

Mrs. Walter Jerrell is entertaining Philadelphia relatives.

Baker Erb is having his new house carpeted ready for occupancy.

The Ladies Aid Society of the Baptist church will hold a plant, cake and pie sale on Saturday afternoon at the home of Miis Rhoda Mulford. Positively no cakes will be sold before two o'clock.

Cedarville, May 1– Phenix Cosier and wife visited the County building, on Wednesday.

Miss Lucy Sheppard is numbered among the sick.

The main road to Jones' Island is being plowed and graded.

Miss Ada Lycenberg is filling the vacancies in the Jones Island school caused by sickness.

Mrs. James Kates has been visiting her daughter in Bridgeton.

Mrs. Richard Grace spent yesterday out of town.

The High School Commencement will be held in Bateman's Hall, on Saturday evening, May 16th.

Don't forget the cake sale on Saturday afternoon, at two o'clock, at Miss Rhoda Mulford's.

Aubrey Grace has accepted a position as painter in Bridgeton.

Esq. D. C. Adams is having his chimneys repaired.

Cedarville, May 2—Miss Lizzie Lummis spent yesterday out of town.

Andrew Lore, a student in the medical department of Jefferson College, is home on his summer vacation.

Mrs. Ruth Whitaker has been visiting her brother in Woodbury.

Chas. Link, of Philadelphia, is spending a few days in town.

Mrs. Ruth Mulligan, of Bridgeton, has been visiting her mother.

James Danzenbaker had a horse taken sick while working on the road.

Lydia Paynter is numered among the sick.

The Junior Christian Endeavor societies of this village held a rally today, in the chapel of the Baptist church. Mr. Porter will give an interesting chalk talk.

Cedarville, May 4.—Miss Mossalene Shropshire, of Mauricetown, is spending some time with Mrs. B. F. Powell.

C. E. Simpkins and wife, of Bridgeton, spent Sunday in town.

Miss Anna Dickinson has been entertaining out of town relatives.

Mrs. Charles Brineshults and Miss Lillie Brineshults spent Saturday out of town.

Wm. Lummis and wife, of Philadelphia, have been visiting their mother Mrs. Harriet Lummis.

The ladies of the Baptist church realized a smart sum from the benefits of their cake sale on Saturday afternoon.

Dr. Joseph Husted, of Clayton, is visiting his father and having a few days rest after his illness.

Prof. Howard Marts spent Sunday in town.

Mrs. Benj. Roray spent Saturday with her sister, Miss Rhoda Mulford.

Cedarville, May 5.—Frank Emerson is numbered among the sick.

Rudolph Erb was married in Philadelphia, on Saturday last to a lady of that place. Mr. and Mrs. Erb have returned and taken up their residence in their newly furnished home.

Mrs. Edwin Mulford spent yesterday out of town.

Mrs. Sockwell, a very old lady is dangerously ill.

Mrs. A. J. Ogden and children are visiting in Dividing Creek.

Miss Lizzie Bowen was a Bridgeton visitor yesterday.

Every evening the graduates are rehearsing for the commencement to be held May 16th.

Misses Anna and Gertrude Garrison, of Dividing Creek, have been visiting in town.

Mrs. H. K. Sembower is able to be out again after an illness.

GRAIN-O
THE PURE GRAIN COFFEE

The coffee habit is quickly overcome by those who let Grain-O take its place. If properly made it tastes like the best of coffee. No grain coffee compares with it in flavor or healthfulness.

TRY IT TO-DAY.

At grocers everywhere; 15c. and 25c. per package.

PARKER'S HAIR BALSAM
Cleanses and beautifies the hair. Promotes a luxuriant growth. Never Fails to Restore Gray Hair to its Youthful Color. Cures scalp diseases & hair falling. 50c. and $1.00 at Druggists

A prominent club woman, Mrs. Danforth, of St. Joseph, Mich., tells how she was cured of falling of the womb and its accompanying pains and misery by Lydia E. Pinkham's Vegetable Compound.

"DEAR MRS. PINKHAM:—Life looks dark indeed when a woman feels that her strength is fading away and she has no hopes of ever being restored. Such was my feeling a few months ago when I was advised that my poor health was caused by prolapsus or **falling of the womb.** The words sounded like a knell to me, I felt that my sun had set; but **Lydia E. Pinkham's Vegetable Compound** came to me as an elixir of life; it restored the lost forces and built me up until my good health returned to me. For four months I took the medicine daily and each dose added health and strength. I am so thankful for the help I obtained through its use."—MRS. FLORENCE DANFORTH, 1007 Miles Ave., St. Joseph, Mich.

**A medicine that has restored so many women to health and can produce proof of the fact must be regarded with respect. This is the record of Lydia E. Pinkham's Vegetable Compound, which cannot be equalled by any other medicine the world has ever produced. Here is another case:—**

"DEAR MRS. PINKHAM:—For years I was troubled with falling of the womb, irregular and painful menstruation, leucorrhœa, bearing-down pains, backache, headache, dizzy and fainting spells, and stomach trouble.

"I doctored for about five years but did not seem to improve. I began the use of your medicine, and have taken seven bottles of **Lydia E. Pinkham's Vegetable Compound,** three of Blood Purifier, and also used the Sanative Wash and Liver Pills, and am now enjoying good health, and have gained in flesh. I thank you very much for what you have done for me, and heartily recommend your medicine to all suffering women."—MISS EMMA SNYDER, 218 East Center St., Marion, Ohio.

**"FREE MEDICAL ADVICE TO WOMEN."**

**Women would save time and much sickness if they would write to Mrs. Pinkham for advice as soon as any distressing symptoms appear. It is free, and has put thousands of women on the right road to recovery.**

**Mrs. Pinkham never violates the confidence thus entrusted to her, and although she publishes thousands of testimonials from women who have been benefited by her advice and medicine, never in all her experience has she published such a letter without the full consent, and often by special request of the writer.**

**$5000 FORFEIT** if we cannot forthwith produce the original letters and signatures of above testimonials, which will prove their absolute genuineness.
Lydia E. Pinkham Medicine Co., Lynn, Mass.

**BREAD TALK**

is a subject of interest to every family,—rich or poor.

**YEARS OF EXPERIENCE**

has taught us just what the people most desire.

**WE GIVE YOU**

the benefit of this experience when you buy

**GOLDEN BEAUTY FLOUR.**

For sale by leading Grocers and Feed Merchants.

**SITLEY & SON, INC., SOLE AGTS.,**

CAMDEN, N. J.

6 1y

**GOODYEAR'S RUBBER GOODS!**

Ladies' and Gents' Mackintoshes.
Fine Rubber Clothing.

GARDEN HOSE

Hose Reels, Lawn Sprinklers, Etc. Etc.

TOWN & BROTHERS
607 MARKET STREET PHILADELPHIA, PA
15 1yr

**MORPHINE**

**Opium, Laudanum, Cocaine and all Drug Habits**

permanently cured, without pain or detention from business, leaving no craving for drugs or other stimulants. We restore the nervous and physical systems to their natural condition because we remove the causes of disease. A home remedy prepared by an eminent physician.

**WE GUARANTEE A CURE FREE TRIAL TREATMENT**

Confidential correspondence, especially with physicians, solicited. Write today.

**Manhattan Therapeutic Association**

Dept. A 1135 Broadway, New York City



EX. 43B

Newspapers
by ancestry

https://www.newspapers.com/image/945845551/

The Daily Item (Lynn, Massachusetts) · Mon, Jul 13, 1903 · Page 9
Downloaded on Dec 10, 2024

# Commonwealth of Massachusetts.

## METROPOLITAN PARK COMMISSION.

# RULES AND REGULATIONS

### For the Government and Use of the

## KING'S BEACH RESERVATION.

Rule 1. No person shall enter or leave the parkway except at the regularly designated entrances.

Rule 2. No person shall dig up, cut, break, remove, deface, defile or ill-use any building, structure, fence, sign, bush, plant, turf, rock or other thing herein belonging to the Commonwealth, or have possession of any part thereof.

Rule 3. No person shall throw any stone or other missile; or have possession of or discharge any destructive weapon, firearm, firecracker, torpedo or firework; or make a fire; or throw or place upon the ground a lighted match, cigar or other burning substance; or post, paint, affix or display any sign, notice, placard or advertising device; or, except with written authority from said Metropolitan Park Commission, engage in business, sell, or expose for sale, or give away any goods, wares or circulars; or set a trap or snare; or injure or have possession of any wild animal or bird; or injure or disturb any bird's nest or eggs.

Rule 4. No person shall solicit the acquaintance of or annoy another person;

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers
by ancestry

The Daily Item (Lynn, Massachusetts) · Mon, Jul 13, 1903 · Page 9
Downloaded on Dec 10, 2024

https://www.newspapers.com/image/945845551/

# Commonwealth of Massachusetts.

## METROPOLITAN PARK COMMISSION.

## RULES AND REGULATIONS

### For the Government and Use of the
### KING'S BEACH RESERVATION.

Rule 1. No person shall enter or leave the parkway except at the regularly designated entrances.

Rule 2. No person shall dig up, cut, break, remove, deface, defile or misuse any building, structure, fence, sign, bush, plant, turf, rock or other thing herein belonging to the Commonwealth, or have possession of any part thereof.

Rule 3. No person shall throw any stone or other missile; or have possession of or discharge any destructive weapon, firearm, firecracker, torpedo or firework; or make a fire; or throw or place upon the ground a lighted match, cigar or other burning substance; or post, paint, affix or display any sign, notice, placard or advertising device; or, except with written authority from said Metropolitan Park Commission, engage in business, sell, or expose for sale, or give away any goods, wares or circulars; or set a trap or snare; or injure or have possession of any wild animal or bird; or injure or disturb any bird's nest or eggs.

Rule 4. No person shall solicit the acquaintance of or annoy another person; or utter any profane, threatening, abusive or indecent language or loud outcry; or solicit any subscription or contribution; or have possession of or drink any intoxicating liquor; or play any game of chance; or have possession of any instrument of gambling; or do any obscene or indecent act; or preach; or pray aloud; or make an oration or harangue, or any political or other canvass; or display a flag or banner; or move in a military or civic parade, drill or procession; or lie down upon a bench or go to sleep thereon; or play any musical instrument except by written authority from said Metropolitan Park Commission.

Rule 5. No person shall bathe except in a proper costume and at places designated therefor, or loiter or run about or lie upon the beach or shore in bathing costume.

Rule 6. No person shall ride or drive an animal or vehicle except upon the driveways, or on portions of the beach where such travel is not prohibited, or upon other than the right-hand side of the road except when passing another animal or vehicle, or past an animal or vehicle except to the left thereof, or across a road unless the right of way is given to all other animals or vehicles, or by the side of more than one vehicle, or ride a cycle past an animal or vehicle going in the same direction without sounding a bell, or hitch a horse or other animal to a fence, tree, bush or shrub.

Rule 7. No person shall ride or drive an animal not well broken and under proper control; or ride or drive an animal or vehicle faster than 10 miles an hour, or coast with a cycle or sled down any hill.

Rule 8. No person in charge of any animal, other than a dog, shall allow it to go upon the Reservation unless such animal be used for pleasure travel on a way or place provided therefor.

Rule 9. No person shall have or allow a vehicle for carrying merchandise, or a vehicle in use for carrying merchandise or articles other than the equipments proper for a pleasure vehicle, or a hearse, or any vehicle in a funeral procession, except upon a traffic road, or to gain access by the shortest way from the nearest street to the front entrance of a house facing on the Reservation.

Rule 10. No person shall stop an animal or vehicle so as to obstruct a parkway, boundary road or driveway, or a sidewalk or crossing thereof, or so as to prevent the passing of other vehicles, or otherwise than lengthwise with a parkway, boundary road or driveway and close to the sidewalk thereof.

Rule 11. No person having charge of an animal or vehicle shall neglect or refuse to stop, place, change the position of or move said animal or vehicle as directed by a police officer.

Rule 12. No person having charge of an animal shall allow the same to stand without some proper person to take charge of the same, except that an animal hitched to a place provided therefor or to a weight of not less than twenty pounds, may be allowed to stand unattended for not more than five minutes.

Rule 13. No person shall place upon the Reservation any lobster pot, lobster car, seine, fishing-net or other apparatus employed in fishing, or any fish or parts or refuse thereof, or any offensive or unclean substance.

Rule 14. No person owning or in charge of a boat shall allow the same to remain on the Reservation for more than five minutes.

Rule 15. No person shall refuse or neglect to obey any reasonable direction of a police officer.

Any person violating any one of the above rules is liable to a fine of twenty dollars for each offence.

The Reservations, parkways and roads under the control of the Metropolitan Park Commission are public property, and it is the duty of every person to see that the above rules are observed, and to call the attention of the police to any violation thereof.

Copyright © 2024 Newspapers.com. All Rights Reserved.

# Wants, To Let, Board, Rooms, Etc.

# REAL ESTATE ON THE MARKET.

**HELP WANTED—MALE.**

**TENEMENTS FOR RENT.**

**ROOMS AND BOARD.**

**NEWS NOTES.**

**REAL ESTATE FOR SALE.**

**REAL ESTATE FOR SALE.**

## WANTED

A strong YOUNG MAN to work in a grocery store. Apply to R. M. WATSON, 320 Union St., Lynn.

## WANTED

Foreman of Fitting Room

## WANTED

Wanted at once, men to work on ice wagons. Apply to O. E. Hunt, foreman. THE LYNN ICE CO., 19 Bowler street.

**HELP WANTED—FEMALE.**

## GIRLS WANTED

Between 18 and 21 Years.

Apply to G. A. BEAL, 77 Chase street, city.

## WANTED

Closers and Stays Stitchers. Top Stitcher on button boots. Steady employment to good workers.

HENNESSEY & THOMPSON

## WANTED

Morley Button Operator

FAUNCE & SPINNEY

## WANTED

CLOSERS and STAYERS.

LUDDY & CURRIER.

**SITUATIONS WANTED—MALE.**

**SITUATIONS WANTED—FEMALE.**

**WANTED—MISCELLANEOUS.**

**LOST.**

## TO LET

96 South Common St.

## TO LET.

Whole of the 2d Floor at 48 Central Ave.

## TO RENT

Pittsfield Steam Power Company Buildings, Pittsfield, Mass.

**FOR SALE—TENEMENTS.**

## FOR SALE

## FOR SALE

## Upright Piano
### $100.00

**JUNK DEALERS.**

## WANT YOUR FORTUNE TOLD BY A

**REGISTERED PHYSICIANS.**

**CONVEYANCES.**



DAILY PUZZLE PICTURE.

**REAL ESTATE**

**AUCTIONEERS.**

**MEDICAL.**

**CARD READING.**

**INSTRUCTION.**

**MORTGAGES.**

**LEGAL NOTICES.**

## AGREEMENT

Of Association for the Formation of a Street Railway Corporation.

## Commonwealth of Massachusetts.

METROPOLITAN PARK COMMISSION

## RULES AND REGULATIONS

For the Government and Use of the
KING'S BEACH RESERVATION.

## General Electric Employees

## CLIFFONDALE

## FOR SALE

## One Acre of Land.

## WEST LYNN

MARSHALL, 274 Union Street.

## Desirable Building Lot
For Sale

## Will You Miss

Waldo Thompson & Son,
74 Exchange Street, Lynn.

**MONEY TO LOAN**

## BEACH BLUFF

Waldo Thompson & Son,
74 Exchange Street, Lynn.

## FOR SALE

## Borrow Money

City Loan Co. - 107 Central Ave.

## Money to Loan
ON
## REAL ESTATE

Wm. J. Barry,
343 Union Street,

## Protect Your Home.

JOHN H. MADDEN

## Save Your Rent Money

Frank W. Atkins,
18 CENTRAL AVENUE.

## WE WANT TO SELL THE
## 5-Room Cottage
## 590 Walnut Street

Robert S. Sisson & Co.
211-212 New Item Building

E. W. WEBSTER, 167 Market St.



Subscribe for a Weekly Item

# EX. 44A

Newspapers

The Daily Item (Lynn, Massachusetts) · Mon, Jul 20, 1903 · Page 6
Downloaded on Nov 19, 2024

https://www.newspapers.com/image/945846394/

# Commonwealth of Massachusetts,

## METROPOLITAN PARK COMMISSION.

# Rules and Regulations

### FOR THE GOVERNMENT AND USE OF THE

## LYNN SHORE RESERVATION.

**Rule 1.** No person shall enter or leave the Reservation except at the regularly designated entrances.

**Rule 2.** No person shall dig up, cut, break, remove, deface, defile, or ill-use any building, structure, fence, sign, bush, plant, turf, rock or other thing herein, belonging to the Commonwealth, or have possession of any part thereof.

**Rule 3.** No person shall throw any stone or other missile; or have possession of or discharge any destructive weapon, firearm, firecracker, torpedo or firework; or make a fire; or throw or place upon the ground a lighted match, cigar or other burning substance; or post, paint, affix or display any sign, notice, placard or advertising device; or, except with written authority from said Metropolitan Park Commission, engage in business, sell, or expose for sale, or give away any goods, wares, or circulars; or set a trap or snare; or injure or have possession of any wild animal or bird; or injure or disturb any bird's nest or eggs.

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers
by ancestry

The Daily Item (Lynn, Massachusetts) · Mon, Jul 20, 1903 · Page 6
Downloaded on Nov 19, 2024

https://www.newspapers.com/image/945846394/

## Commonwealth of Massachusetts.

### METROPOLITAN PARK COMMISSION.

# Rules and Regulations

#### FOR THE GOVERNMENT AND USE OF THE
#### LYNN SHORE RESERVATION.

Rule 1. No person shall enter or leave the Reservation except at the regularly designated entrances.

Rule 2. No person shall dig up, cut, break, remove, deface, defile, or ill-use any building, structure, fence, sign, bush, plant, turf, rock or other thing herein, belonging to the Commonwealth, or have possession of any part thereof.

Rule 3. No person shall throw any stone or other missile; or have possession of or discharge any destructive weapon, firearm, firecracker, torpedo or firework; or make a fire; or throw or place upon the ground a lighted match, cigar or other burning substance; or post, paint, affix or display any sign, notice, placard or advertising device; or, except with written authority from said Metropolitan Park Commission, engage in business, sell, or expose for sale, or give away any goods, wares, or circulars; or set a trap or snare; or injure or have possession of any wild animal or bird; or injure or disturb any bird's nest or eggs.

Rule 4. No person shall solicit the acquaintance of or annoy another person; or utter any profane, threatening, abusive or indecent language or loud outcry; or solicit any subscription or contribution; or have possession of or drink any intoxicating liquor; or play any game of chance; or have possession of any instrument of gambling; or do any obscene or indecent act; or preach, or pray aloud; or make an oration or harangue, or any political or other canvass; or display a flag or banner; or move in a military or civic parade, drill or procession; or lie down upon a bench or go to sleep thereon; or play any musical instrument except by written authority from said Metropolitan Park Commission.

Rule 5. No person shall bathe except in a proper costume and at places designated therefor, or loiter or run about or lie upon the beach or shore in bathing costume.

Rule 6. No person shall ride or drive any animal or vehicle except upon the driveways, or on portions of the beach where such travel is not prohibited, or upon other than the right hand side of the road except when passing another animal or vehicle, or past an animal or vehicle except to the left thereof, or across a road unless the right of way is given to all other animals or vehicles, or by the side of more than one vehicle, or ride a cycle past an animal or vehicle going in the same direction without sounding a bell, or hitch a horse or other animal to a fence, tree, bush or shrub.

Rule 7. No person shall ride or drive an animal not well broken and under proper control; or ride or drive an animal or vehicle faster than ten miles an hour, or coast with a cycle or sled down any hill.

Rule 8. No person in charge of any animal, other than a dog, shall allow it to go upon the Reservation unless such animal be used for pleasure travel on a way or place provided therefor.

Rule 9. No person shall have or allow a vehicle for carrying merchandise, or a vehicle in use for carrying merchandise or articles, other than the equipments proper for a pleasure vehicle, a hearse, or any vehicle in a funeral procession, except upon a traffic road, or to gain access by the shortest way from the nearest street to the front entrance of a house facing on the Reservation.

Rule 10. No person shall stop an animal or vehicle so as to obstruct a parkway, boundary road or driveway, or a sidewalk or crossing thereof, so as to prevent the passing of other vehicles, or otherwise than lengthwise with a parkway, boundary road or driveway and close by the sidewalk thereof.

Rule 11. No person having charge of an animal or vehicle shall neglect or refuse to stop, place, change the position, of or move said animal or vehicle as directed by a police officer.

Rule 12. No person having charge of an animal shall allow the same to stand without some proper person to take charge of the same, except that an animal hitched to a place provided therefor or to a weight of not less than twenty pounds, may be allowed to stand unattended for not more than five minutes.

Rule 13. No person shall place upon the Reservation any lobster pot, lobster car, seine, fishing-net or other apparatus employed in fishing, or any fish or parts of refuse thereof, or any offensive or unclean substance.

Rule 14. No person owning or 'in charge of a boat shall allow the same to remain on the Reservation for more than five minutes.

Rule 15. No person shall refuse or neglect to obey any reasonable direction of a police officer.

Any person violating any one of the above rules is liable to a fine of twenty dollars for each offence.

The Reservations, parkways and roads under the control of the Metropolitan Park Commission are public property and it is the duty of every person to see that the above rules are observed, and to call the attention of the police to any violation thereof.

Copyright © 2024 Newspapers.com. All Rights Reserved.

## SALTED HIS WIFE IN COURT.

### R. Eldredge Sentenced Immediately.

MALDEN, July 20, 1903—Edward R. Eldredge, of Medford, whose wife, Ella T. Eldredge, accused him of having poured salt into a cup of tea which she was drinking at the breakfast table, was sentenced in the Superior Court...

## "HAVERHILL JOE" MURPHY GOES TO FARM

### Not Met the Judge's Wishing to Keep Away From Lynn in the Future.

"Haverhill Joe" Murphy was sentenced in the State Farm for drunkenness in the Police Court...

### Prevented from Skipping.

A patrolman in Winchester was detailed in the case of William G. Brown of Lynn, who was tried in the Winchester Court for drunkenness...

### Through a Window.

### Sent Back.

Joseph Noah was arrested for Officer Flaherty...

### Bad Language.

### Case Continued.

### The Month Freight.

### Case Put Over.

### Stole Some Music.

### Haverhill Again Wins.

### Local Persons.

SOZODONT
Tooth Powder

## POPE LEO XIII IS NO MORE

(CONTINUED FROM PAGE ONE.)

### THE POPE'S ILLNESS.

### RAMPOLLA'S POSITION.

### What and by Whom Are the Papal Powers Conferred on the Cardinal.

### PRESIDENT TOUCHED DEEPLY

### THE NEWS IN LYNN

### Bells of the Catholic Churches Tolled—Tributes of the Clergy.

## FROM STATE DEPARTMENT

### Secretary Hay Sends Expression of Regret on the Part of the President.

### REQUIEM MASSES

### Will Be Celebrated in All Catholic Churches in America.

## LEO XIII'S CAREER

### Sketch of the Life and History of the Head of the Roman Catholic Church.



REV. DANIEL H. CARRINGTON,
Rector of St. Joseph's Parish.

### Special Bargains and Double Stamps
### Ladies' Under Muslin Sale

In Night Robes, Drawers, Corset Covers and White Skirts at 40c, 50c and 85c, worth 70c, 85c and $1. Double Green and Blue Stamps.

### At DICK & CO.'S,
MARKET STREET.

## HAS GIVEN UP STAMP.

## SALEM VETERAN DIED OF BURNS

SALEM, July 20, 1903—

### COTTAGE OUTING.

### The K. of L. Men of Brophy Bros. Shoe Factory Go to Lynnfield.

### MAY PROSECUTE REVERE

### State Officer Mead Says Combining and Liquor Selling Must Be Stopped.

### LOCAL MENTION.

### The Fourteenth Infantry Stays.

### SUPERFLUOUS HAIR

## Commonwealth of Massachusetts.
### METROPOLITAN PARK COMMISSION.

### Rules and Regulations
FOR THE GOVERNMENT AND USE OF THE
### LYNN SHORE RESERVATION.

J. P. O. BATCHELDER & CO.
31-32 Munroe Building, Lynn.

New York Stocks—230 P. M.

New York Stocks—Close



EX. 47B

Newspapers
by ancestry
https://www.newspapers.com/image/51368860/



In pursuance of authority vested in them by law, the California Redwood Park Commission establishes the following rules for the government of visitors to the State Redwood Park:

1. The Park shall be open to visitors, who will be subject to the rules governing the Park, and to such direction as may be given by the Warden.

2. No visitor will be allowed to carry firearms within the limits of the Park.

3. No dogs will be permitted within the Park limits.

4. Picking or destroying wild flow-

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers
by ancestry
https://www.newspapers.com/image/51368860/

Santa Cruz Sentinel (Santa Cruz, California) · Fri, Jul 15, 1904 · Page 2
Downloaded on Nov 19, 2024

## CALIFORNIA REDWOOD PARK NOW OPEN TO ALL.

### Commission Adopts Regulations in Compliance With Which Lovers of Nature May Rusticate in the Masterpiece of Santa Cruz County.

In pursuance of authority vested in them by law, the California Redwood Park Commission establishes the following rules for the government of visitors to the State Redwood Park:

1. The Park shall be open to visitors, who will be subject to the rules governing the Park, and to such direction as may be given by the Warden.

2. No visitor will be allowed to carry firearms within the limits of the Park.

3. No dogs will be permitted within the Park limits.

4. Picking or destroying wild flowers or flowering shrubbery will not be permitted.

5. Permission to camp in the Park may be obtained from the Warden, but such permission will carry with it such location only as may be designated by the Warden, and camps may be maintained only under the rules prescribed by that officer. No visitor shall be permitted to build any fire except in the camping ground described in his permit.

6. All campers will be required to preserve the prescribed sanitary regulations around camp grounds.

7. When horses are kept at the camps, their owners must make such disposition of the straw and offal as the Warden of the Park may require.

8. Visitors are requested to register their names with the Warden.

9. The privilege of fishing in streams of the Park will be granted under the direction of the Warden.

10. Dead limbs of fallen timber may be used for fuel for domestic purposes and for camp fires.

11. The defacement of trees by carving the names of visitors or otherwise, and the placing or painting upon trees or other prominent objects of advertisements, will be regarded as a serious misdemeanor.

The Commission earnestly solicits the co-operation of those who entertain sentiments of veneration for the forest in the enforcement of this rule.

Visitors are respectfully reminded that the Park belongs to the State, and that they therefore have an interest in its preservation. Their co-operation in the enforcement of these rules is confidently expected.

It is the desire of the Commissioners that all visitors shall be granted the utmost freedom consistent with the preservation of the Park in its natural state and its protection from fire. It is also highly desirable that the birds and the animals found in the Park shall be treated with such indifference or kindness as to accustom them to the presence of man to the end that a condition of semi-domestication shall ensue.

By order of the Commission,

WM. H. MILLS.
H. F. KRON.
Committee on Rules.

Copyright © 2024 Newspapers.com. All Rights Reserved.

# EX. 48A

Newspapers
by ancestry

https://www.newspapers.com/image/576697312/

Sec. 3. No person shall pull, pluck, break or touch any flowers or fruit, cut down, girdle or break down any sapling tree, shrub or plant; break, or bend limbs or branches of trees, or bark trees, or bend, pluck, handle or injure any trees, flowers, shrubs or plants whatever, or limbs, twigs or leaves thereof or climb any tree in any public park.

Section 4. No person shall discharge any fire-arms, or have possession of any fire-arms, within the limits of any public park.

Sec. 5. No person shall use profane, obscene, threatening or abusive language, or fight, or throw any stone or missile, or behave in any disorderly or improper manner, or commit any offense against decency or good morals in any public park.

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers
by ancestry

https://www.newspapers.com/image/576697312/

Copyright © 2024 Newspapers.com. All Rights Reserved.

# COLUMBIA TALKING MACHINES

We are prepared to show you the best line of these goods now offered at low prices. Also extra records in cylinder and discs. New pieces as well as the old favorites.

## GRAPHOPHONE CONCERTS

EVERY SATURDAY AND MONDAY EVENING

At the store, where we invite the public to hear some really choice music. Also bring your friends.

# WACHTELL'S

110 and 112 West Washington

## YOUR WANT

Whatever it is the surest way to make it known is to tell it here. Thousands of people see The "Your Want Ad." in THE TIMES and as a medium through which the seller may reach the buyer, the house owner the desirable tenant or purchaser it is unequaled.

TIMES WANT ADS. COST BUT ONE-HALF CENT A WORD. EACH INSERTION. NO ADS. TAKEN FOR LESS THAN TEN CENTS.

### MISCELLANEOUS.

Your hustle-it will never equal Munsing square "Machine Here!" If you do not see your prices send us your Want list. Baking company's Bread.

### WANTED.

WANTED—Business men in need of office help to know that you can be supplied quickly by calling Indiana Business College, new phone 36. Typewriting rented. Chas. C. Cline, (Sec.) Mgr. J. D. Brunner, Pres. Pudge's corner.

### FOR SALE.

FOR SALE—Lathes cutting tools 8 North Jefferson street.

### FOR RENT.

FOR RENT—Furnished rooms. 19 North Jefferson street.

FOR RENT—Possession about July 1 six-room cottage, 829 North Walnut street. Apply at Times office.

FOR RENT—For the summer, furnished house of six rooms and bath four squares from business center. Call at Times office or address.

FOR RENT—Five room house, centrally located. Room I. Anthony.

## COMMERCIAL CLUB GAVE ROBERT JESUP PRESENT

To show the appreciation of the work accomplished for the organization by him, the Commercial club last night presented Robert Jesup with a fine traveling bag on the eve of his departure for a visit of several months in Europe. C. M. Kimbrough made the presentation speech. Mr. Jesup departs this morning for New York City from which port he will sail Saturday for England.



## BICYCLES

### Meet With Us And Talk it Over

YOU MAY WANT A WHEEL FOR A NICE, COOL SPIN THESE SUMMER DAYS. HERE'S SOME PRICES.

| | |
|---|---|
| Banner Wheels | $20.00 |
| Day Wheels | $25.00 |
| Dayton Wheels | $25.00 |
| National Wheels | $35.00 |
| Columbia Wheels | $50.00 |

We also have a fine repair room with expert men ready and turn out your work rapidly and in satisfactory manner.

# WACHTELL'S

110 and 112 West Washington

## BUSINESS DIRECTORY

### SUMMER SCHOOL

Typewriting, Bookkeeping, Shorthand, Penmanship, Commercial law, etc., are taught at INDIANA BUSINESS COLLEGE, Pudge's Corner, opposite the Wysor Grand. New phone 36.

### PIANOS AND ORGANS

Ph. A. Deering

John W. Ryan.      Thos. L. Ryan.

### RYAN & RYAN,

ATTORNEYS.

Corporation, Bankruptcy and Patent Law.
153 JOHNSON BLDG.

### WILL P. KOONS

ATTORNEY-AT-LAW

AND NOTARY PUBLIC.

Room 1, Anthony Block, Muncie, Ind.

## A NEW LODGE IS INSTITUTED

The Pioneer lodge of Knights and Ladies of Honor was installed in this city last evening. The order is one of the oldest in the fraternal world and has lodges throughout the United States. Officers were elected in the local lodge last night. A large class will receive the work next Thursday night and some at a later date. The lodge has not secured a hall but temporarily is using the Red Men's hall.

Van Baltimore firm have the handling of contracts for 8,000 pounds of Maryland tobacco for the French government.

## RUMOR MONGERS BUSY

Situation at the Seat of War Not Very Clear.

That Yalu, July 1—a battle is progressing twenty-five miles from here. Numbers of wounded are being brought in from the mountains. Evidently the engagement is a severe one. It is believed that the Japanese are continuing their advance with the object of cutting off Mukden.

St. Petersburg, July 7—In the absence of official news from the seat of war operations the rumor mongers are at work. Reports of heavy fighting above Kai Chan have spread through the city, but they probably had their origin in foreign telegrams. In the war office there is no official information on the subject.

The situation in the zone of hostilities is not clear. Unofficial reports seem to indicate a lack of decision on the part of the Japanese, some of them saying that the Japanese are advancing and others that they are retreating.

The rains apparently have ceased and the Japanese have shown a strong conviction that on the eve of torrential rains the Japanese will not risk a general advance from the mountains down on the plains where in the event of defeat it would be almost impossible to regroup themselves. On the other hand, best informed military circles believe that nothing but a superior force or imperative necessity as to transport conditions would compel the Japanese to relinquish places which they obtained after so much hesitation effort.

The siege of Port Arthur, the holding and forcing of the mountain passes, a juncture of the forces of General Kuroki and Oku and possibly an extension of their lines to the west near the mouth of the Liao Tung to force out the Russians from New Chwang so that they may secure a new base there, is reasonably regarded as the Japanese program for the next two months.

### Fierce Bayonet Contest

General Kuroki's Headquarters in the Field, via Fusan, July 7—On July 1 two battalions of Russians attempted to break through the Japanese outposts at the northern entrance of Mo Tien pass. Before daylight they succeeded an outpost of eighty men at the foot of a hill and charged the trench above. A loyal company with bayonets, losing a quarter of their number. The Russians attacked the trench three times, but were driven off to the valley in a Japanese bayonet charge at the point of daylight in front of the trench.

#### Desperate Attempt Frustrated

Tien Tsin, July 7—Advices have been received that at 9 p. m. on last Sunday four Japanese destroyers made a determined attempt to enter Port Arthur and attack the Russian fleet. The destroyers were discovered by the shore batteries. One of the destroyers was sunk under intense fire, another under heavy fire by 22, and a third one had its funnel shot away. The fourth one succeeded in effecting a retreat.

## THE NATIONAL GAME

What Was Done Yesterday in the Three Big Leagues.

NATIONAL LEAGUE.

At Boston, 7; Brooklyn, 1.
At Philadelphia, 3; New York, 13.
At Pittsburg, 3; Chicago, 4.
At St. Louis, 3; Cincinnati, 8; Second game, St. Louis, 4; Cincinnati, 4.

AMERICAN LEAGUE.

At New York, 7; Philadelphia, 1.
At Washington, 0; Boston, 3.
AMERICA'S ASSOCIATION.

At St. Paul, 7; Columbus, 8.
At Minneapolis, 5; Louisville, 4.
At Kansas City, 1; Indianapolis, 8.
At Milwaukee-Toledo—Rain.

### Two Children Drowned.

Bradford, Pa., July 7—Charles Royer and George White, aged respectively ten and nine years, were drowned last evening while boating on a raft in an old reservoir near Rock avenue.

## MARKET REPORT

Prevailing Prices for Grain and Livestock on July 6.

Indianapolis Grain and Livestock.
Wheat—Wagon, $1.00; No. 2 red, 81c; firm, $1.30; Corn—Steady; No. 2 mixed, 49¼c; Oats—Steady; No. 2 mixed, 30¼c; Hay—Clover, $6@$10; timothy, $9.15@11.00; millet, $6@$7.
Cattle—Steady at $4.00@4.5c; Hogs—Quiet at $5.15@5.40; Sheep—Steady at $3.25@4.00; Lambs—Steady at $4.25@5.60.

At Cincinnati.
Wheat—Firm; No. 2 red, $1.04¼c; Corn—Easy; No. 2 mixed, 49¼c; Oats—Dull; No. 2 mixed, 33c; Cattle—Steady; Hogs—Steady at $4.50@5.55c; Sheep—Steady at $4.00@5.00; Lambs—Steady at $4.00@6.40.

At New York.
Cattle—Active at $4.50@5.85; Hogs—Active at $4.85@5.50; Sheep—Steady at $4.00@5.50; Lambs—Steady at $6.00@7.75.

Buffalo Live Stock.
Cattle—Slow at $3.75@5.25; Hogs—Active at $4.50@5.65; Sheep and Lambs—Active at $3.25@4.75; Lambs—Steady at $4@7.75.

## NOTICE TO CONTRACTORS

### Sidewalk Improvement.

Notice is hereby given that the Common Council of the city of Muncie, in the county of Delaware, in the state of Indiana, will, at its regular meeting on the 18th day of July, 1904, receive bids for the improvement of the sidewalk on the east side of Walnut street from the north line of Jackson street to the Wysor Grand company as second addition, north to the south line of lot 21 to lots 2, 21, in the Whitely Land company's second addition.

Said sidewalk to be made in accordance with the plans and specifications therefor on file in the office of the City Civil Engineer of said city. Said improvement to be fully completed on or before the 1st day of August, 1904.

A bond of $25 with surety good and sufficient to the satisfaction of the City Clerk, must accompany each bid. All bids to be made on printed blank forms to be furnished by the City Civil Engineer of said city.

Said council reserves the right to reject any and all proposals.

By order of the Common Council.

H. G. HICKOK, City Clerk.
J-22-28-J7-14

### NOTICE TO CONTRACTORS

### Sidewalk Improvement.

Notice is hereby given that the Common Council of the city of Muncie, in the county of Delaware, in the state of Indiana, will, at its regular meeting on the 18th day of July, 1904, receive sealed proposals for the improvement of the sidewalk on the south side of Main street from the north line of Mulberry street to the east line of lot No. 5, in block 21, in the Whitely Land company's second addition, north to the south line of the Myrtle avenue addition.

Said sidewalk to be made in accordance with the plans and specifications therefor on file in the office of the City Civil Engineer of said city. Said improvement to be fully completed on or before the 1st day of August, 1904.

A bond of $25 with surety good and sufficient to the satisfaction of the City Clerk, must accompany each bid. All bids to be made on printed blank forms to be furnished by the City Civil Engineer of said city.

Said council reserves the right to reject any and all proposals.

By order of the Common Council.

H. G. HICKOK, City Clerk.
J-22-28-J7

### NOTICE TO CONTRACTORS

### Sidewalk Improvement.

Notice is hereby given that the Common Council of the city of Muncie, in the county of Delaware, in the state of Indiana, will, at its regular meeting on the 18th day of July, 1904, receive sealed proposals for the improvement of the sidewalk on the east side of Mulberry street from a point 81.4 feet north of the north line of Main street south to the north line of the Whitely Land company's second addition.

Said sidewalk to be made in accordance with the plans and specifications therefor on file in the office of the City Civil Engineer of said city. Said improvement to be fully completed on or before the 1st day of August, 1904.

A bond of $25 with surety good and sufficient to the satisfaction of the City Clerk, must accompany each bid. All bids to be made on printed blank forms to be furnished by the City Civil Engineer of said city.

Said council reserves the right to reject any and all proposals.

By order of the Common Council.

H. G. HICKOK, City Clerk.
J-22-28-J7

### NOTICE TO CONTRACTORS

### Sidewalk Improvement.

Notice is hereby given that the Common Council of the city of Muncie, in the county of Delaware, in the state of Indiana, will, at its regular meeting on the 18th day of July, 1904, receive sealed proposals for the improvement of the sidewalk on the east side of Walnut street from a point 81.4 feet north of the north line of Main street south to the north line of the Whitely Land company's second addition.

Said sidewalk to be made in accordance with the plans and specifications therefor on file in the office of the City Civil Engineer of said city. Said improvement to be fully completed on or before the 1st day of August, 1904.

A bond of $25 with surety good and sufficient to the satisfaction of the City Clerk, must accompany each bid. All bids to be made on printed blank forms to be furnished by the City Civil Engineer of said city.

Said council reserves the right to reject any and all proposals.

By order of the Common Council.

H. G. HICKOK, City Clerk.
J-22-28-J7

### NOTICE TO CONTRACTORS

### Alley Improvement.

Notice is hereby given that the Common Council of the city of Muncie, in the county of Delaware, in the state of Indiana, will, at its regular meeting on the 18th day of July, 1904, receive sealed proposals for the improvement of the alley in block 21, in the original plat of the city of Muncie, running from Madison street to Jefferson street between Jackson and Adams street.

Said alley to be made in accordance with the plans and specifications therefor on file in the office of the City Civil Engineer of said city. Said improvement to be fully completed on or before the 1st day of September, 1904.

A bond of $25 with surety good and sufficient to the satisfaction of the City Clerk, must accompany each bid. All bids to be made on printed blank forms to be furnished by the City Civil Engineer of said city.

Said council reserves the right to reject any and all proposals.

By order of the Common Council.

H. G. HICKOK, City Clerk.
J-22-28-J7

## An Ordinance

An Ordinance Regulating the Use and Enjoyment of Parks, Park Grounds and Park Ways of the City of Muncie, Providing Penalties for the Violation of the Same.

Section 1. Be it ordained by the Common Council of the City of Muncie, Indiana. That the park or parks shall be open to the public from 2 a. m. until 11 o'clock on each day and on person shall engage shall be permitted to remain therein during such hours, nor shall any person or persons enter or be upon any of the grounds or park ways after such time except on business or invitation of the superintendent thereof.

Sec. 2. No person shall ride, or cause others to ride in or upon any sled, sledge, hand sleigh, cart, barrow, truck, bicycle or other vehicle upon any of the park ways, save at such places and in such manner as may be allowed by the public park commissioners, provided that it shall break or loosen trees or bushes, cut or break any walk or pavement, or dig up or remove any turf, grass or soil, or plant, cut or remove any tree, shrub or plant, or disturb any bird in any tree, or upon the grounds thereof.

Sec. 3. No person shall dump, throw, or place upon any of the grounds or park ways any rubbish, filth, offal or offensive matter. And no person shall have or drive any horse or team, or cattle, swine, goats or other animals in upon any park, grounds or park ways, except on the drives or roads, under penalty.

Section 4. No person shall discharge any firearms, or have possession of any fire-works, within the limits of any public park, grounds or park ways.

Sec. 5. No person shall injure, deface or in any manner disturb the property of the park, or any structure therein, and no person shall interfere with, obstruct, or in any way interrupt the public or other persons therein.

Sec. 6. No person shall fasten a horse to a tree or bush, or hitching or leave the same unattended, or be permitted to impound such animal, or remove any fence from any park, grounds or park ways.

Sec. 7. No person shall picnic, picnic-basket or otherwise, or build fire therein, or have any articles of merchandise to sell without permission.

Sec. 8. No person shall expose or offer to sell anything, or solicit or receive any money, or make any speech or harangue therein, or erect any structure, stand, or platform therein without written consent of the superintendent.

Sec. 9. No persons violating any of the provisions of this ordinance shall upon conviction thereof be fined in any sum not less than $1 nor more than $10.

Sec. 10. Officers and employees of any park, or those in charge thereof, vested with police powers, and it is hereby made the duty of such officers and employees to enforce these rules and regulations, and that they are hereby empowered to arrest any person violating any of the provisions of this ordinance.

Sec. 11. This ordinance shall be in force from and after its publication for two weeks, once each week, in the Muncie Daily Times.

Passed by Common Council this 30th day of May, 1904. Approved by the Mayor of the City of Muncie of June 1904.

Attest, L. A. Guthrie, Clerk of the City of Muncie, that the above and foregoing is a true and complete copy of an ordinance passed by the Common Council on Monday the 27th day of June, 1904, and approved by the Mayor on the 30th day of June, 1904.

H. G. HICKOK, Clerk, City of Muncie.
J3-J7-14-21

## An Ordinance

An Ordinance to Restrict the Speed of Which Automobiles and Locomotion May Be Propelled Within the City.

Be it ordained by the Common Council of the City of Muncie, in the State of Indiana.

That it shall be unlawful to propel upon any street or public highway in the city, any automobile or motor cycle at a higher speed than eight miles per hour upon any street of the city within the corporate limits of the city of Muncie, or above the rate of fifteen miles per hour in driving above the residence portions of the city, or to one-half mile of the distance of any street or alley, school house crossings, or any crossings where people are likely to be, and in passing the same the speed shall not exceed four miles per hour.

Sec. 2. When carriage, automobile, or motor cycle shall approach from the opposite direction, the person operating the automobile shall turn the same to the right so as to give the conveyance one-half of the road.

Sec. 3. The person operating the machine shall, when requested or signaled so to do by a person riding a horse which appears frightened, bring the machine to a stop until such horse or conveyance has passed.

Sec. 4. No person operating such automobile or motor cycle shall operate the same without first having secured a license to do so, from the City Clerk, and pay the license therefor.

Sec. 5. No person operating such automobile or motor cycle shall operate the same recklessly or endangering the life or limb of any person.

Sec. 6. No public vehicle shall be let to stand within a written permit from the City Clerk.

Sec. 7. Any person violating any of the provisions of this ordinance shall be fined in any sum not less than $1 nor more than $100.

Sec. 8. This ordinance shall be in force from and after its publication.

Passed by Common Council, etc.

H. G. HICKOK, Clerk of Muncie.
J3-J7-14-21

## NOTICE TO CONTRACTORS

### Curb and Gutter.

Notice is hereby given that the Common Council of the city of Muncie, in the county of Delaware, in the state of Indiana, will, at its regular meeting on the 18th day of July, 1904, receive sealed proposals for the construction of a combined cement curb and gutter on each side of West Jackson street from the west line of Hackley street to the east line of Elm street.

Said curb and gutter to be made in accordance with the plans and specifications therefor on file in the office of the City Civil Engineer of said city. Said improvement to be fully completed on or before the 1st day of October, 1904.

A bond of $25 with surety good and sufficient to the satisfaction of the City Clerk, must accompany each bid. All bids to be made on printed blank forms to be furnished by the City Civil Engineer of said city.

Said council reserves the right to reject any and all proposals.

By order of the Common Council.

H. G. HICKOK, Clerk, City of Muncie.
J-22-28-J7-14

# EX. 50A

Newspapers
by ancestry
https://www.newspapers.com/image/64408635/

The Winfield Daily Free Press (Winfield, Kansas) · Wed, Jan 20, 1904 ·
Page 4
Downloaded on Nov 19, 2024

First Published in Winfield Daily Free Press,
Jan. 20, 1904.

## ORDINANCE NO. 649.

An ordinance regulating Island Park of the city of Winfield.

Be it ordained by the Mayor and Councilmen of the City of Winfield:

SECTION 1. That the following rules and regulations be and the same are hereby adopted for the government of Island Park, in the City of Winfield, to-wit:

1. No person shall carry or discharge firearms in the park.

2. No person shall write upon or mark or deface in any manner or use in any improper way any building or hall, tree, water closet, park seat, fence, or anything pertaining to the park.

3. No person shall drive or ride

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers
by ancestry

https://www.newspapers.com/image/64408635/

The Winfield Daily Free Press (Winfield, Kansas) · Wed, Jan 20, 1904 ·
Page 4
Downloaded on Nov 19, 2024

First Published in Winfield Daily Free Press,
Jan. 20, 1904.

## ORDINANCE NO. 649.

An ordinance regulating Island
Park of the city of Winfield.

Be it ordained by the Mayor and
Councilmen of the City of Winfield:

SECTION 1. That the following rules
and regulations be and the same are
hereby adopted for the government of
Island Park, in the City of Winfield,
to-wit:

1. No person shall carry or dis-
charge firearms in the park.

2. No person shall write upon or
mark or deface in any manner or use
in any improper way any build-
ing or hall, tree, water closet, park
seat, fence, or anything pertaining to
the park.

3. No person shall drive or ride
upon the grass or foot ways or else-
where than upon the roads for the
use of carriages and equestrians in
said park.

4. No person shall drive or ride
faster than at the rate of six miles an
hour.

5. No person shall break, cut, mu-
tilate or injure, remove or carry away
any tree, shrub, plant, flower, stone
or stonework, bench, chair, seat,
bower, stand, structure, fence or
property or anything whatsoever, in
Island Park, in this city, or any
street, avenue or highway around the
same.

6. No person shall commit a nui-
sance or any offence against decency
and good morals therein.

7. No person shall throw stones or
rubbish of any kind into any lake,
pond or stream.

8. No person shall chase, kill, set
snares for or catch any rabbits, squir-
rels, birds, fish or any animal or thing
belonging to said park or kept therein.

9. No person shall bring any dog or
other pet animal into the park unless
fastened or led with a cord not ex-
ceeding ten feet in length.

10. No person shall set up any ad-
vertising sign, paste or affix or in-
scribe any hand bill, poster, card, ad-
vertising device or inscription to or
upon or against any fence, structure
or property of or on such park or high-
way surrounding the same.

11. No person shall curse, swear,
yell or use abusive language, or fight
or throw stones, or behave in a riot-
ous or disorderly manner.

12. No loitering, fishing or congre-
gating of people will be allowed on
any bridge or approach to said park.

13. No person shall set up any
booth or table for sale of any article
whatever, without written authority
from the Mayor.

14. No person shall foul in any
manner any spring or drinking foun-
tain or stream.

15. No person shall fasten a horse
or other animal to a tree therein or in
the highway surrounding the same.

16. Carriages, equestrians and bi-
cyclists when meeting shall keep to
the right as the law of the road.

17. Gambling and playing cards
are prohibited.

18. No person shall make an open
fire for any purpose on the grounds or
park, except park employees, when so
directed by the Mayor.

19. No persons or person shall ren-
der any music, vocal or instrumental,
or deliver any oration, address, speech
sermon or lecture in said park with-
out a permit of the Mayor.

20. No person shall walk or go
upon any grass plot, lawn, or any
other place prohibited by the park
committee, or permit any domestic
animal to go or run at large in said
park, and all such animals shall be
taken up and impounded, and if not
claimed within ten days, sold and the
facts of such animals being found
running at large shall be evidence of
such permission by the owner thereof.

21. No person shall be allowed to
trespass on the grounds of the park.

22. No picnic shall take place in
the park without a permit being ob-
tained for the purpose from the
Mayor.

23. No person shall disturb any
picnic or intrude himself or herself
upon it without the consent of those
composing it.

24. No person whether living with-
in the limits of the park or outside of
them, shall permit domestic fowls to
run at large in the park.

25. All racing with horses or ve-
hicles is prohibited at any time.

26. Bicycles and tricycles shall be
restricted to the use of the roadways
and be controlled by the same laws
which govern vehicles and equestrians
and must pass to the right when
meeting the same. When passing a
carriage or equestrian from the rear
to the front, it must be done to the
right side and at a moderate speed.
Bicycles and tricycles must not travel
more than two abreast.

27. No person shall parade, exhibit
or distribute any advertisements, cir-
cular or hand bill therein, or any ped-
dler or petty dealer sell or in any
manner dispose of any article in or ad-
joining said park without written
authority from the Mayor.

28. Nothing in the above shall pre-
vent the Mayor from giving the priv-
ilege of a day to any school, church or
association to sell refreshments.

29. The keeper and watchman of
this park shall be sworn in as special
police and be instructed with the en-
forcement of the provisions of this
Ordinance, and shall at all times have
the assistance of the regular police
force in carrying out the same.

30. Any person violating any of
the provisions of these rules and reg-
ulations shall be deemed guilty of a
misdemeanor, and upon conviction

We dont depend on big words and all

## WHE

Our wheels stand on their own me
durability  If your buggy needs new
of good ones.  Satisfaction guarantee

## DAVIS, IRVIN

Horse Shoers, Blacksmi

702 NORTH

Copyright © 2024 Newspapers.com. All Rights Reserved.

# $2,000.00 Wanted

The above amount must be raised in the next twenty days. I must have the money and my stock must furnish it, and in order to secure this amount I have arranged to place before the public such bargains that a glance will convince them of their merits and of course bring the desired results. I do not propose to offer my patrons old "carried over" goods and use this means of disposing of them, but instead will turn over my entire stock to the bargain loving people for their inspection and approval. Nothing but cash goes, but it goes a long way, as a glance will show. *THIS IS A SALE ON HONOR. WE DARE COMPARISON. WE SPURN COMPETITION.*

## Shoes

During this sale we offer the celebrated Nettleton, also the Johnson &
Murphy $5.00 and $6.00 Shoe at ........................ **$4.00**
You are all familiar with the merits of the Crossett Shoe—every pair guaranteed, $4.00 values go at ........................ **2.95**
Same make in lighter Shoe, $3.50 values go at ........................ **2.80**
Same make, same guarantee, $3.00 values go at ........................ **2.80**
Ladies' fine Patent Kid—Patent Corona or Dongola, latest styles, $3.50 and $4.00 values go on sale at ........................ **2.80**
All ladies' latest styles and patterns, $3.00 values go at ........................ **2.30**
Easy, comfortable, stylish, durable, $2.50 values go at ........................ **1.95**
No Shoe reserved, all go, $2.00 values go at ........................ **1.65**

## Gents' Furnishings

It is not necessary to go into details relative to the J. B. Stetson Hat. You all know the goods. It is among the bargains, $2.50 values go at ........................ **$3.25**
The Beaver is also included, $3.00 values go at ........................ **2.25**
The Keystone with its merits, $2.50 values go at ........................ **1.95**
The Liberty with its good points, $2.00 values go at ........................ **1.60**
We have quite a selection of Men's Shirts, something fine in this line, $1.50 values go at ........................ **1.10**
A few to select from in this line, $1.00 values go at ........................ **.80**
You can find a bargain here, 75c values go at ........................ **.60**
Something cheaper, but good goods, 50c values go at ........................ **.40**

**Nothing reserved. Gloves, Collars, Neckties, Suspenders, Handkerchiefs, etc., at prices in proportion.**

*You can't afford to miss these bargains Come early First choice*

## This Sale Opens Saturday, Jan. 23, and Closes Saturday, Feb. 13

# WALTER MARTIN

### 809 Main Street

*You all need something in this line. Why not avail yourself of these offers? At least drop in and look them over*

# EX. 53A

Share

NEWSPAPER

# Image 5 of The Birmingham age-herald (Birmingham, Ala.), August 20, 1906

Image provided by: **University of Alabama Libraries, Tuscaloosa, AL**

Link to the full image: https://www.loc.gov/resource/sn85038485/1906-08-20/ed-1/?sp=5

Section 1. Be it ordained by the Mayor and Aldermen of Birmingham, That no person shall enter or leave any of the public parks of the city of Birmingham except by the gateways; no person shall climb or walk upon the walls or fences thereof; no person shall turn or lead any cattle, horses, goat, swine or other animals into any of such parks; no person shall carry firearms or throw stones or other missiles within any of such public parks; no person shall cut, break or in any way injure or deface trees, shrubs, plants, turf or any of the building, fences, bridges or other construction or property within any of such parks; no person shall expose any article or thing

# STRICT LAW APPLIES TO
# BIRMINGHAM PARKS

### Ordinance Prohibits Many Things in Order to Maintain Decorum and Protect Property.

As much interest is manifested in the law to be observed by persons visiting the city parks and the power given to the commissioner the ordinance adopted last month is here reproduced.

Section 1. Be it ordained by the Mayor and Aldermen of Birmingham, That no person shall enter or leave any of the public parks of the city of Birmingham except by the gateways; no person shall climb or walk upon the walls or fences thereof; no person shall turn or lead any cattle, horses, goat, swine or other animals into any of such parks; no person shall carry firearms or throw stones or other missiles within any of such public parks; no person shall cut, break or in any way injure or deface trees, shrubs, plants, turf or any of the building, fences, bridges or other construction or property within any of such parks; no person shall expose any article or thing for sale within any of such parks, nor shall any hawking or peddling be allowed in any part of any such parks calculated to provoke a breach of the peace, nor shall any person tell fortunes or play at any game of chance at or with any table or instrument of gaming nor commit any obscene or indecent act therein; no person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within such park nor upon any gate or inclosure thereof; no person shall play upon any musical instrument, nor shall any person take into, carry or display in any such public park any flag, banner, target or transparency; no military company shall parade, drill or perform therein any military or other evolutions or movements; no person shall light, make or use any fire in any such public park; no person shall go upon the grass, lawn or turf of the parks, except when and where the word "common" is posted, indicating that persons are at that time and place at liberty to go on the grass.

Sec. 2. Be it further ordained, That the boards of park commissioners may direct that any of the entrances to the public parks be closed at any time, and when so closed in obedience to such directions no person shall enter at any such place.

Sec. 3. Be it further ordained, That any person violating any provision of or contained in any section of this ordinance shall be punished as provided in section 806 of the city code.

Sec. 4. Be it further ordained, That this ordinance is in addition to, and shall not be construed as repealing ordinances in regard to parks and public places now in effect.

## High Art

Anybody can make money Saving is the real high art You can best cultivate the art by having a savings account with

**Birmingham Trust & Savings Co.**

### THE WEATHER.

Washington, August 19.—Following is the forecast for Alabama: Local rains Monday and Tuesday; light south winds.

### RAILROAD WORLD.

Alfred Walter, president of the Seaboard, has issued a statement that he would not resign, and that he had no intentions of doing so in the near future.

The reports that he would resign came from authentic sources and were credited with originating with one of the directors who was present at a meeting at which Mr. Walter and Mr. Blair, managing director, discussed the policy of expenditures on the road.

As has been stated before, Mr. Walter proposes to spend about $2,500,000 in the Birmingham district in extensions into the coal fields and a line to Gadsden, thereby increasing the tonnage on the Birmingham division.

An immense movement of people going north on the annual excursion rates from the south passed through Birmingham Saturday and Saturday night, both the Louisville and Nashville and the Queen and Crescent running extra sections to their regular trains.

The Louisville and Nashville ran four sections of its train due to arrive in Birmingham Saturday night at 9:10 o'clock, and the Queen and Crescent ran two sections of train No. 4, due to arrive at 6:40 o'clock Saturday night. All the trains were more or less late on account of the heavy movement. In addition to the extra sections the regular trains carried much extra equipment.

These rates apply from a number of points on the gulf and the lower portions of the gulf states. Annually hundreds of people avail themselves of these cheap rates and go north and east for a couple of weeks towards the middle of August. Passenger traffic was larger this year than ever before. There were also extra trains on other roads out of New Orleans and Mobile, not passing through Birmingham.

No successor has yet been appointed to A. D. Lightner, who was made superintendent of the southern division of the Frisco system on August 15. He was formerly general agent of the Frisco in Birmingham.

Mr. Lightner was in Birmingham yesterday after having spent several days on the road between Birmingham and Springfield, over which he has jurisdiction as superintendent.

There was a slight change yesterday in the schedule of the local train on the Southern between Birmingham and Heflin. The train arrives in Birmingham in the future at 7:35 p. m. instead of 7:30 p. m.

### POLITICAL NOTES

Dr. R. M. Cunningham, candidate for governor, returned yesterday morning from Marengo county, and after spending a few hours at his home at Ensley left on the Central of Georgia train at 4 o'clock for Russell county, where he is billed to make three speeches today. Tomorrow he will return to north Alabama, and will open his Calhoun county campaign at Oxford tomorrow night. Wednesday morning he will speak at Jacksonville and Wednesday afternoon at Anniston. Thursday Dr. Cunningham will invade Morgan county and will deliver an address at New Decatur and another point in Morgan. Friday he will deliver an address at Birmingham. He has not yet decided where he will conclude his campaign. He will probably, however, close his campaign in this county next Saturday.

B. B. Comer, candidate for governor, will address the Farmers' convention at Bessemer Wednesday.

Charles A. Allen, candidate for state treasurer, whose name was unintentionally omitted from the list, is one of the most popular men seeking office. His friends are working hard in his behalf.

#### Balloon Ascension.

Bonansinga, the balloonist who was to have commenced last night making nightly ascensions at East Lake, missed a connection and failed to arrive until yesterday afternoon, too late to get his balloon to East Lake in time for an ascension.

The first ascension will be made tonight at the lake. All the necessary apparatus will be conveyed to the lake this morning and Bonansinga will make his ascension.

Let the diet consist of foods that are nutritious.

**DR. PRICE'S WHEAT FLAKE CELERY FOOD**

is made by a physician and chemist and leader of the world in pure food products. Its daily use helps to regulate the bowels.

*10 cents a package.*

**For sale by all Grocers** 14

# CATHOLIC SERVICES LARGELY ATTENDED

## Part of Weber's Mass Rendered by Choir

## FATHER COYLE PREACHES

**Discusses Statement Frequently Made, "One Religion Is As Good As Another"—About Intolerance and Bigotry.**

The four masses at St. Paul's church yesterday were well attended. At the 10:30 o'clock service the choir sang the Kyrie Eleison and the Agnus Dei from Weber's mass in G. Miss Van Merkestyn, solo soprano, was in exceptionally fine voice and Mr. Herbert, the solo baritone, was also in excellent form.

The Rev. Father Coyle, pastor of the church, was the celebrant and preacher. After reading the notices for the week and the epistle and gospel for the day he announced the following text:

"Brethern, I make known to you the gospel which I preached to you, which also ye have received, wherein also ye stand, by which also ye are saved: (I Corint. xv 1:2).

Father Coyle spoke in part as follows:

A few Sundays ago, when we celebrated the feast of all the Roman pontiffs, we considered that Christ, who came to redeem our race, established an infallible teaching society to perpetuate and continue His work till His second coming; that He appointed a head for that society; that that head was the rock, on which the structure rested; a head to whom He gave the keys of the kingdom; to whom He gave power to bind and loose; to whom He committed the entire flock; for whom He prayed that His faith fail not; that this visible head once converted might strengthen the brethren. He appointed Peter head, with primacy of honor, but not of honor merely, but with primacy of jurisdiction also. This prerogative was recognized by the other disciples. After Peter's crucifixion in Rome, his successor inherited that prerogative, a preorgative recognized even during the life time of some of the apostles.

#### Intolerant and Bigoted.

Today, then, we shall go a step further, and consider two statements that are frequently made—the statements, namely, "One religion is as good as another," and "the Catholic church is intolerant and bigoted."

Is one religion as good as another? Is heaven, as some assert, a great union depot to which various roads converge, in which various trains arrive? Granted for argument's sake that heaven is a union depot, still the statement begs the question; assumes as proved a statement that remains unproved. The Catholic church we assert is the direct train by Christ established, with all assessories and helps for a safe and secure journey. It is headed direct. Other faiths ultimately, perhaps, get there, but by various roundabout, devious journeyings. Who, heading for Chicago, would go south or east or west, by New Orleans, Savannah, or San Francisco. Would not the traveler take a due north train. A truer simile, however, one with scriptural warrant, since railroads are of this age and generation, is that heaven is the haven to which all are sailing. Life is a troubled sea. The church is the bark of Peter, with the Master aboard, seemingly slumbering betimes, but still aboard, and ready when waves roll high, to calm the storm and bid the seas be still.

Other faiths are various crafts more or less skilfully fashioned by man. They have not the Master aboard. Some of these conveyances scarce deserve the name of vessels. They are rather lumber, rafts and logs. Therefore the statement, "One religion is as good as another" is absolutely false. God established but one religion. It holds truth. Truth is undivided. The religion Christ established is divine. It cannot for an instant be compared with the fallible institution of even the cleverest of men.

#### Regarding Intolerance.

The Catholic church is intolerant and bigoted. Intolerant? Yes, thank God it is. It is very intolerant. What does this intolerance mean? It means that it cannot countenance error. Holding truth, it condemns, in terms unmistakable and stern the slightest deviation from the same. Intolerant? Yes, the church is intolerant, as the science of mathematics is intolerant. Two and two are four. "All the angles of any triangle are equal to two right angles." These are truths. Will a professor of mathematics for an instant countenance any reasoning that tends to destroy these established truths? Will he put up with statements that are contrary? So the church, holding truth, will not allow the same to be minimized, or lessened, or attacked.

#### About Bigotry.

"The church is bigoted." No, the church is most liberal; more liberal far than those outside her fold believe or give her credit for. But does she not say, "Outside the church there is no salvation?" Yes, and truly; but who are members of the church? All baptized Catholics, all who are loyal subjects of the old historic church, who, united under the visible head the supreme pontiff, partake of the seven sacraments. Yes, but more. These are the body of the church. The church has also a soul; it has many invisible members. Many who, not knowing they are members of the church, are yet reckoned such. All who believing themselves in all sincerity to be right, lead blameless lives, and fulfill as far as possible the law of God according to the light and the knowledge they have, they also are members of the church; for them also is salvation. Yes, many in mid-Africa, many in remote recesses of Asia, and amid the wilds of the Australian bush, many who never heard of Christianity or Christ, who yet live in accordance with the natural law, who lead blameless and honest and upright lives, they too, belong to the soul of the church—for them is salvation.

#### Those Who Waver.

Remember, however, that if any such doubt of their position, if any think that Catholicity affords a fuller and a more complete religion, that it possesses the truth—if such do not investigate they are guilty of sinning against the light, and for such wilful act, God will hold them responsible. Is this bigotry? Is not this liberalism? Is not this the charitable interpretation that is in accord with the justice and mercy and love of a gentle God. No, the church is not bigoted.

Thank God, then, that we are members of this intolerant, but not bigoted church, the one society, by the Savior established some nineteen centuries ago, what time he walked the hillsides of Galilee. Be good, faithful, loyal sons of that church. Know its teachings. Be able to defend its teachings. Be proud of your faith, for

"Your father's ancient faith ye hold,
Your father's ancient way
Nor turn ye yet to newer forms
Or faiths of yesterday."

# CHISOLM TO BE GIVEN A PRELIMINARY TODAY

The preliminary hearing of Alex R. Chisolm, charged with stealing $100,000 from the First National bank, will be commenced this morning at 9:30 o'clock before United States Commissioner R. B. Watts in the government building.

At the same time W. L. Sims, manager for Gilbert & Clay, and C. M. Hayes, bookkeeper for Mr. Sims, will be placed on trial charged with complicity. They are both out on bond, the former having made a bond of $50,000 and the latter a bond of $10,000.

Chisolm is still in charge of the United States authorities, having been delivered to United States Marshal Long with instructions to deliver him at the trial this morning. He has been allowed, by the consent of the attorney for the bank, to live at the Hotel Birmingham during the past week, and he was not placed in jail.

P. G. Smith, manager for Foster & Co., the other brokerage house where Chisolm traded and lost heavily, had not returned to the city at a late hour last night. He is expected on every train and will be arrested as soon as he reaches the city. If he arrives today he will probably be given a preliminary hearing with the others.

# LEDGER'S CONTEST WAS VERY SPIRITED

**THIRTY-TWO YOUNG WOMEN THROUGHOUT THE STATE WILL BE GIVEN FREE TRIPS TO VARIOUS POINTS.**

If the thirty-two young women who were winners in the Birmingham Ledger's popularity contest are not altogether the loveliest bunch of maidens in the state of Alabama, it will not be because of the opinion of their myriad admirers. The voting, which had been in progress for eight weeks, was brought to a close Saturday night and the results were announced by the committee of judges yesterday.

Following are the names of the lucky contestants:

Miss Minnie Whaley of Woodlawn, Miss Vivian Thomas of Alexander City, winners of the grand prizes of two trips each to Yellowstone Park.

Miss Lill Gayle of Mobile, Miss Mamie Hawkins of Tuscaloosa, Miss Esther Belle Meiggs of Anniston, Miss Mary Newman of Gadsden, Miss Marie Orr of North Birmingham, Miss Virginia Hill of Birmingham, Miss Susie Glenn of Trussville, Miss Lydia McElvain of Birmingham, Miss Helen Dorn of Birmingham, Miss Katie McDonough of Pratt City, Miss Marie Lindsay of Woodlawn, Miss Nellie Worthington of Birmingham, Miss Sophia Schwabacher of Bessemer, Miss Ellen Dexter of Montgomery, Miss Nancy Taylor of Bessemer, Miss Sallie Bell of McCalla, Miss Johnnie McGawan of Union Springs, Miss Della Hard of Margerum, winners of vacation trips to various parts of the country.

Miss Louise Ellis of Moundville, Miss Alethia Wallace of Birmingham, Miss Urania Gardier of Irondale, Miss Magdalene Shyterle of Cullman, Miss Pearl Blackburn of East Lake, Miss Mary Howle of Wetumpka, Miss Bessie Burke of Sylcauga, Miss Etowah Stokes of Union Springs, Miss May Ashley of Montgomery, Miss Roberta Russell of Ensley, Miss Ellie Clay of Thomasville, Miss Rheeta Nance of Tuscumbia, winners of scholarships in the Wheeler Business college.

The vacation trips include ten day stays in various Alabama, Tennessee and northern resorts and cities, and are elective with the winners, with certain restrictions as to the number of votes received. Each young woman will be allowed to carry a companion.

Jack Brown of Cleveland, O., and Los Angeles, who promoted the Ledger's latest circulation scheme, states that he is thoroughly satisfied with the results. James J. Smith of the Ledger expresses himself as being of the same state of mind. While the full returns had not been tabulated last night, the canvassers were of the opinion that something over 5000 new names have been added to the subscription books.

In discussing the contest, Mr. Brown, who has engineered subscription campaigns for newspapers throughout the country, took occasion to say that he is greatly pleased with Birmingham and the section in general, which he says is more characterized by push than any community which he has visited in the south. He will leave with his wife shortly for a two weeks' vacation on Lookout mountain.

Following is the report of the committee of judges:

We, the undersigned executive judges in the Ledger's $5000 contest, do hereby state that everything has been satisfactory throughout the entire contest. We congratulate the Ledger upon their enterprise and ability. We also appreciate the advertising which Birmingham and Alabama have received throughout the country through the columns of the Ledger. We find that everything has been satisfactory and the contest has been run fairly throughout.

(Signed) WM. LINDSY,
G. M. MOWLE,
F. J. WINTER,
A. V. WELSH,
JOHN B. BURRIS,
U. SCHWABACHER.

### O. A. CLARK INJURED.

**Mechanic in Southern Railway Shops Meets With Serious Accident.**

O. A. Clark, a mechanic employed in the shops of the Southern railway, suffered the painful accident of having the fingers on his left hand almost severed by a punch which he was operating yesterday afternoon at about 2 o'clock. He was taken to Copeland's infirmary in the ambulance of Lige Loy for treatment. It was at first feared that the fingers would have to be taken off, but the physicians in charge sewed the wound up and they are hopeful that the bones will knit together. At a late hour last night the wounded man was reported as resting easily.

Mr. Clark lives at East Lake.

# JIM JOHNSON WAS SHOT IN STOMACH

**WOUNDED MAN, WHO WAS SHOT SATURDAY NIGHT, WAS IN SERIOUS CONDITION AND NOT EXPECTED TO LIVE LAST NIGHT.**

Jim Johnson of Morris was shot in the stomach at that place on last Saturday night at about 10:30 o'clock by a man whose name could not be learned. He is not expected to live.

According to the account received, Mr. Johnson was operating a merry-go-round which was being patronized by the usual Saturday night crowd. In some way, it is alleged, he got into a dispute with the other man over a ticket, when the latter drew a revolver and fired. The wounded man was brought to Birmingham yesterday afternoon and carried in the ambulance of Lige Loy to the Davis infirmary. His limbs were paralized and he was in a very low condition. On examination, the physicians decided that it would be impracticable to perform an operation for the removal of the bullet owing to the seriousness of the man's wound. His condition was reported as being extremely grave at a late hour last night.

It is said that a matter other than the ticket was the cause of the dispute.

## GEORGE BEARD DIES OF RECENT INJURIES

**Young Man Was Badly Burned By Oil Explosion at His Home on First Avenue.**

George Beard, the young man who was so severely burned some days ago by the explosion of an oil can, died last night at a late hour at the St. Vincent's hospital from the ffects of his injuries.

In addition to the physicians and the nurses, there were present at the deathbed, his young wife and his sister. Mr. Beard had only been married two or three months, and his terrible fate has caused a shock to his friends and relatives. It is said that the father of the deceased is in very poor health, and that grave fears are entertained for his life since the demise of his son.

George Beard was burned at his home on First avenue about a week ago, and has been lying at the St. Vincent's hospital in a precarious condition since that time. It is said that he was attempting to relight a fire which he had supposed had gone out, and was pouring oil on the kindling to facilitate its burning. A slight flame still remained, however, and the oil caught fire, causing the can to explode, and throwing the flaming liquid on the young man. He was hurried to the hospital but medical attention was of no avail, and his death has been constantly expected.

The body is being prepared for burial by Shaw & Sons and will be sent to Mount Pinson tomorrow morning for interment.

### LEEDS STORE ROBBED.

**About $300 Worth of Goods Were Taken Saturday Afternoon.**

A letter has been received by the police department from Leeds, stating that the general merchandise store of Whitmere & Sons at that place had been robbed yesterday afternoon of goods aggregating in value about $300.

The articles taken include jewelry and clothing, full descriptions of which are in the hands of the local officials. They also have a description of the man suspected of the crime, and a sharp lookout is being kept for him, as well as the goods.

## DEATHS AND FUNERALS.

#### Herbert T. O'Gabany.

Herbert T. O'Gabany, aged 17 years, died suddenly yesterday noon at the residence of his parents, Mr. and Mrs. L. A. O'Gabany, at 1213 St. Charles street, from meningitis. The young man was taken sick Friday morning, and it was thought that he was improving up to a short time before his death, when he began to sink rapidly. Although so young, the boy is described as a youth of exceptional brightness of mind. He was a mining engineer in charge of one of the mines of the Lacey-Beuk company, with which his father is connected. He was a member of the Eleventh Avenue Methodist church, of the Epworth league and the Y. M. C. A.

The funeral will be conducted from the residence this afternoon at 4:30 o'clock. The interment will be in Elmwood cemetery.

#### Ora Belle Laguire.

Ora Belle Laguire, the 11-months-old daughter of Mr. and Mrs. J. H. Laguire, died Saturday night at the family residence at Boulevard station, on the North Bessemer and South Ensley car line. The funeral will be conducted from the home at 9:30 a. m. today. The interment will be in Woodlawn cemetery.

#### George W. Baker.

George W. Baker, aged 49, died Sunday morning at his home in Irondale. The funeral will be conducted from the residence this afternoon at 3 o'clock and the interment will be in the Eastes cemetery. Irondale lodge 177, Knights of Pythias, will have charge of the funeral. The members of the lodge are requested to meet at the hall at 2 p. m.

E. T. Shaw & Sons, Undertakers.

Green Undertaking Company.

# LABOR DAY PLANS ABOUT COMPLETED

## Event to be Celebrated on a Large Scale

## LARGE CROWD EXPECTED

**Many Organizations to Be in Line. Assistant Marshals Appointed. Charles P. Neill Speaks at East Lake.**

Preparations for the celebration of Labor day, Monday, September 3, were practically completed at a meeting of the general committee yesterday morning in Trades Council hall on Twentieth street. All that now remains is for the sub-committee to arrange the many little details incident to such an event.

General Chairman C. C. Houston stated last night that there would be more labor organizations, more members in line and a greater number of illustration floats in the parade than ever before seen on the streets of Birmingham or any southern city on labor's national holiday. Besides this the half rate fare on all railroads will bring thousands of visitors to the city on this occasion.

#### Three Grand Divisions.

It was decided at yesterday's meeting to divide the parade into three grand divisions, composed of forty or more labor organizations as follows:

First Division — Birmingham Trades Council, machinists, iron molders, stove mounters, barbers, Allied Printing Trades Council, Typographical union, printing pressmen, bookbinders, retail clerks, brewery workers, bartenders' league, theatrical stage employes, journeymen tailors, journeymen horseshoers, united garment workers, musicians, Bessemer machinists, pattern makers, boilermakers, commercial telegraphers, coppersmiths, Brotherhood of Railway Carmen, amalgamated steel and iron workers.

Second Division—Structural trades alliance, plumbers, painters and decorators, structural iron workers, hoisting engineers, inside electrical workers, electrical linemen, paper hangers, railway equipment painters, sheet metal workers, lathers, plasterers, building laborers.

Third Division—United Mine Workers, miscellaneous trades and merchants' floats.

#### To Draw for Positions.

Each division will be headed by a full band of music. The exact position of the unions in the divisions to which they have been assigned will be determined by a drawing at the meeting of the committee next Sunday morning.

Ten carriages containing the speakers, members of the reception committee, officers of the Trades Council and Board of Aldermen will precede the first division. A large platoon of police under Chief Wier will lead the parade.

To head the first division will be the float of the Birmingham Trades Council, now being constructed, illustrating that united labor, the world over, stands for peace and prosperity. There will be a "Queen of Peace," exemplified by a handsome young lady, and entries for this post of honor are now being made at committee headquarters. The only condition is that the lady must be a member of a union man's family. This contest will be decided by drawing at the meeting next Sunday.

Other organizations that have so far reported they will have floats in line are: Machinists, Allied Printing Trades Council, molders and stove mounters, horseshoers, plumbers, painters and decorators, electrical workers, commercial telegraphers, boilermakers. These floats will be illustrative of the everyday work of the various crafts, and will be especially interesting and instructive to the general public. First and second cash prizes will be given for the most appropriate floats.

#### Assistant Marshals.

Chief Marshal John Horan yesterday announced his assistant marshals as follows: L. M. Edwards, first division; W. W. Bradbury, second division; Ed Mitten, third division; George Rush, aide to chief marshal.

A number of visiting organizations are expected and will be given places in the parade, which starts from Capitol park at 9:30 a. m.

Arrangements are being made for the entertainment of United States Commissioner of Labor Charles P. Neill, orator of the day, upon his arrival from Washington, as well as the other invited guests. Much interest is being manifested in the address of Mr. Neill, which, it is thought, will attract more than usual attention throughout the whole country by reason of his prominence in national affairs. The speaking will be held at East Lake at 2 p. m.

Entries for the athletic games to be held immediately following the speaking are being made at committee headquarters. Among the novel features proposed is a football game between the union miners eleven of Republic and one from Lewisburg. There will also be a tug of war between opposing union teams.

#### The Prizes.

The committee announces that all prizes this year for the parade and athletic contests will be paid in cash, $175 having been set aside for this purpose.

The day's exercises will conclude with a grand ball at night in the East Lake pavilion. There will also be dancing in the afternoon beginning at 4 o'clock. This feature will be in charge of a competent committee. Gentlemen will be charged 50 cents for this privilege and ladies will be admitted free.

Superintendent Harris of the street car company has promised good facilities for conveying the immense crowd to and from the lake, and a number of new cars will probably be installed that day.

### LARGE INDUSTRY.

**Work on Southland Corporation's New Plant Begins Today.**

Grounds for the new plant of the Southland corporation, successor to the Bartlett-Tewksbury Manufacturing company, will be broken today. David Blake and T. E. E. Bartlett constitute the new concern. The capital of the Southland corporation is $125,000.

Mr. Bartlett recently spent some time in the east buying machinery for the new works. Everything will be up-to-date for the manufacturing of sugar mill machinery, engines and steel castings. This industry will employ about 200 men.

The Southern Bridge company of Birmingham has the contract for the construction of the plant.

# "Putting Money Ahead Puts Worry Behind"

When you have your savings deposited in a perfectly safe bank like the Citizens Savings Bank, where every dollar loaned is amply secured by improved city realty mortgages or other high-class securities, you put worries behind you.

Office hours from 8 a. m. to 5 p. m. every day.

**CITIZENS SAVINGS BANK**
THE STRENGTH OF A BANK IS IN ITS INDIVIDUAL LOANS

The bank is open to 8:30 p. m Saturdays.

**2003 FIRST AVENUE. Birmingham.**

Officers—J. B. Cobbs, President; H. H. Mayberry, Vice-President; Charles M. Spencer, Treasurer; C. G. Davidson, Secretary and Auditor.

Directors—J. B. Cobbs, B. F. Roden, C. O. Simpson, J. H. Robinson, E. D. Smith, H. H. Mayberry, Louis Gelders, C. B. Spencer, Moses Levy, J. W. Donnelly, Harry Jones, J. Beecher Adams, T. H. Aldrich, Jr., F. B. Yielding, Bertram Jacobs, J. G. Whitfield, H. C. Abbott, W. L. Murdoch, A. W. Nelson, Charles A. Stillman, E. G. Cole, Sibley P. King, of Birmingham; C. O. Burns of New York.

## STRICT LAW APPLIES TO BIRMINGHAM PARKS

**Ordinance Prohibits Many Things in Order to Maintain Decorum and Protect Property.**

As much interest is manifested in the law to be observed by persons visiting the city parks and the power given to the commissioner the ordinance adopted last month is here reproduced.

Section 1. Be it ordained by the Mayor and Aldermen of Birmingham, That no person shall enter or leave any of the public parks of the city of Birmingham except by the gateways; no person shall climb or walk upon the walls or fences thereof; no person shall turn or lead any cattle, horses, goat, swine or other animals into any of such parks; no person shall carry firearms or throw stones or other missiles within any of such public parks; no person shall cut, break or in any way injure or deface trees, shrubs, plants, turf or any of the building, fences, bridges or other construction or property within any of such parks; no person shall expose any article or thing for sale within any of such parks, nor shall any hawking or peddling be allowed in any part of any such parks calculated to provoke a breach of the peace, nor shall any person tell fortunes or play at any game of chance at or with any table or instrument of gaming nor commit any obscene or indecent act therein; no person shall post or otherwise affix any bills, notice or other paper upon any structure or thing within such park nor upon any gate or inclosure thereof; no person shall play upon any musical instrument, nor shall any person take into, carry or display in any such public park any flag, banner, target or transparency; no military company shall parade, drill or perform therein any military or other evolutions or movements; no person shall light, make or use any fire in any such public park; no person shall go upon the grass, lawn or turf of the parks, except when and where the word "common" is posted, indicating that persons are at that time and place at liberty to go on the grass.

Sec. 2. Be it further ordained, That the boards of park commissioners may direct that any of the entrances to the public parks be closed at any time, and when so closed in obedience to such directions no person shall enter at any such place.

Sec. 3. Be it further ordained, That any person violating any provision of or contained in any section of this ordinance shall be punished as provided in section 806 of the city code.

Sec. 4. Be it further ordained, That this ordinance is in addition to, and shall not be construed as repealing ordinances in regard to parks and public places now in effect.

### ENJOYABLE BANQUET.

**Southern Coffee Co. Entertains Jobbers and Traveling Men**

The Southern Coffee company tendered a banquet to the jobbers and traveling men of Birmingham in their new building at 1625 Avenue A Saturday afternoon from 1 to 3 o'clock. The occasion was to celebrate the opening of the company's building. Former Mayor J. A. Van Hoose acted as master of ceremonies. Speeches were delivered by Mr. Van Hoose, J. W. Hobson and Gus McCarty. The banquet was a most enjoyable affair. The spread was tempting and about eighty guests gathered about the board.

The Southern Coffee company is a recent addition to the industrial and mercantile concerns of Birmingham. The company works entirely through jobbers and recently moved its headquarters and plant from Galveston to this city. The plant on Avenue A is strictly modern in every essential.

#### Officers Arrest Frank McGhee.

Officers Ray and Bragan last night captured a man commonly called Frank McGhee, but who goes also by the name of Pete West, who is said to have been wanted for some time by the local department. The charges against the man in two cases are assault with intent to murder and carrying concealed weapons. He is thought to be the man who shot and seriously wounded a woman here some months ago.

# DEPUTY KILLED IN CRAP GAME RAID

## Abernathy Dies Soon After He Was Shot

## CONFLICTING STATEMENTS

**Shooting Occurred at Littleton—Two Negroes in Jail Charged With the Murder—Deputy Sheriff Abernathy Highly Esteemed.**

Deputy Sheriff E. R. Abernathy of Blossburg, who was shot in raiding a negro crap game at Littleton about 3 o'clock yesterday morning, died from his wounds an hour later. He was shot in the breast and in the thigh.

Two negroes are in the county jail charged with his murder. One of them, Will Johnson, alias Will Fley, was shot under the left arm by Deputy Abernathy. It was he, according to C. W. Wood, alias "Shorty," the other negro prisoner, who killed the deputy. He states that Abernathy had covered the four negroes in the game with his pistol and was putting handcuffs on Johnson, warning him that if he resisted he would kill him. Johnson did resist, Wood says, and tried to grab the pistol and then Deputy Abernathy shot him, whereupon, according to Wood, Johnson got his own pistol out and shot Deputy Abernathy.

This statement, however, does not account for the character of the wounds received by the deceased. One, it is said, was made by a small calibre bullet, while the other was inflicted by a bullet of large size.

#### Negroes Captured.

The two negroes were captured several hours after the shooting by Deputy Sheriff J. P. Brent of Brookside and A. M. Burrill, constable at Cardiff, both of whom went with Deputy Abernathy to raid the game, and were stationed at the back of the shanty while Mr. Abernathy went in the front way.

Immediately after the shooting the lights in the house were put out. The two deputies finding the back door barred rushed to the front. In the meantime several negroes, two, it is said by the negro Wood, escaped by a back window, while he and Johnson, the negro who shot, got away through the front door. The deputies opened up on them but in the dark their aim was bad.

Chief Deputy Sheriff Albert Stradford and Deputy Joe Hill went to Littleton on a special train yesterday morning at 3:40 o'clock and returned with the prisoners Wood and Johnson.

Later during the day Deputy Brent arrived in Birmingham with nine negro witnesses and one white man, Jessie Wilkie, all of whom are held in the county jail to testify this morning before the coroner's jury, which meets at 10 o'clock.

Deputy Brent is expected from Littleton this morning with two additional witnesses, Joe W. Smith and W. L. Langered of Coalburg, both white. It is said at the sheriff's office that Smith will testify to the fact that Deputy Abernathy was killed by a white man who was in the crap game.

#### Abernathy Highly Respected.

E. R. Abernathy had been deputy at Blossburg under Sheriff Burgin for about five years, and was recognized as a fearless and valuable officer. He was 35 years old and leaves a wife and four children.

Besides being a deputy sheriff at Blossburg he was constable at that place. For several years the deceased was Mayor of Pinkney City.

#### American Guild.

The American Guild has changed its regular meeting night from Friday to Monday, and will hold its next meeting in the Guild hall, 221½ First avenue, tonight at 8 o'clock. All members are requested to attend, as degree work is to be conferred upon several candidates.

4% **And Safety** 4%

This bank pays 4 per cent interest on savings and time deposits and compounds it semi-annually.

Its guarantees to depositors are sound and careful management, an exceptionally strong board of directors and total resources of $3,500,000.

**American Trust and Savings Bank.**

First Avenue and Twentieth Street Birmingham, Ala.

4% **Safety and** 4%

# EX. 60C

Newspapers
by ancestry
https://www.newspapers.com/image/391564340/

The Times Leader (Wilkes-Barre, Pennsylvania) · Fri, Jul 12, 1907 · Page 2
Downloaded on Nov 19, 2024

jure or disturb any bird's nest or eggs.

Section 4. No person shall commit any of the following acts within said parks or parkways, without the previously obtained consent of the Commission:

1. In any manner, pull, or break, any flower, fruit, plant, tree, grass, turf, pump or water fixtures, or other structure.

2. Carry or discharge any firearms or fireworks or send up any balloons.

3. Ride or drive any animal or vehicle at a speed exceeding eight miles per hour. This shall not apply to the vehicles of the Fire or Police Departments. Ambulances nor vehicles used by physicians when actually engaged in responding to emergency calls.

4. Keep or offer anything for sale.

5. Play any music.

6. Deliver any public speech.

7. Hold any public meeting or engage in any marching or driving, as members of a military, political or other organization.

8. Conduct any funeral procession or vehicles containing the body of a deceased person.

9. Solicit or invite passengers for hire for any boat or vehicle.

10. Build any fire.

11. Take ice from any park waters.

12. Fish in any park waters.

13. Enter any place where the words "No Admittance" or "Keep Off" shall be displayed.

14. Enter or leave except at the established ways of entrance and exit.

15. Occupy in any way the slopes of the river bank, except as a landing place.

16. Hold any picnic at a place not designated for that purpose.

17. Play base ball, tennis nor any other game or sport at a place not designated for that purpose.

18. Bathe in any place not designated by the Commission.

19. Violate the regulations relating to the use of any building or place.

20. Injure any notice posted by order of said Commission.

Copyright © 2024 Newspapers.com. All Rights Reserved.

A74

The Times Leader (Wilkes-Barre, Pennsylvania) · Fri, Jul 12, 1907 · Page 2

https://www.newspapers.com/image/391564340/

Downloaded on Nov 19, 2024

## RULES AND REGULATIONS.

### RULES AND REGULATIONS
of the
**WILKES-BARRE PARK COMMISSION.**

Section 1. The term "Parks" used herein shall be construed to include all lands and waters under the control of the Wilkes-Barre Park Commission or that may come under the control while these regulations are in force.

The term "Commission" shall refer to the Wilkes-Barre Park Commission.

Section 2. The parks of the City of Wilkes-Barre are for the benefit and pleasure of the whole public, and all persons who use said parks shall be subject to the rules of the Park Commission.

The roadways in the parks shall not be used by any vehicles except those employed for the purpose of pleasure or recreation and by pleasure-seekers on horseback.

The walks and foot-bridges shall be used exclusively by pedestrians, except that baby carriages, invalid chairs and children's carts may pass thereon, but loafing or prolonged standing shall not be allowed on the same.

This section shall not apply to vehicles used by order of the Commission.

Automobiles may be forbidden to run in all or part of any park or parkway at the option of the Commission, which shall in that case post legible notices at the entrance of said park or parkway.

The parks shall be closed from 12 o'clock midnight till sunrise, and all persons found lounging between these hours may be arrested for trespass.

Section 3. No person shall commit any of the following acts within the parks or parkways:

1. Commit any disorderly or immoral acts.
2. Be intoxicated, or have possession of or drink any intoxicating liquor.
3. Throw stones or missiles.
4. Utter loud, profane, offensive or indecent language.
5. Solicit the acquaintance of or annoy another person.
6. Play any game of cards, or chance, or have possession of any instrument of gambling.
7. Tell fortunes.
8. Beg.
9. Publicly solicit subscriptions.
10. Drive or lead a horse not well broken.
11. Allow any horse to run at large.
12. Throw, deposit or drain any offensive substance of any kind on or into any park, parkway, fountain, spring or other park waterway or deposit waste paper, fruit refuse, lunch baskets or other refuse in any place save the receptacles therefor.
13. Throw or place upon the ground a lighted match, cigar or other burning substance.
14. Sell any intoxicating liquors in any park or along any parkway.
15. Bathe in park waters without having the body concealed by suitable covering extending from the knees to the shoulders.
16. Write, paint or carve on any tree, bench or structure.
17. Climb any tree, or tie any horse to a tree, bush, shrub or fence.
18. Permit any animal except horses and dogs to enter said parks.
19. Obstruct in any way a roadway or path.
20. Lie down on a bench or go to sleep thereon.
21. Post or display any sign, notice, placard, banner or advertisement.
22. Injure or unnecessarily disturb any fish, water fowl, birds or animals, or injure or disturb any bird's nest or eggs.

Section 4. No person shall commit any of the following acts within said parks or parkways, without the previously obtained consent of the Commission:

1. In any manner, pull or break, any flower, fruit, plant, tree, grass, turf, pump or water fixtures, or other structure.
2. Carry or discharge any firearms or fireworks or send up any balloons.
3. Ride or drive any animal or vehicle at a speed exceeding eight miles per hour. This shall not apply to the vehicles of the Fire or Police Departments. Ambulances nor vehicles used by physicians when actually engaged in responding to emergency calls.
4. Keep or offer anything for sale.
5. Play any music.
6. Deliver any public speech.
7. Hold any public meeting or engage in any marching or driving, as members of a military, political or other organization.
8. Conduct any funeral procession or vehicles containing the body of a deceased person.
9. Solicit or invite passengers for hire by any boat or vehicle.
10. Build any fire.
11. Take ice from any park waters.
12. Fish in any park waters.
13. Enter any place where the words "No Admittance" or "Keep Off" shall be displayed.
14. Enter or leave except at the established ways of entrance and exit.
15. Occupy in any way the slopes of the river bank, except as a landing place.
16. Hold any picnic at a place not designated for that purpose.
17. Play base ball, tennis nor any other game or sport at a place not designated for that purpose.
18. Bathe in any place not designated by the Commission.
19. Violate the regulations relating to the use of any building or place.
20. Injure any notice posted by order of said Commission.

Section 5. Any persons violating any of the foregoing rules and regulations shall, upon conviction thereof before the mayor or any alderman of the city, be sentenced to pay a fine of not more than fifty dollars ($50), and the costs of prosecution, and in default of the payment thereof be imprisoned in the jail of Luzerne County for a period not exceeding thirty (30) days.

By order of the
**WILKES-BARRE PARK COMMISSION.**

Copyright © 2024 Newspapers.com. All Rights Reserved.

## RECORD CITY BRANCHES.

Aston's Drug Store, 463 North Main street.
Kemp's Drug Store, 623 Hazle street.
Kuehn's Drug Store, 206 South Main street.
Morgan's Drug Store, 361 East Market street.
Stackonitch's Drug Store, 179 Barney street.
Todd's Drug Store, 178 Main street.
Wagner's Drug Store, 601 South Main street.
Over South Side Bank, 33 Hazle street.

One cent per word and insertion, if paid in advance; no single ad. less than 25 cents; 10 cents per line if charged. When not convenient to reach the main office, advertisements and subscriptions may be left at any of the above branch offices, each of which has the Record on sale every morning.

### LOST.

### STOLEN.

### REWARD.

### FOUND.

### MALE HELP WANTED.

### FEMALE HELP WANTED.

### AGENTS WANTED.

### HELP WANTED—BOTH SEXES.

### EMPLOYMENT WANTED.

### HOUSES FOR RENT.

### HOUSES FOR RENT.

### FLATS FOR RENT.

### ROOMS FOR RENT.

### HORSES FOR SALE.

### PIANOS FOR SALE.

### FINANCIAL.

### FOR RENT—MISCELLANEOUS.

### REAL ESTATE FOR SALE.

### WANTED—TO RENT.

### SEALED PROPOSALS.

### BUSINESS OPPORTUNITIES.

### ROOM AND BOARD WANTED.

### BIDS WANTED.

### DISSOLUTION OF PARTNERSHIP.

### REAL ESTATE.

### FARMS FOR SALE.

### MISCELLANEOUS WANTS.

## RULES AND REGULATIONS

WILKES-BARRE FAIR COMMISSION



# BEE HIVE
THE UNDERSELLING STORE.

WE GIVE S. & H. GREEN TRADING STAMPS

EXTRA TO-DAY 2 FOR 1

# FRIDAY
## BARGAIN BULLETIN



### Gloves
Greatest Bargain ever heard of. Fownes's Double Tip Silk Gloves, elbow length in black, tan, white, mode, grey and navy blue.
$1.49 Quality for $1.

### Dress Skirts
Women's Cream Mohair Skirts, full pleated bottoms, with straps of same material.
$4.98 Value For $3.49.

### HOUSE DRESSES
Shirt Waist Suits in light madras, percales and seersuckers, tucked waist, full skirt.
$1.49 Value For 98c.

### CHILDREN'S DRESSES
Children's Dresses in percales and French madras, low or high neck, ages 2 to 6 years.
69c Value 42c.

### Children's Dresses
Children's Dresses in French ginghams, plain colors, plaids or stripes. Also natural linen, blouse, suspender or Russian style, ages 6 to 14 years.
$1.25 Values. Special at 89c.

### SKIRTS
Women's fine Muslin Skirts, lace or embroidery trimmed.
Special at 89c.

### GOWNS
Women's Muslin Night Gowns, high or low neck, nicely trimmed.
49c.

### Men's Underwear
Men's extra fine quality Balbriggan Underwear, all sizes.
Special at 24c.

### HOSIERY
Children's Black Hose, narrow and wide ribbed, all sizes.
11c.

### HOSIERY
Women's fine Gauze or Lace Hose, in white, tan or black.
23c.

### BELTS
White Embroidered Wash Belts, with steel or gilt buckles, 9c.

### RIBBED VESTS
Women's good quality Ribbed Vests, lace trimmed neck, sleeveless.
10c.

### CAPS.
Children's white Lawn Caps, trimmed in lace and tucks.
23c.

### RIBBONS
Wide plaid Ribbons, all silk, just the thing for sashes and hat trimmings.
To-day 19c.

### RESORTS.

### RESORTS.

Miller Cottage and Annex.

### NEW CLARION HOUSE,

### THE NEW LELANDE

### RESORTS.

### ATLANTIC CITY.

The Albemarle.

The Colwyn.

The Brooklyn.

### REAL ESTATE.

Before Buying or Selling

### REAL ESTATE FOR SALE.

Bank Buying Never Made a Millionaire.
It Was Real Estate.

This is Only a Reminder

# THE DENNISON-CALLAHAN CO.,
"The Real Estate Men"

# EX. 60D

Section 2. No person shall commit any of the following acts within any of the parks of the above named district:

1. Ride or drive or guide or operate any vehicle upon any part of any park other than the roads provided for such purpose.

2. Ride or drive or operate or guide any vehicle in a reckless manner or at a rate which endangers the safety or comfort of other persons.

3. Be intoxicated or having intoxicating liquor in his possession.

4. Throw stones or missiles.

5. Utter loud, profane or indecent language.

6. Hunt, trap or in any manner catch, kill or injure any animal or bird.

7. Bathe in any water in or adjacent to a park except when properly clothed and in such place as may be designated by the board for this purpose.

8. Permit any animal to run at large.

9. Play any game of cards or chance or gamble in any manner.

10. Beg or tell fortunes or carry on any similar occupation.

11. Carry or discharge any firearm, airgun, sling shot or other similar weapon.

12. Write, paint or carve upon or otherwise deface any tree, structure, furniture or fixture, or displace any furniture or fixture.

13. Enter upon any portion of a park which may be temporarily clos

### Ordinance No. 7

An ordinance regulating the use of the parks of the park district of the city of Grand Forks, N. D.

Be it enacted by the park commissioners of the park district of the city of Grand Forks, N. D.:

Section 1. The provisions herein made are for the regulation of the parks of the park district of the city of Grand Forks, N. D., by the public and nothing herein contained shall operate to restrain or hinder the park commission, its members or employes in the performance of any duty pertaining to their office.

Section 2. No person shall commit any of the following acts within any of the parks of the above named district:

1. Ride or drive or guide or operate any vehicle upon any part of any park other than the roads provided for such purpose.

2. Ride or drive or operate or guide any vehicle in a reckless manner or at a rate which endangers the safety or comfort of other persons.

3. Be intoxicated or having intoxicating liquor in his possession.

4. Throw stones or missiles.

5. Utter loud, profane or indecent language.

6. Hunt, trap or in any manner catch, kill or injure any animal or bird.

7. Bathe in any water in or adjacent to a park except when properly clothed and in such place as may be designated by the board for this purpose.

8. Permit any animal to run at large.

9. Play any game of cards or chance or gamble in any manner.

10. Beg or tell fortunes or carry on any similar occupation.

11. Carry or discharge any firearm, airgun, sling shot or other similar weapon.

12. Write, paint or carve upon or otherwise deface any tree, structure, furniture or fixture, or displace any furniture or fixture.

13. Enter upon any portion of a park which may be temporarily closed to the public.

14. Hitch or fasten any horse except in such place as may be designated by the board for this purpose.

15. Leave any paper or refuse except in the receptacles provided therefor.

16. Hold any picnic except in such place as may be designated therefor.

17. Build any fire.

18. Injure or remove any notice posted by order of the commission.

19. Play any game except in a place designated for it by the commission.

20. Obstruct any roadway or path.

21. Be in any park after 11 p. m. or before 6 a. m.

Section 3. No person shall perform any of the following acts within any of said parks without first receiving permission therefor from the president of the board of commissioners or of some person authorized by the board, and such permission shall always be conditioned on the observance of all the regulations which may be made with reference to each case:

1. Keep or offer anything for sale.

2. Play any music.

3. Post or display any sign, banner or advertisement.

4. Hold any public meeting, deliver any public speech or participate in any parade or other public demonstration.

5. Solicit passengers for any vehicle for hire.

Section 4. Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be subject to a fine of not more than $10 or by imprisonment in the county jail of Grand Forks county, N. D., for a term not exceeding 10 days.

Section 5. All ordinances and parts of ordinances inconsistent with this ordinance are hereby repealed.

Section 6. This ordinance shall take effect and be in force from and after its passage, approval and publication.

—W. P. Davies,
Vice Pres. and Acting President

Attest:
—W. V. O'Connor
Secretary and Clerk.

# CARNIVAL OPENS EARLIER

### Big Event to Commence on Monday Instead of Tuesday as Has Been Advertised.

The dates of the street carnival to be held in Grand Forks have been changed, the event to open one day earlier than advertised. This will result in the carnival being opened on the afternoon of William Taft's visit to the city. In consequence of the fact that the carnival opens a day earlier, or on September 28, it will be closed on Friday.

## GIRLS ORGANIZED A BUCKET BRIGADE AT FIRE

### Walhalla Young Ladies Show Their Ability by Assisting Department

During the progress of a fire Sunday morning in Walhalla, which for a time threatened to destroy a large portion of the business district, the young ladies of the city formed a bucket brigade, rendering valuable aid in extinguishing the flames. The fire was becoming dangerous when the ladies decided on the organizing of a bucket brigade. They handed the buckets filled with water in a rapid fashion, and did a great deal towards stopping the progress of the fire which had already done a large amount of damage.

The origin of the fire is unknown. Two buildings were destroyed, being occupied by Mrs. M. L. Stafford, milliner and William Campbell, confectioner. A third building, occupied by William Beaudry was damaged considerably.

The fire commenced at 1:30 o'clock, and driven by a high wind, spread rapidly. The Campbell and Stafford buildings were completely destroyed, while the Beaudry building was badly scorched. The fire department received the assistance of the citizens in putting out the fire, the girls taking part in the fight also.

There was $450 in insurance on the Campbell building and $200 on the stock. On the Stafford building $500 in insurance was carried while $400 was carried on the stock.

## HAD LONG HUNTING TRIP

Clarence Skrpgaard and E. M. Stimson arrived in the city Saturday evening after a hunting trip which has extended over about three weeks. They left Grand Forks on the opening day of the season and have been hunting ever since. During the three weeks they have bagged a large amount of territory, driving from Grand Forks up to the Turtle mountains and thence to Berwick, in McHenry county. In all they covered about 600 miles by the team route. They had a complete camping outfit with them, pitching their camp each night. The horses were shipped back home from Berwick.

## HAD BAD AUTO ACCIDENT

### Attorney T. S. Becker's Car Burned When Overturned on Hillsborough Road

Attorney T. S. Becker of Williston had a rather exciting automobile accident in McKenzie county while enroute from Shaffer to Williston. He has been in attendance at the preliminary hearing in the McKenzie county murder case and with the stenographer was enroute home in the auto. They had made good time but got a late start, darkness overtaking them. In attempting to climb a hill the auto-mobile went on power, the car starting backwards, going into the ditch and overturning. Both occupants escaped with minor bruises but the auto caught fire and was completely destroyed. An insurance of $1,500 was carried.

Attorney Becker and his companion were obliged to walk about nine miles to shelter.

### Help Wanted.

A young man who has had some experience in the printing business can secure a steady position by calling on the Times news room foreman.

## EXTRA VOTE OFFER CLOSED SATURDAY NIGHT

### Only Three More Weeks Are Left of the Big $3,000 Contest

The extra vote offer which closed last night, resulted in bringing to the fore, resident contestants who heretofore occupied a much less conspicuous position, but who by their zeal and enthusiasm had no trouble in securing enough votes to bring them much nearer the coveted goal.

But although the extra vote offer has closed, the daily polling of votes does not let up one whit. Many of the contestants have increased their vote totals quite materially.

Those who are thinking of subscribing for the Times, or renewing their subscriptions should look over the list of candidates in the contest and make up their minds to take part in turn in their subscriptions and give the votes allowed to their favorites. Neither will please a candidate in this race more than a few thousand votes. But although the extra offer has closed, there is still three more weeks to the contest, and of course the rush to the polls will be all the greater the nearer the final vote totals are published. Both occupants escaped with minor bruises but the auto will be one in so far in the lead that the others cannot easily catch up.

The first few weeks of a contest of this kind are only the start, and it takes that long to get all the people interested, but now that they have become interested it is an easy matter to get votes. Just let them know you are in the race to win and you will be rewarded with votes to your aid. The final days of a contest of this kind are very near the old fashioned political scenes at election day, when all will be working and the good will hold out.

Tell your friends and acquaintances about the prizes for which you are working. Get those who know of this contest to help you—those who will take an interest and be glad to help you win whatever you have set your heart upon.

Three weeks work is not much but you may be surprised to see how much you can accomplish in that time if you do your best.

## BIG BAPTIST CONVENTION

### Annual State Gathering Will be Held in Fargo Commencing on Tuesday Morning.

The delegates to the twenty-fifth annual gathering of the North Dakota Baptist association from the First Baptist church of Grand Forks will leave the city tomorrow for Fargo to be in attendance, the convention opening in the morning and continuing four days.

Especial interest is centered in the array of speakers from outside of the state who will be present, including: Rev. L. C. Charles, D. D., of New York, field secretary of the Home Mission society.

Rev. J. A. Francis, D. D., of New York, national evangelist of the Home Missionary Society.

Rev. Dr. John H. Mason, D. D., of Boston, secretary of the Young People's Forward Movement in Missions.

Rev. George T. Webb, D. D., national secretary of the N. P. U. A.

Rev. Lee M. Prickett, of Chicago, district secretary of the American Baptist Publication society.

Rev. D. D. Proper, D. D., district secretary of the American Baptist Education society.

Harry W. Jones, Esq., of Minneapolis, who will represent the Baptist Brotherhood movement.

Rev. H. W. Tilden, D. D., of Pierre, S. D.

Rev. Frank Peterson, D. D., of Minneapolis, district secretary of the Minnesota Baptist state convention and Baptist union.

## REMOVAL CASE IN COURT

### Case Involving Removal of County Seat From Bottineau to Rolette

The matter of the removal of the county seat of Rolette county will come before Judge Templeton in the district court at Devils Lake Tuesday. At that time the order to show cause issued some time since by Judge Cowan, will be returnable and the county commissioners and auditor of Rolette county will be compelled to show cause why the proposition of removing the county seat from Rolla to Rolette which is the proposed alternate election held in November.

Because of the proceedings in the supreme court, the hearing in Devils Lake tomorrow may be adjourned. The matter has been taken to Judge Fisk, at Minot, and Attorney Geo. A. Bangs, the latter appearing for Rolette, will leave this city for Devils Lake Tuesday morning.

## HOLD UNMAILABLE MATTER

### People Persist in Mailing Travel Cards on Which Additional Postage Is Collected.

The Grand Forks postoffice, not in fact every postoffice, still continues to hold unmailed postal cards in which although every effort is being made to tell the people that such matter is unmailable. These cards have caused the officials considerable trouble from the penny postcards, when taken from the local mail, the addressee being sent a card telling of the detaining of the matter and asking that a 2-cent stamp be forwarded in order that the card may be mailed. Thus it costs the person to whom such a card is sent, from whatever point mailing at their office.

### ENJOYED THE TRIP

#### Party of Rock Lake Had a Fine Time Hunting

Rock Lake Ripples: Ed Lakeman, Stanley Hubley, Sam Brown and C. R. Suttie, a Grand Forks shoe merchant, formed a jolly hunting party at Rock Lake last week and the first of this week. The party went to Fish Lake, intending to spend their days of hunting, but as there was no hunting or fishing, changed their plans and drove over to Rock Lake. They had a very successful trip, bagging 75 ducks and 75 chickens. Mr. Suttie caused considerable excitement when he shot a large pelican; Stanley was found with his head stuck into a clump of bushes, leaving just the feet sticking out of the lake and Sam pulled out from under a hay stack. Sam Brown found a pair of webers, he also claims he found a "pochmatic" hat couldn't get it. The boys enjoyed Walter Stanley very much—he acres J. J. Mill, and Dr. Thompson of St. Paul and Dr. Crane, manager Daily of Devils Lake at their camp Sunday and Monday. They all report an excellent time.

## EAST GRAND FORKS

### JOHN KETTER WAS LAID TO REST TODAY

#### Funeral of Aged Resident Was Held This Morning From Sacred Heart Church

The funeral of John J. Ketter took place this morning from the Sacred Heart church at 10 o'clock, largely attended by relatives and sorrowing friends of the prominent resident of this city. Mr. Ketter breathed his last Saturday afternoon after an illness of several weeks of complications combined with old age.

Mr. Ketter came to this country from Luxemburg in 1852, locating in Acton, N. D. in 1888 Mr. Ketter came to this city and since that time he resided here at the home on North Fourth street. The deceased leaves besides a sorrowing widow, one son, Nick Ketter, and six daughters; Mrs. Hugh Dunbarr, Mrs. John Ketter, Mrs. C. A. Brown of Edgmont, S. D. Baker M. Paul of Minneapolis, N. D.

As he died, so did he live. He was a man of sterling character and strong personality. He was close to what he believed was right and just, and once his convictions were established, he held to them with tenacity. His passing takes from the community a man of noblesse of character and fidelity of the deepest and highest order of which he admired and respected. As the shadows lengthened and the twilight of life settled on him, he stretched out his hands and awaited the final summons. His life was full of deeds of kindness and ministrations of love and mercy.

#### Sacred Hours.

Rev. Sheriff Geerss is in the city today from Crookston to attend to business matters.

• • • •
#### Infant Dies.

The infant child of Mr. and Mrs. Patrick Powers living near this city died this morning.

#### Here From Honeyford.

Geo Quintine of Honeyford is spending the day in the city attending to business matters.

#### LEGAL NOTICE

#### Ordinance No. 7

An ordinance regulating the use of the parks of the park district of the city of Grand Forks, N. D.

Be it enacted by the park commissioners of the park district of the city of Grand Forks, N. D.:

Section 1. The regulations herein made are for the, regulation of the parks of the park district of the city of Grand Forks, N. D., by the public and nothing herein contained shall operate to deter the several members of the park commission for the performance of any duty pertaining to their office.

Section 2. No person shall commit any of the following acts within any of the parks of the above named districts, to-wit:

1. Ride or drive or guide or operate any vehicle upon any part of any park other than the roads provided for such purpose.

2. Ride, drive or operate or guide any vehicle in a reckless manner or at a rate which endangers the safety or comfort of other persons.

3. Be intoxicated or having intoxicating liquor in his possession.

4. Throw stones or missiles.

5. Cut or destroy or deface any tree, shrub, plant or other material on the park.

6. Lie or sleep in any manner catch, kill or injure any animal or bird.

7. Bathe in any water in or adjacent to a park except when pools or places have been designated for such purpose.

8. Post or display any sign, banner or advertisement.

9. Hold any public meeting, deliver or any public speech or participate in any parade or other public demonstration.

10. Solicit passengers for any vehicle for hire.

Section 4. Any person violating any of the provisions of this ordinance shall, upon conviction thereof, be subject to a fine of not less than one dollar nor more than twenty-five dollars and cost, or imprisonment in the county jail of Grand Forks county, N. D., for a term not exceeding ten days.

Section 3. All ordinances and parts of ordinances inconsistent with this ordinance are hereby repealed.

Section 6. This ordinance shall take effect and be in force from and after its passage, approval and publication.

—W. P. Davies.
Vice Pres. and Acting President
Attest;
—W. V. O'Connor
Secretary and Clerk.

#### Entertained.

Mr. and Mrs. Patrick Sullivan entertained in honor of Mr. and Mrs. T. M. Connolly who have "Tuesday" for their home as Spokane, Wash.

#### Here for Week.

Mrs. Owen Clarke, who is spending several days at the home of her brother, J. C. Sherlock, has left for her home in Saskatchewan, Saskatoon, Can.

#### Gone to Columbus.

W. M. Murphy, Owen Murphy and daughter have gone to Columbus, Ohio, where they will visit with relatives.

• • • •
#### Funeral Held.

The funeral of Mrs. Newfund was held from the Swedish Lutheran church at 4 o'clock yesterday afternoon.

• • • •
#### New Fixtures.

New fixtures are being installed by the Minneapolis Brewing company in the new Hanson building which has been leased by the brewing company.

#### Sheriff to Be.

Sheriff Geerss to see the resident of Crookston this morning.

#### Bound Over.

W. Murphy, charged with larceny, William Johnson claiming that he stole $10 from him was bound over to the district court by Justice of Peace this morning. The men were held over for the district court under bonds of $300.

#### Stews There.

Sheriff Geerss is in the city today from Crookston to attend to business matters.

### CARNIVAL OPENS EARLIER

Big Event to Commence on Monday Instead of Tuesday as Has Been Advertised.

The dates of the street carnival to be held in Grand Forks have been changed, the event to open one day earlier than advertised. It will result in the carnival being opened on the afternoon of William Taft's visit to the city. It was the opinion of the committee that the carnival opens a day earlier, on September 28, it will be closed on Friday.

## EMPIRE THEATRE

### MONDAY AND TUESDAY, SEPT. 21-22

The Most Famous Olympian Gymnasts in the World

## THE FOUR NIGHTONS

Monday and Tuesday Only—In addition to the regular program, the Four Nightons will give only one performance each evening. Their act goes on at 8:45.

### Prices—10, 20 and 30 Cents

## The Ideal Stopping Place

Model fireproof structure. No better furnished hotel in the state.

All the latest improvements and conveniences and located in the very business center.

Hotel Dacotah has always enjoyed an enviable reputation for its high standard—both as the character of its guests and the excellence of its cuisine.

Large sample rooms. Most home like hotel in the city. Keep your U. C. T. friends there. An ideal stopping place the year round.

Rates $2.00 to $4.00 per day.

## HOTEL DACOTAH
GRAND FORKS.          NORTH DAKOTA.

## PLAN FOR TAFT'S COMING

### Taft-Sherman Club of Grand Forks Will Make Arrangements at First Meeting Tonight.

The first meeting of the recently organized Taft-Sherman club will be held this evening in the Grand Forks county court house at 8 o'clock, firm plans for the reception of William Howard Taft, candidate for president of the United States, on his visit here next Monday afternoon will be made. There will also be the enrollment of new members and the gathering should be a very large one.

The plans for William Taft's visit to this city are as yet very rapidly and indications are that the Republican standard bearer will be given a great reception in this city.

The Grand Forks county central committee is engaged in sending out notices to all sections of the state and this will result in many thousands of loyal Republicans and others coming here to hear the speaker.

## MAY HAVE SOME TROUBLE

### Red River of New Low Stage—Boats Will Experience Difficulties if Ferry on Rough Much Lower.

The water in the Red river is at present at a very low stage and is still going down as a result of the continued dry weather. The Red River Transportation company, operating a line of boats on the river, has not had much trouble getting over this much lower but if it gets much lower there may be considerable difficulty in making the trips. The company has been doing an immense business this fall and the failing of the water below the point of allowing navigation would mean considerable of a loss to the concern.



Fronto and Weyman in the College Boy's Reconciliation, at the Empire Theatre this week.

## METROPOLITAN THEATRE

One Night

### MONDAY, SEPT. 21st

Back One More

Third engagement of Kirk la Shelle's big production of Henry Blossom's Comedy

## "CHECKERS"

With the Same Cast, Headed by Hans Roberts and Dave Braham, Junior.

This is the same company seen here before and the only one which has ever presented this fascinating racing play with a record of 13 different engagements in New York

### Prices—$1.50, $1.00 75c., 50c.

## METROPOLITAN

### Thursday, Sept. 24

H. H. FRAZEE Presents

Mr.
## James J. Corbett

in his Successful Comedy in Three Acts

## "Facing the Music"

Supported by a Company of the Greatest Excellence

### Prices, $1.00, 75c, 50c, 25c

## SOUTH END Meat Market

BURTON & ALLEN, Prop.

We sell choice meats at lowest prices for cash only.

Telephones                    Bookstores 0296.
                              Tri-State 1236.

## East Side JEWELER

Will Open a New Stock on or About

### MONDAY SEPTEMBER 21

SAM WISEMAN, Proprietor.
                              DeMERS AVENUE

## LENOX HOTEL

### FURNISHED ROOMS BY DAY or WEEK

Sam Olson, Prop.
                              DeMers Avenue.

## COLUMBIA Hotel and Restaurant

American and European Plans

Rates $1 to $1.50

Seventy-five Furnished Rooms

OPEN DAY AND NIGHT

Oscar Knudson, Prop.

## NEW YORK HOTEL and Restaurant

MATHESON & KORNG
European Plan.

MEALS AT ALL HOURS

All Delicacies of the Season.

OPEN DAY AND NIGHT.
Steam Heated.
Phone 892.              460 DeMers Ave.

"KEEP YOUR EYE ON THE MACHINE." The chilly, uncertain days of Fall are a good time to keep your eye on your "digestive machinery." Fortify yourself against bowel disorders by eating

## SHREDDED WHEAT BISCUIT

with hot milk and cream every morning for breakfast. Sweetens and cleanses the stomach and keeps the bowels healthy and active. Your grocer sells it.

Heat in Oven Before Serving.

# EX. 60E

## Rules and Regulations of the Parks of the City of La Crosse, Wisconsin.

**Rule I**—No person shall enter or leave any enclosed public park or plaza except at the regular designated entrances.

**Rule II**—No person shall dig up, out, break, remove, deface, defile or ill use any building, structure, fence, sign, bush, plant, turf, rock or other thing belonging to the parks or plazas of the city of La Crosse or have in possession any part thereof.

**Rule III**—No person shall throw any stone or other missile; or have in his possession or discharge any destructive weapon, firearm, firecracker, torpedo, or firework, or make a fire or throw or place upon the ground, a lighted match, cigar or other burning substance; or post, paint, affix or display any sign, notice, placard or any advertising device or, except with written authority of the park board, engage in any business, sell or expose for sale or give away any goods, wares or circulars; or set a trap for, snare, injure or have in possession any wild animal or bird; or injure or disturb any bird's nest or eggs; or in any way annoy or injure any bird or animal belonging to or in the keeping of the city.

Rule IV—No person shall with-

Copyright © 2024 Newspapers.com. All Rights Reserved.



The La Crosse Tribune (La Crosse, Wisconsin) · Sat, Jun 12, 1909 · Page 4

https://www.newspapers.com/image/513696339/

Downloaded on Nov 19, 2024

# PARK RULES ARE ADOPTED BY BOARD

## Session this Afternoon Acts Approvingly on Iwerson's Suggestions for Set of Rules

At a meeting this afternoon the board of park commissioners adopted the following set of park rules which had been drawn up and submitted by Park Superintendent Iwerson, to govern all the La Crosse parks.

**Rules and Regulations of the Parks of the City of La Crosse, Wisconsin.**

Rule I.—No person shall enter or leave any enclosed public park or place except at the regular designated entrances.

Rule II.—No person shall dig up, cut, break, remove, deface, defile or ill use any building, structure, fence, sign, bush, plant, turf, rock or other thing belonging to the parks or plazas of the city of La Crosse or pass in possession any part thereof.

Rule III.—No person shall throw any stone or other missile, or have in his possession or discharge any destructive weapon, firearm, firecracker, torpedo, or fireworks, or make a fire or throw or place upon the ground any lighted match, cigar or other burning substance; or post, paint, affix or display any sign, notice, placard or any advertising device or, except with written authority of the park board, engage in any business, sell or expose for sale or give away any goods, wares or circulars; or set a trap for, snare, injure or have in possession any wild animal or bird; or injure or disturb any bird's nest or eggs; or in any way annoy or injure any bird or animal belonging to or in the keeping of the city.

Rule IV.—No person shall, within the limits of any park or plaza belonging to the city of La Crosse, solicit any subscription or contribution, or make any political or other canvass; or solicit the acquaintance of or annoy another person, or in any way profane, threatening, abusive or indecent language nor be found intoxicated or drink any intoxicating liquors; or use or have in his possession any device or instrument of gambling; or do any indecent or obscene act. And no person shall, except by written authority of the park board, shall preach or pray aloud; or make any oration or harangue in any public park or plaza; or play upon any musical instrument; or move in any military or civic parade.

Rule V.—No person shall stand or lie down upon a bench or go to sleep thereon; or sit, stand, climb upon, or lie down upon any railing, balustrade, wall or fence.

Rule VI.—No person owning or having the care or control of any dog shall suffer or permit such dog

to enter the city parks except attached to a line, rope, etc.

Rule VII.—No person shall ride or drive any animal not well broken or under proper control over or upon the passage of any carriageway, or otherwise than lengthwise with the driveway and close to the side thereof.

Rule VIII.—No vehicle other than pleasure vehicles shall be permitted in or upon any park, except such as may be employed by the city of La Crosse.

Rule IX.—No person shall stop any animal or vehicle so as to obstruct any driveway or walk or crossing thereof; or so as to prevent the passing of other vehicles; or otherwise than lengthwise with a driveway and close to the side thereof.

Rule X.—No person having charge of an animal or vehicle shall allow the same to stand for more than twenty minutes or without a proper person in charge of the same; except that an animal hitched to a place provided for that purpose or to a weight of not less than 20 pounds may be allowed to stand unattended for not more than five minutes.

Rule XI.—No animal attached to a vehicle or otherwise shall be hitched to a fence, tree, bush or shrub in any public park or plaza.

Rule XII.—No automobile or other vehicle propelled by other than animal power shall be allowed within any public park or plaza between the hours of sunset and eight o'clock a. m. of the day following.

Rule XIII.—No person shall drive an automobile or other vehicle propelled by other than animal power at a rate of speed exceeding eight miles per hour within any public park at a rate of speed exceeding eight miles at or near the intersection of a corner or a curve in any public park every person operating such vehicle shall signify such approach by sounding a bell, gong, bugle or whistle.

Rule XIV.—No automobile or other vehicle propelled by other than animal power shall be allowed within any public park or plaza except upon the driveways.

Rule XV.—No person driving or operating an automobile or other vehicle propelled by other than animal power shall refuse to stop or move such vehicle when directed to do so by a park police officer.

Rule XVI.—Any improved public park, plaza, or ground belonging to the city of La Crosse may be closed to visitors wishing therein after the hour of nine o'clock p. m. of each day.

Rule XVII.—All persons visiting public parks or plazas of the city of La Crosse are expected to observe any reasonable direction of any park employe, or police officer on duty in such park or plaza in the same manner as if such direction

were embodied in a specific rule.

Penalty—Any person violating any of the rules given above is liable to a fine of not less than five dollars ($5.00) nor more than twenty dollars ($20.00) for each offense, or punishment by imprisonment in the city jail not less than five days nor more than twenty days.

La Crosse, Wis., June 1, 1909.
BOARD OF PARK COMMISSIONERS.

### NORTH SIDE IN BRIEF

Miss Kate Kohl of Caledonia is the guest of Miss Ruth Granke at 832 Rose street.

Mrs. B. Gunderson will entertain the Ladies' Aid society of the Trinity Lutheran church Tuesday afternoon at the church parlors.

Mrs. Alice Casberg and daughter of S. Dakota, are visiting at the home of A. O. Black, 1319 Livingston street.

The Men's Society of the Charles Street Lutheran church were entertained Friday evening by the Marbleg brothers.

Mr. and Mrs. T. J. Feiser, 1420 George street have returned from a business trip to Calvert.

Chauncey Morley of Viroqua, Wis., is coming at the home of J. A. Morley, 1417 Charles street.

The "Cradle Roll" held at the Caledonia Street M. E. church Thursday afternoon was attended in about twenty tables and their mothers. A short program was rendered after which refreshments were served.

Misses Anna and Hermine Felzer, 1420 George street, have returned from Winona.

Miss Della Miller of St. Paul is visiting at the home of her grandparents, Mr. and Mrs. G. J. Reidl, 1402 Charles street.

Miss Evelyn Huntley is in the city from Bangor to spend Sunday.

Mr. George Felzer, 1420 George street, has returned from Winona, Minn.

Mr. Arthur Miller of St. Paul is flsiting relatives in the city.

Mr. Wm. Hanson, car clerk at the "Q" has returned from a business trip to Calvert.

### WRECKER SENT TO HOLD UP BRIDGE

Incessant rains of the past week are causing trouble with the railroads in the southern part of the state. The little streams are rising rapidly and the necessary precautions are being taken by the railroad companies. Yesterday the wrecking outfit of the Burlington was sent to La Crosse in response to a rise in the bridges in that vicinity which threatens to be washed out if the water in the stream continues to rise. At Lyonville the sale of one of the driv...



## NELSON'S

### HERE'S THE B...

| | | |
|---|---|---|
| $65.00 Seamless French Wilton 9x12 | $55.00 | $25.00 |
| $60.00 Seamless French Wilton 9x12 | $50.00 | $20.00 |
| $55.00 Seamed French Wilton 9x12 | $45.00 | $25.50 |
| $42.00 Wilton, 9x12, at | $36.00 | $22.50 |
| $40.00 Wilton, 9x12, at | $34.00 | $20.00 |
| $37.50 Wilton, 9x12, at | $32.50 | $19 and |
| $35.00 Wilton, 9x12, at | $29.50 | $17.00 |
| $32.50 Seamless Wilton 9x12, at | $25.00 | $16.00 |
| $30.00 Axminster, 9x12, at | $24.00 | $15.00 |
| $27.50 Axminster, 9x12, at | $22.50 | $14.00 |
| $25.00 Axminster, 9x12, at | $19.00 | $13.50 |
| $27.50 Body Brussels, 9x12, at | $21.00 | $12.50 |

**OUT OF THE HIGH RENT DISTRICT SAVE THE DIFFERENCE**

## NE...

# You Will to Know

...have met this pianist you will not having known him many ways, he is the ...anist in the world. He can ...practically every piece ...ever written, for in his ...000 pieces.

...this pianist's playing ...ion." Edward Grieg said ...e and interesting." Dr. ..., "Even the thought of ...lmost like a fairy tale ...own author and musical ...nitely preferable to the ...afted amateur."

...is in anyone who owns a

## ...a Piano

...ANO in your home you ...laying as is ordinarily ...and you can hear it when...rthermore you may enjoy ...d thus enjoy the greatest ...ord—the pleasure of per-

...and look over our stock. Don't ...buy because you ask us to

...ance we carry and are oth-

...to play your favorite

## ...eithold,
...ain Street.

Copyright © 2024 Newspapers.com. All Rights Reserved.

# THE COMPLETE NEWS OF THE NORTH SIDE TODAY

## CARNIVAL CLOSES SUCCESSFULLY HERE

### Kline Company Ends Week Show Midst Crowds and the Clink of Money

#### DO A THRIVING BUSINESS

Despite Rainy Weather at Opening Success Has Attended the North Side Show

Tonight marks the close of one of the most successful carnivals which the North Side Amusement association has ever secured.

The weather during the first part of the week was rather unfavorable and the rain was incessant, but in spite of this the carnival did good business. The latter part of the week has been excellent for carnival purposes and the crowds which have thronged the streets nightly have been enormous.

All the entertainments report that they have showed to good business while in the city. The animal show which was held on here at the fifth warden railway was put on for the first time last evening. The show consists of a large number of animals which have been well trained and are handled by capable men.

The little Bantam prince seems to be the great favorite with the feminine show-going public, probably because he is so openly admired. He is looking for one the famous American beauties who want to almost a city to remain for some cash. His matrimonial proclivities probably arouse the curiosity of the fair sex. The little Russian prince is not very large notwithstanding that he is only three feet.

The carnival company will leave tomorrow for Aberdeen, South Dakota, where they will show next. The many friends of the Kline company will have another opportunity of seeing the shows the last week in August when they will show in Winona.

### JUNE FESTIVAL

The annual June festival of the United Trinity Lutheran church will be held June 18. At the present time the success of the affair seems to be assured. The committee on arrangements is composed of G. K. Jahnke, Gustav Olson, Anton Jensen, Edward Drake, Christ Hanson, Emil Kristeson, O. Swenson and Nels Munkeloye.

Mrs. Ed. Wheeler, 327 Rose street, is seriously ill.

## PARK RULES ARE ADOPTED BY BOARD

### Session this Afternoon Acts Approvingly on Iverson's Suggestions for Set of Rules

At a meeting this afternoon the board of park commissioners adopted the following set of park rules which had been drawn up and submitted by Park Superintendent Iverson, to govern all La Crosse parks:

#### Rules and Regulations of the Parks of the City of La Crosse, Wisconsin.

Rule I—No person shall enter or leave any enclosed public park or plaza except at the regular designated entrances.

Rule II—No person shall dig up, cut, break, remove, deface, defile or ill use any building, structure, fence, sign, bush, plant, turf, rock or other thing belonging to the parks or plaza of the city of La Crosse, or be in possession of any part thereof.

Rule III—No person shall throw any stone or other missile; or have in his possession or discharge any destructive weapon, firearm, fire cracker, torpedo, or firework, or make a fire or throw or place upon the ground, a lighted match, cigar or other burning substance; or post, paint, affix or display any sign, notice, placard or any advertising device; or except with written authority of or on park board, engage in any kind of business, sell or expose for sale or give away any goods, wares or circulars; or set a trap for, snare, injure or take in possession any wild animal or bird; or injure or disturb any bird's nest or eggs; or in any way annoy or injure any bird or animal belonging to or in the keeping of the city.

Rule IV—No person shall, within the limits of any park or plaza belonging to the city of La Crosse, solicit any subscription or contribution, or make any political or other canvass; or solicit the acquaintance of or annoy another person, or utter any profane, threatening, abusive or indecent language; or loud outcry; or drink any intoxicating liquors; or use or have in his possession any device or instrument of gambling; or do any indecent or obscene act. And further, no person except by written authority of the park board, shall preach or pray aloud or make any oration or lay speech in any park or plaza; or play upon any musical instrument; or move in any military or civic parade.

Rule V—No person shall stand or lie down upon a bench or go to sleep thereon; or sit, stand, climb upon or lie down upon any building, structure, fountain, balustrade, wall or fence.

Rule VI—No person owning or having the care or control of any dog shall suffer or permit such dog to enter the city parks except attached to a line, rope, etc.

Rule VII—No person shall ride or drive any animal or wheel within or upon any paved portion of any roadway or driveway within any public park or square within the city of La Crosse; and no person shall ride or drive therein any animal or vehicle at a speed greater than eight miles an hour.

Rule VIII—No vehicle other than pleasure vehicles shall be permitted to enter upon any park, except in any public park or plaza between the hours of midnight and eight o'clock a. m. of the day following.

Rule XII—No person shall drive any animal or vehicle so as to obstruct any driveway or walk or crossing thereof; or so as to prevent the passing of other vehicles; or shall leave unfastened upon a roadway or drive any animal or vehicle at a speed greater than eight miles an hour.

Rule X—No person having charge of an animal or vehicle shall allow the same to stand for more than twenty minutes ($19.60) for each offense, or punishment by imprisonment in the city jail not less than five days nor more than twenty days.

La Crosse, Wis., June 1, 1909.
BOARD OF PARK COMMISSIONERS.



# NELSON'S MAMMOTH RUG SALE

## STARTS MONDAY

We've had a wonderful season. Our rug sales have been enormous. We knew they would be when we placed our orders and we bought immense quantities. In spite of the enormous selling we still have a great stock of fine rugs to choose from. We've marked them down, 'way down, to wind up the spring selling with the greatest series of rug bargains La Crosse has seen in years.

## HERE'S THE BARGAIN LIST—READ IT!

| | | |
|---|---|---|
| $65.00 Seamless French Wilton 9x12 | $50.00 | |
| $60.00 Seamless French Wilton 9x12 | $50.00 | |
| $55.00 Seamed French Wilton 9x12 | $45.00 | |
| $42.00 Wilton, 9x12, at | $36.00 | |
| $40.00 Wilton, 9x12, at | $34.00 | |
| $37.50 Wilton, 9x12, at | $32.50 | |
| $35.00 Wilton, 9x12, at | $29.50 | |
| $32.50 Seamless Wilton 9x12, at | $28.00 | |
| $30.00 Axminster, 9x12, at | $24.00 | |
| $27.50 Axminster, 9x12, at | $22.50 | |
| $25.00 Axminster, 9x12, at | $19.00 | |
| $27.50 Body Brussels, 9x12, at | $21.00 | |

| | |
|---|---|
| $25.00 Body Brussels, 9x12, at | $19.50 |
| $25.00 Wilton Velvet, 9x12, at | $19.00 |
| $22.50 Wilton Velvet, 9x12, at | $17.00 |
| $22.50 Brussels, 9x12, at | $18.00 |
| $20.00 Brussels, 9x12, at | $16.00 |
| $19 and $18 Brussels 9x12, at | $15.00 |
| $17.00 Brussels, 9x12, at | $14.00 |
| $16.00 Brussels, 9x12, at | $13.50 |
| $15.00 Brussels, 9x12, at | $13.00 |
| $14.00 Brussels, 9x12, at | $12.00 |
| $13.50 Brussels, 9x12, at | $11.00 |
| $13.00 Brussels, 9x10-6, at | $8.75 |

### INGRAIN CARPETS

| | |
|---|---|
| Best All Wool 75c Ingrains | 55c |
| Best All Wool 65c Cotton Chains | 45c |
| Extra Heavy 50c Union | 35c |
| 35c Agate Carpet, fast colors | 26c |
| 65c Fiber Matting and wool and fiber | 43c |

Making and laying 5c extra.

### VELVET CARPETS

| | |
|---|---|
| $1.00 Velvet Carpets | 75c |
| $1.25 Wilton Velvet Carpets | $1.00 |
| $1.35 Wilton Velvet Carpets | $1.10 |
| $1.50 Wilton Velvet Carpets | $1.20 |
| 90c Brussels Carpets | 70c |

Making 5c extra. Sizing 5c extra.

### OUT OF THE HIGH RENT DISTRICT SAVE THE DIFFERENCE

# NELSON'S

206-208 Main Street

---

## A Pianist You Will Be Glad to Know



WHEN you have met this pianist you will regret not having known him sooner. In many ways, he is the greatest pianist in the world. He can play for you practically every piece of music ever written, for in his repertory are over 15,000 pieces.

Paderewski has heard this pianist's playing and says, r"It is perfection." Edward Grieg said it was "Most admirable and interesting." Dr. Richard Strauss writes, "Even the thought of it still appears to me almost like a fairy tale." Gustav Kobbe, well-known author and musical critic, says, it is "Infinitely preferable to the playing of the most gifted amateur."

Who is this pianist? He is anyone who owns a

## Pianola Piano

With a PIANOLA PIANO in your home you can hear such piano-playing as is ordinarily only heard in concert, and you can hear it whenever you want to. Furthermore you may yourself be this pianist and thus enjoy the greatest pleasure music can afford—the pleasure of personally producing it.

Come in anytime and look over our stock. Don't think you have to buy because you ask us to show you our line.

We are proud of the pianos we carry and are always glad to display them.

Ask the clerks to play your favorite

## Fred Leithold,

325 Main Street.

## NORTH SIDE CHURCHES

### German Evangelical Lutheran.

Emanuel German Evangelical Lutheran church, corner of Avon and St. Paul streets. Rev. C. M. Thorne, pastor. Morning services at 10 a. m. Sunday school at 9 a. m.

### Norwegian Lutheran.

Corner Charles and 5th streets. Rev. E. O. Vik, pastor. Confirmation services at 10:30 a. m. Sunday school at 9 a. m.

### Bethel Norwegian Lutheran.

Bethel Norwegian Lutheran church, corner Silly and George, Gustav Christenson, pastor. Evening service at 10:30 a. m. Sunday school at 9 a. m. Prayer meeting Wednesday evening.

### Tabernacle Baptist Church

Tabernacle Baptist Church, corner Clinton and Avon, Rev. G. W. Fogg, pastor. Morning worship at 10:30. The pastor will speak on the "Canticle of Life." Sunday school at noon. B. Y. P. U. at 6:45. The evening service at 7:45. Evening services at which refreshments were served.

### St. Peter's Church.

Logan and Avon streets. Rev. C. N. Moller. Services at 3 p. m.

### Caledonia Street M. E.

Caledonia Street Methodist Episcopal, Rev. A. V. Ingham, pastor. Morning service at 10:30.

### German M. E. Church.

Corner Clinton and Berlin streets. Rev. W. C. Zittel, pastor. Sermon at 10:30 a. m. Sunday school at 9 a. m.

### North Presbyterian

Corner Logan and Avon streets. Rev. A. A. Randall, pastor. Services at 10:30 a. m. Evening service 7:45.

### Norwegian Methodist.

Norwegian Methodist church, corner Berlin and Hill streets. Rev. Gustav Olson, pastor. Regular services.

### Trinity Lutheran Church

Trinity Lutheran church on Avon street, Rev. I. T. Hoverstad, pastor.

---

# Pennsylvania Ear Masseur

## The Great Cure for Deafness and Ear Diseases

### Free Demonstrations In La Crosse

Mr. J. L. Sohner, representing the Pennsylvania Ear Masseur, a modern invention for the treatment of deafness and ear diseases. The demonstrations in the city are free, and the remedial instrument ever devised for the cure of deafness. Its basic principle is scientific and its mode of operation is by an compression under vibration. The vibrations are induced in direct contact with the drum membrane, and the partial muscles and nerves of the ear are forced into action by a process that would be impossible in any other way through the chamberland device, and the treatment is beneficial and safe to patrons, that the paralyzed and damaged organs may be worked upon by their forces which is harmless, absolutely painless and of lasting effect.

No matter how bad the hearing may be, if the auditory nerve is not actually dead and decayed through some disease, the Pennsylvania Ear Masseur will cure almost any form of deafness and ear diseases.

EX. 64B

Boston Evening Transcript (Boston, Massachusetts) · Mon, Jul 18, 1910 · Page 12
Downloaded on Dec 10, 2024
https://www.newspapers.com/image/735600369/

The Charles River Basin, hereinafter called the Basin, as defined by chapter 524 of the Acts of the year 1909, includes the dam and the lock, highway, park, drawbridge or sluiceway constructed in connection with said dam, the wall, embankment, park, parkway or street constructed under authority of said chapter, the Charles River and the waters thereof, including the public navigable arms, tributaries and inlets thereof, whether covered by ice or not, lying between said dam and the lower dam across said river at Watertown, and all lands taken by eminent domain under authority of the Charles River Basin Act.

RULE 1. No person shall cut, break, remove, deface or defile any building, structure, fence, sign, bush, plant, turf, rock, or other thing belonging to the Commonwealth, or have possession of any part thereof. No person shall walk or trample upon the grass plots or planted spaces lying between Charles Gate West and the highway on the dam.

RULE 2. No person shall have possession of or discharge any destructive weapon, firearm, firecracker, torpedo or firework; or make a fire; or post, paint, affix or display any sign, notice, placard or advertising device; or drop or place and suffer to remain any piece of paper or other refuse, except in the receptacles designated therefor; or engage in business, sell, or expose for sale, or give away any goods, wares, or circulars.

RULE 3. No person shall solicit any subscription or contribution from another; or have possession of or drink any intoxicating liquor; or play any game of chance; or have possession of any instrument of gambling; or preach; or pray aloud; or make an oration or harangue, or any political or other canvass; or move in a military or civic parade, drill or procession; or play any musical instrument except by written authority from said Metropolitan Park Commission.

Copyright © 2024 Newspapers.com. All Rights Reserved.

A86

Boston Evening Transcript (Boston, Massachusetts) · Mon, Jul 18, 1910 · Page 12

https://www.newspapers.com/image/735600369/

Downloaded on Dec 10, 2024



Copyright © 2024 Newspapers.com. All Rights Reserved.

# GENEALOGICAL

### PUBLISHED EVERY MONDAY AND WEDNESDAY

**Amusements**

AMERICAN MUSIC HALL
Daily Mats. and Evenings 50c, 25c, 15c
LINDSAY MORISON STOCK CO.
Next Week "THE GLANSMAN"

MAJESTIC
CHARLOTTE WALKER in "THELMA"

WALDRON'S CASINO

BASEBALL
DETROIT vs AMERICAN LEAGUE

NORUMBEGA PARK

BASS POINT

GLOUCESTER

TROLLEY INFORMATION FREE



CONTRIBUTORS: Matter for the Genealogical department has accumulated to such an extent that it is impossible to insert queries as soon as they are received. In sending matter to this department the following rules must be absolutely observed:

1. Names and dates must be clearly written.
2. The full name and address of the writer must be given.
3. Make all queries concise.
4. Write on one side of the paper only. Do not use postal cards.
5. In answering queries, the date of the paper, the number of the query and signature must be given.
6. All letters received are presumably for publication, but if they are to be forwarded to contributors they must be sent in blank, stamped envelopes, accompanied by the number of the query and its signature.

As most of our correspondents do not care to reply to letters creeping through the Transcript, it is necessary to ask the editor if he has forwarded each one requested. Do not send letters to be forwarded excepting in accordance with Rule 6. Remember that a blank stamped envelope must be sent.

Each separate query must be accompanied by a Two-Cent Stamp.

Direct all communications to

GENEALOGICAL DEPARTMENT, BOSTON TRANSCRIPT

**Household Needs**

YOUR RUGS

RUGS

HIGHEST CASH PRICES

ANTIQUES



[The remaining genealogical columns consist of dense queries, notes, answers and replies, together with "Commonwealth of Massachusetts" legal notices and "Legal Notices" and "Public Notices" columns, not individually legible at this resolution.]

**Commonwealth of Massachusetts** — Legal Notices — Public Notices

DOGS   CATS
If you are looking for a well-bred dog or an especially fine cat or a good canary or other pets, you can doubtless find just what you wish advertised in the department headed Dogs, Cats, Etc., in the Boston Evening Transcript on Wednesday or Saturday

BIRDS   PETS

# EX. 67B

Newspapers
by ancestry

https://www.newspapers.com/image/1083691835/

The Gleaner (Henderson, Kentucky) · Wed, Jan 18, 1911 · Page 8
Downloaded on Nov 19, 2024

at 4.8 per cent from the waterworks commissioners.

An ordinance governing Atkinson park was adopted on its first reading It provides that there shall be no hunting in the park, that no person shall carry or discharge firearms and that dogs shall not be allowed to run in the park.

Copyright © 2024 Newspapers.com. All Rights Reserved.

# A BANK DIVIDEND

of 20 per cent would make you want to get your hands on some of that Bank's Stock---wouldn't it?

Well, that's just the kind of a dividend you're picking up when you get some of OUR Stock---in our BIG DISCOUNT SALE that we're running right now.

A $20 Kuppenheimer or Society-Brand Suit or Overcoat for $16.00 is a dividend worth while. A 20 per cent "pick-up."

A $7.50 Boy Suit for $6.00 is another example of money well saved as well as of money well spent.

---THERE'S A REASON---

why people answer our ads---They know we have what we advertise at the advertised prices---we'll have something else of interest tomorrow---Look for it. It will be worth your time.

## ALBERT LIEBER & CO

THE ONE PRICE OUTFITTERS.

# MANN BROS

# Executor's Sale

Literally took the town by storm yesterday-- the rush was terrific and incessant---the enthusiasm unbounded---- it was a most gratifying demonstration of public endorsement of this stupendous merchandising event.

# 7 More Day's

## All Winter Goods Must Be Sold

Thousands of dollars worth of winter merchandise will be sold during this week.

Winter is less than three weeks old, and will be with us for sometime to come.

Now is the time to buy Winter Wearing apparel away below price.

YOU MISS MUCH, IF YOU OVERLOOK THIS SALE

## ENGINEER BALL SUCCEEDS'SELF

RE-ELECTED CITY ENGINEER BY THE VOTE OF SEVEN TO FIVE.

### CONTENTION OVER LEASE

COUNCILMAN COMPTON AGAIN SPRINGS $1,000 SALOON LICENSE ORDINANCE—DOCUMENT LAID ASIDE.

The several weeks the city has been practically without a city engineer. Robert Ball, who has been the engineer for several years, was defeated for the place by Leslie Cheatham, who declined to accept. Mr. Ball has been merely acting in that capacity until his successor could be named. Tuesday night, by a vote of seven to five, he was named as his own successor.

Mayor Thompson brought the matter up and stated that in justice to Mr. Ball, an election should a held at once. Mr. Mundo made a motion to defer the matter until the next meeting. Mr. Stewart amended to go into an election. The vote on the amendment stood. Aye—Galloway, Brown, White, Stewart, McClellan, Dade and Metzner, 7. Nay—Mundo, Nodorst, Sights and Compton and Conaway, 5.

The vote stood: For Ball—Brown, White, Stewart, McClellan, Dade, Metzner and Conaway, 7. For Teens—Mundo, Nordst, Sights and Compton, 4. For Alexander—Galloway, 1.

Mrs. Laer's petition asking for a renewal of the lease held by her husband since 1901, was read, and after a long discussion, was referred to a committee composed of Galloway, Stewart and Mundo, who was appointed by the Mayor to investigate the report.

Mr. Mundo said he was of the opinion that the city needed the pumping works than they needed the money. He said the city had no lot on which to store rock or any other articles needed by the city. Dr. Galloway wanted to give the renewal and charge $60 per year. Mayor Thompson said he saw no sense in the city leasing a piece of ground for $60 per year when the lessee was renting it for $192 per year. The old contract was read and showed that the lease was granted to William Laeber in 1901, during Mayor Thompson's former term.

It stated that Mr. Labrey was to have the use of the ground for a period of ten years and to pay $25 a year for the feed five and $50 per year for the last five.

On Mr. Compton's motion, City Attorney Taylor and the public works committee were instructed to investigate the matter of all city property along the river and other places that may be used and appropriated by others.

Mr. Compton presented an ordinance on its first reading fixing the saloon license for selling liquor at retail at $1,000, and for selling near-beer and malt ale at $500. The ordinance also provides for a committee to be known as the license committee, to be appointed as other standing committees. The duties of the committee will be to investigate all applications for a saloon license and to report to the Council and say whether or not the license should be granted, and the reasons why.

Mr. Compton stated he did not offer the ordinance for a vote to be taken Tuesday night, but merely wanted to acquaint the members with the provisions of the ordinance.

Mayor Thompson said that if anyone moves the adoption of the ordinance he would be compelled to take the vote on its first reading. No one seconded the motion and the ordinance was laid aside.

Councilmen White, Dade, Mundo and Street Inspector Jenkins and City Engineer Ball were appointed as a committee to investigate street values, with a view of purchasing a new scale for protection. The country has concluded to give us another chance to demonstrate our fitness to conduct the government after sixteen years of endurance.

"Really we are in a state of probation. We hold our destiny in our own hands. We have a golden opportunity. Coupled with it are grave responsibilities. If we are equal to the opportunity, if we meet the responsibilities with wisdom, courage and patriotism, we will have a long lease of power."

At the outset of his remarks Mr. Clark admitted that the victory of November was a surprise to the size of the Democratic party. He added that with the inspiration born of victory the party had "more than an even chance of sweeping the country from to sea in 1912."

"This glorious result can be accomplished," said he, "only by the most simple process of carrying out reliance to the promises made to the people in order to win last November. Even if we were not disposed to redeem our promises as a matter of principle, which we look upon the wreck of the Republican party we have a most valuable object lesson of how not to win is a great organization may fall by a failure to live up to its promises, because although we have carried an election for a year that the Sixty-second Congress has taught us that has met since the Forty-fourth.

### CHAMP CLARK AND HARMON

(Continued from First Page.)

CHAMP CLARK'S SPEECH AT BALTIMORE.

BALTIMORE, Jan. 17.—Declaring that the gathering of Democrats here for the purpose of achieving harmony but for their maintenance of harmony already achieved, Hon Champ Clark, of Missouri, leader of the minority in the House and assured of the Speakership of the Next Congress, warned the Democratic conference here today that much remained to be done to assure Democracy a secure hold on what it has already had attained. Even more was necessary, he continued, to make certain of the further political gains which he declared he due the party.

"When we analyze the figures of the last election," he said, "it will be seen that the result was not so much a victory for the Democrats as a defeat for the Republicans. Our success was the result largely of the stay-at-home vote. Therefore, we are really in a state of probation. The country has concluded to give us another chance to demonstrate our fitness to conduct the government after sixteen years of endurance.

### SLIPPED NOOSE FROM HIS NECK

(Continued from First Page.)

### COMMONWEALTH ATTORNEY WILL PROSECUTE MOB MEMBERS.

(By Associated Press.)
SHELBYVILLE, Ky., Jan. 17.—Commonwealth Attorney Charles Stanford has announced he will take up the probe of Sunday's lynching before the grand jury which convenes on Monday, and that if, after sufficient evidence has been presented, the jury refuses to indict, he will ask the court to dismiss the jury and call another jury of men who will indict the members of the mob.

"No one must desire to injure any legitimate business interest," he said, "and all talk to the effect that anybody desires to injure legitimate business is the purest rot, coming as it does from the interested and reckless utterances of the manufacturers who, having been thrown out by reason of their own sins of omission and commission, are now desperately anxious to get in again.

"To those who understand somewhat of the tariff question it is perfectly clear that it requires a vast amount of work to prepare for a wise and systematic and reasonable revision of of the tariff and that the same amount of preparation and information is necessary whether the revision is to be accomplished by one general bill or through separate bills for separate schedules; for at last a general bill would be practically the sum total of the separate bills."

Economy in the conduct of the public business was another anti-corruption promise that the party would carry out, Mr. Clark asserted.

"The curtailment of appropriations," he acknowledged, "will prove perhaps difficult as the reduction of the tariff, but that both can be accomplished there can be little doubt, for this year Democrats animated by the determination to work harmoniously together and by the hope of approaching victory—a victory which will restore Democratic supremacy in every department of the government."

Mr. Clark concluded by renewing his warning that harmony and faithful pledges were necessary he continued Democratic success. He said that as far as the Democratic party's concerned more depends on the action of the Sixty-second Congress than on any that has met since the Forty-fourth.

## NONAGENARIAN HAS HIS "THIRD" EYESIGHT.

FRANKLIN, Ky., Jan. 17.—A remarkable case of third eyesight is reported from Allen county, where Darius Hendricks, aged ninety years, who has been partially blind for the past twenty-five years, can now read the finest print with the ease of a youth of twenty. Mr. Hendricks was a teacher in the public schools more than a half century ago.

### OREGON TOWN DESTROYED.

SEATTLE, Wash., Jan. 17.—The following message, being sent from Marshfield, Ore., to Roseburg, was picked up by the wireless station here early this morning:

"Stars just been informed that the town of Gardiner, Ore., is totally destroyed by fire. No doubt many people are distress. Almost impossible for us to reach them immediately."

## NOTICE.

Our representative, Mr. Hugh Robards, can be found at the Old Tobacco Exchange building, Main street. He is prepared to pay top market prices for ungraded tobacco, with fired and unfired tobacco purchased by him will be received at the David Clark factory, corner Second and Water sts., united tobacco at the Lowing Gauge factory, Cor. Third and Airvada sts. Farmers will do well to see him before selling.

THE IMPERIAL TOBACCO
COMPANY OF KENTUCKY,
(Incorporated)

## HEAVY SNOW FALLS
IN MONTGOMERY COUNTY.

MT. STERLING, Ky., Jan. 17.—One of the heaviest snows of the winter fell over this county last night and is six to eight inches deep with drifts in places. The weather is very severe on stock. Roads in places are almost impassable.

### THE POINT OF VIEW.

Teacher—Tommy, how many is the half of eight?
Tommy—On top or underway?
Teacher—What do you mean by on top or sideways?
Tommy—Why, half from the top of 8 is nothing, and half of it sideways is three.

## DR. W. M. FLOYD,
Practice Limited to
EYE, EAR, NOSE and THROAT.
Third Floor G. V. Bank.

Miss Annie K. Peck, the distinguished scholar and mountain climber, described in one of her addresses in Boston on mountaineering the strange effect that some mountains have on some.

"One, it was," she said, "it is an effect of mentality. Thus, in a Boston club one mountaineer said to another:

"'You see, Smith, Smith, actually climbed Mont Blanc?'

"'Smith? Not he!' the other mountaineer replied.

"'But he said he did!'

"'True; but in September, on his return from Chamonix, he only said he'd been to the foot of Mont Blanc. Since then he's gradually lied himself all the way up to the top.'"

### HIS OPINION.

"Do you believe there really is any such thing as platonic affection, Henpeck?"
"Well," said Henpeck, scratching his head reflectively, "I believe that after five or six strenuous years of married life one can acquire it."

## JONES REPAIR SHOP
I am now prepared to do all kinds of
## Vehicle Repairing
Give me a trial. Satisfaction guaranteed.
HORSESHOEING A SPECIALTY.
431 First St.    Cumb. Phone
Next to German Church

## Clifford Shopbell & Co.
ARCHITECTS—FURNITURE BLDG.
Successors to name & Shopbell.
Telephone 45.

Office Phone 655. 324½ Main Street.
J. H. BAUGHMAN, M. D.
Genito-Urinary
and Rectal Diseases.
Office in Hendrich Building, Corner
Main and Third Sts. Hours 8 to 5;
Sundays 9 to 12.

# EX. 67C

# REVISED

# ORDINANCES

OF THE

## CITY OF SIOUX CITY

1922

THE LIBRARY OF THE

AUG 23 1932

UNIVERSITY OF ILLINOIS.

PUBLISHED BY AUTHORITY OF THE
### CITY COUNCIL

Revised, Arranged and Indexed by
## FRED H. FREE
### CITY ATTORNEY

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# Title IV --- Department of Parks and Public Property

## CHAPTER 1.

### Control and Maintenance of Parks.

### ORDINANCE NO. H-2224.

AN ORDINANCE providing rules and regulations for the management, protection and control of parks and park property within the limits of the city of Sioux City, Iowa.

Be It Ordained by the City Council of the City of Sioux City, Iowa:

Sec. 329. **Speeding.** No person shall ride or drive in parks at a rate of speed exceeding eight (8) miles per hour. (Ord. H-2224, § 1.)

Sec. 330. **Automobiles.** Automobiles and all motor vehicles must drive slow around turns in drives, where signs are posted. The chauffeur, when meeting or overtaking any horse which may become restive, shall take every precaution by stopping or otherwise to avoid danger.

Chauffeurs must in all cases take the right fork of road where drives divide.

Every motor vehicle shall, during the period from one-half hour after sunset to hour of closing parks, display at least two lighted lamps on the front end and one on the rear of such motor vehicle, which rear lamp shall always display a red light visible from the rear. (Ord. H-2224, § 2.)

Digitized by 

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

Sec. 331. **Animals at Large.** No swine, goats, cattle, fowls, dogs or other animals of any kind shall be permitted in parks, except dogs on leash accompanied by attendant and saddle horses and horses hitched to pleasure vehicles. (Ord. H-2224, § 3.)

Sec. 332. **Traffic.** No heavy traffic shall be permitted on park drives. (Ord. H-2224, § 4.)

Sec. 333. **Advertising.** No vehicle displaying any placard or advertisement of any kind shall be driven on roadways for advertising purposes. No placard, notice or advertisement of any kind or nature shall be distributed, posted or attached to anything movable or unmovable on park property. (Ord. H-2224, § 5.)

Sec. 334. **Bicycles.** No velocipede, bicycle, tricycle, motorcycle, wheelbarrow, handcart or other vehicle or any horse or other animal shall be permitted on the footwalks, sidewalks, grass plots or planting places. (Ord. H-2224, § 6.)

Sec. 335. **Animals Tied.** No animal shall be tied to any tree, shrub, lamp-post, fire hydrant, building or other park fixture except as provided therefor. (Ord. H-2224, § 7.)

Sec. 336. **Picnics.** Picnics may be held in such part of parks as designated by park department. In all cases a permit must be taken out designating purpose of same. No refreshments of any kind shall be sold in connection therewith and no person shall join any such picnic without the consent of the persons of whom it shall be composed, or shall in any manner disturb or interfere with the same. (Ord. H-2224, § 8.)

Sec. 337. **Peddling and Selling.** No booth, tent, stall or other structure shall be erected for any purpose, and no hawking or peddling shall be done or article or thing exposed for sale, except when special permit is given by superintendent of parks and public property. (Ord. H-2224, § 9.)

Sec. 338. **Meetings and Gatherings.** Permits desig-

Digitized by  Original from UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

nating the nature and purpose of the meeting or gathering shall be taken out for the holding of all meetings and gatherings in parks. (Ord. H-2224, § 10.)

Sec. 339. **Sports and Exercises.** No sport or exercise shall be indulged in that is liable to frighten horses, injure travelers or embarass the passage of vehicles or lead to the destruction of trees, shrubs, flowers, grass, fences, rails or park property of any kind. Games such as baseball, football and others of that nature shall not be played in any parks, unless places for such games shall at any time designated by the department of parks. (Ord. H-2224, § 11.)

Sec. 340. **Conduct.** No indecent exposure of person, disorderly conduct, noise, riot or breach of peace, nor the use of obscene language shall be permitted in parks. (Ord. H-2224, § 12.)

Sec. 341. **Trespassing.** No person shall stand, walk, ride, or lie upon any place laid out and appropriated for shrubbery or grass where there shall have been placed thereon a sign forbidding the same. (Ord. H-2224, § 13.)

Sec. 342. **Animals Molested.** No squirrels or birds of any kind shall be killed, caught or molested in any manner. (Ord. H-2224, § 14.)

Sec. 343. **Trees and Flowers.** No tree, plant, shrub, or flower (wild or cultivated) shall be plucked, broken, trampled or climbed upon, peeled, cut, defaced, removed, destroyed or injured in any manner. (Ord. H-2224, § 15.)

Sec. 344. **Defacement of Property.** No buildings, fences, fountains, seats, benches or other structure or property of any kind shall be defaced, cut, written upon, removed or in any manner injured or destroyed. (Ord. H-2224, § 16.)

Sec. 345. **Firearms and Fireworks.** No person shall fire or discharge any gun or pistol; carry firearms, kindle or build fires or throw stones or other missiles in parks, or fire, discharge or set off any rocket, cracker, torpedo or other fireworks or things containing any substance of an explosive character. (Ord. H-2224, § 17.)

Digitized by  Original from UNIVERSITY OF ILLINOIS AT URBANA-CHAMPAIGN

Sec. 346. **Intoxicated Persons.** Intoxicated persons shall not be permitted on park property. (Ord. H-2224, § 18.)

Sec. 347. **Intoxicating Liquors.** No person or persons shall have in their possession, or shall drink any intoxicating liquor on park property. (Ord. H-2224, § 19.)

Sec. 348. **Lakes and Fountains.** No basin, pool, lake or fountain shall be fouled by stone, wood or other substance or bathed in or waded into. (Ord. H-2224, § 20.)

Sec. 349. **Bathing.** Only such places as designated for the purpose of swimming and bathing shall be used for that purpose subject to the following rules and regulations:

Suits must be worn at all times; only suits furnished free of charge by park department or similar suits shall be used. Bathing and swimming shall be permitted only between the hours of 10 a. m. and 9 p. m. (Ord. H-2224, § 21.)

Sec. 350. **Refuse.** No refuse such as paper, luncheon wrappers, litter, etc., shall be put, thrown or strewn on park property except in receptacles provided for this purpose. (Ord. H-2224, § 22.)

Sec. 351. **Seats and Benches.** No person shall move or drag seats and benches from place to place nor shall large crowds congregate and occupy single seats and benches. (Ord. H-2224, § 23.)

Sec. 352. **Camping.** Camping shall not be permitted. (Ord. H-2224, § 24.)

Sec. 353. **Permits.** Where permits are necessary they shall be issued at office of parks and public property, properly signed by the superintendent of parks. (Ord. H-2224, § 25.)

Sec. 354. **Closing Hours.** No person or persons shall after the hours of 11 p. m. be permitted to occupy any part or parts of Sioux City park property. (Ord. H-2224, § 26.)

Sec. 355. **Penalty.** Any person who shall violate any of the provisions of this ordinance or who participates or

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

aids in any of the acts prohibited by this ordinance shall be guilty of a misdemeanor and upon conviction thereof shall be punished by a fine not exceeding One Hundred Dollars ($100.00) or imprisonment in the county jail not exceeding thirty (30) days. (Ord. H-2224, § 27.)

Passed September 23, 1911.

## CHAPTER 2.

### Cemeteries.

### ORDINANCE NO. G-6269.

AN ORDINANCE regulating and restricting the burial of the dead, and providing penalty for violation thereof, and especially repealing Ordinances No. G-6181, No. G-1513 and No. F-5000.

Be It Ordained by the City Council of the City of Sioux City, Iowa:

Sec. 356. **Burials.** That hereafter no dead human body or bodies shall be buried within the limits of the city in any other place or locality than in the Floyd Cemetery, the Floyd Cemetery annex (original filing), Logan Park Cemetery, Mount Calvary Cemetery, Mount Sinai Cemetery, Hebrew Cemetery, blocks 120, 121, 122, 123, 124, 125, 126, 169, 170, 171, 172, 173, 174, 175, 190, 192, 193, 194, 195, 196, 239, 240, 241, 242, 243, 244, and 245 in Floyd Cemetery Annex (second filing), and in a cemetery about to be formed under the title of Graceland Park Cemetery to be located upon the west half of the southwest quarter (W$\frac{1}{2}$ SW$\frac{1}{4}$) of Section five (5), and the northeast quarter of the northeast quarter (NE$\frac{1}{4}$ NE$\frac{1}{4}$) of Section seven (7), and all that part of the northwest quarter (NW$\frac{1}{4}$) of Section eight (8) lying west of the west line of the Lakeport road, described as follows: Commencing at the northwest corner of said Section eight (8), thence running south along the section line 20 chains, thence east and parallel with the south line of said section about 21 chains

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN



# EX. 67D

Newspapers
by ancestry
https://www.newspapers.com/image/754109898/

voucher shall, when accompanied by detailed statement of such expenditures, be certified to the Town Clerk who shall issue warrants drawn on the Park Fund and the same shall be paid by the Treasurer out of any money in the Park Fund not otherwise appropriated.

Section 5. Neither cattle, horses, goats, swine or other animals shall be turned into any of said parks, public squares or public grounds by any person. All persons are forbidden to carry firearms or throw other missles within any one of the public parks or other public grounds of the town. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences or other structures or property within or upon any of said parks or public grounds.

Section 6. Any person or persons who shall within the town of Sunnyside, willfully or carelessly pull down,

Copyright © 2024 Newspapers.com. All Rights Reserved.

Daily Sun-News (Sunnyside, Washington) · Thu, Aug 17, 1911 · Page 6
Downloaded on Nov 19, 2024
https://www.newspapers.com/image/754109898/

## ORDINANCE NO. 172.

An ordinance relating to parks, parkways, boulevards, public squares, protection of trees and shrubs; giving the Park Commission full authority in the management of parks and the planting of trees and providing penalty for the violation thereof:

Be it ordained by the Council of the Town of Sunnyside:

Section 1. There shall be a Park Fund, which shall consist of

First: Such gifts, bequests and devises as may be given, bequeathed, devised to the Town of Sunnyside for the purpose of parks, parkways, boulevards, public squares or any ornament thereof.

Second: Such annual tax levied not less than one mill on the dollar as may be provided by the town council.

Third: Any other appropriation that the town council may make to such fund from time to time.

Fourth: The rents, issues and profits derived from any property, which may be held or received in trust for said town for squares, parks, parkways, boulevard purposes and the proceeds received from the sale thereof.

Section 2. The management and control of all the public squares and parks of the town, and all park drives, parkways, boulevards, play or recreation grounds, and also the planting of shade trees along the streets, are hereby vested in the Board of Park Commissioners. It shall have power to designate lands and grounds to be used and appropriated for such purposes, and cause the same to be planted and surveyed and plats thereof filed in the office of the town Engineer, to devise, adapt and lay out parks, squares, park drives, parkways and boulevards, play or recreation grounds in and adjacent to the town and from time to time extend the same and add thereto; to grade, improve, ornament and maintain the same; to locate and maintain buildings, monuments and structures therein, and shall in the name of the town accept all devises and bequests; to provide for securing, growing and maintaining trees, plants, flowers and other attractions therein; to grant concessions and privileges therein under such restrictions and for such compensation as it shall prescribe, the revenue of which shall go to the town Park Fund, provided that no such concession or privilege shall be in violation of any of the town ordinances. The Board shall have power to designate the town council any street or highway of the town which it may desire to have widened, improved and selected as a park drive, parkway or boulevard, and the town council may thereupon, by ordinance, so select such street to be used for a park drive, parkway or boulevard; such street or highway shall become and be for all purposes a park drive, parkway or boulevard, as may have been determined and thereafter the same shall be subject to the rules and regulations as may from time to time be in force therefor.

Section 3. The Board of Park Commissioners shall have exclusive power to employ and pay all superintendents, employees and other persons as may be necessary for maintaining, improving and controlling all park property and boulevards; and it shall on or before the 10th day of August of each year, prepare and submit to the Town Council for approval and adoption, an estimate of the amount of money which may be required for the improvement and maintenance of parks, parkways, public squares and boulevards for the succeeding year.

Section 4. The Board of Park Commissioners shall alone have authority to spend the park funds, and all expenditures on account of property designated in this manner, shall be made upon vouchers approved by the Board of Park Commissioners thru its president and secretary. Each voucher shall, when accompanied by detailed statement of such expenditure, be certified to the Town Clerk who shall issue warrants drawn on the Park Fund and the same shall be paid by the Treasurer out of any money in the Park Fund not otherwise appropriated.

Section 5. Neither cattle, horses, goats, swine or other animals shall be turned into any of said parks, public squares or public grounds by any person. All persons are forbidden to carry firearms or throw other missiles within any one of the public parks or other public grounds of the town. All persons are forbidden to cut, break or in any way injure or deface the trees, shrubs, plants, turf or any of the buildings, fences or other structures or property within or upon any of said parks or public grounds.

Section 6. Any person or persons who shall within the town of Sunnyside, wilfully or carelessly pull down, girdle, break or otherwise injure or destroy any fruit, ornament or shade tree, shrub, plant or turf being the property of another or who shall cut down girdle, break or otherwise injure or destroy any ornament of another, shade tree, plant or tree, standing or growing on any public ground or any street, avenue, alley, sidewalk, park or promenade of the town of Sunnyside, or cut or otherwise injure or destroy the turf thereof, or who shall wilfully cut down, lap, girdle, break, destroy, injure or carry away any tree or shrub whatsoever, being on the land not owned or controlled by such person or persons; or who shall hitch, fasten or cause or suffer to be hitched or fastened, any animal under the control or in the service of such person or persons, to any ornament, shade tree, plant or shrub in or upon any street, avenue, alley, sidewalk, park, public square or other public place in the town of Sunnyside, or suffer or permit any such animal to remain so hitched or fastened after any such animal is so hitched or fastened; or who shall stop, hitch or fasten or suffer or cause to be stopped, hitched or fastened any such animal near any such tree, plant or shrub, that such animal can bite or injure such tree, plant or shrub, shall upon conviction of any such offense, be fined not more than $50.00 nor less than $10.00 and pay the cost of prosecution and be confined in the town jail until such fine and costs are paid. Providing nothing herein shall be so construed as to prevent the owner or agent of the property along side of from trimming any such tree, plant or shrub in the proper manner or at the proper time of the year for such trimming.

Section 7. The Town Marshal or any deputy or the superintendent of parks and tree warden, shall have the power to arrest any person who shall violate this ordinance and cause him to be committed for examination.

Section 8. This ordinance shall take effect and be in force from and after its passage and publication.

Passed by the Town Council this 14th day of August, 1911.

Approved by the Mayor this 14th day of August, 1911.

J. R. GEORGE, Mayor

Attest: L. W. BATES, Town Clerk.

## NOT COAL LANDS, UNDER HIGH LINE PROJECT.

Department of the Interior, U. S. Land Office at North Yakima, Washington, July 7, 1911.

Notice is hereby given that Robert A. Marquis, of Black Rock, Wash. who, on May 14, 1906, made homestead entry No. 5152, serial No. 01814, for W½ SW¼ and W½ NW¼, Section 20, Township 12 N., Range 22 E. W., Meridian, has filed notice of intention to make Final five year Proof, to establish claim to the land above described before United States Land Office, at North Yakima, Washington, on the 23rd day of August, 1911.

Claimant names as witnesses: John Cuddie, of Black Rock, Wash.; James Skidmore, of North Yakima, Wash.; Albert L. Jenkins, of Toppenish, Wash.; James G. Wright, of Wapato, Wash.

HARRY T. SAINT,
8-6 Register.

## MONEY TO LOAN.

Unlimited money for farm loans, R. C. Lichty, Sunnyside, Wash. 52-tf



## THE QUESTION SOLVED?

That question as to how to determine the validity of the title of the proposed real estate purchase is solved by having an abstract made of it.

Our abstracts are absolutely correct they give a full, complete history of the title and are safe guides to go by as regards the titles of property.

Be safe by having one of OUR ABSTRACT BEFORE YOU BUY.

FIDELITY ABSTRACT & TITLE Co.

S. H. SCHREINER

P. O. Block. Phone 341.

"Insist on Fidelity Abstracts."

Copyright © 2024 Newspapers.com. All Rights Reserved.

# REFRIGERATORS

| $30.00 Regular, Sale Price | $22.75 |
| 25.00 " " " | 18.75 |
| 27.50 " " " | 19.75 |
| 20.00 " " " | 15.00 |
| 15.00 " " " | 11.25 |

Not many left, but while they last at
above prices.

## Amundson Hardware Co.

## Water Will Be
## Turned Off Mabton
## Pressure Pipe, Oct. 1

The following notice to patronizers
has been issued by the U. S. R. S.,
and is self-explanatory:

"Owing to the fact that the break
in the Mabton pressure pipe at the
point where it passes under the Yakima river can only be successfully and
economically repaired during the
month of October, while the river is
at its lowest stage, it is probable that
the water will be turned out of the
Mabton pressure pipe on October 1st;
for the purpose of making such repairs, and that it will be impossible
to give water service under the Mabton division after that date.

"You will therefore notify any
water users on your patrol boat who
are preparing land for seeding, in
order that they may know what to
expect."—Signed: R. K. TIFFANY,
Acting Project Engineer.

## Osteopaths Issue a Defiant Challenge

Flinging defiance to the medical
profession of Chicago in the treatment of disease, the American Osteopathic association, in a resolution unanimously endorsed by 1,290 representatives of the association at the
Hotel La Salle, yesterday challenged

the American Medical Association, the
American Institute of Homeopathy and
the American Association of Eclectic
Medicine to a competitive test.

Pneumonia and typhoid fever are
the diseases selected for the test by
the osteopaths. Each faction, it is
stipulated, shall be entitled to the
treatment of 100 cases each. The
Cook County hospital and the Belle-
vue hospital of New York are the
places recommended for the test.

"The challenge is to demonstrate
the superiority of osteopathic treatment under impartial auspices,"
said Dr. Joseph H. Sullivan of Chicago, framer of the resolution, "and is
directed at the allopaths, the homeopaths and eclectics. Physicians of
three drug schools are to be arraigned on one side and the non-drug osteopathic system of therapeutics on
the other."

A million dollar institute in Chicago for the advancement of the osteopathic research may be the outcome
of the convention. For this purpose
$100,000 has already been subscribed,
while double this amount has been
pledged.

Dr. Arthur G. Hildreth of St. Louis,
president of the association, presided
at the meeting yesterday.—Chicago
Record Herald.

FOR FLUME BUILDING—and all
work in the line of irrigation and
leveling land and running levels, see
Frank C. Gorton, north end of Sixth
street, Sunnyside. 18 Year's experience.                              38-tf

### Your Table Silver

should have the heaviest possible plate of pure silver at a
moderate price.

**Community Silver**

has. The designs are handsomest. Let us show them to you.

**R. S. Calkin, Jeweler** — Watch Repairing Our Specialty

## SAY!
Did You See Dad Chambers on the Fourth with His Girls?
Weren't They all Right? I Guess Yes.

Now he has something else to tell you
THAT IS A LITTLE STORY ABOUT

# LIME

THE CASCADE LUMBER CO.
Has something that beats them all

Come down and let me tell you about it.
You all know the number.   Just across the R. R. tracks

# CASCADE LUMBER CO.

---

### ORDINANCE NO. 172.

An ordinance relating to parks, parkways, boulevards, public squares,
protection of trees and shrubs; giving the Park Commission full authority in the management of parks and
the planting of trees and providing
penalty for the violation thereof:

Be it ordained by the Council of the
Town of Sunnyside:

**Section 1.** There shall be a Park
Fund, which shall consist of

First: Such gifts, bequests and devises as may be given, bequeathed,
devised to the Town of Sunnyside for
the purpose of parks, parkways, boulevards, public squares or any ornament
thereof.

Second: Such annual tax levied not
less than one mill on the dollar as may
be provided by the town council.

Third: Any other appropriation
that the town council may make to
such fund from time to time.

Fourth: The rents, issues and profits
derived from any property, which may
be held or received in trust for said
town for squares, parks, parkways,
boulevard purposes and the proceeds
received from the sale thereof.

**Section 2.** The management and
control of all the public squares and
parks of the town, and all park drives,
parkways, boulevards, play or recreation grounds, and also the planting of
shade trees along the streets, are
hereby vested in the Board of Park
Commissioners. It shall have power
to designate lands and grounds to be
used and appropriated for such purposes, and cause the same to be platted
and surveyed and plats thereof filed in
the office of the town Engineer, to
devise, adopt and lay out parks,
squares, park drives, parkways and
boulevards, play or recreation grounds
in and adjacent to the town and from
time to time extend the same and add
thereto; to grade, improve, ornament
and maintain the same; to locate and
maintain buildings, monuments and
structures therein, and shall in the
name of the town accept all devises
and bequests; to provide for securing,
growing and maintaining trees, plants,
flowers and other attractions therein;
to grant concessions and privileges
therein under such restrictions and
for such compensation as it shall prescribe, the revenue of which shall go
to the town Park Fund, provided that
no such concession or privilege shall
be in violation of any of the town
ordinances. The Board shall have
power to designate to the town council
any street or highway of the town
which it may desire to have widened,
improved and selected as a park drive,
parkway or boulevard, and the town
council may thereupon, by ordinance,
so select such street to be used for a
park drive, parkway or boulevard; such
street or highway shall become and be
for all purposes a park drive, parkway
or boulevard, as may have been designated and thereafter the same shall
be subject to the rules and regulations
as may from time to time be in force
therefor.

**Section 3.** The Board of Park Commissioners shall have exclusive power
to employ and pay all superintendents,
employees and other persons as may be
necessary for maintaining, improving
and controlling all park property and
boulevards; and it shall on or before
the 10th day of August of each year,
prepare and submit to the Town
Council for approval and adoption, an
estimate of the amount of money
which may be required for the improvement and maintenance of parks,
parkways, public squares and boulevards for the succeeding year.

**Section 4.** The Board of Park Commissioners shall alone have authority
to spend the park funds, and all expenditures on account of property
designated in this manner, shall be
made upon vouchers approved by the
Board of Park Commissioners then
its president and secretary. Each
voucher shall, when accompanied by
detailed statement of such expenditures, be certified to the Town Clerk
who shall issue warrants drawn on
the Park Fund and the same shall be
paid by the Treasurer out of any
money in the Park Fund not otherwise appropriated.

**Section 5.** Neither cattle, horses,
goats, swine or other animals shall
be turned into any of said parks, public squares or public grounds by any
person. All persons are forbidden to
carry firearms or throw other missiles
within any one of the public parks or
other public grounds of the town. All
persons are forbidden to cut, break or
in any way injure or deface the trees,
shrubs, plants, turf or any of the
buildings, fences or other structures
or property within an open space or
said parks or public grounds.

**Section 6.** Any person or persons
who shall within the town of Sunnyside, willfully or carelessly pull down,

girdle, break or otherwise injure or
destroy any fruit, ornament or shade
tree, shrub, plant or turf being the
property of another or who shall cut
down girdle, break or otherwise injure or destroy any ornament of
another, shade tree, plant or tree,
standing or growing on any public
ground or any street, avenue, alley,
sidewalk, park or promenade of the
town of Sunnyside, or cut or otherwise injure or destroy the turf thereof, or who shall willfully cut down,
lap, girdle, break, destroy, injure or
carry away any tree or shrub whatsoever, being on the land not owned or
controlled by such person or persons;
or who shall hitch, fasten or cause or
suffer to be hitched or fastened, any
animal under the control or in the
service of such person or persons, to
any ornament, shade tree, plant or
shrub in or upon any street, avenue,
alley, sidewalk, park, public square
or other public place in the town of
Sunnyside, or suffer or permit any
such animal to remain so hitched or
fastened after any such animal is so
hitched or fastened; or who shall stop
hitch or fasten or suffer or cause to
be stopped, hitched or fastened any
such animal near any such tree, plant
or shrub, that such animal can bite
or injure such tree, plant or shrub,
shall upon conviction of any such offense, be fined not more than $50.00
nor less than $10.00 and pay the cost
of prosecution and be confined in the
town jail until such fine and costs
are paid. Providing nothing herein
shall be so construed as to prevent
the owner or agent of the property
along side of trees trimming any
such tree, plant or shrub in the proper manner or at the proper time of
the year for such trimming.

**Section 7.** The Town Marshal or
any deputy or the superintendent of
parks and tree wardens, shall have
the power to arrest any person who
shall violate this ordinance and cause
him to be committed for examination.

**Section 8.** This ordinance shall
take effect and be in force from and
after its passage and publication.

Passed by the Town Council this
14th day of August, 1911.

Approved by the Mayor this 14th
day of August, 1911.

J. B. GEORGE, Mayor
Attest: I. W. HAYES, Town Clerk.

### NOT COAL LANDS, UNDER HIGH LINE PROJECT.

Department of The Interior, U. S.
Land Office at North Yakima, Washington, July 7, 1911.

Notice is hereby given that Robert
J. Margulis, of Black Rock, Wash.,
who, on May 14, 1906, made homestead entry No. 5152, serial No. 01354,
for W½ SW¼ and W½ NW¼, Section 26, Township 12 N., Range 22
E. W., Meridian, has filed notice of
intention to make Final five year
Proof, to establish claim to the land
above described before United States
Land Office, at North Yakima, Washington, on the 22nd day of August,
1911.

Claimant names as witnesses: John
Caddle, of Black Rock, Wash.; James
Skidmore, of North Yakima, Wash.;
Albert L. Jenkins, of Toppenish,
Wash.; James G. Wright, of Wapato,
Wash.

HARRY L. SAINT,
5-6                      Register.

### MONEY TO LOAN.

Unlimited money for farm loans, R.
Libby. Sunnyside, Wash.    52-tf

### THE QUESTION SOLVED

That question as to how to determine the validity of the title of the
proposed real estate purchase is solved by having an abstract made of it.
Our abstracts are absolutely correct
they give a full, complete history of
the title and are safe guides to go by
as regards the titles of property.

Be safe by having one of OUR ABSTRACT BEFORE YOU BUY.

FIDELITY ABSTRACT & TITLE CO.
S. H. SCHREINER
P. O. Block.       Phone 341.
"Insist on Fidelity Abstracts."

---

# Don't You Know

that it is cheaper to pay $3.50 or a good screen door that will last from three to five years than it is to pay $2.00 for one each year?
We guarantee window and door screens.

Porch screening a specialty       **Sunnyside Planing Mill**       G. R. Cochnour, Manager

# LOANS
## On Farm and City Property

Washington Irrigation Company's Business
all done through this office.

We are in a position to make any amount of
a loan quickly, providing your abstract shows
clear title and security is sufficient.

LET US WRITE YOUR INSURANCE.

# Sunnyside Land & Investment Company,

**BARNES BLOCK, SUNNYSIDE, WASHINGTON.**

### NOT COAL LAND.

Department of The Interior, U. S.
Land Office at North Yakima, Washington, July 8, 1911.

Notice is hereby given that Mrs. Cora
Rogers, of Toppenish, Washington,
who, on May 22, 1906, made homestead entry No. 5158, serial No. 0812,
for NW¼ of Section 32, Township 12
North, Range 22 East Williamette
Meridian, has filed notice of intention to make Final five year Proof,
to establish claim to the land above
described, before the Register and
Receiver, U. S. Land Office, at North
Yakima, Washington, on the 22nd day
of August, 1911.

Claimant names as witnesses:
James W. Right, of Black Rock,
Wash.; John Caddle, of Black Rock,
Wash.; Mrs. Bowinkers, of Black
Rock, Wash., Mrs. Ira Davis, of Toppenish, Wash.

HARRY L. SAINT
5-6                      Register.

### ORDER TO SHOW CAUSE.

In the Superior Court of the State
of Washington, in and for the County of Yakima.—In Probate.

In the matter of the estate of Jesse E. McConnell, deceased.

Whereas, George F. McConnell, administrator of the estate of Jesse E.
McConnell, deceased, has petitioned
this court for an order to mortgage
the real estate of said estate, hereinafter described, for the sum of three
thousand five hundred dollars, for
the reasons set forth in said petition.

It is now therefore ordered, that
Friday, the 25th day of August, 1911,
at the hour of eleven o'clock a. m.
be and the same is hereby fixed as
the time of hearing on said petition,
and it is ordered that all persons interested in said estate appear before
this court, at the Court House, at
North Yakima, and any then, and
show cause, if any, why an order to
mortgage said estate should not be
granted according to the said petition; and that due notice hereof be
given by publication in the Sunnyside Sun, a newspaper published at
Sunnyside, Yakima County, Washington.

The real estate of said estate
which it is proposed to have mortgaged is described as follows: The
East half of the Southeast quarter
of the Southeast quarter and the
West half of the Southwest quarter
of the Southeast quarter, of Section Thirty-one, (31), Township Ten
(10) North, Range Twenty-three (23)
E. W. M., together with the water
right thereof, and excepting the
right-of-way of the government spillway.

Dated at North Yakima, Washington
July 22nd, 1911.

THOMAS E. GRADY,
Judge.

### NOTICE OF SHERIFF'S SALE OF REAL ESTATE UNDER SPECIAL EXECUTION

In the Superior Court of the State of
Washington, in and for Yakima
County.

J. W. Stephens, plaintiff, vs. Charles
W. Gibbons and Nellie B. Gibbons
his wife, Robert E. Carrette and
Jane Doe Carrette, his wife, Riverview Publishing Company, a corporation, Stone-Fisher Company, a

corporation and I. B. Tursell, defendants.

Under and by virtue of a special
execution and order of sale issued out
of and under the seal of the Superior
Court of the State of Washington, in
and for said County, on the 25th day
of July, 1911, upon a Judgment rendered in said Court on the 25th day
of July, 1911, in favor of J. W. Stephens, plaintiff and against Charles W.
Gibbons, Nellie B. Gibbons, his wife,
Robert E. Carrette and Jane Doe Carrette, his wife, Riverview Publishing
Company, a corporation, Stone-Fisher
company, a corporation and I. B. Tursell, defendants, for the sum of $657,
45, together with costs and increased
costs, and to me directed and delivered commanding me to sell the following described property to satisfy
said judgment, to-wit:

The South half of Lot Fifteen (15)
in Block Fortynine (49) of the town
of Sunnyside, Washington, according
to the official plat thereof of record
in the Office of the Auditor of Yakima County, Washington, together
with water right and appurtenances thereunto belonging.

Notice is hereby given, That on
Saturday, the 26th day of August,
1911, at 1 o'clock in the afternoon of
said day, I will sell the above described property, or so much thereof
as may be necessary to satisfy said
judgment, together with attorney's
fees, interests, costs and increased
costs, in all amounting to the sum of
$671.35.

Said sale will take place at th
front door of the Court House at
North Yakima, in said County and
State, and will be at public auction
for cash in hand to the highest and
best bidder.

Dated at North Yakima, Washington, this 25th day of July, 1911.
J. W. DAY, Sheriff.
By W. P. Murphy, Deputy.       10-5

### THE UNION
### NATIONAL BANK
GRANGER, WASH.

Capital, ....... $25,000.00

A General Banking Business Transacted
P. H. Lloyd, Pres. .. A. W. Johnson, Vice-Pres.
A. C. Snyder, Cashier

M. W. Schlosser       E. B. Criswell

# SCHLOSSER & CRISWELL....
## WELL DRILLING

See us before you Drill.
All Work Guaranteed.

# I. W. COLBY
PROPRIETOR
## City Transfer Co.

Draying and Teaming. All
kinds of freighting. All order
given prompt attention.

# EX. 69B

The Atchison Daily Globe (Atchison, Kansas) · Fri, Nov 14, 1913 · Page 8

Downloaded on Nov 19, 2024

https://kansashistoricalopencontent.newspapers.com/image/479935553/

## Check Your Weapons.

It will cost you a fine of from $10 to $100 to discharge or carry firearms in Jackson park from now. You can't even go through the park hunting or return that way. An ordinance to the above effect was passed last night, and the police judge can impose a jail sentence in addition to a fine. Boys have been shooting rabbits and squirrels in the park.

Copyright © 2024 Newspapers.com. All Rights Reserved.

## To prevent disease— resist disease germs



SMALLPOX is prevented by vaccination — the injection of vaccine.

DIPHTHERIA is prevented by the injection of anti-toxin.

These enable the body to produce substances which prevent the growth of smallpox and diphtheria germs in the blood.

There are many other diseases, nearly, if not quite as dangerous, and far more common — typhoid fever, the grippe, bronchitis, pneumonia, catarrh, rheumatism, and a score of others — that can be prevented less painfully and more easily by making the body strong to resist germ infection.

# Rexall
### Olive Oil Emulsion
#### (With Hypophosphites)

Is designed for the prevention as well as the relief of disease — by enabling the body to overcome the germs. It, at the same time, strengthens and tones the nerves, nourishes the blood, puts the entire system into a proper healthy condition to combat and successfully resist disease.

Every person not in perfect health has incipient germs of some distressing ailment in his or her system.

Cold weather, over-work, excesses of any kind, are liable to bring about just the conditions under which those latent disease germs will get the upper hand, and put you on your back "down sick."

You who are run-down, tired-out, nervous—

You who, though not sick enough to give up, still don't feel good—

You who are apparently well, and want to stay well—

Take some a bottle of Rexall Olive Oil Emulsion to-day, and use it as a means to get well and keep well.

Rexall Olive Oil Emulsion is a real nerve-food tonic.

In this it is different from most other so-called "tonics" which either have no food value and do nothing more than temporarily stimulate you, leaving you in a worse condition than before or, having food value, still are so unpleasant to take that many people can't keep them down.

Rexall Olive Oil Emulsion is pleasant to take. The Hypophosphites it contains tone the nerves. The pure Olive Oil nourishes both nerves and blood.

Rexall Olive Oil Emulsion strengthens you, puts snap and ginger and vitality into your system. It makes you feel better and stronger. It improves your digestion and your bowel action.

It contains no alcohol nor any dangerous or habit forming drugs.

It is guaranteed to be just as represented above — to do all that is claimed above — to satisfy you in every way, or your money back without quibble or question.

Enough for full two weeks' treatment, $1.00.

Sold only at The Rexall Stores — the World's greatest Drug Stores — and always with a full guarantee of complete satisfaction, or your money back.

Sold in this community only at

## The Rexall Store

### WALTERS & BEHRENS
500 Commercial St., Atchison, Kansas

## Rexall means "King of All"

## WHITE WAY CONTRACT LET

At last night's meeting of the city council the let of the Thayer Foundry Co., $2,850, for the installation of the Commercial street White Way, from Fifth to Sixth, was accepted; also the Thayer company's bid of $610, for the installation of the White Way on Commercial from Fourth to Fifth. There was but one other bidder, the Woodbecker-Bulgery company, which asked $2,900 for the larger job, and $460 for the smaller.

## Low Rates South
### Tuesdays
#### November 4 and 18, December 2 and 16

| | | | |
|---|---|---|---|
| | Diverse | Diverse | |

Alabama, Florida, Georgia, Tennessee and Mississippi

Liberal Return Limit and Stop-Over Privileges

R. C. WALLIS, D. P. A., St. Louis
P. W. MORROW, N. W. P. A., Chicago
Louisville & Nash-ville R. R.

## Plan Early Your Trip to
# California

Plan to go this Winter to the land of warmth and roses—away from the cold and snows.

The best way—via Rock Island Lines.

### Choice of Three Routes

Via El Paso and New Mexico—the direct route of lowest altitudes—in connection with the E. P. & S. W. and Southern Pacific; via Colorado Scenic Route to Salt Lake City—thence Western Pacific through Feather River Canyon; via Colorado Scenic Route to Salt Lake City and Ogden—thence Southern Pacific.

Let me help you plan your trip.

J. A. STEWART,
General Passenger Agent,
Topeka, Kansas

## CLIP THIS COUPON
# FREE COUPON
### IMPERIAL EMBROIDERY PATTERN OUTFIT
PRESENTED BY
### THE GLOBE

## CITY NEWS.

## AUTOMOBILE BARGAINS

MID-WEST SALES CO.
1702 McVeSea St., Kansas City, Mo.

No OFFICER OR DIRECTOR of the Exchange National Bank, of Atchison, is a borrower from it. We do a conservative banking business and are in a position to take care of all business entrusted to us in a satisfactory manner. We solicit the accounts of the farmers and business men. Our bank was established in 1859, is a United States, State and County Depository. Our capital is $200,000; stockholders' liability, $200,000; surplus and profits, $132,950; total amount for protection of depositors, $532,950.





# EX. 71B

# ANNUAL REPORT

For the Year

## 1914

———

# METROPOLITAN
# PARK DISTRICT OF
# TACOMA

THE LIBRARY OF THE

FEB 18 1937

UNIVERSITY OF ILLINOIS

## FOR THE FISCAL YEAR
### ENDING DEC. 31, 1914

Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

# RULES AND REGULATIONS.

1. No person shall enter or leave any of the city parks by other than the established ways.

2. No person shall walk, ride or drive upon the grass, nor pick, cut, break or take any flower or plant; nor cut, break, or in any way injure or destroy any shrub or tree in any of the city parks.

3. No person shall cut, break, mark upon, or in any way injure, deface or disfigure, any of the buildings, bridges, band stands, seats, fences, gates or other property belonging to the city parks.

4. No camp fires or other outdoor or open fires shall be lighted or made anywhere in the city parks, except in places prepared for such purposes.

5. No person shall post, paint or affix any placard, bill, notice, sign or advertisement within the limits of the city parks; nor distribute nor offer for sale any papers, circulars, cards or printed or written matter in any park or parkway.

6. No intoxicating liquor of any kind or nature shall be brought within the limits of the city parks. No exception to this rule will be made and any person or persons found violating same will be prosecuted.

7. No paper boxes, food, litter, trash or material of any kind shall be thrown on the grass, walks or driveways, but shall be placed in the receptacles for that purpose. The comfort stations and toilets shall not be defaced or improperly used, nor the plumbing thereof stopped up or injured.

8. No person shall ride, drive, operate or propel any automobile, motorcycle, bicycle, carriage or other vehicle or horse upon the grass or foot walks of the parks.

9. No automobile, motorcycle, carriage or other vehicle or horse shall be driven, ridden or propelled in any of the driveways of the parks at a speed in excess of TEN miles per hour, nor to exceed THREE miles per hour over all bridges and crossings.

10. No public picnic of more than one hundred persons and no band procession or military company or organization calculated to attract a large concourse of people shall be allowed in any of the parks without a written permit from the Commissioners of the Metropolitan Park District.

11. No cattle, horses, mules, swine, goats, dogs or fowls shall be turned into or allowed to run at large upon any park or parkway under the control of the Metropolitan Park District; nor shall any dog or other animal be permitted to enter any lake or waters of the parks.

12. No person, other than the park policeman or employes, shall be permitted to carry any firearms within the parks; nor shall any person be allowed to hunt in any of said parks, or discharge any gun or other firearm of any description; nor shall any person be allowed to throw stones or other missiles in the parks, or into any lake or waters of said parks.

13. No person shall tease or torment any bird or animal in the parks. Visitors are requested not to feed the animals, as they are sufficiently fed at regular hours by the keepers.

14. No person shall build any dock, boat house or structure upon the beach, nor anchor nor attach any float or wharf to the shores at Point Defiance Park nor keep for rent or hire any sail boat, motor boat or row boat upon any water under the control of the Metropolitan Park District, save as expressly authorized in writing by the Board and under such control and restrictions as it may impose.

82


Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

15. No person shall peddle, hawk, sell or offer for sale within the limits of any city park any goods, wares, refreshments or other articles without the written consent of the Metropolitan Park District.

16. No person will be allowed to loiter in the parks after 10 p. m.

17. All law abiding citizens are requested to aid in the enforcement of these rules. The park policemen, park foremen and any peace officers present are authorized to make arrests for the violation of any of these Rules and Regulations, and to take the offender before the Police Court of the City of Tacoma.

City Ordinance 520 of the City of Tacoma provides:

"That any person violating any of the Rules and Regulations of the Board of Park Commissioners shall be guilty of a misdemeanor and punished by a fine of not less than $5.00 nor more than $100.00." By Order of the

<div align="right">

BOARD OF COMMISSIONERS
METROPOLITAN PARK DISTRICT OF TACOMA

</div>

THE LIBRARY OF THE

FEB 1 8 1937

UNIVERSITY OF ILLINOIS



Digitized by Google

Original from
UNIVERSITY OF ILLINOIS AT
URBANA-CHAMPAIGN

A109

EX. 71C

The Long Beach Telegram and The Long Beach Daily News (Long Beach, California) · Sat, Aug 28, 1915 · Page 11

https://www.newspapers.com/image/608234567/

Downloaded on Nov 19, 2024

Sec. 3. That it is hereby declared to be unlawful and a misdemeanor for any person, or persons, as principals, agents, employees or otherwise to do, to aid in doing, or cause to be done, any of the acts, hereinafter specified, within the limits of any Public Park of the City of Long Beach:

1. To lead or let loose any cattle, horse, mule, goat, sheep, hog, dog, or fowl, except that dogs may be led by a cord or chain not more than six feet in length.

2. To carry or discharge firearms, fire-crackers, rockets, torpedoes, or any other fire works without a written permit of the Commissioner of Public Affairs.

3. To cut, break, injure, deface, remove, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus or property;

4. To pluck, pull up, cut, take or

Copyright © 2024 Newspapers.com. All Rights Reserved.

## CITY OFFICIAL ADVERTISING.

### ORDINANCE NO. B-36

An Ordinance Providing for the Maintenance and Regulating the Use of the Public Parks of the City of Long Beach; Providing for Offices and Employees in Connection Therewith, Fixing Their Compensation and Defining Their Duties; Repealing Ordinances Nos. 55 (New Series), 79 (New Series), 86 (New Series), A-261, B-14 and All Ordinances, and Parts of Ordinances, in Conflict Herewith; and Providing a Penalty for the Violation of This Ordinance.

The Legislative Body of the City of Long Beach ordains as follows:

Section 1. That all of the Public Parks of the City of Long Beach and all of the offices and employees in connection therewith shall be under the supervision of the Commissioner of Public Affairs.

Sec. 2. That neither all nor any portion of any of the Public Parks of the City of Long Beach shall be leased or let for commercial purposes or used for the conduct of any business or occupation; provided, however, that this provision shall not apply to that portion of the Public Park now used by the Salt Lake Depot, nor to the temporary use of the Public Parks by civic or religious bodies under proper restrictions and limitations, and upon permit of the Commissioner of Public Affairs.

Sec. 3. That it is hereby declared to be unlawful and a misdemeanor for any person, or persons, as principals, agents, employees or otherwise to do, to aid in doing, or cause to be done, any of the acts, hereinafter specified, within the limits of any Public Park of the City of Long Beach:

1. To load or let loose any cattle, horse, mule, goat, sheep, hog, dog, or fowl, except that dogs may be led by a cord or chain not more than six feet in length.

2. To carry or discharge firearms, fire-crackers, rockets, torpedoes, or any other fire works without a written permit of the Commissioner of Public Affairs.

3. To cut, break, injure, deface, remove, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus or property;

4. To pluck, pull up, cut, take or remove any shrub, bush, plant, flower, weed, turf, grass, soil, rock, sand or gravel;

5. To distribute, post or display any hand bills, circular, notices, papers or other advertisements of any kind;

6. To swim, bathe, wade in, or pollute the water of any fountain, pond, lake or stream;

7. To make or kindle a fire for any purpose without a written permit of the Commissioner of Public Affairs;

8. To camp or lodge without a written permit of the Commissioner of Public Affairs;

9. To ride or drive any horse or other animal;

10. To hitch, or fasten any horse or other animal except at places provided for such purpose;

11. To ride or drive at a rate of speed exceeding four miles per hour over the roads or drive-ways;

12. To ride or drive any horse or animal not well broken or not under perfect control of the driver over the roads or drive-ways;

13. To drive any dray, truck, wagon, cart, perambulator or other traffic vehicle carrying or regularly used or employed in carrying goods, wares, merchandise, lumber, machinery, oil, manure, dirt, sand, soil or any article of trade or commerce or any offensive article or material whatsoever over the parks or the roads or drive-ways therein;

14. To ride, drive, or propel any automobile, motorcycle, bicycle or other vehicle except on the roads or drives provided for that purpose; except that the above section shall not apply to invalid chairs, tricycles or baby carriages;

15. To indulge in riots, boisterous, threatening or indecent conduct;

16. To use abusive, threatening, profane or indecent language;

17. To sell or offer for sale any merchandise, article or thing whatsoever;

18. To solicit for patronage, or conduct any trade, occupation, business or profession except as herein otherwise provided;

19. To play or engage, in any game, except on those places designated for that purpose;

20. To throw, or deposit any bottles, tin cans, broken glass, papers, clothes, iron or any rubbish or refuse, except in the receptacles furnished for that purpose;

21. To remain, stay or loiter between the hours of eleven o'clock P. M. and five o'clock A. M. without a written permit of the Commissioner of Public Affairs.

Sec. 4. That no Company, Society or organization, of more than twenty-five persons or members, shall hold or conduct a picnic, celebration, parade, service or exercise in any Public Park without a written permit of the Commissioner of Public Affairs; and each such person or member participating in the violation of this section, by any company, society or organization is guilty of a misdemeanor.

Sec. 5. That it shall be unlawful and a misdemeanor for any male person over sixty years of age to enter or use the water-closet for women in any Public Park.

Sec. 6. That it shall be unlawful and a misdemeanor for any person to throw rubbish or trash of any kind on any parking in the City of Long Beach.

Sec. 7. That it shall be unlawful and a misdemeanor for any person to remove any trees or shrubs from any parking in the City of Long Beach without a written permit of the Commissioner of Public Affairs.

Sec. 8. That every person owning or having charge of any real property abutting on a public street shall keep all trees in the parking or along the sidewalk adjacent to said real property, trimmed or wired to a height not less than seven feet from the sidewalk and from the street.

Sec. 9. That, the public convenience and necessity requiring, the office of Superintendent of Parks be and hereby is created.

Sec. 10. That the Superintendent of Parks shall, under the supervision of the Commissioner of Public Affairs, have charge of all of the Parks and Parkings of the City of Long Beach and of all of the offices and employees in connection therewith, and of the improvement and beautification thereof, and of all matters pertaining thereto, and shall perform such other duties as may be required by ordinance, by resolution or by the Commissioners of Public Affairs.

Sec. 11. That the salary of the Superintendent of Parks shall be one hundred dollars per month, payable at the end of each calendar month.

Sec. 12. That, the public convenience and necessity requiring, the Superintendent of Parks is allowed fifteen dollars per month for conveyance and is required therefor to provide, maintain, keep in good repair and operate wholly at his own expense, an automobile for his use as such official.

Sec. 13. That, the public convenience and necessity requiring, the Commissioner of Public Affairs is hereby authorized to employ fifteen gardeners, each at a compensation not to exceed two dollars fifty cents per day, for work in the Public Parks and Parking of the City of Long Beach.

Sec. 14. That ordinances Nos. 55 (New Series), 79 (New Series), 86 (New Series), A-261, B-14 and all ordinances, and parts of ordinances, in conflict herewith, are hereby repealed.

Sec. 15. That every person, firm, or corporation as principal, agent, owner, official, servant or employee, violating any of the provisions of this ordinance, or failing to comply with any of the requirements of the same, shall be guilty of a misdemeanor and upon conviction thereof, shall be punished by a fine not to exceed five hundred dollars, or six months imprisonment in the City Jail, or by both such fine and imprisonment.

Sec. 16. That this ordinance is urgently required for the immediate preservation of the public peace, health and safety; and that the City Clerk certify to its passage by four-fifths vote of the Legislative Body of the City of Long Beach and cause the same to be published once in The Daily Telegram and thereupon it shall take effect.

I hereby certify that the Legislative Body of the City of Long Beach is composed of five commissioners and that the foregoing ordinance was adopted by four-fifths vote of said Legislative Body at its meeting of August 27, 1915, by the following vote:

Ayes: Commissioners: Hargis, Williams, Cates, Lisenby, Riley.

Noes: Commissioners: None.

Absent: Commissioners: None.

(SEAL)

H. C. WAUGHOP,
City Clerk.

44-a-28-41

# Busy Little Workers

PERHAPS YOU WILL FIND JUST THE THING YOU WANT IN THESE NEW TINY LINERS. IF NOT, SEE THE CLASSIFIED DEPARTMENT ON NEXT PAGE.

**TOO LATE TO CLASSIFY**

**TOO LATE TO CLASSIFY**

**TOO LATE TO CLASSIFY**

**CITY OFFICIAL ADVERTISING**

**CITY OFFICIAL ADVERTISING**

**CITY OFFICIAL ADVERTISING**

**CITY OFFICIAL ADVERTISING**

**CITY OFFICIAL ADVERTISING**

## Henry P. Barbour

To Loan at 7%

FOR EXCHANGE

J. R. MASON
115 East First Street

## The Only Harper Co.

REAL ESTATE—EXCHANGES

## Some Snaps In Used Cars

## CITY GARAGE
212 LOCUST AVE.

## Long Beach Banking Institutions

**LONG BEACH SAVINGS BANK AND TRUST CO.**

**EXCHANGE NATIONAL BANK**

**MARINE COMMERCIAL AND SAVINGS BANK**

**FARMERS AND MERCHANTS BANK**

**CITY NATIONAL BANK**

**FIRST NATIONAL BANK**

**NATIONAL BANK OF LONG BEACH**

A113

# EX. 71D

Newspapers
by ancestry
https://www.newspapers.com/image/911909456/

The Roanoke Times (Roanoke, Virginia) · Fri, May 7, 1915 · Page 8
Downloaded on Nov 19, 2024

ill use or injure any building, bench, statue, ornament, fence, enclosure, rail, tree, bush, plant, or turf; break off or cut any flowers, twigs or branches, fruit or nuts, whether wild or cultivated; nor use in any improper way any toilet rooms, field houses or other structure in the parks and squares, under a penalty of a fine or not less than five nor more than fifty dollars.

4. No person shall carry or discharge any fire arms or discharge any fire crackers, torpedoes or fire works or make a fire in any park or square subject to the jurisdiction of the Park Board, without written permit from the board under a penalty of not less than two nor more than twenty dollars for each and every offense.

5. No person shall enter a water closet set apart for the use of the opposite sex under a penalty of a fine of not less than one dollar nor more than five dollars for each and every offense.

6. No person shall accost or follow

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers
by ancestry

The Roanoke Times (Roanoke, Virginia) · Fri, May 7, 1915 · Page 8
Downloaded on Nov 19, 2024

https://www.newspapers.com/image/911909456/

## Council Makes Rules For Park Regulation of Roanoke Parks

*[Article body text illegible.]*

## GOVERNOR WILL SPEAK TO FARMERS

Richmond, Va., May 6.—A series of addresses will be delivered by throughout the state in connection with farmers institutes to be held under the direction of the state commissioner of agriculture and immigration during the latter half of this month. The governor will join the several institutes and farmers conferences in Louisa Courthouse May 18, and connect with them for three days. He will speak to the farmers at Louisa Courthouse May 18 in the forenoon and at Mineral that day in the afternoon of the same day. On Thursday, May 20, he will speak at Orange and on Friday and Saturday at Gordonsville and Stanardsville.

Next Week — Macey Week
at Caldwell-Sites Co.

**Office Rooms for Rent**

**Have You Land Y**
**Land at Auction**

We Subdivide Land into Tr
Small Tracts and Sell at Auc
date advertising and with our
tisers and Ground Men (the
had result possible and get it
If you want to convert your p
leaping sales, write or wire us.

**Southern Realty**
E. M. ANDREWS, Manager

**Loans N**
In amounts $500 to $30
to $5,000; straight five-ye
and one-half on inside bu

T. W. GO
"Times

Copyright © 2024 Newspapers.com. All Rights Reserved.

A116

THE ROANOKE TIMES, FRIDAY, MAY 7, 1915.

## ITALY'S PEACE PRICE IS THE SURRENDER OF AUSTRIA'S SEA COAST?



Washington, May 4.—As the price of peace, Italy is reported to be demanding from Austria-Hungary the surrender of the Asat territory's entire seacoast. These expectations are said to amount to demands as regarded the Trent, Trieste, Istria and Fiume. In dispatches to the state department the soft area of such demands, how great is the payment demanded by Italy...

**Alcohol brings illness to your home**

"Billy" Sunday, the noted Evangelist, hit the nail on the head when he said...

"Here is a liquor-ridden community dropped down square in the midst of it all."

And that's the truth. But drink brings more than possessions into the home—it brings unhappiness, it brings want...

At Greensboro the treatment is given the men who underwork. The enthusiasts are few. The enthusiasts are many...

### The Keeley Institute
Greensboro, North Carolina
W. H. Osborn, Sec. C.H.Cunningham,Mgr.

## WANT A JOB? TAKE U. S. EXAMINATION

Washington, May 1.—Examinations will be held by the civil service commission on June 4 to secure eligibles for the following position. The competitors will not be provided for the nomination, but will be rated by their papers upon examination and prior to permission...

## PLAN UNVEILING OF MONUMENT TO SENATOR DANIEL

Lynchburg, Va., May 6.—Mr. Randolph Harrison, chairman of the Daniel monument committee, has announced the following committee, who will have charge of the arrangements for the unveiling of the statue of the late Senator Daniel in this city on Wednesday, May 26th...

## Positive Relief

from the suffering caused by the entered condition of the organs of digestion and elimination—from indigestion and biliousness—always secured by the safe, certain and gentle action of

### Beecham's Pills

Sold everywhere. In boxes, 10c, 25c.

---

## BANK STATEMENTS.    BANK STATEMENTS.

REPORT OF THE CONDITION OF THE
## First National Bank
of Roanoke, at Roanoke, in the state of Virginia, at the close of business, May 1, 1915.

**RESOURCES**

| | |
|---|---|
| Loans and discounts (notes and bills) | $3,957,503.96 |
| Overdrafts, secured, unsecured $77.78 | |
| U. S. bonds deposited to secure circulation (par value) | $400,000.00 |
| Premiums on U. S. bonds | |
| ... | |

---

REPORT OF THE CONDITION OF THE
## American National Bank
at Roanoke, in the State of Virginia, at the close of business, May 1st, 1915.

**RESOURCES**

| | |
|---|---|
| Loans and discounts (notes and bills) | $558,266.59 |
| Overdrafts, secured, none unsecured, $77.78 | |
| U. S. bonds deposited to secure circulation | $100,000.00 |
| ... | |

---

STATEMENT OF THE FINANCIAL CONDITION OF
## Colonial Bank and Trust Company, Incorporated
located at Roanoke, in the county of Roanoke, State of Virginia, at the close of business May 1, 1915, made by the State Corporation Commission.

**RESOURCES**

---

## Council Makes Rules For Park Regulation of Roanoke Parks

Of general interest and information to the public are the rules and regulations governing traffic and order in the various city parks, recently studied by the park commission and adopted by the city council. The various rules providing use of the parks and the pending opening of Highland to Highland park for the season the rules are given in detail herewith:

Rules apply to all parks, nature and boulevards, parkways and other public spaces. The municipal authority and the public parks of the City of Roanoke are under the supervision and control of the park commission...

1. These rules and regulations shall be known and construed to apply to all parks, squares, walks, boulevards, statues or monuments, fountains or places of any kind which are or hereafter may be under the care or control of the board of park commissioners...

2. No person or persons shall have or give any theatrical entertainment, juggling or public meeting of any kind unless upon a permit...

[remaining columns of dense text]

## GOVERNOR WILL SPEAK TO FARMERS

Richmond, Va., May 6.—A series of addresses will be delivered by Governor Henry C. Stuart before the various institutes to be held under the direction of the commissioner of agriculture during the remainder of this year...

## Office Rooms for Rent

Desirable office rooms for rent over the Blue Timepiece, newly papered and painted, hot and cold water, steam heat, electric lights, sliding doors, toilet, etc. Very reasonable rent. See Mr. Mitchell at the Mr. building.

## Next Week—Macey Week at Caldwell Sites Co.

---

## WOMAN WOULD NOT GIVE UP

Though Sick and Suffering; at Last Found Help in Lydia E. Pinkham's Vegetable Compound.



Richmond, Va.—"When I started taking Lydia E. Pinkham's Vegetable Compound I was in a dreadfully run down state of health...

## Flour and Corn Mill for Sale

## WINGFIELD & HARRELL
## FOR SALE

## Have You Land You Want Sold?

### Land at Auction Our Specialty

We Subdivide Land into Town Lots, or Large Farms into Small Tracts and Sell at Auction. We guarantee to up-date advertising and with our force of Auctioneers, Advertisers and Ground Men (the best in the South) we get the best results possible and get it quick. We sell in ten States. If you want to convert your property into cash and interest-bearing notes, write or wire us.

## Southern Realty and Auction Co.
E. M. ANDREWS, Manager.    GREENSBORO, N. C.

## Loans Negotiated

In amounts $500 to $20,000; monthly payments up to $5,000; straight five-year loans up to $20,000; five and one-half on inside business property.

## T. W. GOODWIN
"Times Building"

## FOR RENT

## Hartsook Real Estate Company
No. 4 East Church Avenue

---

# EX. 72A

Newspapers by ancestry

St. Joseph Gazette (St. Joseph, Missouri) · Tue, May 30, 1916 · Page 8
Downloaded on Nov 20, 2024

https://shsmo.newspapers.com/image/560325972/



vision of the Board of Park Commissioners which will be likely to frighten horses, injure passengers or embarrass the passage of vehicles thereon.

Section 20. No person shall fire or discharge any gun or pistol, or carry firearms, or throw stones or other missiles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the Board of Park Commissioners,

except upon a permit first duly obtained or authority previously granted by said Board and subject to such rules and regulations as said Board may establish.

Section 21. No person shall expose

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers

St. Joseph Gazette (St. Joseph, Missouri) · Tue, May 30, 1916 · Page 8
Downloaded on Nov 20, 2024
https://shsmo.newspapers.com/image/560325972/

Copyright © 2024 Newspapers.com. All Rights Reserved.

# CLASSIFIED ADVERTISING RATES

Advertisements for this page 1 cent per word—cash in advance. All abbreviations and numbers counted as one word, and no advertisement taken for less than 15c, or 7½c each insertion. All ads charged on books at rate of 7c per line per insertion, and all one line ads charged as two lines.

Death, Funeral, Birth, Marriage, Card of Thanks, Lodge, or Society notices, not exceeding ten lines, $1.00 per insertion. Additional space at commercial rates.

## UNDERTAKERS

HEATON-BeGOLE Undertaking Co. LADY ATTENDANT. 234 SOUTH 8TH ST. Phone 1782.

ROCK UNDERTAKING CO. Lady attendant. 916 Fred. ave. Phone 1298.

## FUNERAL NOTICES

PARTICK F BARRY, JR., aged 28 years, died May 28. He is survived by the following: His father, P. F. Barry, Sr.; four sisters, Mrs J. B. McGinnis, Conception Mo.; Anna, Agnes, and Josie of St. Joseph; also four brothers, Thomas J., William, Frank, and Lawrence, of St. Joseph. The remains are at the home of his father, 2113 S. 12th st. The funeral will be conducted at the St. Patrick's church Wednesday, May 31, at 9 a. m. Interment at Mount Olivet cemetery. Friends invited to attend.

MARY E., widow of Frederick W. Holley, died May 28, 2:18 p. m., aged 51 years. The funeral will leave the residence of his brother, Dr. A. E. Holley, 1110 N. 11th st., this morning, May 30, at 9:30 o'clock for Christ Episcopal church, where funeral services will be conducted at 10 o'clock. Interment at Mount Mora cemetery.

JAMES MARION, son of Mr. and Mrs. John F. Reynolds, died May 29, 6:30 a. m., aged 28 years. The funeral services will be held at the family residence, 5116 Barbara st., tomorrow morning, May 31, at 10 o'clock. Burial at Sparta cemetery.

LOUISA A., widow of Jacob Johnson, died May 28, 6:10 p. m., aged 87 years. The funeral services will be conducted at the residence, 1908 N. 3d st., this afternoon, May 30, at 3 o'clock. Interment at Mount Mora cemetery.

## FUNERAL DIRECTORS

H. O. Sidenfaden, UNDERTAKER AND EMBALMER. Cor. Tenth and Fred. ave. Lady attendant. Telephone Main 225 and Main 206.

MEIERHOFFER, the Undertaker, with lady attendant. Ninth and Felix. Phone Main 286.

FLEEMAN-HEATON Funeral Home, Inc. Undertakers and Funeral Directors. LONG MOTOR SERVICE. Lady attendant. 416 N. 10th St. Phone Main 2651.

## FLORISTS

BUTCHART "THE FLORIST" 604 Felix Street Phone 2158.

FOR CUT FLOWERS, funeral designs, Main 8489. C. L. Schmalz Green House, near Ashland and Mount Auburn cemeteries.

## MONUMENTS

MAIER Monuments, $8 to $800. Pneumatic tools. 612 S. 7th. Ph. 3643W

## PERSONAL

LADIES—$1,000. I positively guarantee my great successful "Monthly" remedy, safely relieves some of the longest, most obstinate, abnormal cases in three to five days; no harm, pain or interference with work; by mail, $1.50. Double strength, $2.00. Dr. Southington, C Long Bldg., Kansas City, Missouri.

LADIES Ask your Druggist for Chichesters Pills, the Diamond Brand. For 25 years known as Best, Safest, Always Reliable. Buy of your Druggist. Take no other. Chichesters Diamond Brand Pills are sold by Druggists everywhere.

NEW Fairmount Maternity Hospital for confinement, private, prices reasonable; home comforts; babies adopted; chance to work for board; write for booklet. Mrs. T. B. Long, 4911 E. 27th, Kansas City, Mo.

## LOST AND FOUND

LOST—Lady's cameo ring, between 1418 Bellevue and 6th and Edmond or on Prospect car. Liberal reward if returned to 1023 Messanie, or Phone 5126.

LOST—Child's coat between Townsend, Wyatt & Wall and 6th and Edmond or on Krug Park car. Phone 8647. Reward.

LOST—A bunch of keys, between St. Joseph and Weston on the Red, White and Blue trail. Call Brunswig Grain Co.

FOUND—Bunch of keys, May 28. Phone Main 2872.

## MALE HELP WANTED

WANTED—Men to learn barber trade. Short term completes. Wages Saturdays. Tools given. Jobs waiting. Can run your own shop. Write for information. Moler Barber College, Kansas City, Mo.

WANTED—Steady men for shop work. St. Joseph Structural Steel Co., 4th and Franklin.

WANTED—25 laborers, good wages. Call at Gartland Employment Office, 1206 S. 6th.

WANTED—Violin teacher. Address Gazette.

WANTED—Elevator boy at Robidoux hotel.

## FEMALE HELP WANTED

LADIES, immediately, to copy mailing lists, etc., home evenings. No experience. No canvassing. $5 per 1,000 paid. Excellent opportunity. Enclose stamps. Universal Record, Toronto, Ont.

WANTED—Girl for cooking and general housework; no washing, small family. Phone Main 3718.

WANTED—A girl for general housework. Apply at 518 S. 9th st.

## MALE AND FEMALE HELP

$75 MONTH—Get government jobs. Men and women wanted. List of positions obtainable free. Franklin Institute, Dept. 306 O, Rochester, N. Y.

WANTED—Experienced shoe salesmen to work Saturdays; men and women. Shoe department. Block Bros.

**JEWISH COMMITTEE TO GO TO RELIEVE WAR SUFFERERS**

New York, May 29.—A resolution providing for the sending of a commission to Europe to look after the interests of Jewish war sufferers in Galicia and Bukowina, was adopted today by the annual convention here of the federation of Galician and Bukowinan Jews. The organization has already done much to unite Jewish families, in both provinces, separated by the war.

Think of Japalac—Think of Pimbley.—Adv.

## ANNOUNCEMENTS

**St. Joseph Sanatorium** FOR RECTAL DISEASES. Did you know that Dr. Netherton's method is one of permanent cure by absorption without cauterization; no anesthesia; no pain; no loss of time; no pay until cure is complete; has revolutionized all former systems of curing Blind Bleeding Piles. Booklet free. **Dr. G. T. Netherton** Ballinger Bldg., St. Joseph, Mo.

DO YOU KNOW DICK MARTIN Does Electrical Wiring? 405 Francis. Ph. 88.

ST. JOSEPH SODA & SELTZER CO., A. Katz & Son, Prop., have bought the Standard Bottling Co. All old customers should call Main 2018 for the best line of soda, grape cider, cola and ginger ale. Prompt delivery at any time.

MOVING Household goods and pianos. Autos or wagons. Ph. M. 4598. Ringo Transfer & Storage Co.

MEN'S SUITS, $1.00 Cleaned and pressed all this week. Fox Laundry Co. Phone 402.

LOSS SHOE REPAIR CO. 1106 Fred Ave. Ph. Main 1719. Free Call and Delivery.

FREE CALL AND DELIVERY PHONE 252. RAPID SHOE REPAIR CO. 104 SO. 8TH AND 120 SO. 6TH.

ROBIDOUX Shoe Repair Co. Expert shoemaking. We call and deliver. 414 Francis. Phone Main 1011.

MONEY To loan on watches, diamonds, jewelry, etc., etc. Lowest rates. LEVIN MER. CO., 515 EDMOND.

AMERICAN MIRROR PLATE GLASS CO.—Windshields, Mirrors, Resilvering, Beveling, Grinding, Polished Edges, Etc., 1612 Fred ave. Phone Main 3007.

JUNK We pay you the highest price for iron, metal, rubber, rags. Independent Iron & Metal Co., 803 S. 5th. Phone Main 874.

M'AHAN'S new place now open. Best dinners in the South End. Order what you want. We have it. Lake and Illinois aves. Open day and night.

SWITCHES Made from combings. Main 2265. Mrs. M Beard, 219 S. 16th.

E. G. HURD AUCTIONEER Bell Phone 3525W.

H. L. Robinson Auctioneer 117 N 4th. Phone 205W.

DON'T WORRY LET the Welfare Board do your washing, kitchen work and house cleaning. Phone 881.

Call SEITZ-CAMPBELL, Feed and Fuel. PHONE MAIN 254. NINTH AND PATEE.

WIRING AND CHANDELIERS Standard Electric Co., 809 Francis. Ph. M. 2117.

WHILES BROS., wallpaper and fresco cleaning. Work guaranteed. Phone South 518.

## ROOMS TO RENT

TO RENT—Front room with alcove, furnished for light housekeeping, also one sleeping room. 715 Robidoux.

TO RENT—One large nicely furnished front room for housekeeping, strictly modern. Call Main 7222.

TO RENT—2 rooms, furnished complete for light housekeeping; water and gas. 1922 Felix.

TO RENT—One furnished front room in private family. 1023 Felix. Phone 2794J.

TO RENT—Nicely furnished large rooms. 223 N. 8th. Phone 2865.

TO RENT—Furnished rooms, with or without board. 817 N. 5th.

TO RENT—Furnished rooms with board. Phone 5748J. 623 N. 12th.

## HOUSES TO RENT

TO RENT—The fine Madinger homestead with one lot of ground, all in fruit, shade trees, and garden; 8-room house, barn, poultry house, or will sell at bargain. Corner 20th and Pacific sts. John Moeck, 402 Francis st.

TO RENT—6-room tenement, electric light, 1 block from car, large yard; $10. Inquire 1408 N. 12th. Phone Main 3441.

TO RENT—Modern 6-room house, $17, 831 Powell; also 5-room house, $19; garage. Phone 4108.

TO RENT—5-room house, 1518 Mitchell ave.; water and gas, reasonable. Phone M. 7648W.

TO RENT—4-room cottage, modern except heat. 1622 S. 11th. Phone 2317W.

TO RENT—4-room house; water, gas, barn. Phone 2881W.

TO RENT—Modern furnished 5-room cottage. 1306 S. 33d.

## FLATS TO RENT

TO RENT—Six room strictly modern flat, corner 18th and Jule Sts. Inquire 1306 Jule. Phone 6694.

TO RENT—Modern 4-room upper flat. 618 S. 11th st.

## FOR SALE—HOUSES

REAL ESTATE FOR SALE TO CLOSE ESTATE

I will sell at private sale, subject to the approval of the probate court, the following property: 1618 St. Joseph ave., 6 rooms, electric light, water; 1401 Penn, 4 rooms, lot 40x90; 1007 or 1019 S. 19th, 3 rooms and basement, 50 ft.; 2006 S. 19th, 50-ft. lot, 4 rooms; 25-ft. lot southwest corner 19th and Jackson; 1704 S. 10th, 8 rooms, 40 ft.; 2709 S. 21st, 5 rooms, 50 ft. Call M. A. Williams, 2260, courthouse.

FOR SALE—Strictly modern 6-room cottage, combination gas and coal furnace, entire attic floored, fruit and shade trees, all street improvements in, 2 blocks from car line, near cathedral. Phone 3718.

FOR SALE—5-room modern cottage, 2608 Renick st. Price $3,000; $1,500 will handle. Inquire E. D. Arnold, Atchison, Kas.

FOR SALE—4 and 5-room houses, strictly modern, 334 and Duncan sts. Call Main 6083.

FOR SALE—6-room cottage, modern except heat. Paul Case. Phone Main 3697W.

## TO EXCHANGE

TO EXCHANGE—1,000 acres, clear, North Arkansas, want merchandise or income. W. H. Beach, Leslie, Ark.

## WANTED TO BUY

TIPS TO THE PUBLIC

DO NOT give away your papers, such as books, magazines, ledgers and newspapers. We pay you highest prices. Phone 3686. American Paper Stock Co., 802 S. 8th.

WE PAY highest cash prices for household goods. See us before you sell or buy. Auctions every Friday at 2 p. m. Goods sold at retail. St. Joseph Furniture and Auction Co., 616 to 622 Messanie st. Phone Main 3696.

JUNK Highest prices for Iron, Metal, Rubber, Rags, Bottles. A. Stone, 804-06 So. 6th.

WANTED TO BUY—Second hand Ford cars, any quantity. Address 5312 King Hill ave.

## FOR SALE OR TRADE

TO TRADE—5-room Wyatt Park cottage for late model automobile. Desk B, 517 Francis st., or Phone Main 1611.

## FOR SALE—Miscellaneous

New Rugs, Carpets and Linoleums

THESE goods have all advanced in price from 30 to 50 per cent. We are still selling at the old prices. Come and see before buying. STUEBNER CLEANING & MER. CO. 1101 to 1105 South Eighteenth. Phone Main 664.

Sprayers free with orders for Insecti-Anni. Sure death to Bugs and Insects. Free deliveries. Hillyard Disinfectant Co., 801 S. 9th st. Phone Main 1560.

WOODSTOCK TYPEWRITERS SATISFY Latest and best Standard Machine. 124 N. 8th St. Typewriter Shop. Prices low. Easy terms.

FOR SALE—A civil service correspondence course with the best school in the country; fall examination. Good reason for selling. Address 176 Gazette.

SOD If you want the best sod and the neatest work done, call St. Joseph Sodding Co., Phone Main 3507J.

Shafting, Hangers, Pulleys AND BELTING JAMIESON MACHINE CO., 215 N. 2D ST.

FOR SALE—Family hotel, well established business, good location; very best class of people. Reason for selling, owner leaving city. Address J 604 Gazette.

FOR SALE—4-year-old Jersey cow, with fine heifer calf, and two crochet bedspreads. Ed Palmer, Route 2.

FOR SALE—Second hand Ford car in a number 1 condition. Address 5312 King Hill ave.

FOR SALE—5-passenger, 1913 Buick, in good condition. Call at 505 N. Main, mornings.

FOR SALE—Cheap, two rugs, gas stove, buffet. Call Main 5024J.

FOR SALE—Beautiful peonies, 3 colors. Phone 5428W.

## AUTOMOBILES

MUCHENBERGER'S GARAGE STORAGE AND REPAIRS. 1621 FRED. AVE. PHONES 3-3 SICK—TOO.

THOMPSON & LEAMAN Auto Livery. Open day and night. New 7-passenger cars. Phone South 331J.

REPAIRING, Storage and Supplies. STAGG AUTO CO. 1221 Fred. Ave. Ph. 2537.

IDEAL GARAGE. Repairing and supplies. 2708 St. Joseph ave. Phone Main 3429J.

ROY SEYLER, Ford expert, now located at 1618 Fred ave. Phone 3919.

## ABSTRACTS

SHULL & CHIPPS ABSTRACT CO. 517 FRANCIS. Also Insurance and Real Estate Loans.

## CARPET CLEANING

Stuebner's Ph. M. 664

THE ONLY Compressed Air cleaning plant in St. Joseph. Feather and Mattress renovating. We sell new rugs, carpets and linoleums. Clothes cleaned and pressed. 1101 S. 18th.

EFFICIENT Carpet Cleaning Works. Feather and mattress renovating. Work guaranteed. Phone 834. J. H. Roth, Jr., 1719 Colhoun.

ELECTRIC Carpet Cleaner, Roth & Co. Rugs cleaned, feathers renovated. All work guaranteed. Phone 1151. 2518 Mulberry st.

## REAL ESTATE LOANS

5% AND 6% Money to loan on farm and city property. J. G. SCHNEIDER GERMAN-AMERICAN BANK.

6% Farm Loans. Farm Lands. 6% WALLACE, POTEET & ORR. Farmers and Traders Bank, 19th & Fred. Ave. We have several cash buyers for farms; 40 to 200 acres. List your farms with us.

MONEY to loan on city and farm property. SMITH & GOW. 619 EDMOND STREET.

Farm Loans. Private Money 5% and 6%. FORD & PORTER. First National Bank Bldg.

## FINANCIAL

MONEY advanced salaried people without security; cheapest, best and most private terms. Cox Co., 24 Ballinger Bldg.

## RAILROAD TIME TABLE

**Excelsior Springs Route**

Electric trains leave 8th and Edmond half after every hour from 5:30 a. m. to 7:30 p. m., then 9:30 and 11:15 p. m., for Willow Brook, Dearborn, Camden Point, Liberty, Excelsior Springs and Kansas City. Limited, 8:30 a. m., 1:30 and 4:30 p. m. Call Main 811 for further information.

## TO RENT—OFFICE SPACE

DESK space, front window. 116 N. 8th.

## POULTRY

WONDERFUL discovery for chickens. Postal card will bring you astonishing knowledge, absolutely free. Write today. You are entitled to it and you can have it. Write 222 N. 6th st.

## AGENTS WANTED

AGENTS WANTED—For genuine live South American Chameleons, an attractive and amusing curiosity. They change their color to harmonize with anything they are placed upon. An ideal and perfectly harmless house pet. Wholesale price $12 per 100. Charles Nelson, care Billboard Pub. Co., Cincinnati, Ohio.

## WELDING AND CUTTING

CRACKED sectional boiler sections, frozen auto and pump cylinders, crank cases, gears, welded by the St. Joseph Welding Co., 811 Olive st. Our motto: Safety, Service, Satisfaction. Phone Main 2186J.

## TRAVELING MEN

TRAVELING Men, attention. When you are through reading your daily paper on the train throw it out to the first gang of section men you pass so they can read it. They will appreciate it.

## CALLING CARDS

CORRECT calling cards, 25c per 100. Studio 29, Ballinger Bldg.

## WANTED—Miscellaneous

WANTED—Stock to pasture. Phone Rural 178K—2. Wesley Maxwell.

## HOTELS

50 FRONT ROOMS, hot and cold running water, 50 and 75 cents per day. Hesse Hotel.

## FOR SALE—REAL ESTATE

**Factory Site—11 Acres**

BEST IN THE CITY for twice the money, just south of 23d and Commercial on east side of 23d, with railroad track making north line, and price reduced from $15,000 to $7,000 for quick sale. See Bigham & Ochiltree or any member of Real Estate Board.

FARMS of all sizes in Buchanan, Andrew, Clinton and DeKalb counties for sale. See us. DAVIS BROS. 625 FRANCIS STREET.

FOR SALE—Lot 110x140, has 5-room cottage and 10-room, 2-story tenement; must sell on account of sickness; will sell at a bargain; if you are looking for a home and a place to rent that will pay you 8 per cent on your investment; write quick. No trades. Address 139 Gazette.

WHY BE A RENTER and work two days for a landlord and one for yourself? Easy payments will secure a good grain and alfalfa farm. Let us explain. Carson Realty Co., Room 8, Corby, St. Joseph, Mo.

BIGGS REALTY CO. Farm Loans, Real Estate Exchange, Rentals. 508 Corby-Forsee Bldg. Phone 579.

I. R. WILLIAMS will meet those who want to consult him about Andrew county farms or farm loans on Wednesday of each week at 505 Francis st.

Farms and city property for sale or exchange. C. F. Wiatt & Co., 104 S. 7th. Phone Main 1684.

THOMPSON & HUFFAKER Farms, city property, rentals and exchanges made. 809 Edmond. Phone Main 595.

FARMS—If you want to buy or sell your farm See Tull & Whitton, 106 S. 7th st.

FOR city property, farms and exchanges, see Chappell & Million, 722½ Felix.

### REALTY TRANSFERS

| | |
|---|---|
| May 20—Empire Trust Co to Edw J Studer and wf e 50 ft L 10 B 12 Hyde Park | $ 1 |
| May 16—Louise Lonsdale to Archie Cable w 70 ft L 17 B 23 Wyatt Park | 250 |
| May 24—Wm G Hays and wf to Artie M Stiffler L 1 B 4 Bowen | 1 |
| May 24—Artie M Stiffler to Arminda Hays et al same property | 1 |

## LEGAL NOTICES

(Published in The St. Joseph Gazette May 30, 1916.)

**General Ordinance No. 1630.**

An Ordinance Establishing Grades on Auguste Street Between Fourth and Sixth Streets, Dis-establishing Any Grades Now Existing on Said Street Conflicting with the Grades Herein Named and Repealing Conflicting ordinances.

Be It Ordained by the Common Council of the City of St. Joseph as Follows:

Section 1. That the grades be established on Auguste street between the east line of Fourth street and the west line of Sixth street at the following elevations in feet above the city's datum, at the following points:

On the north line of Auguste street—

At the west line of the alley first east of Fourth street, 38.20.

At the east line of the alley first east of Fourth street, 38.50.

At the west line of Fifth street, 47.50.

At the east line of Fifth street, 48.50.

At the west line of the alley first east of Fifth street, 57.00.

At the east line of the alley first east of Fifth street, 57.50.

On a line 8 feet south of the north line of Auguste street—

At the east line of Fifth sreet, 48.25.

At the west line of the alley first east of Fifth street, 56.50.

At the east line of the alley first east of Fifth street, 57.00.

On a line 13 feet south of the north line of Auguste street—

At the west line of the alley first east of Fourth street, 37.70.

At the east line of the alley first east of Fourth street, 38.00.

At the west line of Fifth street, 47.00.

On a line 18 feet north of the south line of Auguste street—

At the east line of Fifth street, 49.50.

At a point 40 feet east of the east line of Fifth street, 52.00.

At the west line of the alley first east of Fifth street, 57.50.

At the east line of the alley first east of Fifth street, 58.00.

On a line 13 feet north of the south line of Auguste street—

At the west line of the alley first east of Fourth street, 38.20.

At the east line of the alley first east of Fourth street, 38.50.

At the west line of Fifth street, 48.00.

On a line 6 feet north of the south line of Auguste street—

At the east line of the alley first east of Fourth street, 39.50.

At the west line of Fifth street, 49.50.

At a point 16 feet east of the east line of Fifth street, 50.50.

At a point 8 feet west of the east line of Fifth street, 54.70.

At the east line of Fifth street, 55.00.

At a point 40 feet east of the east line of Fifth street, 58.00.

At the west line of the alley first east of Fifth street, 59.50.

At the east line of the alley first east of Fifth street, 60.00.

On the south line of Auguste street—

At the west line of the alley first east of Fourth street, 38.80.

At the east line of the alley first east of Fourth street, 39.50.

At the west line of Fifth street, 49.50.

At a point 16 feet east of the west line of Fifth street, 49.25.

At a point 20 feet west of the east line of Fifth street, 50.50.

At a point 16 feet west of the east line of Fifth street, 50.70.

At a point 8 feet west of the east line of Fifth street, 54.70.

At the east line of Fifth street, 55.00.

At a point 40 feet east of the east line of Fifth street, 58.00.

At the west line of the alley first east of Fifth street, 59.50.

At the east line of the alley first east of Fifth street, 60.00.

Sec. 2. That any established grades now existing on Auguste street between the east line of Fourth street and the west line of Sixth street conflicting with the grades established herein by this ordinance, be dis-established.

Sec. 3. All ordinances or parts of ordinances, in conflict with this ordinance are hereby repealed.

Approved as to form, Charles L. Faust, City Counselor.

The foregoing ordinance is submitted this 28th day of February, 1916, to the Common Council and its passage recommended.

THE BOARD OF PUBLIC WORKS.
(Seal) By W. D. MORRISON,
Attest: Its President.
FRED W. LAUDER, Clerk.

Approved March 27, 1916.
(Seal) ELLIOT MARSHALL,
Attest: Mayor.
JOEL E. GATES, City Clerk.
(Received from the City Clerk, May 23, 1916.)

(Published in The St. Joseph Gazette, May 30, 1916.)

**Special Ordinance No. 1630.**

An Ordinance Establishing Grades on Thirty-first Street Between Sylvanie Street and Noyes Boulevard, Dis-establishing Any Grades Now Existing on Said Street Conflicting With the Grades Herein Named and Repealing All Conflicting Ordinances.

Be It Ordained by the Common Council of the City of St. Joseph as Follows:

Section 1. That the grades be established on Thirty-first Street between the south line of Sylvanie Street and the north line of Noyes Boulevard, at the following elevations in feet above the city's datum, at the following points:

On the East Line of Thirty-first Street—

At the south line of Angelique Street, 148.00.

At a point 60 feet north of the south line of Messanie street, 148.50.

At the south line of Messanie street, 148.00.

At a point 20 feet south of the south line of Messanie street, 149.00.

At a point 40 feet south of the south line of Messanie street, 149.40.

At a point 60 feet south of the south line of Messanie street, 148.40.

At the north line of the alley first south of Messanie street, 142.10.

At the south line of the alley first south of Messanie street, 141.60.

At the north line of Locust street, 128.00.

At the south line of Locust street, 126.50.

At a point 40 feet south of the south line of Locust street, 124.00.

At a point 160 feet south of the south line of Locust street, 109.50.

At a point 185 feet south of the south line of Locust street, 108.20.

At a point 205 feet south of the south line of Locust street, 108.20.

At a point 225 feet south of the south line of Locust street, 107.80.

At a point 245 feet south of the south line of Locust street, 106.40.

At a point 440 feet south of the south line of Locust street, 89.20.

At a point 470 feet south of the south line of Locust street, 87.30.

On a Line 8 Feet West of the East Line of Thirty-first Street—

At the south line of Angelique street, 147.70.

At a point 20 feet south of the south line of Messanie street, 148.70.

At a point 40 feet south of the south line of Messanie street, 149.10.

At a point 60 feet south of the south line of Messanie street, 148.10.

At the north line of the alley first south of Messanie street, 141.80.

At the south line of the alley first south of Messanie street, 141.30.

At a point 40 feet south of the south line of Locust street, 123.70.

At a point 440 feet south of the south line of Locust street, 89.00.

At a point 470 feet south of the south line of Locust street, 87.00.

On a Line 15 Feet East of the Center Line of Thirty-first Street—

At the south line of Angelique street, 146.00.

At a point 60 feet north of the south line of Messanie street, 148.00.

At the south line of Messanie street, 147.50.

At the north line of the alley first south of Messanie street, 140.10.

At the south line of the alley first south of Messanie street, 139.60.

At the north line of Locust street, 127.50.

At the south line of Locust street, 126.00.

On a Line 15 Feet West of the Center Line of Thirty-first Street—

At the north line of the alley first south of Messanie street, 139.50.

At the south line of the alley first south of Messanie street, 139.00.

At the north line of Locust street, 128.00.

On a Line 8 Feet East of the West Line of Thirty-first Street—

At the south line of Messanie street, 147.00.

At a point 40 feet south of the south line of Messanie street, 147.40.

At a point 60 feet south of the south line of Messanie street, 146.90.

At a point 80 feet south of the south line of Messanie street, 145.30.

At the north line of the alley first south of Messanie street, 141.20.

At the south line of the alley first south of Messanie street, 140.70.

On the West Line of Thirty-first Street—

At the north line of Angelique street, 146.00.

At the south line of Angelique street, 145.50.

At a point 60 feet north of the south line of Messanie street, 148.00.

At the south line of Messanie street, 147.50.

At a point 40 feet south of the south line of Messanie street, 147.70.

At a point 60 feet south of the south line of Messanie street, 147.20.

At a point 80 feet south of the south line of Messanie street, 145.60.

At the north line of the alley first south of Messanie street, 141.50.

At the south line of the alley first south of Messanie street, 141.00.

At the north line of Locust street, 128.50.

At the south line of Locust street, 137.00.

At a point 160 feet south of the south line of Locust street, 110.00.

At a point 205 feet south of the south line of Locust street, 107.50.

At a point 220 feet south of the south line of Locust street, 107.50.

At a point 240 feet south of the south line of Locust street, 107.00.

At a point 260 feet south of the south line of Locust street, 105.80.

At a point 440 feet south of the south line of Locust street, 88.00.

At a point 470 feet south of the south line of Locust street, 85.70.

Section 2. That any established grades now existing on Thirty-first Street between the south line of Sylvanie Street and the north line of Noyes Boulevard, conflicting with the grades established herein by this ordinance, be dis-established.

Section 3. All ordinances or parts of ordinances in conflict with this ordinance are hereby repealed.

Approved as to form, Charles L. Faust, City Counselor.

The foregoing ordinance is submitted this 13th day of March, 1916, to the Common Council and its passage recommended.

THE BOARD OF PUBLIC WORKS.
(Seal) By W. D. MORRISON,
Attest: Its President.
FRED W. LAUDER, Clerk.

Approved April 13, 1916.
(Seal) ELLIOT MARSHALL,
Attest: Mayor.
JOEL E. GATES, City Clerk.
(Received from the City Clerk May 23, 1916.)

(Published in The St. Joseph Gazette, May 30, 1916.)

**General Ordinance No. 1639**

An Ordinance Providing for the Regulation and Orderly Government of Parks, Boulevards, Parkways, Park Roads, Streets, Avenues and Other Public Grounds Under the Control and Management of the Board of Park Commissioners.

Be It Ordained by the Common Council of St. Joseph:

Section 1. No omnibus, wagon, cart, dray, truck or other vehicle for carrying goods, merchandise, manure or any other articles, except such as are engaged in repairing or constructing said parks, boulevards, streets, avenues or driveways shall be allowed to enter upon any boulevard, parkway, street, avenue or park road under the control and management of the Board of Park Commissioners of St. Joseph, Missouri; provided, however, that wagons or other vehicles carrying goods, merchandise or other articles to or from any house or premises abutting upon any of such boulevards or parkways shall be permitted to enter thereon at the cross street nearest to said house or premises in the direction in which the same are moving, and deliver or receive such goods, merchandise or other articles, but shall not proceed thereon further than the nearest cross street thereafter; but this provision shall not apply to any of the driveways within the limits of the parks, and said boulevards, parkways, avenues, streets or park roads shall not be used by business vehicles for traffic purposes, except as hereinbefore provided; and provided, further, that Ashland Boulevard from Osage Street to Lovers' Lane, North Twenty-second Street from Frederick Avenue to Lovers' Lane and Lovers' Lane from Twenty-second Street to Ashland Boulevard shall be exempt from this regulation until parallel streets are made available for such vehicles.

Section 2. All carriages, cabs and other vehicles usually carrying lamps must keep the same lighted from sunset until sunrise; and all automobiles and other motor vehicles must display a white light ahead and red light behind from sunset until sunrise.

Section 3. All motor cycles and bicycles must carry a lighted lamp showing a white light ahead and red lights to the sides from sunset until sunrise, and said motor cycles and bicycles must strictly comply with the rules of the road as provided for all other vehicles and must not congregate nor run more than two abreast of each other.

Section 4. All vehicles and horsemen, when passing another vehicle or horseman going in the same direction, must keep to the left and leave the vehicle or horseman they are passing, on the right.

Section 5. All vehicles or horsemen going at a walk or slow trot must keep near the curb stone or gutter on the right hand side of the road in the direction in which they are going; those going more rapidly must keep nearer the middle of the road.

Section 6. Red street lights located in the center of drive-ways at intersections and turns indicate this rule of the road: "Slow Down and Keep to the Right;" and this rule of the road must be complied with on all intersections and turns of the boulevards and parkways whether lights are so located or not.

Section 7. No vehicle shall stop for any purpose without first drawing up to the curbstone or gutter, and always on the right hand side of the road in the direction in which they are going.

Section 8. Automobiles or any other vehicles must not exceed a speed limit of 18 miles per hour on any of the boulevards, avenues, streets or parkways, and must not exceed a speed limit of 15 miles per hour on any of the park roads within any park.

Section 9. No person shall be permitted to move any house along or upon any boulevard or parkway without first obtaining a special permit from the Board of Park Commissioners, and then only within such stated time as may be established by said Board, and such permit shall contain the necessary conditions guarding against damage to property under the control of said Board of Park Commissioners, as provided in Section 10 of this ordinance.

Section 10. Every person obtaining a permit for the use of a portion of any boulevard, parkway, avenue, street, park road or sidewalk shall be required to deposit with the Secretary of the Board of Park Commissioners a sum in cash or its equivalent, estimated by the Board of Park Commissioners to be sufficient to pay for the cost of any damage to said boulevard, parkway, avenue, street, park road or sidewalk space caused by any work being done under authority of said permit; and if repairs and restoration are made under the supervision and to the satisfaction of the Board of Park Commissioners at the expiration of such permit, and no damages have occurred to said boulevard, parkway, avenue, street, park road or sidewalks space, then the deposit will be returned in full; but upon failure of the person obtaining such a permit to repair and restore condition as above provided, within five days of the expiration of such permit, the Board of Park Commissioners may proceed to make such repairs and deduct the cost of same from such deposit; the balance, if any, to be returned to the person obtaining.

Section 11. No horse nor mule nor any animal attached to a vehicle, shall be permitted to stand upon any portion of any boulevard, parkway, avenue or park road of said city, unless the driver thereof is in charge of and accompanies the same; or unless such animal be securely hitched to a hitching post, erected with the approval of the Board of Park Commissioners; nor shall any vehicle, horse, mule or animal be permitted to stand upon any boulevard, parkway, avenue, street or park road to the obstruction of the same or to the inconvenience of travel.

Section 12. No person shall engage in any racing, speeding or fast driving on any boulevard, parkway, avenue, street or park road of said city.

Section 13. No velocipede, bicycle, tricycle, wheelbarrow, handcart nor other vehicle, nor any horse, mule, cattle, chickens, ducks, geese nor swine shall be placed by the owner or any other person in charge or control thereof, or be permitted by the same upon the sidewalks, curbstones, grass plots or planting spaces of any park, boulevard, parkway, avenue, street or park road, nor to cross the same. Nor shall such vehicle, fowl or animal be taken upon any cart thereof, except upon the carriage drives and crossings provided therefor. Nor shall any horses, mules, cattle, sheep, fowls or swine be driven loose, singly or in herds on any boulevard, parkway, avenue, street or park road of said city. Nor shall any dog be taken or permitted in or upon any park, except the same be led and secured at all times by cord or chain of not greater length than ten (10) feet. Roller skating on the sidewalks of any boulevard, avenue, street or parkway is prohibited.

Section 14. No person shall hitch any horse or other animal to any lamp post, tree or fire hydrant on any boulevard or parkway or ride or drive over the curbstone, sidewalks or grass plots thereon, nor shall any person permit any horse, mule or other animal to stand so near to any tree on any boulevard or parkway or in any park, that such animal can damage the same by biting or otherwise.

Section 15. No owner, occupant or agent of any land abutting upon any boulevard, avenue, street or parkway of said city shall allow the earth or any rubbish from said land to fall or wash upon any part of said boulevard, avenue, street or parkway. Nor shall any person throw or cause to be thrown any dirt or rubbish of any kind upon any such park, boulevard, parkway, avenue, street or park road.

Section 16. No person shall place or deposit or allow to be placed or deposited on any boulevard, avenue, street, parkway or park road of said city, any building material whatsoever, or any other articles or things which shall obstruct or hinder the travel thereon, without a written permit from the Board of Park Commissioners, which said permit shall state how great a space will be allotted on which the same may be placed or deposited, the amount of cash deposit or its equivalent as provided in Section 10 of this Ordinance, and the length of time during which said permit shall be in force; but no obstruction nor deposit of any kind shall be placed upon the sidewalk of any boulevard or parkway.

Section 17. Every person having the use of any portion of any boulevard, parkway, avenue, street or park road of said city, for the purpose of erecting or repairing any building or for any other purpose, shall cause two (2) red lights to be placed in a conspicuous place, one at each end of such obstruction, from dusk until sunrise in the morning of each day during the time such obstruction shall remain, and shall also construct and maintain proper safeguards and a good and safe plank sidewalk around such obstruction, which sidewalk shall be at least two (2) feet wide.

Section 18. No person shall play any game whatsoever in or upon any of the parks, boulevards, avenues, streets, parkways or park roads under the control of the Board of Park Commissioners; provided, however, that ball, cricket, lawn tennis and other games of recreation may be played upon such positions of said parks as may be designated from time to time by the Board of Park Commissioners, and under such rules and regulations as may be prescribed by said Board. The grass plots or lawns of public parks and parkways shall not be used by any person as thoroughfares in crossing from one roadway, walk or street to another roadway, walk or street. But this section shall not be construed to interfere with the use of public parks or parkways as pleasure grounds by the people for the purpose of recreation under such reasonable rules and regulations as may be prescribed by the Board of Park Commissioners.

Section 19. No person shall engage in any sport upon any boulevard, avenue, street, parkway, park road or driveway under the control or supervision of the Board of Park Commissioners which will be likely to frighten horses, injure passengers or embarrass the passage of vehicles thereon.

Section 20. No person shall fire or discharge any gun or pistol, or carry firearms, or throw stones or other missiles, or fire, discharge or set off any rocket, cracker, torpedo, squib or other fireworks or things containing any substance of an explosive character within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said Board and subject to such rules and regulations as said Board may establish.

Section 21. No person shall expose any article or thing for sale, or do any hawking or peddling, or distributing handbills, or erect any sign or posts, or affix any notice or bill or other writing or printing on any tree, lamp post, hydrant, curbstone, sidewalk, coping, flagstone, fence, wall, building or other place in any park, boulevard, avenue, street, parkway, park road, driveway, or other public grounds under the control or supervision of the Board of Park Commissioners of said city. Nor shall any person drive any animal or vehicle displaying an advertising placard of any kind; nor shall any person display any placard or advertisement of any kind upon or along any boulevard, avenue, street, parkway, park road or in any park or other public grounds under the control and management of the Board of Park Commissioners of said City.

Section 22. No person shall cut, break or in any way injure or deface any of the trees, shrubs, plants, turf, grass, lamp posts, fences, buildings or other constructions of property in or upon any park, boulevard, avenue, streets, parkways, park roads or other public grounds of said city under the control or supervision of the Board of Park Commissioners.

Section 23. All persons riding bicycles, tricycles or velocipedes in parks or upon parkways, boulevards or park roads shall be required to keep upon the paths especially provided for the same, or upon the roadway, and in no case shall be permitted to ride upon the sidewalks, foot paths or upon the parking or grass.

Section 24. No vehicles other than those used for pleasure driving or other than such carts as may be employed by the Board of Park Commissioners in the construction of or caring for said parks, shall be permitted to enter said parks, except upon written consent of the Board of Park Commissioners.

Section 25. No person shall be guilty of disorderly, unchaste or lewd conduct, or of habitual loafing or sleeping on the ground or benches, or make, aid or assist in making any disorderly noise or riot or breach of the peace within the limits of any park, boulevard, avenue, street, parkway or other public grounds of the city.

Section 26. All sidewalks hereinafter constructed on boulevards, avenues, streets, and parkways under the control of the Board of Park Commissioners, shall be of artificial stone or other durable material selected by the Board of Park Commissioners and shall be of such width as the Board of Park Commissioners may establish in each case, and they shall be uniform in character and appearance throughout each boulevard and parkway, and they shall be otherwise constructed and laid strictly in accordance with the plans and specifications and under the supervision of the Board of Park Commissioners.

Section 27. All that part or portion of driveways connecting private property with the roadway and lying between the lot line and the roadway on all boulevards and parkways and other avenues under the control of the Board of Park Commissioners, shall be constructed by the Board of Park Commissioners, or under its supervision, at the expense of the property owner, and of such width as the Board of Park Commissioners may determine in each case; provided, however, that at the maximum width required by said Board of Park Commissioners shall not exceed ten (10) feet; provided, further, that at the request of the property owner a special permit may be granted by said Board of Park Commissioners for a greater width, and such driveways shall be constructed in accordance with the plans and specifications furnished by and under the provision of the Board of Park Commissioners, and their location shall be with the consent of said Board of Park Commissioners.

Section 28. On all boulevards, avenues, streets and parkways under the control of the Board of Park Commissioners, there shall be constructed at the expense of the property owner, footways connecting private property with the public walk, and also with the curb line where necessary. There shall not be more than one foot-way for each residence, except by special permit of the Board of Park Commissioners. Such foot-ways shall be located at such points as the Board of Park Commissioners may direct or designate. The width of such footways shall in all cases be established by the Board of Park Commissioners and be constructed of the same materials and in accordance with the plans and specifications governing the construction of public walks with which said foot-ways connect. The rise of such foot-ways from top of curb to the property line shall be at the rate of one-fourth (1-4) of an inch to each foot; provided, however, that this rate of slope may be increased or diminished by permission of the Board of Park Commissioners when in their judgment such change will not be detrimental but will improve the appearance of said boulevard, avenue or parkway.

Section 29. No person shall be permitted to build or place any fence or other barrier around any grass plots or planting spaces on any boulevard or parkway.

Section 30. Any person who shall violate any of the foregoing provisions, rules and regulations shall be deemed guilty of a misdemeanor and upon conviction thereof shall be punished by a fine of not less than Five Dollars ($5.00) nor more than One Hundred Dollars ($100.00), for each and every offense, and in addition to the members of the regular police force of St. Joseph, who may be especially detailed by the Board of Park Commissioners for the enforcement of the foregoing rules and regulations and for service under the direction of the Board of Park Commissioners, said Board of Park Commissioners may employ and appoint additional persons to act as special guards and watchmen in parks, boulevards and parkways, as it may find it expedient and deem necessary for the protection of the same and for the enforcement of the rules and regulations of said Board of Park Commissioners and the Ordinance of the city relating to the regulation and orderly government of parks and public grounds under the control and management of the Board of Park Commissioners, and said special guards and watchmen shall be paid out of the general funds appropriated by the Common Council for the general expenses of the Board of Park Commissioners and for other park purposes; but the number of such special guards and watchmen appointed shall not exceed fifteen (15) per cent of the regular police force of said city without the consent and approval of the Common Council of said city.

Section 31. The Common Council finds and declares that the action of the Common Council herein has been recommended by the Board of Park Commissioners of St. Joseph, Missouri, as provided by law, and that said Board has adopted said rules and regulations and has recommended to the Common Council the establishment and enforcement of the same by ordinance as herein provided.

Section 32. All ordinances or parts of ordinances, in conflict with this ordinance, insomuch as they conflict herewith, are hereby repealed.

Approved as to form, Charles L. Faust, City Counselor.

Approved May 16th, 1916.
(Seal) ELLIOT MARSHALL,
Attest: Mayor.
JOEL E. GATES,
City Clerk.

The Honorable Common Council, City.

Gentlemen: The Board of Park Commissioners herewith transmit to your honorable body for your consideration the above and foregoing ordinance, and do unanimously recommend that it be passed.

THE BOARD OF PARK COMMISSIONERS,
(Seal) By W. D. WEBB,
Attest: Its President.
J. H. BARNES, Secretary.
(Received from the City Clerk May 23, 1916.)

EX. 76A

Ferndale Enterprise (Ferndale, California) · Fri, Jun 10, 1921 · Page 8
Downloaded on Nov 20, 2024
https://www.newspapers.com/image/629686729/

away, any maiden hair or other fern, or any bushes or shrubs in the public parks and play-grounds of the Town of Ferndale, unless with permission of the Park Commissioners.

SECTION 3. It is hereby declared to be unlawful for any person to set spring or other traps to catch, shoot with air pistols, or other weapons, or to carry, or discharge any fire arms or air guns in or upon, or disturb, or molest in any manner any birds or animals in the public parks and play-grounds of the Town of Ferndale.

SECTION 4. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and upon conviction thereof shall be fined not exceeding one hundred dollars and

Copyright © 2024 Newspapers.com. All Rights Reserved.

A123

## ORDINANCE NO. 130

AN ORDINANCE TO PROTECT THE SHRUBBERY, TREES, BUSHES, AND BIRDS IN THE PUBLIC PARKS AND PLAYGROUNDS OF THE TOWN OF FERNDALE.

The Board of Trustees of the Town of Ferndale do ordain as follows:

SECTION 1. It is hereby declared unlawful for any person to damage, break, or mutilate any of the trees, shrubs, bushes, buildings, benches or seats in the public parks and play-grounds of the Town of Ferndale.

SECTION 2. It is hereby declared to be unlawful for any person to uproot, or take, or carry away, any maiden hair or other fern, or any bushes or shrubs in the public parks and play-grounds of the Town of Ferndale, unless with permission of the Park Commissioners.

SECTION 3. It is hereby declared to be unlawful for any person to set spring or other traps to catch, shoot with air pistols, or other weapons, or to carry, or discharge any fire arms or air guns in or upon, or disturb, or molest in any manner any birds or animals in the public parks and play-grounds of the Town of Ferndale.

SECTION 4. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and upon conviction thereof shall be fined not exceeding one hundred dollars and in case the said fine shall not be paid shall be imprisoned until said fine is paid at the rate of one day for every two dollars of such fine.

SECTION 5. This Ordinance shall go into effect thirty days after its final passage.

Passed and adopted this 6th day of June, 1921.

Ayes: Moore, Smith, Boyd, Thompson and Miner.

Noes: None.

Absent: None.

S. V. SMITH,
President of the Board of Trustees of the Town of Ferndale, California.

Attest: LOUIS M. MARVEL, Town Clerk.

Copyright © 2024 Newspapers.com. All Rights Reserved.

## CLASSIFIED Advertising

SEPARATOR WANTED.—Small separator wanted, Sharples preferred. Inquire at Enterprise office.

AUTO FOR SALE—Chandler 1917 4-cylinder 7-passenger automobile for sale. Good condition. Price $400. A bargain. Address The Enterprise office. j3t2

BULL FOR SALE—Grade Jersey bull for sale. A No. 1 animal. See JOHN W. TRIGG, Ferndale. j3t3

WANTED—A neat capable girl to do second work. Phone 832. j3tf

BICYCLE FOR SALE—A girl's bicycle in No. 1 condition for sale. Inquire at AMMER'S GROCERY. j3tf

MARE FOR SALE—Lady Dillon 3 years old, record 2:20 on Ferndale track. The coming horse for the Ferndale Fair this year. If interested inquire of JAMES TONINI at Guthrie, Phone 49-F-11. m6tf

SIDEWALKS.—I do all kinds of concrete sidewalk work. P. LARSEN, Box 254, Ferndale. m27tf

PIGS FOR SALE—Pigs weighing between 40 and 100 lbs. for sale. Apply to HIRAM KEMP, Grizzly Bluff. f11tf

HOME FOR SALE—House and two acres of land for sale on Fifth St, Ferndale. Price very reasonable. Inquire of OSCAR RICHARDSON or A. W. BLACKBURN. f11tf Ferndale.

RESIDENCE FOR SALE.— My residence on Fifth Street, Ferndale, for sale. See A. M. DINSMORE. m6tf

POSITION WANTED.— Woman with child would like position on ranch as cook. Men preferred. Apply to WESTERN HOTEL, Eureka. j10t1

YOUNG GIRLS—desiring to take a Course of Training for Nurses apply for further information to Superintendent of Nurses, Union Labor Hospital, Eureka, Calif. m25tf

FOR SALE—Hogs and cows for sale. Inquire of LUTE KEMP or HIRAM KEMP, Grizzly Bluff. j3tf

ASK McLAREN, the Piano Man why the tone of your piano can be preserved only by having the instrument tuned and regulated regularly. 1226 G St., Eureka. Phone

STOVE FOR SALE—A Bridge-Beach cookstove for sale. For particulars inquire at The Enterprise office. m27tf

SEPARATORS FOR SALE—Two separators for sale. No. 17 DeLaval. For further information apply at The Enterprise office. j10t2

FOR SALE—Finest bottom land in Eel River Valley, paying 6 per cent net rented; runs over 60 cows —equipped for irrigating alfalfa. Only $19,000.00 required. Also 102 cow lease very reasonable. See A. W. BLACKBURN.

BULL FOR SALE OR RENT.—3-year-old bull for sale or rent. Cross of Jersey and Holstein. Price $70 or will rent for $20. Apply at The Enterprise office. m27t4p

FOR SALE—6 year lease on 55-cow dairy, with all growing crops, young stock and horses. Inquire of FLOCCHINI BROS., Alton, Cal. m26tf

### Heavy Cropper Beet Seed
The New Stock Beet

Proved successful last year in Eel River Valley Heavy producer and delicious flavor. Cows prefer them to carrots

Ammer's Grocery

## WOOD
### Pine Wood---"Red Fir"
Made from big standing timber, practically free from knots, $10 per cord in Fortuna, $11 in Loleta, and $12 in Ferndale

### Also Dry Tan Oak
A limited amount of this fine wood at the special price of $13 in Loleta and $15 in Ferndale

### The best Wood in Humboldt County
#### Phone or Postal Card to
## BURRIS TRUCK LINE
Eureka    Phone 1244 W or 1940 J

ECONOMY MEAT—Will run a meat wagon to all parts of the valley on Wednesdays and Saturdays. All good young inspected beef. You know what economy means. m27tf        HENRY GRANDY.

SHEPHERD PUPS FOR SALE —Two Shepherd puppies of good stock, for sale. Inquire of P. O. EDELINE, Grizzly Bluff.    j10t2

FOR RENT.—A furnished flat in Ferndale. Will be vacant July 1. Grizzly Bluff.        j10t4

ORDINANCE NO. 130
AN ORDINANCE TO PROTECT THE SHRUBBERY, TREES, BUSHES, AND BIRDS IN THE PUBLIC PARKS AND PLAYGROUNDS OF THE TOWN OF FERNDALE.

The Board of Trustees of the Town of Ferndale do ordain as follows:

SECTION 1. It is hereby declared unlawful for any person to damage, break, or mutilate any of the trees, shrubs, bushes, buildings, benches or seats in the public parks and play-grounds of the Town of Ferndale.

SECTION 2. It is hereby declared to be unlawful for any person to uproot, or take, or carry away, any sunken hair or other form, or any bushes or shrubs in the public parks and play-grounds of the Town of Ferndale, unless with permission of the Park Commissioners.

SECTION 3. It is hereby declared to be unlawful for any person to set spring or other traps to catch, shoot with air pistols, or other weapons, or to carry, or discharge any fire arms or air gun in or upon, or disturb, or molest in any manner any birds or animals in the public parks and play-grounds of the Town of Ferndale.

SECTION 4. Any person violating any of the provisions of this ordinance shall be deemed guilty of a misdemeanor and upon conviction thereof shall be fined not exceeding one hundred dollars and in case the said fine shall not be paid shall be imprisoned until said fine is paid at the rate of one day for every two dollars of such fine.

SECTION 5. This Ordinance shall go into effect thirty days after its final passage.

Passed and adopted this 6th day of June, 1921.
Ayes: Moore, Smith, Boyd, Thompson and Miner.
Noes: None.
Absent: None.
S. V. SMITH,
President of the Board of Trustees of the Town of Ferndale, California.
Attest: LOUIS M. MARVEL,
Town Clerk.

$22,000—24 acres rich, cleared, creek bottom; cheaply irrigated; remainder bench; good house, new, modern barn, silo, chicken and hog houses; also 15 cows, 6 heifers, 2 horses; crop; farming implements. Cheap.
$22,800—82 acres, 70 riches; bottom, well improved. Supports 38 cows, but will next year support 45. Sacrifice.
$26,000—100 acres, 40 acres rich creek bottom, remainder good bench. Well improved.
A. J. JOHNSEN,
421 5th St., Eureka.
a2tf

FOR SALE.—Fumed oak davenport, brown pantasote upholstering, in fine condition. Also a kitchen cabinet table. Apply to MRS. S. T. KELSEY, North Ferndale.

BULL FOR SALE—15-months-old Guernsey bull for sale. ALEX JOHANSEN, Waddington. j10t2

HAY FOR SALE—Good grass hay in the field. $10 a ton. D. C. BUGBEE, Grizzly Bluff. Phone 55F5.        j10t2

RETURN BICYCLE—The party who took a bicycle from the American Hotel Monday night, in order to avoid publicity, should return same at once to original place. j10t1

CRANK LOST—Auto crank lost on Port Kenyon road Sunday, May 29th. Finder please notify JOHN CHRISTENSEN, Port Kenyon. P. O. address R F D, Ferndale.

## Our Yearly Special on Fancy French Prunes
### is on again

| | |
|---|---|
| 90-100 Southern Prunes 25 lb. box | $2.00 |
| 50-50 Humboldt Prunes 25 lb. box | 2.50 |
| 40-50 Humboldt Prunes 25 lb. box | 3.25 |
| " Santa Clara " | 3.75 |

### Marcussen's Grocery
Phone 108    Main St., Ferndale

NOTICE OF TIME APPOINTED FOR PROVING WILL

In the Superior Court of the County of Humboldt, State of California.

In the Matter of the Estate of William E. Price, Deceased.

Notice is hereby given that Tuesday, the 28th day of June, A. D. 1921, at Ten o'clock A. M. of said day, at the Court Room of Department One of said Court, at the Court House, in the City of Eureka, in the County of Humboldt, State of California, have been appointed as the time and place for proving the will of said William E. Price, deceased, and for hearing the application of John E. Grim for the issuance to him of Letters Testamentary when and where any person interested may appear and contest the same.

Dated June 7th, 1921.
(SEAL)    FRED M. KAY, Clerk.
By I. H. Cousins, Deputy Clerk.
A. W. BLACKBURN, Esq.,
Attorney for Petitioner.
Date of First Publication of Notice, June 10, 1921.    j10t3

CARD OF THANKS

We wish to express our heartfelt thanks for the many kindnesses shown us in our bereavement, the death of our husband, father and brother. We especially thank those who assisted at the funeral, the choir and pallbearers, and those who sent flowers, as well as all neighbors and friends who offered sympathy and help. We will always remember one and all with deep gratitude.
(Signed) Mrs. Grace Martin and children, Mrs. Martha Matheson and family, Mr. and Mrs. B. Resnick and family, Mr. and Mrs. P. Becker and family.

Mrs. W. O. Perry and children of Ferndale are on a month's visit to relatives in Red Bluff. They were taken over the last of the week by Mr. Perry, who returned by auto a couple of days later.

## The Norwalk
### CORD AND FABRIC
## Tires
Will give you more miles for the money than any other tires.
The prices are very reasonable.

### Taubman's Garage
Ferndale

## DODGE BROS.
## announce a
## Substantial Reduction
## in
## Prices of Their Cars
## Effective June Eighth

## C. R. THOMPSON
## Ferndale

EX. 76B

1. To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog or fowl of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes or any other fireworks, or air gun or sling-shot.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, benche or other structure, apparatus or property; or to pluck

o'clock a. m. of the following day, without written permission of the Board of Park Commissioners.

19. It shall be unlawful for any person or persons to take into, exhibit or use in any park any firearms, air gun, sling-shot, or other articles of like character.

20. To go upon any lawn or grass plot, where prohibited, and which prohibition is indicated by proper and legible signs.

21. To open, expose or interfere with any water or gas pipe, hydrant, stopcock, sewer, basin or other con-

## ORDINANCE NO. 89

AN ORDINANCE REGULATING THE USE OF THE PUBLIC PARKS OF THE CITY OF REEDLEY.

The Board of Trustees of the City of Reedley do ordain as follows:

SECTION I. Within the limits of any parks in the City of Reedley, and within the limits of any parks now owned or to be hereafter owned by the City of Reedley outside of the limits of the City of Reedley, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1. To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog or fowl of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes or any other fireworks, or air gun or sling-shot.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench or other structure, apparatus, or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant, or flower, or to mark, or write upon any building, monument, fence, bench, or other structure or to carry any flowers, shrubs or branches into or out from the park.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills or circulars, or to post, place or erect any bills, notice, paper, or advertising devise or matter of any kind.

6. To swim, bathe, wade in, or pollute the water or any fountain, pond or lake, except that wading and swimming shall be permitted in running streams.

7. To camp or lodge therein, without the written permission of the Board of Park Commissioners.

8. To ride, or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads, drives or places provided for such purposes.

9. To indulge in riotous, boisterous, threatening, indecent or immoral conduct, or abusive, threatening, profane language, or to throw stones or missiles.

10. To sell, or offer for sale, any merchandise, article or thing whatsoever, without the written consent of the Board of Park Commissioners.

11. To hitch, or fasten any horse, or other animal, except at a place specially designated and provided for such purpose.

12. To ride or drive at a rate of speed exceeding twelve miles per hour.

13. To ride or drive any horse or animal not well broken and under perfect control of the driver.

14. To play or bet at or against any game which is played, conducted, dealt, or carried on with cards, dice, or other device for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming, or to play any game prohibited by any ordinance of the City of Reedley.

15. To practice, carry on, conduct, or solicit for any trade, occupation, business or profession, without the written permission of the Board of Park Commissioners.

16. To drive, or have any dray, truck, wagon, cart, or other traffic vehicle, carrying or used or employed in carrying goods, merchandise, lumber, oil, dirt, manure, sand or soil, or any article of trade or commerce, or any offensive article or material whatsoever, upon any road or drive, except when the same is being done for the improvement of the park, and at the direction of the Board of Park Commissioners.

17. To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

18. To remain, stay or loiter, in any public park, between the hours of twelve o'clock midnight and five o'clock a. m. of the following day, without written permission of the Board of Park Commissioners.

19. It shall be unlawful for any person or persons to take into, exhibit or use in any park any firearms, air gun, sling-shot, or other articles of like character.

20. To go upon any lawn or grass plot, where prohibited, and which prohibition is indicated by proper and legible signs.

21. To open, expose or interfere with any water or gas pipe, hydrant, stopcock, sewer, basin or other construction, in any park where prohibited.

22. To hang behind any vehicle, or to tow any vehicle of any kind in any park, excepting, however, in case of break-downs within the park, the disabled vehicles may be towed to the nearest point of exit.

SECTION II. No company, society or organization of more than twenty-five persons shall hold or conduct any picnic, celebration, parade, service or exercise in any public park, without first obtaining permission from the Secretary of the Board of Park Commissioners, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercise held or conducted contrary to the provisions hereof.

SECTION III. It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six feet in length, and the owner or attendant shall be responsible for, and make good, any damage caused, in any event, by such dog, even if on leash.

SECTION IV. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

SECTION V. It shall be unlawful for any person to fish in any public park without first obtaining from the Board of Park Commissioners a written permit so to do, designating the manner, time and place in which such person may fish.

SECTION VI. It shall be unlawful for any person to assemble, collect or gather together in any walk, driveway, passageway, or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or to occupy the same so that the free passage or use thereof by persons or vehicles passing along the same shall be obstructed in any manner.

SECTION VII. It shall be unlawful for any person or persons to sell, expose for sale, or offer to sell, in or along any public street, lane or thoroughfare, adjoining or approaching any public park in, adjoining or belonging to the City of Reedley, within two hundred (200) feet of any entrance to said park, any goods, wares or merchandise of any kind whatsoever.

SECTION VIII. It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

SECTION IX. It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park, belonging to or under the control of the City of Reedley, without first having obtained a permit in writing from the Board of Park Commissioners of said city.

SECTION X. It shall be unlawful for any person or persons to hunt, pursue, annoy, throw stones or missiles at, at, molest or disturb in any way, any animal, bird or reptile within the confines of any park.

SECTION XI. It shall be unlawful for any person, firm or corporation, to erect or maintain any overhead wires through any park, without the written permission of the Board of Park Commissioners.

SECTION XII. It shall be unlawful for any person to deposit or to cause to be deposited, any paper, fruit, rubbish, debris, or any waste material of any kind, in any public park, except in such receptacles as may be located in such park therefor.

SECTION XIII. By the term "park", as referred to in this ordinance is meant any public park owned or controlled by the City of Reedley within or without the City of Reedley.

SECTION XIV. Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine not exceeding Three Hundred ($300.00) Dollars, or by imprisonment in the City or County Jail of the County of Fresno not exceeding two months or by both such fine and imprisonment.

SECTION XV. All ordinances and parts of ordinances in conflict herewith are hereby repealed.

SECTION XVI. This ordinance shall take effect and be in force from and after its passage, approval and publication.

SECTION XVII. This ordinance shall be published for one insertion in the Reedley Exponent, a newspaper printed, published and circulated in the City of Reedley.

I hereby approve the foregoing ordinance.

C. W. HUEY,
President of the Board of Trustees.

Attest:
HAZEL TREMBLEY,
City Clerk.

I, Hazel Trembley, City Clerk of the City of Reedley, do hereby certify that the foregoing ordinance was introduced at a regular meeting of the Board of Trustees of the City of Reedley held on the 17th day of May, 1921, and was thereafter at a regular meeting of said Board on the 21st day of June, 1921, passed and adopted by the following votes:

Ayes: Trustees Eymann, Shethley, Mathews and Huey.

Noes: Trustees: None.

Absent: Trustees: Marlar.

(SEAL)        HAZEL TREMBLEY,
City Clerk of the City of Reedley.

A128

## The End of a Perfect Day





Miss Alice J. O'Neill is the first woman justice of the peace in Greenwich, Conn.

## IMPROVEMENTS TO STATE HIGHWAYS

### $40,000,000 to be Spent on Coast Roads

San Francisco—Twenty million dollars, the largest amount of money expended in one year on the Pacific Coast by the Federal Government on State highways and post roads, is to be spent during the coming season by the Department of Agriculture. The Western states in which the roads are built will expend a like amount and the whole forty millions will be disbursed under the direction of the Bureau of Public Roads, of which Dr. L. I. Hewes, deputy chief engineer, is regional director.

In addition, $12,000,000 will be spent on roads in national forests. These are being built wholly by the Federal Government, The Western district, which includes practically all the national forests in the United States, comprises Alaska and eleven states divided into six districts: District 1, Washington and Oregon; 2, California; 3, Wyoming and Colorado; 11, Montana, and Idaho; 12 Nevada and Utah; 18, New Mexico and Arizona.

In California twenty projects have been commenced in the last two months under the direction of C. H. Sweetzer, in charge of the district. The State and Federal Governments will share the expenditure of $4,000,000. The work should have been done some time ago, but owing to the inability of the State to sell highway bonds, was delayed until this spring.

After July 1, $2,000,000 of Federal money will be available if the State spends a like amount. The road building includes milestone miles in Santa Barbara county from Las Cruces to Saco, which is the last link in the coast highway between San Diego and San Francisco. The road will be twenty feet wide and of concrete, six inches thick, much heavier than highways built by the State heretofore.

Another important project will be a portion of the hundred-mile stretch from Eureka north to Crescent City. This road runs through the redwood region which the State Legislature has passed a law to save from destruction by lumbermen. It is expected to be more popular than the Sacramento valley route to Portland, as it will be easier in the summer and warmer in winter. It now takes a day for stages to go to Crescent City from Eureka. There is no railroad within 100 miles of the coast at Crescent City.

Other important road projects undertaken this year are: One hundred and eighty-five thousand dollar bridge over Feather river near Oroville; masonry cost of Ukiah-Tahoe road, thirteen miles from Ukiah to Mendocino county line at Blue Lakes, while the State alone is working on the road from Maysville east; first link of seven miles of thirty-mile cost-all-year highway in Yosemite from Mariposa to El Portal; concrete road, Oakhurst to Rio Vista, a portion of the Fairfield-Rio Vista lateral of the State highway; twenty-one and four-tenths miles north from Auburn in Grass Valley; twenty-five miles, Galt, Sutter county, to Jackson, Amador county; two contracts on the Klamath river road, Happy Camp to Orleans, a portion of the forty-mile Klamath forest highway; fifteen and six-tenths miles of the Priddy river road from Redding to the coast at Eureka, fifteen and one-tenth of the country inaccessible by automobile.

## CREDIT MEN'S CONVENTION

San Francisco—Large delegations from the East and Middle West will attend the twenty-sixth annual convention of the National Association of Credit Men opening this week in San Francisco. 3,000 delegates to this big convention are expected and San Francisco will be their host for four days of business discussion and hospitable entertainment. Included in the membership of the association are some of the leaders in the financial and economic life of the country.

## Imperial Cafe

Our 70c Merchants' Lunch is our best advertisement. Includes soup, salad, entree, vegetables dessert and a drink.

Special Chicken Dinners Sundays

PHONE 1831

## AUTO MOVIES
### BY WILSON & REID GARAGE



One way to get auto wise is to seek the acquaintanceship of expert repairmen—meaning us. If your car gets into the habit of turning in here about once a month both you and the machine will profit by the experience.

PHONE 1541

## WILSON & REID GARAGE

917 G ST.



## :: Star Theatre ::

FRIDAY and SATURDAY

Thoughts of Buried Treasure Quicken the Pulse and Fire Youthful Blood. Therefore All Should See—

## Buried Treasure

With MARION DAVIES

Which will be shown at the Star Theatre Next Friday and Saturday. It is filled with Thrills and Action Galore!

A Paramount Picture

ALSO—Joe Ryan in the last chapter of the great Western serial, "THE PURPLE RIDERS." Mack Sennett Comedy, "Unhappy Finish."

What is the Easy Road to Happiness?

THOMAS MEIGHAN

shows you in

## The Easy Road

A Paramount Picture

Which will be shown at the Star Theatre Next Sunday and Monday

When You Are on Easy Street You Are Not Always on THE EASY ROAD that Leads to Happiness.

You should see this remarkable Paramount photoplay. One of the best in which Mr. Meighan has appeared in a month of Sundays.

Also—Mr. and Mrs. Carter De Haven in "NEVER AGAIN" and "FANTOMAS."

Matinee Sunday at 2 p. m.

## New Miramonte Tent City

Tent cottages, everything new and clean, fully furnished and screened. Restaurant, Grocery store and Gas station on the grounds. Cottages on the banks of beautiful mountain stream, under giant oaks and pines. Located on San Creek road fifteen miles from General Grant National Park.

Daily Stage Service from Sanger

For particulars write to F. C. McCulloch, Dunlap.

### ORDINANCE NO. 80

AN ORDINANCE REGULATING THE USE OF THE PUBLIC PARKS OF THE CITY OF REEDLEY.

The Board of Trustees of the City of Reedley do ordain as follows:

SECTION 1. Within the limits of any parks in the City of Reedley, and within the limits of any parks now owned or to be hereafter owned by the City of Reedley outside of the limits of the City of Reedley, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1. To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog or fowl of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes or any other fireworks, or air gun or sling-shot.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench or other structure, apparatus, or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant, or flower, or to bind, mark, or write upon any building, monument, fence, bench, or other structure or to carry any flowers, shrubs or branches into or through the park.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills or circulars, or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind.

6. To swim, bathe, wade in, or pollute the water or any fountain, pond or lake, except that wading and swimming shall be permitted in running streams.

7. To camp or lodge therein, without the written permission of the Board of Park Commissioners.

8. To ride, or drive any horse, or other animal, or to propel any vehicle, cycle, or automobile elsewhere than on the roads, drives or places provided for such purposes.

9. To indulge in riotous, boisterous, threatening, indecent or immoral conduct, or abusive, threatening, profane language, or to throw stones or missiles.

10. To sell, or offer for sale, any merchandise, article or thing whatsoever, without the written consent of the Board of Park Commissioners.

11. To hitch, or fasten any horse, or other animal, except at a place specially designated and provided for such purpose.

12. To ride or drive at a rate of speed exceeding twelve miles per hour.

13. To ride or drive any horse or animal not well broken and under perfect control of the driver.

14. To play or bet at or against any game which is played, conducted, dealt, or carried on with cards, dice, or other device for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming, or to play any game prohibited by any ordinance of the City of Reedley.

15. To practice, carry on, conduct, or solicit for any trade, occupation, business or profession, without the written permission of the Board of Park Commissioners.

16. To drive, or have any drayhack, wagon, cart, or other traffic vehicle, carrying or used or employed in carrying goods, merchandise, lumber, oil, dirt, manure, sand or soil, or any article of trade or commerce, or any offensive article or material whatsoever, upon any road or drive, except when the same is being done for the improvement of the park, and at the direction of the Board of Park Commissioners.

17. To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

18. To remain, stay or loiter, in any public park, between the hours of twelve o'clock a. m. of the following day o'clock a. m. of the following day, without written permission of the Board of Park Commissioners.

19. It shall be unlawful for any person or persons to take into, exhibit or use in any park any firearms, air gun, slingshot, or other articles of like character.

20. To go upon any lawn or grass plot, where prohibited, and which prohibition is indicated by proper and legible signs.

21. To open, expose or interfere with any water or gas pipe, hydrant, stopcock, sewer, basin or other construction, in any park where prohibited.

22. To hang behind any vehicle, or to tow any vehicle of any kind in any park, excepting, however, in case of break-downs within the park, the disabled vehicles may be towed to the nearest point of exit.

SECTION II. No company, society or organization of more than twenty-five persons shall hold or conduct any picnic, celebration, parade, service or exercise in any public park, without first obtaining permission from the Secretary of the Board of Park Commissioners, and it shall be unlawful for any person to take part in any picnic, celebration, parade, service, or exercise held or conducted contrary to the provisions hereof.

SECTION III. It shall be unlawful for any person having the control or care of any dog to suffer or permit such dog to enter or remain in a public park unless it be led by a leash of suitable strength not more than six feet in length, and the owner or attendant shall be responsible for, and make good, any damage caused in any event, by such dog, even if on leash.

SECTION IV. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

SECTION V. It shall be unlawful for any person to fish in any public park without first obtaining from the Board of Park Commissioners a written permit so to do, designating the manner, time and place in which such person may fish.

SECTION VI. It shall be unlawful for any person to assemble, collect or gather together in any walk, driveway, passageway, or pathway in any park or in any other place set apart for the travel of persons or vehicles in or through any park or to occupy the same so that the free passage or use thereof by persons or vehicles passing along the same shall be obstructed in any manner.

SECTION VII. It shall be unlawful for any person or persons to sell, expose for sale, or offer to sell, in or along any public street, lane or thoroughfare, adjoining or approaching any public park in adjoining or belonging to the City of Reedley, within two hundred (200) feet of any entrance to said park, any goods, wares or merchandise of any kind whatsoever.

SECTION VIII. It shall be unlawful for any male person over the age of eight years to occupy any bench or seat, or to stay, loiter or remain in any pavilion, or other structure in any park which shall be reserved and designated by the Board of Park Commissioners for the use of women and children only.

SECTION IX. It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park, belonging to or under the control of the City of Reedley, without first having obtained a permit in writing from the Board of Park Commissioners of said city.

SECTION X. It shall be unlawful for any person or persons to beat, pursue, annoy, throw stones or missiles at, or molest or disturb in any way, any animal, bird or reptile within the confines of any park.

SECTION XI. It shall be unlawful for any person, firm or corporation, to erect or maintain any overhead wires through any park, without the written permission of the Board of Park Commissioners.

SECTION XII. It shall be unlawful for any person to deposit or to cause to be deposited, any paper, fruit, rubbish, debris, or any waste material of any kind, in any public park, except in such receptacles as may be located in such park therefor.

SECTION XIII. By the term "park", as referred to in this ordinance is meant any public park owned or controlled by the City of Reedley within or without the City of Reedley.

SECTION XIV. Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine not exceeding Three Hundred ($300.00) Dollars, or by imprisonment in the City or County Jail of the County of Fresno not exceeding two months or by both such fine and imprisonment.

SECTION XV. All ordinances and parts of ordinances in conflict herewith are hereby repealed.

SECTION XVI. This ordinance shall take effect and be in force from and after its passage, approval and publication.

SECTION XVII. This ordinance shall be published for one insertion in the Reedley Exponent, a newspaper printed, published and circulated in the City of Reedley.

I hereby approve the foregoing ordinance.

C. W. HUEY,
President of the Board of Trustees.

Attest:
HAZEL TREMBLEY,
City Clerk.

I, Hazel Trembley, City Clerk of the City of Reedley, do hereby certify that the foregoing ordinance was introduced at a regular meeting of the Board of Trustees of the City of Reedley held on the 17th day of May, 1921, and was thereafter at a regular meeting of said Board on the 21st day of June, 1921, passed and adopted by the following vote:
Ayes: Trustees Kenyon, Shell-man, Mathews and Huey.
Noes: Trustees None.
Absent: Trustees Marlar.
(SEAL)   HAZEL TREMBLEY,
City Clerk of the City of Reedley.

EX. 78B

The Fort Wayne Journal Gazette (Fort Wayne, Indiana) · Sat, Feb 18, 1922 · Page 11
Downloaded on Nov 21, 2024
https://www.newspapers.com/image/29058304/

# GENERAL ORDINANCE NO. 1068

Providing and establishing rules and regulations for the management and protection of the parks and public grounds of the City of Fort Wayne, Indiana, and providing penalties for the violation thereof.

Section 1. Be it hereby ordained by the Common Council of the City of Fort Wayne, that upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the City of Fort Wayne, Indiana, to wit:

1st. No person shall be allowed to carry firearms or to shoot or throw stones at, or to set snares for, birds, rabbits or squirrels, within the limits of any park or within 500 feet thereof.

2nd. No person shall cut, break, or pluck flowers or in any way injure or deface the trees, shrubs, plants or turf or any of the buildings, fences, benches, structures or statuary, or place benches or throw anything into the lakes or streams or upon the ice of such lakes or streams within any park, or fasten a horse to any tree, bush or shrub.

3rd. No profane, indecent, abusive or

Copyright © 2024 Newspapers.com. All Rights Reserved.

Newspapers
by ancestry

https://www.newspapers.com/image/29058304/

The Fort Wayne Journal Gazette (Fort Wayne, Indiana) · Sat, Feb 18,
1922 · Page 11
Downloaded on Nov 21, 2024

## GENERAL ORDINANCE NO. 1068

Providing and establishing rules and regulations for the management and protection of the parks and public grounds of the City of Fort Wayne, Indiana, and providing penalties for the violation thereof.

Section I. Be it hereby ordained by the Common Council of the City of Fort Wayne, that upon the passage and approval of this ordinance the following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the City of Fort Wayne, Indiana, to wit:

1st. No person shall be allowed to carry firearms or to shoot or throw stones at, or to set snares for, birds, rabbits or squirrels, within the limits of any park or within 500 feet thereof.

2nd. No person shall cut, break, or pluck flowers or in any way injure or deface the trees, shrubs, plants or turf or any of the buildings, fences, benches, structures or statuary, or place benches or throw anything into the lakes or streams or upon the ice of such lakes or streams within any park, or fasten a horse to any tree, bush or shrub.

3rd. No profane, indecent, abusive or insulting language, gambling or drunkenness shall be allowed within any park, nor shall anyone take spirituous liquors into any park, either for his own use, to give away or for sale.

4th. No person shall climb any tree or attach any swing thereto, without the consent of the Park Superintendent.

5th. No person shall set up any booth, table or stand for the sale of any article whatsoever, without the consent of the Board or Park Superintendent.

6th. No person shall ride or drive within any park except on the avenues or roads, or at a rate of speed to exceed 12 miles per hour. This rule shall apply alike to bicycles, tricycles, motorcycles, automobiles, horseback riders and horse driven vehicles. All such machines, horseback riders and horse driven vehicles are restricted to the use of the roadways, or bridle paths for horseback riders, and must not endanger children or pedestrians by making use of footpaths.

7th. No wagon or other vehicle of burden or traffic shall pass through the park except on such roads or avenues as shall be designated by the Board of Park Commissioners, except where necessary to carry supplies to picnics or other gatherings and to persons holding concessions.

8th. No gathering or meeting of any kind assembled through advertisement, shall be permitted in any park without previous permission having been obtained of the Board, and no picnic of 100 persons or more shall be held without such permission having been obtained, except in West Swinney Park, where permission may be had of either the Park Superintendent or Mr. George F. Trier. Such gatherings may be confined to the spot or locality designated by the Superintendent, and parties holding such gatherings must clean up the ground that has been occupied before quitting it, except in West Swinney Park where work of

(Continued on Page 12, Column 1.)

Copyright © 2024 Newspapers.com. All Rights Reserved.

The Fort Wayne Journal Gazette (Fort Wayne, Indiana) · Sat, Feb 18, 1922 · Page 12
https://www.newspapers.com/image/29058341/
Downloaded on Nov 21, 2024

# PROCEEDINGS OF THE COMMON COUNCIL

## (Continued From Page Eleven.)

his character is done by park attendants.

9th. Reservations of the Pavilions for picnics or other gatherings may be made for particular hours or day for any year, after January 1, by applying at the Park Board office. Parties holding such permit should have it with them when making use of the grounds. No person shall disturb any picnic in the park, or intrude himself or herself on it without the consent of those composing it.

Sec. 2. Any violation of the foregoing rules shall, upon conviction of the party so offending, subject the offender to a fine of not less than five dollars, nor more than $25.00.

Sec. 3. That this ordinance be in full force and effect from and after its passage and approval by the Mayor and Legal Publication.

ALVIN F. BULLERMAN.

The Ordinance was read the third time in full and on motion was now passed by the following vote:

Ayes 15, viz: Bullerman, Burns, Diser, Dinklage, Freeman, Graffmiller, Foerner, Merillat, O'Rourke, Pence, Schwartz, Schramm, Tonkel, Till, Wyss.

Nays none.

Copyright © 2024 Newspapers.com. All Rights Reserved.

# PROCEEDINGS OF THE COMMON COUNCIL, HELD IN THE COUNCIL CHAMBER, TUESDAY, FEB. 14, 1922

The common council of the city of Fort Wayne met in the council chamber, Tuesday evening, February 14, A. D. 1922, in regular session. President Harry E. Schramm, presiding.

**COMMUNICATION FROM MAYOR**

Fort Wayne, Ind., Feb. 14, 1922.

**COMMUNICATION FROM CITY CONTROLLER**

**COMMUNICATION FROM DEPARTMENT OF PUBLIC HEALTH**

**GENERAL ORDINANCE NUMBER ——**

**GENERAL ORDINANCE NO ——**

**MOTION**

**COMMUNICATION FROM THE COMMITTEE ON HOMES AND PUBLIC BUILDING**

**REPORT OF SPECIAL COMMITTEE ON COUNCIL ROOMS**

**REPORT OF SPECIAL COMMITTEE**

**GENERAL ORDINANCE NO. 1607**

**FRANK STATEMENT**

**GENERAL ORDINANCE NO. ——**

**GENERAL ORDINANCE NO. 1608**

(Continued on Page 12, Column 1.)

---

**CITY CONTROLLER'S REPORT FOR THE GENERAL AND SPECIAL FUNDS FROM JANUARY 1, 1921, TO DECEMBER 31, 1921.**

RECEIPTS—GENERAL FUND.

DISBURSEMENTS—GENERAL FUND.

RECEIPTS—SPECIAL FUND.

DISBURSEMENTS—SPECIAL FUND.

FINANCIAL STATEMENT BALANCE SHEET, JANUARY 1ST TO DECEMBER 31, 1921.

RECAPITULATION OF GENERAL AND SPECIAL FUNDS YEAR 1921.

FINANCIAL STATEMENT AND BALANCE SHEET FOR PARK FUNDS FOR YEAR ENDING DECEMBER 31, 1921.

RECEIPTS

DISBURSEMENTS

RECAPITULATION.

STATEMENT SHOWING THE BONDED INDEBTEDNESS OF THE CITY OF FORT WAYNE AS OF DECEMBER 31, 1921.

## WABASH CONFERENCE OF M.E. CHURCH MEETS

**Three-Day Session, Starting Tuesday, Is Scheduled for North Manchester**

WABASH, Ind., Feb. 17.—More than 150 laymen, ministers and members of the Wabash district confer-ence of the Methodist Episcopal church are expected to be in attendance at the district conference to be held at North Manchester next Tuesday, Wednesday and Thursday.

## BEVERIDGE TO SPEAK AT KENDALLVILLE

KENDALLVILLE, Ind., Feb. 17.—

## ALBION NEWS

## WAWAKA NEWS

## MOSSBURG-KIGER

## PROCEEDINGS OF THE COMMON COUNCIL

*(Continued From Page Eleven)*

### RESOLUTION No. 186

### RESOLUTION No. 187

## NORTHERN IND. DEATHS

### OLDFATHER

### HUGHES

### REAMER

## KINNISON

A very beautiful $125.00 English Tapestry Uphol-stered Gentleman's Chair can be had now at the Foster Furniture Co. Mid-Season Clearance Sale, $62.50. This is only one of several very at-tractive bargains to be had during this sale.

There Is at Least One in Every Club.     By Briggs



## SUNDAY IN FORT WAYNE CHURCHES

## YOUR HEALTH

**By ROYAL S. COPELAND, M. D.**

*Commissioner of Health, New York City*

## LEGAL NOTICES

## DIXON NEWS

### VALENTINE SPECIAL

Sign of the Red Arrow. We will pierce your pocketbook only slightly to take advan-tage of any used car offerings this week. Nearly all popu-lar models in stock. Look 'Em Over.

Northern Ind. Motor Car Co.
115 W. Washington Blvd.

Hear Lauder's Records at Packard Music House.

**NOTICE—MERCHANTS**
Are your drivers and col-lectors protected against per-sonal hold-up and robbery?
Call Clint Willson. Phone 893.

EX. 78C

The Fresno Morning Republican (Fresno, California) · Sat, Feb 11, 1922 · Page 15
https://www.newspapers.com/image/607370987/
Downloaded on Nov 20, 2024

said above described park.

**SECTION 11:** It shall be unlawful for any person or persons to do any of the acts hereinafter specified within the limits of said Court House Park, to-wit:

1. To lead or let loose any animal or fowl of any kind; provided, that this shall not apply to dogs, when led by a cord or chain not more than six feet long.

2. To carry or discharge any fire-arms, fire-crackers, rockets, torpedoes, or any other fire-works, or any airgun or slingshot, or other article of like character, or to hunt, pursue, annoy, throw stones or other missiles at, or molest and disturb in any way any animal, bird or reptile within the confines of said park; provided that on holidays and other occasions of public celebration a permit may be obtained from the Board of Supervisors of said county for the purpose of exhibiting fire-works therein.

3. To distribute any handbills or circulars, or to post, place or erect any bills, notice, paper, or advertising de-vice or matter of any kind; provided

Copyright © 2024 Newspapers.com. All Rights Reserved.



# USERS OPPOSE STORAGE PLAN

## Four Resident Sign Favoring Project

Special to The Republican

BAKERSFIELD, Feb. 10.—Proponents of the proposed plan to store and distribute the waters of Kern river met with considerable opposition to their plan when they invaded the Panama district to get signers. Only four residents were willing to sign, according to T. A. Chamberlain, one of those working against the project.

Farmers of the Panama and adjacent southern and western localities feel that they would not be benefited by the proposed district sufficently to warrant the burden of expense which they would have to bear, it was stated.

H. J. Brandt, one of the largest landholders on the delta; W. Frank Whitaker, chief engineer of the Kern County Land company, and J. J. Deuel, manager of the Kern County Farm bureau, all in favor of the plan, formed the committee which visited the district. It was the seventh district in the county to be visited in an effort to secure five hundred signatures to petitions necessary to form a definite body for the purpose of investigating fully the details of the project through engineers and attorneys, the findings of which would be submitted to the people for final approval.

## Four Small Thefts Reported in Modesto

MODESTO, Feb. 10—Thieves were active in Modesto Wednesday night according to the following reports made to the police yesterday morning.

R. E. Watson of Wright street reported the theft of an auto rim and tube from his machine, taken while parked in front of his residence.

From the auto of W. A. Stephenson, rancher, which was parked in the business district of the city, thieves stole two new cord tires.

Carpenters' tools valued at two hundred dollars were taken from the residence of H. H. Clark at 209 Elm street.

J. C. Schuster reported that thieves by breaking a large glass window entered his office and stole a U. S. Army Springfield rifle and one thousand rounds of ammuniton.

## Tulare Tax Payers to Elect Officers

VISALIA, Feb. 10.—The Tulare County Taxpayers association will elect new officers tomorrow at the regular meeting in Visalia. In view of the interest taken in the tax question it is expected that the organization will also select a delegate or delegates to the state tax association convention in Monterey, in April, as well as map out a program of activity for the year.

## Chairman Reports Campaign Progress

TAFT, Feb. 10.—"Taft is making a good showing," said H. P. George, chairman of the Red Cross drive for the West Side today, in discussing the campaign for membership which began February 6 and is to last one week. "It will require considerable effort on the part of the captains and lieutenants and cooperation on the part of the citizens to go over the top, however."

The quota for the West Side is six thousand dollars. Many are giving a day's wages as their contribution.

Superintendents of leases have been made captains and each is campaigning among his employes to add names to the roll.

An extra incentive to put the drive over the top has been received in a letter containing first hand information regarding the Red Cross work that is being done in Czecho Slovakia at the present time by a former Taft girl, Katherine Spann, nurse during the war, tells of her share in the relief work that is being carried on by means of American funds.

## Man Injured When Automobiles Crash

LIVINGSTON, Feb. 10—G. D. Booth has three broken ribs and other injuries as a result of a collision between his automobile and one driven by E. Mello half a mile south of town Wednesday night.

### FACES CHARGES.

MODESTO, Feb. 10.—F. Fugura arrested at Turlock Monday on a charge of operating an auto while intoxicated was arraigned before Justice W. H. Rice and his preliminary hearing set for February 16. Bail was fixed at one thousand dollars but not furnished.

### LEGAL NOTICES.

#### NOTICE TO CONTRACTORS

Pursuant to an order of the Board of Education, Fresno City High School District, duly passed and entered in its minutes of January 12, 1922, notice is hereby given that the said Board will receive bids up to 5 p. m. February 23, 1922, for the construction of Garage and Bicycle Shed, in connection with Fresno High School Group.

Plans and specifications are on file with the Secretary of said Board. Copies may be obtained at the offices of The R. F. Felchlin Company, 300 Bank of Italy Bldg., Fresno, Calif.

All bids must be in the hand of L. L. Smith, Secretary, Board of Education, Fresno High School District, at his office in the High School Building, Fresno, Calif., before 5 p. m., February 23, 1922.

A certified check equal to ten per cent of the total amount of bid submitted must accompany the proposal.

No bids will be considered unless submitted on uniform proposal blank provided for that purpose.

The Board reserves the right to reject any or all bids.

All bids must be sealed with the name of the bidder and description of the work must be marked on outside of envelope.

BOARD OF EDUCATION,
Fresno City High School District.
L. L. Smith, Secretary.

Loew's Hippodrome

V A U D E V I L L E

EDWARD HEARN AND BARBARA BEDFORD in "THE FACE OF THE WORLD"

## TRAVEL INFORMATION

For Travel Information Read The Republican

CUNARD-ANCHOR
Passenger & Freight SERVICES
Office in Cunard Building, Market and First Streets, San Francisco or Local Agents
Freight Sailings on Application

N. Y. to Cherbourg and Southampton
Aquitania ......Feb. 28 Mar. 21 Apr. 11
Mauretania ......Apr. 4 Apr. 25 May 16
Berengaria ......May 30 June 20 July 11
N. Y. to Halifax, Plymouth, Cherbourg and Hamburg
Saxonia ......Mar. 7
N. Y. to Queenstown and Liverpool
Scythia ......Feb. 25 Mar. 22 Apr. 26
Carmania ......Mar. 11
Albania ......Apr. 1
N. Y. to Londonderry and Glasgow
Assyria ......Mar. 17
Algeria ......Apr. 8 May 13 June 10
N. Y. to Halifax, Londonderry, Glasgow
Algeria ......Mar. 4
Boston to Londonderry, Liverpool and Glasgow
Assyria ......Apr. 13 May 23 July 11
Portland, Me., to Halifax and Glasgow
Cassandra ......Apr. 13
Saturnia ......Mar. 30

Santa Fe
east

—travel comfort on the Santa Fe is promoted by very best equipment and courteous employes.
—Fred Harvey serves all the meals.
—only line under one management "All the Way," thus insuring uniformity of service.
—you can stop off and visit Earth's Scenic Wonder—Grand Canyon—a Pullman Sleeper to the rim.

Let me know when you want to go and I will arrange all details. Just phone or drop a card.

N. H. ASP
Division Freight and Passenger Agent
FRESNO, CALIF. PHONE 4300

Grand Canyon Line

# VISALIA MAN ELECTROCUTED

## Worker Touches Bus Bar at Strathmore

Special to The Republican.

LINDSAY, Feb. 10.—Otto Trukken of Visalia, an employe of the Southern California Edison company, was electrocuted at 10 o'clock this morning at the Strathmore substation when he touched a bus bar carrying 11 thousand volts. An attempt was made to restore him by pulmotor but he was pronounced dead at 2 o'clock.

The body was taken to Visalia. An inquest will be held Saturday afternoon at 2:30 o'clock at Visalia.

He is survived by a wife and two children who reside at Visalia.

## BIG TIME AT ALLEN WHITE'S TONIGHT

### Children's Classes and Party Period for Youngsters in Afternoon

This afternoon between 2:30 and 4:30 E. Allen White's Academy at 1851 Jay street will again be the scene of many merry children enjoying the party hour and an equal period for instruction in ballroom and fancy dancing. A charge of twenty five cents is made to cover instruction fee. The school is becoming most popular because of the plan White has instituted to care for children during the two hours thus relieving parents from the necessity of remaining at the academy during the periods of instruction.

Miss Heloise, well known instructor in stage dancing has been placed in charge of the class in fancy dancing.

Tonight will be dedicated to the pursuit of pleasure on the part of grown ups and a big time is looked for. It will be a carnival of fun, said White, and all those who love good music and a better time should come.

Kinema
TODAY
A wonderful star in a more than wonderful story
Pauline Frederick
More splendid than ever in
"Two Kinds of Women"
—Also—
RAYMOND HATTON in
"His Back Against the Wall"

Coming SUN.

The World's Greatest Lover
Rudolph Valentino
The sensational star of "The Four Horsemen," with Alice Terry and Ralph Lewis in
"The Conquering Power"
From Balzac's famous French novel, "Eugenie Garandet"

## FAMOUS ACTRESS FORSAKES SCREEN FOR FOOTLIGHTS

When the call of the footlights triumphed over the glamor of the silver sheet, and Octavia Handworth forsook the silver screen for the stage her action was almost revolutionary. But there is a story of gripping interest back of her decision and that story is unfolded to every audience that proclaims her success in "Salvation Sue," a gripping comedy drama of life in the frozen north that features the Hippodrome commencing tomorrow.

In bringing her own company to Fresno after success throughout the Loew circuit, Miss Handworth is confident of another local triumph that will even excell those of years past when she loomed up as the favorite leading woman of the screen. In leaving the moving picture field to appear in "Salvation Sue," she was followed by Florence Lawrence, Florence Turner, and similar favorites who in other days were reigning lights on the silversheet.

These movie stars followed Miss Handworth's lead in coming back to the stage, and their decision is fully justified by the success she is achieving in putting over John B. Hymer's gripping Alaskan comedy.

Hymer, who was co-author of "East is West," "Friendly Enemies" and similar successes, reached the height of his career as a writer when his pen produced "Salvation Sue."

Miss Handworth was the first leading American woman to sign a contract with the Pathe company when it left France and invaded the movie field of America. She probably has a record for the number of photo plays she has enacted, as her total reached the 403 mark. Her last screen appearance was with Elsie Ferguson in "Footlights," a Lasky production.

Lovers of comedy drama will miss one of the features of the season of they fail to see "Salvation Sue" at the Hippodrome commencing tomorrow.

## Separation of County Office Is Proposed

BAKERSFIELD, Feb. 10.—A move proposing the separation of the offices of county coroner and public administrator in Kern county, has been made by the board of supervisors. During the last session of the legislature the civil statutes were amended to permit, where desired, the separation of the two offices. This legislation resulted, it is said, from the desire of several of the larger centers of population to administer the two offices separately. The combined income from both services in Kern county are said to approximate four thousand dollars annually.

WHITE THEATRE
MATINEE & NIGHT TOMORROW, FEB. 12
7th AND Absolute NEW EDITION OF THIS VISIT OF THE WORLD'S FUNNIEST Musical Comedy
BRINGING UP FATHER IN WALL STREET

THE SHOW THAT CHARLIE CHAPLIN ENRICO CARUSO DAVID BELASCO ENDORSED
SEATS NOW
Mat. 25c to 75c. Night, 50c to $1.25

THE BEST IN VAUDEVILLE
Orpheum
Orpheum Circuit
MATINEE TODAY, 2:30
TONIGHT, 8:15
LILLIAN SHAW Arch Enemy of Gloom
Gladys Clark and Henry Bergman In "Tunes of the Hour"
FINK'S MULES "Vaudeville's Equine Joy Fest"
BEATRICE SWEENEY In Dainty Diversions of Beautiful Gymnastics
RASSO Europe's Well known Juggler
THE GOLDIES In "Apple Sauce," by Ralph Ketterling
TOPICS OF THE DAY AESOP'S FABLES PATHE NEWS
JOE MORRIS & FLO CAMPBELL "The Avi-ate-her"
By Joseph L. Browning
Nights Exc. Hols. 25c, 50c, 75c, $1
Sat. Mats. Exs. Hols. 25c, 50c & 75c.

LIBERTY
Today Only
ZANE GREY'S
Western Super-Special
"THE LAST TRAIL"
also
EUGENE O'BRIEN
in
"Broadway And Home"
TOMORROW

The Screen's Most Distinguished Star
WILLIAM FARNUM
In a Dramatic Thunderbolt
"PERJURY"
also
The Queen of California's Beaches
MARIE PREVOST
in
"DON'T GET PERSONAL"

STRAND THEATRE
Today—And then gone
George Loane Tucker's
"THE MIRACLE MAN".
Thousands proclaim it the greatest picture of them all. This is positively your last chance to see this masterpiece.—Feature starts 1:00, 4:00, 6:45 and 9:45 p. m.
Other Big Doin's.
TOMORROW
'THE BATTLIN' KID'
A Western Fight Thrill
also
"THE BOOK AGENT"
A Howling Comedy Success
and
12th Chapter of
"Winners Of The West"

## LEGAL NOTICES.

### NOTICE OF ANNUAL MEETING of the Kings River Mutual Water Company.

NOTICE IS HEREBY GIVEN that the annual meeting of the stockholders of the Kings River Mutual Water Company will be held on Monday, February 13, 1922, at the hour of 7 o'clock p. m., of said day at the principal place of business of the company at the Oakhurst School House in the Kings River Thermal Tract, Fresno County, California.

J. W. TURNER, President.
JOHN J. KERR, Secretary.

### ORDINANCE NO. 204

AN ORDINANCE OF THE COUNTY OF FRESNO, STATE OF CALIFORNIA, REPEALING CERTAIN ORDINANCES OF SAID COUNTY, EXCEPT AS THEREIN PROVIDED, AS FOLLOWS, TO-WIT:

Ordinance No. 6, entitled: "Ordinance No. 6, appointing a Board of Commissioners to extirpate certain diseases of animals";

Ordinance No. 18, entitled: "An Ordinance establishing pound districts 1, 2 and 3 of Fresno County";

Ordinance No. 19, entitled: "An Ordinance establishing pound district No. 4 of Fresno County";

Ordinance No. 24, entitled: "In the matter of the regulation and control of the rates and fixing the compensation to be collected by the 'Upper San Joaquin Irrigation Canal Company' for the sale and distribution of water appropriated by said Company to the inhabitants of the County of Fresno";

Ordinance No. 26, entitled: "An Ordinance establishing pound district No. 6 of Fresno County";

Ordinance No. 30, entitled: "An Ordinance establishing pound district No. 7 of Fresno County, California";

Ordinance No. 32, entitled: "An Ordinance requiring veterinary surgeons and others to report glanders, farcy, or other contagious diseases of horses and cattle in their care in the County of Fresno, to the County Clerk of said County";

Ordinance No. 37, entitled: "An Ordinance establishing pound district No. 9 of Fresno County, California";

Ordinance No. 41, entitled: "An Ordinance providing for the inspection, by the County Board of Horticultural Commissioners, of all trees, vines, shrubs, cions, cuttings, grafts, fruit, plants, flowers or vegetables brought to the County of Fresno, and for the disinfection or removal of all infested articles";

Ordinance No. 49, entitled: "An Ordinance to set apart a portion of the Court House Park for the use of women and children";

Ordinance No. 55, entitled: "An Ordinance providing for the protection of doves";

Ordinance No. 62, entitled: An Ordinance establishing pound district No. 10 for Fresno County, California, providing for a keeper, and fixing the penalty for violations thereof";

Ordinance No. 66, entitled: "An Ordinance for the prevention of shipping game from the County of Fresno, for market";

Ordinance No. 67, entitled: "An Ordinance for the prevention of shipping game from the County of Fresno, for market";

Ordinance No. 75, entitled: "An Ordinance regulating the health of domestic animals and the sanitary condition of dairies, slaughter houses, markets and other places from which the food supply is distributed";

Ordinance No. 76, entitled: "Ordinance No. 76, creating the office of Veterinary Inspector and prescribing his duties";

Ordinance No. 77, without title, but pertaining to the uses of seines or nets in the catching of fish in the County of Fresno";

Ordinance No. 82, entitled: "An Ordinance establishing pound district No. 11 of Fresno County, California, providing for a keeper and fixing a penalty for violations thereof";

Ordinance No. 85, entitled: "An Ordinance of the Board of Supervisors of the County of Fresno, State of California, fixing a maximum rate to be charged by the Fresno Canal & Irrigation Company, for the sale, rental or distribution of the appropriated waters of said Company";

Ordinance No. 91, entitled: "An Ordinance to prevent the importation and dissemination of diseased vines to and in the County of Fresno";

Ordinance No. 92, entitled: "An Ordinance for the protection of Bicycle Roads";

Ordinance No. 94, entitled: "An Ordinance to prohibit minors under the age of fifteen years from visiting or being on or about the streets and stores of the Town of Sanger at night";

Ordinance No. 97, entitled: "An Ordinance to restrict the importation and dissemination of diseased vines to and in the County of Fresno, and to provide for the disinfection of diseased cuttings";

Ordinance No. 101, entitled: "An Ordinance regulating the management and production of bees in the County of Fresno and to regulate their importation into the said County, and to define certain of the duties of the Bee Inspector of Fresno County, and to provide for punishment for the violation of the provisions of this ordinance";

Ordinance No. 105, entitled: "An Ordinance of the Board of Supervisors of the County of Fresno, relating to the protection and preservation of certain game and providing for punishment for violation thereof";

Ordinance No. 111, entitled: "An Ordinance prohibiting pool rooms and pool selling";

Ordinance No. 120, entitled: "An Ordinance fixing the compensation of Fire Wardens appointed by the State Forester in the County of Fresno, State of California, and making certain expenses incurred by such fire wardens County charges";

Ordinance No. 122, entitled: "An Ordinance for the protection of doves in Fresno County and repealing Ordinance No. 86 of the County of Fresno";

Ordinance No. 123, entitled: "An Ordinance relating to the construction of Telegraph, Telephone and Electric lines on the public roads and highways of Fresno County";

Ordinance No. 124, entitled: "An Ordinance for the protection of black bass in Fresno County";

Ordinance No. 131, entitled: "An Ordinance licensing, for the purpose of regulation, the sale of intoxicating liquors within the territory of Fresno County, outside of municipal corporations, and providing for the collection of said license tax";

Ordinance No. 137, entitled: "An Ordinance for the protection and preservation of fish";

Ordinance No. 138, entitled: "An Ordinance for the protection and preservation of fish";

Ordinance No. 165, entitled: "An Ordinance regulating the business of packing, selling and shipping oranges, and the packing, sale and shipment of oranges, and repealing all ordinances and parts of ordinances in conflict herewith";

Ordinance No. 166, entitled: "An Ordinance to provide for the destruction of ground squirrels in Fresno County, and to enforce the same";

Ordinance No. 177, entitled: "An Ordinance prohibiting the importation into the County of Fresno, State of California, of any variety of short staple or upland cotton seed; prohibiting the planting of such varieties in the said County; providing for the seizure by the County Horticultural Commissioner of all shipments coming into the said County; providing for the disposition of said shipments by the Commissioner; providing penalty for the violation of the provisions of this Ordinance";

Ordinance No. 182, entitled: "An Ordinance requiring persons within the limits of the County of Fresno to wear gauze masks";

Ordinance No. 186, entitled: "An Ordinance providing for the erection of barriers for the protection of any road or highway in the County of Fresno, being repaired, replaced or improved, and making it unlawful to remove the same without lawful authority, or to travel under the portion enclosed thereby";

Ordinance No. 187, entitled: "An Ordinance providing for the control and eradication of rabies in the County of Fresno, and prescribing a penalty for the violation of its provisions."

The Board of Supervisors of the

### LEGAL NOTICE.

County of Fresno do ordain as follows:

SECTION 1. All those certain ordinances of the County of Fresno, hereinafter in this section enumerated, are hereby repealed. The ordinances so repealed are the following:

Ordinance No. 6, entitled: "Ordinance No. 6, appointing a Board of Commissioners to extirpate certain diseases of animals";

Ordinance No. 18, entitled: "An Ordinance establishing pound districts 1, 2 and 3 of Fresno County";

Ordinance No. 19, entitled: "An Ordinance establishing pound district No. 4 of Fresno County";

Ordinance No. 24, entitled: "In the matter of the regulation and control of the rates and fixing the compensation to be collected by the 'Upper San Joaquin Irrigation Canal Company' for the sale and distribution of water appropriated by said Company to the inhabitants of the County of Fresno";

Ordinance No. 26, entitled: "An Ordinance establishing pound district No. 6 of Fresno County";

Ordinance No. 30, entitled: "An Ordinance establishing pound district No. 7 of Fresno County, California";

Ordinance No. 32, entitled: "An Ordinance requiring veterinary surgeons and others to report glanders, farcy, or other contagious diseases of horses and cattle in their care in the County of Fresno, to the County Clerk of said County";

Ordinance No. 37, entitled: "An Ordinance establishing pound district No. 9 of Fresno County, California";

Ordinance No. 41, entitled: "An Ordinance providing for the inspection, by the County Board of Horticultural Commissioners, of all trees, vines, shrubs, cions, cuttings, grafts, fruit, plants, flowers or vegetables brought to the County of Fresno, and for the disinfection or removal of all infested articles";

Ordinance No. 49, entitled: "An Ordinance to set apart a portion of the Court House Park for the use of women and children";

Ordinance No. 55, entitled: "An Ordinance providing for the protection of doves";

Ordinance No. 62, entitled: "An Ordinance establishing pound district No. 10 for Fresno County, California, providing for a keeper, and fixing the penalty for violations thereof";

Ordinance No. 66, entitled: "An Ordinance for the prevention of shipping game from the County of Fresno, for market";

Ordinance No. 67, entitled: "An Ordinance for the prevention of shipping game from the County of Fresno, for market";

Ordinance No. 75, entitled: "An Ordinance regulating the health of domestic animals and the sanitary condition of dairies, slaughter houses, markets and other places from which the food supply is distributed";

Ordinance No. 76, entitled: "Ordinance No. 76, creating the office of Veterinary Inspector and prescribing his duties";

Ordinance No. 77, without title, but pertaining to the uses of seines or nets in the catching of fish in the County of Fresno";

Ordinance No. 82, entitled: "An Ordinance establishing pound district No. 11 of Fresno County California, providing for a keeper and fixing a penalty for violations thereof";

Ordinance No. 85, entitled: "An Ordinance of the Board of Supervisors of the County of Fresno, State of California, fixing a maximum rate to be charged by the Fresno Canal & Irrigation Company, for the sale, rental or distribution of the appropriated waters of said Company";

Ordinance No. 91, entitled: "An Ordinance to prevent the importation and dissemination of diseased vines to and in the County of Fresno";

Ordinance No. 92, entitled: "An Ordinance for the protection of Bicycle Roads";

Ordinance No. 94, entitled: "An Ordinance to prohibit minors under the age of fifteen years from visiting or being on or about the streets and stores of the Town of Sanger at night";

Ordinance No. 97, entitled: "An Ordinance to restrict the importation and dissemination of diseased vines to and in the County of Fresno, and to provide for the disinfection of diseased cuttings";

Ordinance No. 101, entitled: "An Ordinance regulating the management and production of bees in the County of Fresno and to regulate their importation into the said County, and to define certain of the duties of the Bee Inspector of Fresno County, and to provide for punishment for the violation of the provisions of this ordinance";

Ordinance No. 105, entitled: "An Ordinance of the Board of Supervisors of the County of Fresno, relating to the protection and preservation of certain game and providing for the punishment for violation thereof";

Ordinance No. 111, entitled: "An Ordinance prohibiting pool rooms and pool selling";

Ordinance No. 120, entitled: "An Ordinance fixing the compensation of Fire Wardens appointed by the State Forester in the County of Fresno, State of California, and making certain expenses incurred by such fire wardens county charges";

Ordinance No. 122, entitled: "An Ordinance for the protection of doves in Fresno County and repealing Ordinance No. 86 of the County of Fresno";

Ordinance No. 123, entitled: "An Ordinance relating to the construction of Telegraph, Telephone and Electric lines on the public roads and highways of Fresno County";

Ordinance No. 124, entitled: "An Ordinance for the protection of black bass in Fresno County";

Ordinance No. 131, entitled: "An Ordinance licensing for the purpose of regulation, the sale of intoxicating liquors within the territory of Fresno County, outside of municipal corporations, and providing for the collection of said license tax";

Ordinance No. 137, entitled: "An Ordinance for the protection and preservation of fish";

Ordinance No. 138, entitled: "An Ordinance for the protection and preservation of fish";

Ordinance No. 165, entitled: "An Ordinance regulating the business of packing, selling and shipping oranges, and the packing, sale and shipment of oranges, and repealing all ordinances and parts of ordinances in conflict herewith";

Ordinance No. 166, entitled: "An Ordinance to provide for the destruction of ground squirrels in Fresno County, and to enforce the same";

Ordinance No. 177, entitled: "An Ordinance prohibiting the importation into the County of Fresno, State of California, of any variety of short staple or upland cotton seed; prohibiting the planting of such varieties in the said County; providing for the seizure by the County Horticultural Commissioner of all shipments coming into the said County; providing for the disposition of said shipments by the Commissioner; providing penalty for the violation of the provisions of this Ordinance";

Ordinance No. 182, entitled: "An Ordinance requiring persons within the limits of the County of Fresno to wear gauze masks";

Ordinance No. 186, entitled: "An Ordinance providing for the erection of barriers for the protection of any road or highway in the County of Fresno, being repaired, replaced or improved, and making it unlawful to remove the same without lawful authority, or to travel under the portion enclosed thereby";

Ordinance No. 187, entitled: "An Ordinance providing for the control and eradication of rabies in the County of Fresno, and prescribing a penalty for the violation of its provisions."

SECTION 2: Nothing herein contained shall be construed to re-enact any Ordinance or part of an Ordinance repealed, expressly or by implication, by any of the Ordinances repealed by Section 1 hereof.

SECTION 3: This Ordinance shall take effect and be in force from and including the 8th day of March, 1922, and the Clerk of the Board of Supervisors is hereby authorized and directed to cause this Ordinance to be published in the "Fresno Morning Republican," a newspaper of general circulation printed and published in the County of Fresno, State of California, for at least one week prior to the fifteenth day after its adoption.

The foregoing Ordinance was passed and adopted by the Board of Supervisors of said County of Fresno, at a regular session of said Board on the 6th day of February, 1922, by the following vote:

Ayes: Supervisors Johnson, Gonser, Collins, Lockhead, Jorgensen.
Noes: None.
Absent: None.

CHRIS JORGENSEN,
Chairman of the Board of Supervisors of the County of Fresno.
Attest: D. M. BARNWELL, Clerk
(Seal) By I. E. FARLEY, Deputy

### LEGAL NOTICE.

#### ORDINANCE NO. 203.

AN ORDINANCE OF THE COUNTY OF FRESNO, DECLARING CERTAIN PROPERTY SURROUNDING THE COURT HOUSE IN THE CITY OF FRESNO TO BE A PUBLIC PARK, AND ESTABLISHING RULES AND REGULATIONS FOR THE CARE AND USE THEREOF, AND PROVIDING PENALTIES FOR THE VIOLATION THEREOF, AND REPEALING ORDINANCES NO. 38, 49, 71, 146, 151 and 195.

The Board of Supervisors of the County of Fresno do ordain as follows:

SECTION 1: All that certain piece or parcel of land surrounding the Court House of the County of Fresno in the City of Fresno, and being more particularly described as bounded on the southeasterly side by Tulare Street, on the southwesterly side by Van Ness Avenue, on the northwesterly side by Fresno Street and on the northeasterly side by M Street, in said City of Fresno, is hereby set apart as and declared to be a public park, for the use and benefit of the public, to be known as the Court House Park.

SECTION 2: All that part of said park which is bounded on the southeast by the northwesterly property line of Tulare Street, on the southwest by the northeasterly property line of Van Ness Avenue, on the northwest by the southeasterly property line of Mariposa Street, extended through said park, and on the northeast by the southwesterly property line of L. Street, extended through said park, shall be and is hereby set apart and reserved for the use of ladies and children and their escorts; and it shall be unlawful for any persons other than ladies and their escorts, or children and their escorts, to be in or upon said part of said public park, except that any and all persons shall have the free use for the purpose of walking, of the walks within said park, in passing through said part of said park.

SECTION 3: It shall be unlawful for persons to assemble in any part of said public park, for the purpose of holding a public meeting, except by special permit of the Board of Supervisors of the County of Fresno.

SECTION 4: It shall be unlawful for any person to ride upon any vehicle or to place any vehicle or drive the same or operate the same upon any of the walks or upon any part of the public park aforesaid, except upon that part consisting of the public driveways lying between the Court House in said park and "M" Street in said City of Fresno; Provided that the part of the walk being an extension of Mariposa Street which is commonly known as the bicycle path and being that part of the walk on both sides of the plazas within said extension of Mariposa Street lying between the border line of said bicycle path and the curb of said plazas is hereby reserved for the use of persons riding bicycles; and provided further that no person shall ride any bicycle or any other vehicle of any kind whatsoever through the walks extending through the basement of the Court House within said public park. It shall be lawful for any person to drive automobiles and motorcycles upon said walks adjacent to said jail, Court House and Engine House in said park when such person so driving or operating any such vehicle shall have business in said park or in said buildings thereon. Provided, that it shall not be lawful for any person to drive any horses or teams of any kind whatsoever upon any of said driveways except for the purpose of delivery of freight to the public buildings within said park and in such case it shall be lawful to drive team-propelled vehicles upon said driveways adjacent to said Court House, said jail and said Engine House, but not for any other purpose.

SECTION 5: It shall be unlawful for any person to loiter in said park or to be therein for any other purpose than to pass through said park on the walks thereof between the hours of 12 o'clock midnight, and six o'clock A. M. of the next succeeding day, and it shall be unlawful for any person to lie or lounge upon the grass or benches or any part of said park at any time, or to sit upon said grass; provided however, that nothing in this section contained shall prevent persons from sitting upon the grass in said park on Sunday.

SECTION 6: It shall be unlawful for any person to interfere with or cause to be interfered with any of the vegetation, trees, shrubbery, flowers, buildings or other property within or upon said public park in any manner whatsoever except that it shall be lawful for the Superintendent of said park and the persons engaged to work thereon and prisoners confined in the County Jail of the County of Fresno, under the direction of the Superintendent of said park, to care for and attend the flowers, shrubbery, trees, vegetation, buildings therein and thereupon.

SECTION 7: It shall be unlawful for any person or persons whomsoever to throw or place any newspaper, bottle, or refuse matter of any kind whatsoever, or any other article or thing, upon the grounds in said Court House Park, or any of the fountains therein.

Any person or persons whomsoever who shall bring into said park any newspaper or other article whatsoever for use therein, or who shall bring into said park any lunch to be eaten therein or for any other purpose whatsoever shall, when through with the same, either remove or take the same away or deposit the same and all thereof in garbage cans within said park, provided for such purpose, and in any and all events, shall remove or take away or deposit in said cans any and all refuse matter whatsoever brought into said park by any such person or persons.

SECTION 8: It shall be unlawful for any person or persons whomsoever to write or print or cut or carve or otherwise mark in or upon any building or buildings or any seats or benches or any other property whatsoever within said park, or any other property whatsoever belonging to said County of Fresno.

SECTION 9: It shall be unlawful for any person or persons to place or throw or deposit any thing or article in any lavatory or toilet within said park or any of the buildings therein or any other such property belonging to the County of Fresno, or to use any such lavatory or toilet for any other purpose than the purpose for which the same is maintained.

SECTION 10: It shall be unlawful for any person or persons whomsoever to feed or cause to be fed, any horses or other animals within a distance of thirty feet from the outer boundaries of said above described park.

SECTION 11: It shall be unlawful for any person or persons to do any of the acts hereinafter specified within the limits of said Court House Park, to-wit:

1. To lead or let loose any animal or fowl of any kind; provided, that this shall not apply to dogs, when led by a cord or chain not more than six feet long.

2. To carry or discharge any firearms, fire-crackers, rockets, torpedoes, or any other fire-works, or any airgun or slingshot, or other article of like character, or to hunt, pursue, annoy, throw stones or other missiles at, or molest and disturb in any way any animal, bird or reptile within the confines of said park; provided that on holidays and other occasions of public celebration a permit may be obtained from the Board of Supervisors of said county for the purpose of exhibiting fire-works therein.

3. To distribute any handbills or circulars, or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind; provided that this section shall not apply to legal notices and advertisements placed on the bulletin boards which are now or may hereafter be supplied for this purpose.

4. To camp or lodge therein, or make or kindle a fire for any purpose, unless special permission shall first be obtained from the Board of Supervisors of said county.

5. To sell or offer for sale any merchandise, article or thing whatsoever without the consent of the Board of Supervisors, or to practice, or carry on, conduct, or solicit for any trade, occupation, business or profession, except in that portion of the park set aside for a free public market at the times when said free public market is being conducted.

6. To go upon any lawn or grass-plot where prohibited by the Park Superintendent, and said prohibition is indicated by proper and legible signs.

7. To open, expose or interfere with any water pipe, hydrant, stopcock, basin, or other construction in said park.

SECTION 12: All ordinances and parts of ordinances in conflict herewith, and particularly ordinances 38, 49, 71, 146, 151 and 195, are hereby repealed.

SECTION 13: This ordinance shall take effect and be in full force and effect from and including the 8th day of March, 1922, and the Clerk of the Board of Supervisors is hereby authorized and directed to cause this ordinance to be published daily in the Fresno Morning Republican, a daily newspaper of general circulation printed and published in the County of Fresno, State of California, for at least one week prior to the fifteenth day after its passage.

The foregoing ordinance was passed and adopted by the Board of Supervisors of the County of Fresno, at the regular session of said Board on the 6th day of February, 1922, by the following votes:

Ayes: Supervisors Johnson, Gonser, Collins, Lockhead, Jorgensen.
Noes: None.
Absent: None.

CHRIS JORGENSEN,
Chairman of the Board of Supervisors of the County of Fresno, State of California.
Attest: D. M. BARNWELL,
County Clerk and ex-officio Clerk of the Board of Supervisors.
(Seal) By I. E. FARLEY, Deputy Clerk.

### LEGAL NOTICES.

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF KERN.

In the Matter of the Estate of THOMAS W. ATKINSON, Deceased.

NOTICE OF SALE OF REAL ESTATE AT PRIVATE SALE.

Notice is hereby given that the undersigned administratrix of the estate of Thomas W. Atkinson, deceased, in accordance with the provisions of law made and provided, will sell at private sale to the highest and best bidder, upon the conditions hereinafter mentioned and subject to the confirmation of the Superior Court of Kern County, State of California, on or after Friday, the 24th day of February, 1922, all the right, title and interest and estate of said deceased at the time of his death, and all the right, title and interest which said estate by operation of law, or otherwise, may have acquired, other than or in addition to that of said deceased, at the time of his death, in and to the following described real property, located in the County of Fresno, State of California, and particularly described as follows, to-wit:

The S. E. ¼ of Section 34, Township 19 South, Range 17 East, M. D. M., also the S. W. ¼ of Section 34, Township 19 South, Range 17 East, M. D. M., and the N. E. ¼ of Section 14, Township 19 South, Range 17 East, M. D. M.

Bids or offers in writing will be received at the Law Offices of W. A. McGinn, Rooms 106-107 Morgan Building, Bakersfield, Kern County, California, any time after the first publication of this notice and before the making of said sale.

Terms of Sale: Cash, lawful money of the United States; 10 per cent to be filed with the bid, balance on confirmation of sale by the Court.

Dated the 6th day of February, 1922.

OLA P. BARNHART,
Administratrix of the Estate of Thomas W. Atkinson, Deceased.

#### STOCKHOLDERS' MEETING (Annual)

Office of the Danish Creamery Association, Fresno, Calif.

To the members of the Danish Creamery Association:

Please take notice that the annual meeting of the members of the Danish Creamery Association will be held at Odd Fellows' Hall, in the City of Fresno, Broadway, corner Merced, Saturday, the 11th day of February, 1922, at 1:30 o'clock p. m., for the purpose of electing directors for the ensuing year, and amending the By-Laws, and for the transaction of such other business as may properly come before the meeting.

By order of the Board of Directors.
ED. R. HANNER, Secretary.

Make an effort to be present at the meeting. If you cannot attend give your proxy to your neighbor. Dividends will be paid at meeting.

#### NOTICE OF SPECIAL ELECTION, RECLAMATION DISTRICT NO. 2053, FOR THE PURPOSE OF ELECTING TRUSTEES.

Notice is hereby given to the qualified electors of Reclamation District No. 2053, State of California, that a special election will be held on the 21st day of March, 1922, for the purpose of electing three trustees, said trustees to be elected to constitute the Board of Trustees of Reclamation District No. 2053, in accordance with the provisions of the Political Code, Sections 3453 and 3491.

That the polls for said election will be located in the United States Post Office in the City of Los Banos, County of Merced, State of California, and will be open from 10 A. M. until 4 P. M. of said date.

That C. F. Startzman will act as inspector and George Hopper and John Schmidt as the judges of said election and conduct the same, said inspector and judges being competent and qualified to so act.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 6th day of February, 1922.

(SEAL) P. J. THORNTON,
Clerk of the Board of Supervisors of the County of Merced, State of California.

### BUSINESS OPPORTUNITIES.

WILL exchange a good Mfg. business, clear, for land, clear. Address Box 6736 Republican.

AN excellent opportunity for a man who desires a gent's furnishings and clothing store; good location. Will take stock. Call 600 Bank of Italy Bldg.

YOUR chance to get a business in Fresno. $1000 cash buys a cash, no delivery, grocery with living rooms, or will invoice. Good business. Cheap rent. Box 6819 Republican.

STORE and groceries, 5 living rooms, $3500 and $500 cash. Small monthly payments. Phone 6502-J, 4167 McKenzie.

WHY WORK FOR WAGES?
Buy a good grocery for $5000, $2500 cash. A substantial income assured.
See Mr. Scarborough at Church Bros., 1149 J St.

BE YOUR OWN BOSS!
A small barber shop for sale, 10 blocks from nearest competitor.
See Mr. Scarborough at Church Bros., 1149 J St.

LARGE hall, plenty of light, good for display room. Inquire Palace Hotel. Rent reasonable.

CIGAR space or real estate office in Palace Hotel Lobby for rent. Rent reasonable.

WILL ADVANCE CASH ON CROP
Of vine and table grapes, answering give acreage of different grapes, don't delay, answer at once. Box 6936 Republican.

FRESNO city income property, some cash, exchange for first mortgage or contract to $33,000. Box 6941 Republican.

FIRST CLASS meat market for sale in A1 location. Good reason for selling. Box 6913, Republican.

FOR SALE—Cleaning and Dying establishment. 1509 O St.

FOR SALE BY OWNER
Beautiful orchard home, near Watsonville, Calif., or will exchange for mountain ranch, a business or income property in San Joaquin Valley. La Moine, Rt. 5, Box 155, Watsonville, Calif.

IF YOU ARE LOOKING FOR ROOMING HOUSES, I HAVE THEM
One 40-room, one 45-room, one 23-room, one 25-room, two 32-room, two 18-rm. These are all exceptionally well located. Terms and prices reasonable.
509 Mattei Bldg. Phone 5095
W. J. WORK, "The Live Wire"

WANTED—A partner in laundry, on small scale, with about $400 or $500 cash. Own property. Good chance; see me. 616 Geary St. Fresno. Also place to lease for oil station, corner lot.

FOR SALE—Well established tailor and cleaning shop, reasonable. Owner must go East.
SMITH the TAILOR.

SOFT DRINK stand and grocery at Calwa Park camp grounds; on highway; good proposition for man and wife; $200 will handle same. Phone 4917.

OWING to change of policy, the Keystone Oil Co. has decided to sell the Dependable Service Station at N and Stanislau Sts., Fresno. For particulars and price call at 2225 Fresno St.

AUTOMOBILISTS ATTENTION
For Easy Starting on Cold Mornings Use VAPOROX. Will ship to all parts of county. Day service only. Thos. J. Hensley, R. H. Box 336, Fresno Calif.

FRESNO county distributer with franchise for VAPOROX scientific motor fuel; will sub-lease part of territory to responsible parties. Applicants must have auto. For interview by appointment Phone 3485-J or address Box 6885 Fresno Republican.

APARTMENT house, 27 rooms, close in, good money maker; $4500, $2000 cash.
Several good rooming houses.
L. D. GOLDMAN
Realtor and Business Broker
Lobby Hughes Hotel Phone 6114

VERY fine pool hall for sale.
Apartment houses and rooming houses for sale.
Fine garage for rent, equipment for sale.
Good oil station for sale.
Candy store and soft drink stand for sale.
D. W. MATTHEW, 2044 Mariposa St.

FOR SALE—Seven rooms of furniture, complete. Also house for rent. Call after 8 a. m., 631 O street.

FOR SALE—Best small business in Fresno for 1 or 2 men; complete equipment; long list customers; full price $500 cash. A line brings full particulars. Box 6869, Republican.

BUY FROM US AND BUY RIGHT
$1310—11-Room rooming and apartment house, $75 per month rent; 3-year lease; well located.
$6000 And invoice stock; wonderful location; filling station; book inspection will show income; dandy proposition.
$2600 Grocery and meat market. This includes stock and fixtures; has lease; well located.
$2500—Best located soft drink stand in Fresno.
THOMAS, SCOTT COMPANY
Realty and Business Brokers
Phone 4899 1257 Broadway, Fresno, Calif.

# EX. 78D

Newspapers
by ancestry

Sanger Herald (Sanger, California) · Thu, Sep 13, 1923 · Page 3
Downloaded on Nov 20, 2024

https://www.newspapers.com/image/1036975987/

# ORDINANCE NO. 133

AN ORDINANCE REGULATING THE USE OF THE PUBLIC PARKS OF THE CITY OF SANGER.

The Board of Trustees of the City of Sanger do ordain as follows:

Section 1. Within the limits of any parks in the City of Sanger and within the limits of any parks now owned or to be hereafter owned by the City of Sanger outside the limits of the City of Sanger, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1. To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog or fowl of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes or any other fireworks, or air gun or slung-shot.

3. To cut, break , injure, deface, or disturb any tree, shrub, plant

Copyright © 2024 Newspapers.com. All Rights Reserved.

## ORDINANCE NO. 133

**AN ORDINANCE REGULATING THE USE OF THE PUBLIC PARKS OF THE CITY OF SANGER.**

The Board of Trustees of the City of Sanger do ordain as follows:

Section 1. Within the limits of any parks in the City of Sanger and within the limits of any parks now owned or to be hereafter owned by the City of Sanger outside the limits of the City of Sanger, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1. To lead, or let loose any cattle, horse, mule, goat, sheep, swine, dog or fowl of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes or any other fireworks, or air gun or sling-shot.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus, or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant, or flower, or to mark, or write upon any building, monument, fence, bench, or other structure, or to carry any flowers, shrubs or branches into or through the park.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills, or circulars, or to post, place or erect any bills, notice, paper, or advertising devise or matter of any kind.

6. To swim, bathe, wade in, or pollute the water of any fountain, pond, lake or stream, except that wading and swimming shall be permitted in pools provided for these purposes.

7. To make or kindle a fire for any purpose, unless special permission shall first be obtained therefor from the Board of Trustees.

8. To indulge in riotous, boisterous, threatening, indecent or immoral conduct, or abusive, threatening, profane language, or to throw stones or missiles.

9. To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming, or to play any game prohibited by any ordinance of the City of Sanger.

10. To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

11. To remain, stay or loiter, in any public park, between the hours of twelve o'clock midnight and five o'clock a. m. of the following day without the written permission of the Board of Trustees.

12. It shall be unlawful for any person or persons to take into, exhibit or use in any park any firearm, air gun, sling-shot, or other articles, of like character.

13. To go upon any lawn or grass plot, where prohibited and which prohibition is indicated by proper and legible signs.

14. To open, expose or interfere with any water or gas or electric pipe, hydrant, stopcock, sewer, basin or other construction in any park.

Section 2. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Section 3. It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park, belonging to or under the control of the City of Sanger without first having obtained a permit in writing from the Board of Trustees of said city.

Section 4. It shall be unlawful for any person to deposit, or to cause to be deposited, any paper, fruit, rubbish, debris, or any waste material of any kind, in any public park, except in such receptacles as may be located in such park therefor.

Section 5. By the term "park," as referred to in this ordinance is meant any public park owned or controlled by the City of Sanger.

Section 6. Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine not exceeding Three Hundred ($300.00) Dollars, or by imprisonment in the County Jail of the County of Fresno not exceeding three months, or by both such fine and imprisonment.

Section 7. All ordinances and parts of ordinances in conflict herewith are hereby repealed.

Section 8. This ordinance shall take effect and be in force thirty days after its passage and publication according to law.

Approved this 4th day of September, 1923.
M. W. BACON,
President of the Board of Trustees of the City of Sanger.
ATTEST: FRANK NILES,
City Clerk, and Clerk of the Board of Trustees of the City of Sanger.

I hereby certify that the foregoing ordinance was introduced and read at a regular meeting of the Board of Trustees of the City of Sanger, held on the 7th of August, 1923, and was passed and adopted by said Board of Trustees at a regular meeting held on the 4th day of September, 1923, by the following vote:

Ayes—Trustees: Bacon, Sargent, Taylor, Zinn, Sanderson.
Noes—Trustees: None
Absent—Trustees: None.
FRANK NILES,
City Clerk, and Clerk of the Board of Trustees of the City of Sanger.
(SEAL)

## TOWN TOPICS
### BY P. J. PIERCE

HOME, SWEET HOME
THERE'S NO PLACE LIKE IT

THE greatest song of all ages is "Home, Sweet Home." Let the landlords frown at this beautiful tune—it is the inspiration for you—start now to own home.

PHONE: 39
PIERCE INSURANCE AGENCY
REAL ESTATE LOANS
SANGER, CAL.



FALL SUITS

## MARTHA WASHINGTON GROCERY STORES, INC.

**SNOW WHITE BREAD:**
Full 24-ounce loaf .................... .10
White, Graham, Whole Wheat, Raisin
PURE—RICH—WHOLESOME

**Crystal White Soap**
20 bars .................... .94
Case, 100 bars .................... 4.50

**Drifted Snow Flour**
24 1-2 lb sack .................... 1.08
49 lb sack .................... 2.05

**Calumet Baking Powder**
2 1-2 lb. can .................... .70

**Wesson Oil**
Quart can .................... .56

**Cigarettes**
Chesterfield, Camel, Lucky Strike, pkg. .................... .14

**Plug Tobacco**
Star, 1 lb. plub .................... .75
Climax Smooth, 1 lb. plug .................... .75

48 STORE BUYING POWER
*Every Day Prices Good in All Stores*
Sanger - - - - - Calif.

S. STURGEON, Mgr.

--FOR DINNER TODAY

Why not a Roast, Chops or a Leg of this choice Spring Lamb?

Lamb is one of the most easily digested of Meats, and in the cuts which you get here it is especially tasty.

YOUR PHONE ORDER WILL RECEIVE OUR PROMPT AND CAREFUL ATTENTION

## Sanger Meat Market

Copyright © 2024 Newspapers.com. All Rights Reserved.

## ORDINANCE NO. 134

AN ORDINANCE CALLING A SPECIAL ELECTION TO BE HELD ON SEPTEMBER 25, 1923, FOR THE PURPOSE OF SUBMITTING TO THE VOTERS OF THE CITY OF SANGER THE PROPOSITION OF INCURRING A BONDED INDEBTEDNESS OF $30,000 FOR THE ACQUISITION OF A FIRE ENGINE AND OTHER NECESSARY AND PROPER APPARATUS FOR THE PREVENTION AND EXTINGUISHING OF FIRES, INCLUDING A FIRE ENGINE HOUSE AND SITE FOR SAID FIRE ENGINE HOUSE FOR SAID CITY OF SANGER.

WHEREAS the Board of Trustees of the City of Sanger, at an adjourned meeting of said board held on the 14th day of August, 1923, by vote of more than two-thirds of the members of said board duly adopted a resolution, designated as Resolution No. 296, whereby it was resolved and determined that the public interest and necessity demand the acquisition, construction and completion of the following municipal improvement of said City of Sanger, to-wit, a fire engine and other necessary and proper apparatus for the prevention and extinguishment of fires, including fire engine house for said City, and site for said fire engine house, and that the cost of said municipal improvement was too great to be paid out of the ordinary annual income and revenue of said city:

NOW, THEREFORE, the board of trustees of the City of Sanger, do ordain as follows:

Section 1. That a special election be and is hereby called to be held in said City of Sanger on Tuesday, the 25th day of September, 1923, for the purpose of submitting to the qualified electors of said city the proposition of incurring a bonded indebtedness of said City in the amount of $30,000.00 for the acquisition, construction and completion of said municipal improvement of said city, to-wit, a fire engine and other necessary and proper apparatus for the prevention and extinguishment of fires, including fire engine house and site for said fire engine house of said City.

Section 2. That the estimated cost of said municipal improvement is the sum of Thirty Thousand ($30,-000.00) Dollars, and such cost will be and is too great to be paid out of the ordinary annual income and revenue of said City; and that said improvement is necessary and convenient to carry out the objects, purposes, and powers of said municipality.

Section 3. That the amount of the principal of the indebtedness to be incurred for said improvement is said sum of thirty thousand dollars, and the rate of interest to be paid on such indebtedness, shall not exceed six per cent, per annum, payable semi-annually. A part of said bonded indebtedness to be determined, which shall be not less than one for-tieth part of the whole amount of such indebtedness, shall be paid each and every year after the issuance of said bonds on a day and date to be fixed by said board of trustees, together with the interest on all sums unpaid at such date. Said bonds shall be issued in such denominations as said board of trustees may determine, except that no bond shall be of a less denomination than one hundred dollars, nor of a greater denomination than one thousand dollars.

Section 4. That the manner of hold said election hereby called and the voting thereat for or against incurring said bonded indebtedness shall be as provided in this ordinance, and that in all particulars not recited herein, said election shall be held as provided by law for holding municipal elections in such municipality.

Section 5. That the form of ballot to be used at said election shall be substantially as follows:

SPECIAL BOND ELECTION,

Tuesday, September 25, 1923.
City of Sanger, County of Fresno, State of California.

INSTRUCTIONS TO VOTERS: To vote for the proposition, stamp a cross (X) in the blank or voting square to the right of and opposite the word "Yes." To vote against the proposition, stamp a cross (X) in the blank or voting square to the right of and opposite the word "No".

All marks except the cross (X) are forbidden. All distinguishing marks or erasures are forbidden and make the ballot void. If you wrongly stamp, tear or deface this ballot, return it to the Inspector of Election and obtain another.

PROPOSITION TO INCUR INDEBTEDNESS

To vote, stamp a cross (X) in the blank square to the right of and opposite the answer you desire to give.

PROPOSITION

Shall the City of Sanger incur an indebtedness of thirty thousand ($30,000.00) dollars, and issue bonds therefor, for the purpose of acquiring, constructing and completing the following municipal improvement of the City of Sanger, to wit, a fire engine and other necessary and proper apparatus for the prevention and extinguishment of fires, including fire engine house and site for said fire engine house of said city?

| | |
|---|---|
| YES | |
| NO | |

Section 6. That for the purpose of said election, the entire City of Sanger shall constitute one precinct, the boundaries of which shall be coterminous with the boundaries of said City. The voting place of said precinct shall be at the Public Library Building of said City of Sanger. The officers of said election shall be as follows:

Inspector: Albert Cannan
Judge: R. B. Davidson
Clerks: Emma A. Baird, Ida M. Simpson.

The polls shall be opened at six o'clock A. M., and be closed at seven o'clock P. M., (except as provided in Section 1164 of the Political Code); and thereupon the Board of Election shall proceed to canvass the votes cast thereat.

Section 7. The City Clerk shall give notice of said special election, to be given in the following manner, to-wit:

Said notice shall consist of this ordinance, and the same shall be published once for two succeeding weeks in the "Sanger Herald," a newspaper published in said City of Sanger, said newspaper being published less than six days a week, to-wit: once each week, in said municipality, and there shall be a full period of two weeks after the first publication of said insertion and before the date of said election. No other notice of said election shall be given.

Approved this 4th day of September, 1923.

M. W. BACON,
President of the Board of Trustees of the City of Sanger, State of California.

ATTEST:
FRANK NILES,
City Clerk, and Clerk of the Board of Trustees of the City of Sanger, State of California.

I HEREBY CERTIFY that the foregoing ordinance was introduced and read at a regular meeting of the Board of Trustees of the City of Sanger, held on the 21st day of August, 1923, and was passed and adopted by said Board of Trustees at a regular meeting held on the 4th day of September, 1923, by the following vote:

Ayes—Trustees: Bacon, Sargent, Taylor, Zinn, Sanderson.
Noes—Trustees: None.
Absent—Trustees: None
and was signed and approved by the President of the Board of Trustees on the 4th day of September, 1923.
(SEAL) FRANK NILES,
City Clerk, and Clerk of the Board of Trustees of the City of Sanger, State of California.

## ORDINANCE NO. 133

AN ORDINANCE REGULATING THE USE OF THE PUBLIC PARKS OF THE CITY OF SANGER.

The Board of Trustees of the City of Sanger do ordain as follows:

Section 1. Within the limits of any parks in the City of Sanger and within the limits of any parks now owned or to be hereafter owned by the City of Sanger outside the limits of the City of Sanger, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit:

1. To bait, or let loose any cattle, horse, mule, goat, sheep, swine, dog or fowl of any kind; provided that this shall not apply to dogs when led by a cord or chain, not more than six feet long.

2. To carry or discharge any firearms, firecrackers, rockets, torpedoes or any other fireworks, or air gun or sling-shot.

3. To cut, break, injure, deface, or disturb any tree, shrub, plant, rock, building, cage, pen, monument, fence, bench, or other structure, apparatus, or property; or to pluck, pull up, cut, take or remove any shrub, bush, plant, or flower, or to mark, or write upon any building, monument, fence, bench, or other structure, or to carry any flowers, shrubs or branches into or through the park.

4. To cut or remove any wood, turf, grass, soil, rock, sand or gravel.

5. To distribute any hand-bills, or circulars, or to post, place or erect any bills, notice, paper, or advertising device or matter of any kind.

6. To swim, bathe, wade in, or pollute the water of any fountain, pond, lake or stream, except that wading and swimming shall be permitted in pools provided for these purposes.

7. To make or kindle a fire for any purpose, unless special permission shall first be obtained therefor from the Board of Trustees.

8. To indulge in riotous, boisterous, threatening, indecent or immoral conduct, or abusive, threatening, profane language, or to throw stones or missiles.

9. To play or bet at or against any game which is played, conducted, dealt or carried on with cards, dice, or other device, for money, chips, shells, credit, or any other representative of value, or to maintain or exhibit any gambling table or other instrument of gambling or gaming, or to play any game prohibited by any ordinance of the City of Sanger.

10. To play, or engage in any game, excepting at such place as shall be especially set apart for that purpose.

11. To remain, stay or loiter, in any public park, between the hours of twelve o'clock midnight and five o'clock a. m. of the following day without the written permission of the Board of Trustees.

12. It shall be unlawful for any person or persons to take into, exhibit or use in any park any firearm, air gun, sling-shot, or other article of like character.

13. To go upon any lawn or grass plot, where prohibited and which prohibition is indicated by proper and legible signs.

14. To open, expose or interfere with any water or gas or electric pipe, hydrant, stopcock, sewer, basin or other construction in any park.

Section 2. It shall be unlawful for any male person over eight years of age to enter or use any water-closet for women in a public park.

Section 3. It shall be unlawful for any person to hold, conduct or address any public assemblage, meeting or gathering, or to make or deliver any public speech, lecture, or discourse, or to conduct, or take part in any public debate, or discussion, in any public park, belonging to or under the control of the City of Sanger without first having obtained a permit in writing from the Board of Trustees of said city.

Section 4. It shall be unlawful for any person to deposit, or to cause to be deposited, any paper, fruit, rubbish, debris, or any waste material of any kind, in any public park, except in such receptacles as may be located in such park therefor.

Section 5. By the term "park," as referred to in this ordinance is meant any public park owned or controlled by the City of Sanger.

Section 6. Any person who shall violate any of the provisions of this ordinance shall be deemed guilty of a misdemeanor, and upon conviction thereof shall be punished by a fine not exceeding Three Hundred ($300.00) Dollars, or by imprisonment in the County Jail of the County of Fresno for not exceeding three months, or by both such fine and imprisonment.

Section 7. All ordinances and parts of ordinances in conflict herewith are hereby repealed.

Section 8. This ordinance shall take effect and be in force thirty days after its passage and publication according to law.

Approved this 4th day of September, 1923.

M. W. BACON,
President of the Board of Trustees of the City of Sanger.

ATTEST:
FRANK NILES,
City Clerk, and Clerk of the Board of Trustees of the City of Sanger.

I hereby certify that the foregoing ordinance was introduced and read at a regular meeting of the Board of Trustees of the City of Sanger, held on the 7th day of August, 1923, and was passed and adopted by said Board of Trustees at a regular meeting held on the 4th day of September, 1923, by the following vote:

Ayes—Trustees: Bacon, Sargent, Taylor, Zinn, Sanderson.
Noes—Trustees: None
Absent—Trustees: None.
FRANK NILES,
City Clerk, and Clerk of the Board of Trustees of the City of Sanger.
(SEAL)

## TOWN TOPICS
BY R. J. PIERCE



HOME, SWEET HOME
THERE'S NO PLACE LIKE IT



THE greatest song of all ages is "Home, Sweet Home." Let the landlords frown at this beautiful tune—it is the inspiration for your—that now to own home.


CALL 39 PHONE 39
PIERCE INSURANCE AGENCY
LOANS SANGER, CAL.



FALL SUITS

Samples for fall and winter suits are now on display. Over 300 patterns to choose from. Remember, the material and workmanship is guaranteed.

## LESTER BROS.

738 L STREET

We are equipped to handle trucking of all kinds, either by contract or mileage basis. All our trucks are equipped with pneumatic tires.

PHONE 62

## FOR SALE

20-acre ranch consisting of 1 1-2 Alacantes, 5 malagas, 13 1-2 Thompson; 5-room plastered house, team and tools.

Located 1 1-4 miles fro mSanger, just nor th of the J. E. Baker ranch.

$15,000
$5,000 cash, balance easy terms

GEO. H. FINGER.



T O K O
PRONE 166

A Complete Stock of Groceries, Dry Goods, Notions, Crockery, Granite Ware, Gents Furnishings

FRESH MEAT AND VEGETABLES

## HOME GROCERY CO.

"YOU CAN GET IT IN SANGER"

## MARTHA WASHINGTON GROCERY STORES, INC.

SNOW WHITE BREAD:
Full 24-ounce loaf ...........................10
White, Graham, Whole Wheat, Raisin
PURE—RICH—WHOLESOME

Crystal White Soap
20 cases ............................................ .94
Case, 100 bars .................................4.50

Drifted Snow Flour
24 1-2 lb sack ...................................1.08
49 lb sack .........................................2.05

Calumet Baking Powder
2 1-2 lb. can .......................................70

Wesson Oil ............................................56

Cigarettes
Chesterfield, Camel, Lucky Strike, pkg. ..........14

Plug Tobacco
Star, 1 lb. plug ...................................75
Climax Smooth, 1 lb plug ................75

48 STORE BUYING POWER
Every Day Price: Good in All Stores
Sanger - - - - - Calif.
S. STURGEON, Mgr.

## —FOR DINNER TODAY

Why not a Roast, Chops or a Leg of this choice Spring Lamb?

Lamb is one of the most easily digested of Meats, and in the cuts which you get here it is especially tasty.

YOUR PHONE ORDER WILL RECEIVE OUR PROMPT AND CAREFUL ATTENTION

## Sanger Meat Market

Member of the Cattle Protective Board

## FEED AND FUEL

WHEN IN THE MARKET FOR FEED AND FUEL
Phone 12 and we will take care of your needs.

TRUCKING
LET US DO YOUR HAULING
WE HAVE THE EQUIPMENT TO RENDER THE BEST OF SERVICE
PHONE 12
YOUR ORDER WILL BE TAKEN CARE OF PROMPTLY

## SANGER FEED & FUEL CO.

T. H. ZINN, Prop.

"YOU CAN GET IT IN SANGER"

EX. 78E

Newspapers
by ancestry
https://www.newspapers.com/image/600077379/

8th. To take or molest any bird, fish, frog, or any live animal or bird's eggs, or in any way to interfere with any bird's nest, or with any cage, box or place of enclosure for the protection of any bird, fish, or any live animal.

9th. To throw or shoot any stone, stick, or other missile in any portion of any Park or Playground.

10th. To discharge or carry firearms, firecrackers, torpedoes or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority.

11th. To permit any dog to pass over or stray in any park unless led by a leash not exceeding seven feet in length, or to permit any other animal to pass over or stray upon any park area, but this provision shall not apply to horses when ridden or driven in harness along the park roadways.

Copyright © 2024 Newspapers.com. All Rights Reserved.

A145

https://www.newspapers.com/image/600077379/
Downloaded on Nov 21, 2024

Copyright © 2024 Newspapers.com. All Rights Reserved.

# Bossier City NEWS

BY MRS. T. J. SMITH
Old Phone, 1042—X

Special to The Journal.

BOSSIER CITY, La., Sept. 14.—

## Tech Squad Will Begin Work Monday

Special to The Journal.

RUSTON, La., Sept. 14.—Louisiana Tech starts football training Monday, Sept. 17. Coach William J. Clark will be in charge of the squad.

### CITY COUNCIL PROCEEDINGS.
Sept. 11, 1923.

## TWELVE ORDINANCES ADOPTED
SEPT. 11, 1923.

By Mr. Schumpert—

## SHELL - RIM
SPECTACLES OF EYEGLASSES

NEW, INCONSPICUOUS, EXQUISITELY FINISHED, DISTINCTIVE IN APPEARANCE.

No Charge
for Fitting
to Eye or
Nose.

Optically Correct in Every Detail, and Decidedly Becoming to the Wearer. Here, indeed, is a Frame We Present With Pride. May we have the pleasure of showing you?

"Our Prices Are Very Reasonable."

Specially Priced $5.50

## Southern Optical Co., Inc.

513 Texas Street.    Upstairs.    Opp. Courthouse
"Our Upstairs Location Means a Saving To You."

A147

EX. 78F

the Park Commission in the Park

**Section 8.** Be it further ordained, etc., That it shall be unlawful to take or molest any bird, fish, frog, or any live animal or bird's eggs, or in any way interfere with any bird's nest, or with any cage, box, place or enclosure for the protection of any bird, fish, or any live animal.

**Section 9.** Be it further ordained, etc., That it shall be unlawful to throw or shoot any stone, stick, or other missile in any portion of the park or playground.

**Section 10.** Be it further ordained, etc., That it shall be unlawful to discharge or carry firearms, firecrackers, torpedoes or fireworks, but this prohibition shall not apply to the display of fireworks under municipal authority.

**Section 11.** Be it further ordained, etc., That it shall be unlawful to permit any dog to pass over or stray in the Park unless led by a leash not exceeding seven feet in length, or to permit any other animal to pass over or stray upon the Park area, but this provision shall not apply to horses when ridden or driven in harness along the Park roadways.

**Section 12.** Be it further ordain-

Copyright © 2024 Newspapers.com. All Rights Reserved.

A149

Newspapers
by ancestry
https://www.newspapers.com/image/844167856/

# LEGAL

## ORDINANCE No. 714

An ordinance providing rules and regulations for the government of East Meadows Park, in the Town of Bastrop, Parish of Morehouse, State of Louisiana, and fixing penalties for violation thereof.

*[The remainder of Ordinance No. 714 and Ordinance No. 366 consist of dense small-print legal text that is illegible at this resolution.]*

## ORDINANCE No. 366

An ordinance calling a special election in Road District No. One of the Parish of Morehouse, Louisiana, to submit to the legal and qualified voters in said District the proposition to incur debt and issue bonds of the said Road District...

**1. Project A. Spiller's Store or Third Ward Road**

**2. Project B. Bayou Bartholomew Route in 1st Ward**

**3. Project C. Bonner's Ferry Road**

**4. Project D. Shelton Extension**

**5. Project E. Bastrop-Hamburg Road**

**6. Project F.**

Copyright © 2024 Newspapers.com. All Rights Reserved.

# LEGAL

## ORDINANCE No. 714

An ordinance providing rules and regulations for the government of the East Baldwin Park in the Town of Bastrop, Parish of Morehouse, State of Louisiana, and fixing penalties for the violations thereof.

Section 1. Be it ordained by the Mayor and Board of Aldermen of the Town of Bastrop, in legal session convened: That it shall be unlawful to use the East Baldwin Park in the Town of Bastrop, except by permission granted by the regular appointment and direction of said East Baldwin Park, or any person or persons connected therewith, to in any manner drive any automobile or conveyance into or over any part of the Park where such conveyance is not specifically permitted to go...

*(Sections 2 through 24 of Ordinance No. 714 continue in small print.)*

MABEL McCREIGHT, Clerk.

## ORDINANCE No. 396

An ordinance calling a special election in Road District No. One of the Parish of Morehouse, Louisiana, to submit to the legally and qualified voters in said District the proposition to incur debt and issue serial bonds of the said Road District in the sum of Three Hundred and Thirty Thousand Dollars ($330,000), bearing five per cent per annum interest and maturing over a period of thirty-two years for the purpose of constructing and maintaining hard surfaced roads, highways and streets and public bridges of said district; providing for the holding of said special election the canvass and promulgation of the returns.

Whereas, the Police Jury of the Parish of Morehouse is the governing authority of Road District No. One of the Parish of Morehouse, Louisiana, and,

Whereas, certain road construction and improvements in said road district is urgently needed for the agricultural, industrial and other development of the Parish of Morehouse, particularly the following hard surfaced road and street construction in said Road District No. One, Parish of Morehouse, to-wit:

**1. Project A: Spiller's Store to Third Ward Road**

A. Beginning at a point approximately one and three-quarters miles South of the City limits of Bastrop at a point on the line between wards (3) Three and (10) Eight, thence in a northwesterly direction through the present Bastrop-Beekman Highway, crossing said highway about Spiller's Store five miles distant thence in a westerly direction approximately along present public road to Board Bayou Bridge of Parish Line; approximate length, four and one-third miles. Total estimated cost $180,000.00.

**2. Project B: Bayou Bartholomew Route in 1st Ward**

B. Beginning at a point in the Bastrop-Perryville Highway two and one-quarter miles west of Bastrop and on east side of Bayou Bartholomew and extending across and Bayou at Point Pleasant where bridge will be constructed; thence through the Southern and Western part of the Parish bordering the present hard surfaced bridge at Point Pleasant and one mile gravel capping up said Bayou north of proposed bridge; total estimated cost One Hundred and Six Thousand ($106,000.00) Dollars.

**3. Project C: Bastrop-Hamburg Road**

C. Beginning at the end of existing gravel road at Prout Lumber Interests, Inc., Mill on A. & L. Railway where the No. Par. & R. R. Co. crosses, thence extending northward approximately along present public road and Arkansas State Line, approximate distance, 8 miles; Total estimated cost $72,900.00) Dollars.

*(Sections continue.)*

### ORDINANCE No. 397

An ordinance calling a special election in Road District Number One, to submit to the legal and qualified voters of the said Road District the proposition to levy a special road maintenance tax of One-half mill (½) on the dollar for a period of thirty-one (31) years to be used for the purpose of maintaining the hard surfaced public roads and streets and bridges of said road district; providing the holding of said special election the canvass and promulgation of the returns.

*(Text continues.)*

## ELECTION PROCEEDINGS

State of Louisiana,
Parish of Morehouse.

Pursuant to authority contained in Ordinance No. 396 of the Police Jury of the Parish of Morehouse, passed on the 6th day of September, A.D. 1927, I, J. W. Brodnax, President of the Police Jury of said Parish hereby give notice that an election will be held in Road District Number One of the Parish of Morehouse, State of Louisiana, on Tuesday the 11th day of October, A.D. 1927, as set forth in said Ordinance Number 396 hereinafter set out as follows:

*(Ordinance text and special election notice continue in fine print across the columns.)*

J. W. BRODNAX,
President of the Police Jury of the Parish of Morehouse.
W. A. FAGE,
Secretary of the Police Jury of the Parish of Morehouse.

### SPECIAL ELECTION

For the issuance of Bonds and the levy of a special road tax.

### NOTICE OF ELECTION

State of Louisiana,
Parish of Morehouse.


ATTA-BOY EDDIE

---

**Bennett's Grocery Co.**
Phones 63 and 113

---

**AMBULANCE SERVICE**
DAY OR NIGHT
Phone 23

---

**F. P. ROBINSON**
FUNERAL DIRECTOR
BASTROP, LA.

**COTTON BUYER**

# TABLE OF HISTORICAL PARKS RESTRICTIONS

For the Court's convenience, this table lists all historical parks restrictions included in the Joint Appendix ("JA") and this Addendum ("A"). Links are to public databases (Hathi Trust, Google Books, Archive.org) where available; otherwise to subscription-based databases (HeinOnline, Making of Modern Law ("MoML"), Newspapers.com).

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| **Municipal Laws & Regulations** | | | | | | |
| 2 | New York, NY | 1858 | *Minutes of Proceedings of the Board of Commissioners of the Central Park* 166 (1858) | "All persons are forbidden … [t]o carry fire-arms … within [Central Park]." | https://tinyurl.com/5n6zvd5b (Google Books) | JA115 |
| 3 | New York, NY | 1861 | *Fourth Annual Report of the Board of Commissioners of the Central Park* 106 (1861) | "All persons are forbidden … [t]o carry firearms or to throw stones or other missiles within [Central Park]." | https://tinyurl.com/bdfamfub (Hathi Trust) | JA121 |
| 4 | Brooklyn, NY | 1866 | Park Ordinance, No. 1, *Annual Reports of the Brooklyn Park Commissioners 1861-1873*, at 136 (1873) (art. 1, § 4) | "All persons are forbidden … [t]o carry firearms … within [Prospect Park.]" | https://tinyurl.com/ycyv4v9a (Hathi Trust) | JA128 |
| 5 | Philadelphia, PA | 1868 | 1868 Pa. Laws 1088, No. 1020, § 21, pt. II | "No person shall carry fire arms … in [Fairmount Park] or within fifty yards thereof[.]" | https://tinyurl.com/yu9v6re8 (HeinOnline) | JA132 |
| 5A | Chicago, IL | 1869 | *Proceedings of the Common Council of the City of Chicago* 342 (1869) | "All persons are forbidden to carry firearms ... within any one of the said public parks." | https://tinyurl.com/3es65fz3 (Archive.org) | A1 |
| 6 | San Francisco, CA | 1872 | Ordinance No. 2, *San Francisco Municipal Reports for the Fiscal Year 1874-75*, at 887 (1875) (§ 2, pt. 2) | "Within [Golden Gate and Buena Vista Parks] all persons are hereby forbidden: … To carry … firearms." | https://tinyurl.com/5n7nfbnn (Google Books) | JA139 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 7 | Chicago, IL | 1873 | *Laws and Ordinances Governing the City of Chicago* 88 (1873) (§ 6) | "All persons are forbidden to carry firearms … within any one of the public parks." | https://tinyurl.com/mpbxserh (Google Books) | JA145 |
| 7A | Buffalo, NY | 1873 | *Park Ordinances*, The Buffalo Commercial (May 21, 1873) | "All persons are forbidden to carry firearms … within the several parks, approaches thereto or streets connecting the same." | https://tinyurl.com/3jpswxhb (Newspapers.com) | A5 |
| 8 | Buffalo, NY | 1874 | *Fourth Annual Report of the Buffalo Park Commissioners* 24 (1874) (ch. 1, § 1) | "All persons are forbidden to carry fire-arms … within the several parks, approaches thereto or streets connecting the same." | https://tinyurl.com/mr4df99e (Hathi Trust) | JA151 |
| 9 | Hyde Park, IL | 1875 | *Laws and Ordinances Governing the Village of Hyde Park* 310 (1876) (§ 6) | "All persons are forbidden to carry fire arms … within [South Park]." | https://tinyurl.com/mvcwn5k9 (MoML) | JA157 |
| 10 | Phoenixville, PA | 1878 | *A Digest of the Ordinances of Town Council of the Borough of Phoenixville* 135 (1906) (§ 4) | "No person shall carry fire-arms … therein [Reeves Park]." | https://tinyurl.com/3vhn8x46 (Google Books) | JA164 |
| 11 | Chicago, IL | 1880 | *The Municipal Code of Chicago: Comprising the Laws of Illinois Relating to the City of Chicago, and the Ordinances of the City Council* 391 (1881) (§ 1690) | "All persons are forbidden to carry firearms … within any one of the public parks." | https://tinyurl.com/7z5dbwnt (MoML) | JA169 |
| 12 | St. Louis, MO | 1881 | *The Revised Ordinance of the City of St. Louis* 635 (1881) (§ 3) | "No person shall … use or have in his possession ready for use in any street, alley, walk or park of the city of St. Louis … any sling, cross bow | https://tinyurl.com/2azeb5fs (Hathi Trust) | JA175 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
|  |  |  |  | and arrow, air gun or other contrivance for ejecting, discharging or throwing any fragment, bolt, arrow, pellet, or other missile[.]" |  |  |
| 12A | New Haven, CT | 1882 | *Report of the East Rock Park Commissioners* 305 (1882) (§ IV) | "No person shall carry or have any fire-arms on [East Rock] Park[.]" | https://tinyurl.com/yc3vmnhm (Hathi Trust) | JA889 |
| 13 | St. Louis, MO | 1883 | *Tower Grove Park of the City of St. Louis* 117 (1883) (§ 4) | "All persons are forbidden … [t]o carry firearms[.]" (Tower Grove Park) | https://tinyurl.com/mrrx868s (Google Books) | JA179 |
| 14 | Danville, IL | 1883 | *The Revised Ordinances of the City of Danville* 83 (1883) (§ 4) | "Whoever shall carry any fire-arms into said parks … shall be fined not less than one dollar nor more than one hundred dollars, for each offense." | https://tinyurl.com/2jd7cphz (MoML) | JA184 |
| 15 | Boston, MA | 1886 | *Thirteenth Annual Report of the Board of Commissioners for the Year 1887*, at 86 (1888) (§ 3) | "The Board of Park Commissioners of the City of Boston … hereby ordains that within the Public Parks, except with the prior consent of the Board, it is forbidden: … to carry fire-arms, except by members of the Police Force in the discharge of their duties[.]" | https://tinyurl.com/bdemcewm (Google Books) | JA188 |
| 16 | Reading, PA | 1887 | *A Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of* | "No person shall carry firearms … in the common, or within fifty yards thereof[.]" | https://tinyurl.com/4kkmztff (Google Books) | JA192 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| | | | *Reading, Pennsylvania* 240 (1897) (§ 20, pt. 8) | | | |
| 16A | Wilmington, DE | 1887 | *Park Regulations*, The Wilmingtonian (Oct. 15, 1887) | "No person shall carry fire-arms … within [Brandywine Park.]" | https://tinyurl.com/2a2fffce (LOC) | A9 |
| 17 | Saint Paul, MN | 1888 | *Annual Reports of the City Officers and City Boards of the City of Saint Paul* 689 (1889) (§ 6) | "No person shall carry firearms … in any Park or within fifty yards thereof[.]" | https://tinyurl.com/bdf5cmvv (Google Books) | JA199 |
| 18 | Salt Lake City, UT | 1888 | *The Revised Ordinances of Salt Lake City, with the City Charter and Amendments Thereto* 248 (1888) (§ 6) | "No person shall, within Liberty Park, … [c]arry … firearms." | https://tinyurl.com/2p82u82z (MoML) | JA205 |
| 18A | Bridgeport, CT | 1889 | *Charter and Ordinances of the City of Bridgeport* 200 (1892) (§ 3) | "No person shall carry or have any fire-arms on said parks, or on the shore bordering the same, except on public parade[.]" | https://tinyurl.com/5n7b5rw3 (MoML) | JA893 |
| 19 | Trenton, NJ | 1890 | *City of Trenton, New Jersey, Charter and Ordinances* 390 (1903) (§ 8) | "No person shall carry firearms … in said park or squares, or within fifty yards thereof[.]" | https://tinyurl.com/yz22bkya (Google Books) | JA209 |
| 20 | Berlin, WI | 1890 | *The Municipal Code of Berlin, Comprising the Charter and the General Ordinances of the City* 76 (1890) (§ 263) | "All persons are forbidden to carry fire arms … within anyone of the public parks of this City." | https://tinyurl.com/59psw2ck (Hathi Trust) | JA213 |
| 21 | Williamsport, PA | 1890 | *Laws and Ordinances for the Government of the Municipal Corporation of the City of Williamsport, Pennsylvania* 141 (1891) (§ 1, pt. 21) | "No person shall carry fire-arms … in [Brandon Park.]" | https://tinyurl.com/239duswj (Google Books) | JA218 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 22 | Grand Rapids, MI | 1891 | *Compiled Ordinances of the City of Grand Rapids* 163 (1906) (§ 432) | "No person shall ... carry any rifle, gun, or other fire arm of any kind within any park of the City of Grand Rapids[.]" | https://tinyurl.com/3x au2k7w (MoML) | JA225 |
| 22A | Los Angeles, CA | 1891 | *Park Commissioners' Ordinance, No. 1*, Los Angeles Evening Express (Mar. 25, 1891) | "Within the limits of said parks [parks under supervision of Los Angeles Board of Park Commissioners] all persons are hereby forbidden … [t]o carry … firearms[.]" | https://tinyurl.com/bd e7thyy (Newspapers.com) | A12 |
| 23 | Milwaukee, WI | 1891 | *First Annual Report of the Park Commissioners of the City of Milwaukee* 32 (1892) (§ 3) | "All persons are forbidden to carry fire-arms … within the parks." | https://tinyurl.com/3b rhpbz3 (Hathi Trust) | JA231 |
| 24 | Springfield, MA | 1891 | *Park Commissioners' Report, Springfield, Massachusetts* 82 (1897) (§ 3) | "[W]ithin the Public Parks, except with prior consent of the Board, it is forbidden … to … carry firearms[.]" | https://tinyurl.com/4r h66wk4 (Google Books) | JA236 |
| 25 | Cincinnati, OH | 1892 | *Annual Report of the Board of Park Commissioners, for the Year Ending December 31, 1892*, at 28 (1893) (§ 13) | "No person shall bring into … the parks any firearms[.] … The above rules and regulations … extend to the sidewalks adjacent to said parks." | https://tinyurl.com/bd fh7ud5 (Hathi Trust) | JA240 |
| 26 | Lynn, MA | 1892 | *Third Annual Report of the Park Commissioners of the City of Lynn* 23 (1892) (§ 3) | "[W]ithin the limits of Lynn Woods, except with the prior consent of the Board, it is forbidden … to … carry firearms[.]" | https://tinyurl.com/57 5v78ms (Google Books) | JA246 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 27 | Peoria, IL | 1892 | *Laws and Ordinances of the City of Peoria, Illinois* 667 (1892) (§ 1724) | "All persons are forbidden to carry fire arms ... within any of the public parks, public squares, or public grounds, within said city." | https://tinyurl.com/ypxz79zm (MoML) | JA250 |
| 28 | Spokane, WA | 1892 | *The Municipal Code of the City of Spokane, Washington, Comprising the Ordinances of the City* 316 (1896) (§ 4) | "All persons are forbidden to carry firearms … within any one of the public parks or other public grounds of the city." | https://tinyurl.com/sbwhmch5 (Google Books) | JA254 |
| 28A | Cleveland, OH | 1893 | *Rules and Regulations for the Management, Protection, and Control of the Parks, Park Entrances, and Park Driveways of the City of Cleveland*, The Cleveland Leader (July 3, 1893) | "It shall be unlawful for any person … to carry firearms within … the parks[.]" | https://tinyurl.com/3vt5ehpc (Newspapers.com) | A16 |
| 29 | Pittsburgh, PA | 1893 | *A Digest of the Acts of Assembly Relating to, and the General Ordinances of the City of Pittsburgh* 496 (1897) (§ 5, pt. 3) | "No person shall be allowed to carry firearms … within the limits of the parks or within one hundred yards thereof." | https://tinyurl.com/5d99zxca (Google Books) | JA260 |
| 30 | Wilmington, DE | 1893 | *The Charter of the City of Wilmington* 571 (1893) (pt. VII, § 7) | "No person shall carry fire-arms … within the Park[.]" | https://tinyurl.com/2p8mb99f (Google Books) | JA267 |
| 31 | Saint Paul, MN | 1894 | *General Ordinances and Private Ordinances of a Public Nature of the City of St. Paul, Ramsey County, Minnesota, Up to and Including December* | "No person shall carry firearms… in any park, or within fifty (50) yards thereof[.]" | https://tinyurl.com/u7jsn4hp (MoML) | JA271 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|-------|----------|------|----------|--------------|------|----------|
| | | | *31st, 1895*, at 208 (1896) (pt. 6) | | | |
| 32 | Canton, IL | 1895 | *Revised Ordinances of the City of Canton, Illinois* 240 (1895) (§ 26) | "All persons are forbidden to carry firearms … within any one of these Public Parks." | https://tinyurl.com/2h6yxtkj (MoML) | JA277 |
| 33 | Detroit, MI | 1895 | 1895 Mich. Local Acts 596, § 44 | "No person shall … carry firearms … within said park or boulevard[.]" | https://tinyurl.com/2jx7dhan (HeinOnline) | JA282 |
| 34 | Centralia, IL | 1896 | *The Centralia City Code: Comprising Original Charter and Amendments, the Laws of the State of Illinois Relating to the Government of the City of Centralia, General Ordinances, Special Ordinances and Illinois Central Railroad Contract* 188 (1896) (ch. 33, § 3) | "All persons are forbidden to carry firearms … in [Centralia's Central Park]." | https://tinyurl.com/4h3k3r6j (Hathi Trust) | JA290 |
| 35 | Indianapolis, IN | 1896 | *The General Ordinances of the City of Indianapolis* 648 (1904) (§ 1971) | "No person shall … have possession of any fire-arm within the limits of any public park." | https://tinyurl.com/2h7ek5jm (MoML) | JA295 |
| 35A | Revere, MA | 1896 | *Commonwealth of Massachusetts. Metropolitan Park Commission. Rules and Regulations for the Government and Use of the Revere Beach Reservation*, The Daily Item (May 19, 1896) | "No person shall within said [Revere Beach] Reservation … have possession of any firearm[.]" | https://tinyurl.com/5n9yp6rp (Newspapers.com) | A20 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 36 | Rochester, NY | 1896 | *Report of the Board of Park Commissioners of the City of Rochester, N.Y., 1888 to 1898*, at 97-98 (1898) (§ 4, pt. 25) | "No person shall commit any of the following acts within said parks without the consent of said Board, or some duly authorized person … Carry any … firearm, sling-shot, axe, saw, shovel or spade within the following parks, viz.: Genesee Valley Park, Highland Park, Seneca Park east and Seneca Park west." | https://tinyurl.com/4rm8jmkd (Google Books) | JA301 |
| 36A | Middlesex Fells Reservation, MA | 1897 | *Regulations for the Fells*, Boston Evening Transcript (May 5, 1897) | "No person shall bring into the Reservation any … firearm[.]" | https://tinyurl.com/37tzbnd4 (Google News) | A24 |
| 37 | Wilmington, DE | 1897 | *Report of the Board of Park Commissioners, of Wilmington, Del. for the Year ending December 31st, 1897*, at 24 (1898) | "No person shall carry firearms … within the boundaries of the Park." | https://tinyurl.com/2ezemtmc (Google Books) | JA306 |
| 38 | Kansas City, MO | 1898 | Ordinance No. 9637, *Charter and Revised Ordinances of Kansas City 1898*, at 657 (1898) (§ 11) | "No person shall … carry fire-arms … within any park, boulevard, parkway or driveway of this city under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board[.]" | https://tinyurl.com/47wuw6nf (Google Books) | JA310 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 38A | Parsons, KS | 1898 | *City Council Proceedings*, Parsons Evening Globe (July 25, 1893) | "No person shall carry … any fire-arm within [Forrest Park]." | https://tinyurl.com/yewwde9e (Newspapers.com open access) | A28 |
| 39 | New Haven, CT | 1898 | *Charter and Ordinances of the City of New Haven, Together with Legislative Acts Affecting Said City* 293 (1898) (§ 3) | "No person shall carry or have any fire-arms on any of said parks[.]" | https://tinyurl.com/ncb32m6 (Google Books) | JA317 |
| 39A | Omaha, NE | 1898 | *Ninth Annual Report of the Board of Park Commissioners for the Year 1898*, at 51 (1899) (§ 2) | "It shall be unlawful for any person to commit any of the following acts within or upon the parks … of the city of Omaha without the consent of the Board of Park Commissioners … to carry any fire arms[.]" | https://tinyurl.com/zmb6hwrp (Hathi Trust) | JA897 |
| 39B | Battle Creek, MI | 1899 | *City Charter and Compiled Ordinances, City of Battle Creek, Michigan* 249 (1908) (§ 3) | "No person shall … carry any rifle, gun, or other firearm of any kind within any park of the city of Battle Creek[.]" | https://tinyurl.com/53ztnmz3 (Hathi Trust) | JA900 |
| 40 | Boulder, CO | 1899 | *Revised Ordinances of the City of Boulder* 157 (1899) (ch. XVIII, No. 511, § 1) | "Any person other than the police officers of the city who shall take or carry or cause to be taken or carried into any of the parks belonging to the City of Boulder, any gun, pistol, revolver, or other firearm, ... shall be deemed guilty of a misdemeanor." | https://tinyurl.com/3vbhzdpe (MoML) | JA321 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 40A | Massachusetts | 1899 | *Commonwealth of Massachusetts. Metropolitan Park Commission. Rules and Regulations for the Government and Use of Parkways and Boundary Roads*, The Daily Item (Aug. 10, 1899) | "No person shall … have possession of any firearm[.]" | https://tinyurl.com/3whdb3yd (Newspapers.com) | A32 |
| 40B | Quincy, MA | 1900 | *City Document No. 12. Inaugural Address of the Mayor, City Government of 1901, Together with the Annual Reports of the Officers of the City of Quincy, Massachusetts for the Year 1900*, at 325 (1901) (By-laws, Rule 1) | "No person shall … have possession of any firearm … in the Parks or Playgrounds." | https://tinyurl.com/36kp4p4a (Google Books) | A36 |
| 40C | Fort Wayne, IN | 1901 | *Official Council Proceedings: General Ordinance No. 161*, The Fort Wayne Evening Sentinel (Oct. 24, 1901) | "No person shall … have possession of any firearm, within the limits of any public park." | https://tinyurl.com/3fy7z966 (Newspapers.com) | A41 |
| 41 | Hartford, CT | 1902 | *Municipal Register of the City of Hartford* 493 (1907) (pt. 9) | "The Board of Park Commissioners … hereby make and ordain the following rules and regulations for the management of the parks owned by or under control of the city of Hartford. … It is forbidden … [t]o … carry firearms[.]" | https://tinyurl.com/2p8k37mc (MoML) | JA325 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 42 | New Bedford, MA | 1902 | *Ninth Annual Report of the Department of Parks of the City of New Bedford, Mass. 1902*, at 74 (1903) (§ 3) | "[W]ithin the public parks and commons of the city, except with prior consent of the Commissioners, all persons are hereby forbidden … to … carry firearms[.]" | https://tinyurl.com/5n8dpxfh (Hathi Trust) | JA331 |
| 43 | Springfield, IL | 1902 | *First Annual Report of the Board of Trustees of the Pleasure Driveway and Park District of Springfield, Illinois* 69 (1902) (§ 3, pt. 4) | "ALL PERSONS ARE FORBIDDEN: … [t]o carry … firearms … in the parks[.]" | https://tinyurl.com/fvc2hpd7 (Google Books) | JA336 |
| 43A | Bridgeton, NJ | 1903 | *Ordinance No. 126*, Bridgeton Pioneer (May 7, 1903) | "No person shall commit any of the following acts within said park: … Carry … any firearms[.]" | https://tinyurl.com/j6eyyttr (Newspapers.com) | A45 |
| 43B | King's Beach, MA | 1903 | *Commonwealth of Massachusetts, Metropolitan Park Commission. Rules and Regulations for the Government and Use of the King's Beach Reservation*, The Daily Item (July 13, 1903) | "No person shall … have possession of … any … firearm[.]" | https://tinyurl.com/yjezwkts (Newspapers.com) | A49 |
| 44 | Lowell, MA | 1903 | *First Annual Report of the Board of Park Commissioners of the City of Lowell* 58 (1904) (§ 3) | "[W]ithin [the] Public Parks and Commons, except by and with the consent of the Board … [i]t is forbidden to … carry firearms[.]" | https://tinyurl.com/mr2kh885 (Hathi Trust) | JA344 |
| 44A | Lynn, MA | 1903 | *Commonwealth of Massachusetts, Metropolitan Park Commission. Rules and Regulations for the* | "No person shall … have possession of … any … firearm[.]" | https://tinyurl.com/yeahcb5y (Newspapers.com) | A53 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|-------|----------|------|----------|--------------|------|----------|
| | | | *Government and Use of the Lynn Shore Reservation*, The Daily Item (July 20, 1903) | | | |
| 45 | New York City, NY | 1903 | IV *Proceedings of the Board of Aldermen of the City of New York from October 6 to December 28, 1903*, at 600 (1903) (§ 24) | "No one shall … carry any firearm, fire cracker, torpedo or fire-works … within any of the parks, parkways, squares or places in The City of New York under the jurisdiction of the Department of Parks without special permission from the Commissioner having jurisdiction." | https://tinyurl.com/jhw95eu3 (Hathi Trust) | JA348 |
| 46 | Pasadena, CA | 1903 | Ordinance No. 539, III *Ordinances of the City of Pasadena California* 29 (1912) (§ 1, pt. 2) | "It is hereby declared to be unlawful for any person or persons to do any of the acts hereinafter specified within the limits of any of said public parks … [t]o carry … any firearms[.]" | https://tinyurl.com/djb6d5bz (Google Books) | JA353 |
| 47 | Troy, NY | 1903 | *Municipal Ordinances of the City of Troy* 375 (1905) | "All persons are forbidden … [t]o carry … firearms … in the parks." | https://tinyurl.com/mt2w8amx (MoML) | JA357 |
| 47A | Baltimore, MD | 1904 | *Reports of the City Officers and Departments Made to the City Council of Baltimore for the Year 1904* 142 (1905) (§ 5) | "If any person shall carry … any firearm within the public parks, such person shall forfeit and pay five dollars for each and every offense." | https://tinyurl.com/b99zxjzf (Hathi Trust) | JA905 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 47B | Big Basin Redwoods State Park, CA | 1904 | *Campers May Enjoy Life in the Big Basin*, Santa Cruz Sentinel (July 15, 1904) | "No visitor will be allowed to carry firearms within the limits of the Park." | https://tinyurl.com/4zs6bdb6 (Newspapers.com) | A57 |
| 48 | Houston, TX | 1904 | *Charter and Revised Code of Ordinances of the City of Houston, Harris County, Texas* 358-59 (1904) (art. 918, pt. 3; art. 921) | "It shall be unlawful for any person or persons within the public park and commons of this city to … carry firearms[.]" | https://tinyurl.com/5b6k2rsp (MoML) | JA364 |
| 48A | Muncie, IN | 1904 | *An Ordinance*, Muncie Evening Press (Jul. 7, 1904) | "No person shall … have possession of any firearms, within the limits of any public park." | https://tinyurl.com/vkzy99es (Newspapers.com) | A61 |
| 49 | Neligh, NE | 1904 | *The Ordinances of the City of Neligh, Nebraska* 37 (1906) (No. 61, § 1) | "[I]f any person shall carry … any firearm or gun of any description in any public park belonging to the city of Neligh, such person shall on conviction thereof, be fined in any sum not exceeding $25." | https://tinyurl.com/bdethjt2 (MoML) | JA369 |
| 50 | Pueblo, CO | 1904 | *Ordinances of the City of Pueblo* 383-86 (1908) (No. 678, pt. 20) | "[F]or the purpose of governing and regulating the use of the parks and of park property within the city of Pueblo, the following rules … are … adopted … 20. No person shall … carry firearms[.]" | https://tinyurl.com/mry6b6ww (MoML) | JA375 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 50A | Winfield, KS | 1904 | *Ordinance No. 649*, The Winfield Daily Free Press (Jan. 20, 1904) | "No person shall carry … firearms in [Island Park]." | https://tinyurl.com/p3wfhbav (Newspapers.com) | A65 |
| 51 | Harrisburg, PA | 1905 | *A Digest of the Laws and Ordinances for the Government of the Municipal Corporation of the City of Harrisburg, Pennsylvania* 468 (1906) (§§ 4, 8) | "No person shall commit any of the following acts within said park or parkways, without the previously obtained consent of the commission: … 4. [c]arry … any firearms … 8. [c]arry any … firearms … within reservoir park." | https://tinyurl.com/54t7yeey (MoML) | JA385 |
| 52 | Haverhill, MA | 1905 | *Annual Report of the Park Commissioners of the City of Haverhill, Massachusetts* 12 (1906) (§ 9) | "It is forbidden … to … carry firearms … within the parks." | https://tinyurl.com/2a67kbey (Google Books) | JA391 |
| 53 | Saginaw, MI | 1905 | *Charter of the City of Saginaw, Michigan* 173 (1905) (§ 22) | "No person shall … carry firearms … within park boulevards[.]" | https://tinyurl.com/yph5tted (MoML) | JA395 |
| 53A | Birmingham, AL | 1906 | *Strict Law Applies to Birmingham Parks*, Birmingham Post-Herald (Aug. 20, 1906) | "[N]o person shall carry firearms … within any of such public parks[.]" | https://tinyurl.com/ydwxs8ft (LOC) | A69 |
| 54 | Chicago, IL | 1906 | *Amendments to "The Revised Municipal Code of Chicago of 1905" and New General Ordinances* 40 (1906) (§ 1562) | "All persons are forbidden to carry firearms … within any of the Parks, Public Play Grounds or Bathing Beaches of the City[.]" | https://tinyurl.com/ye2advdr (Hathi Trust) | JA404 |
| 55 | Denver, CO | 1906 | *The Municipal Code of the City and County of Denver* 479 (1906) (§ 1367) | "All persons are forbidden … to carry … firearms … in the parks[.]" | https://tinyurl.com/yuhcpzv8 (MoML) | JA410 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 56 | Los Angeles, CA | 1906 | *Penal Ordinances of the City of Los Angeles* 41-42 (1922) (§§ 1, 2, pt. 2) | "1. That the rules and regulations hereinafter prescribed shall govern the public parks of the City of Los Angeles. 2. That within the limits of any of said parks, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit: ... To carry … any fire arms, ... or air gun or slungshot." | https://tinyurl.com/2ubpfr4y (MoML) | JA416 |
| 56A | Ann Arbor, MI | 1907 | *Charter and Ordinances of the City of Ann Arbor* 340-42 (1908) (§ 16) | "An Ordinance Relative to Parks, Boulevards, and Lawn Extensions Within the City of Ann Arbor, Michigan … No person shall … carry fire-arms[.]" | https://tinyurl.com/4tryp7sm (Hathi Trust) | JA917 |
| 56B | Parsons, KS | 1907 | *Compiled and Revised General Ordinances and Compilation of Certain Laws of Kansas Directly Affecting Cities of the First Class* 479 (1908) (§ 7) | "[N]o person except an officer in the discharge of his duty shall have with him … in said parks, a gun, revolver or pistol[.]" | https://tinyurl.com/yc7pzm68 (Hathi Trust) | JA923 |
| 57 | Portland, OR | 1907 | *Charter and General Ordinances of the City of Portland, Oregon* 483 (1910) (Rule III) | "[T]he following rules and regulations govern[] the use of Public Parks and Plazas in the City of Portland … No person shall … have in his possession … any firem[.]" | http://tinyurl.com/228ffyfm (MoML) | JA423 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 58 | Oil City, PA | 1907 | *A Digest of the Ordinances and Principal Resolutions for the Government of the City of Oil City, in Venango County, Pennsylvania, in Force January 1st, 1907*, at 121 (1907) (§ 1, pt. 4) | "[T]he following rules and regulations shall be and are hereby established for the management and protection of the parks and public grounds of the City of Oil City, to wit: … No person shall be allowed to carry firearms … within the limits of the park." | https://tinyurl.com/5w25tcxy (Google Books) | JA428 |
| 59 | Olean, NY | 1907 | *Ordinances of the City of Olean as Amended to September 1922*, at 26 (1922) (§ 4) | "No person shall … carry any firearms in any park." | https://tinyurl.com/murvjamw (MoML) | JA433 |
| 60 | Seattle, WA | 1907 | *The Charter of the City of Seattle* 221 (1908) (§ 100) | "It shall be unlawful … to carry any fire-arm in any park." | https://tinyurl.com/mr4564em (MoML) | JA440 |
| 60A | Waterbury, CT | 1907 | *The Compiled Charter and Ordinances of the City of Waterbury* 307 (1913) (§ 3) | "No person shall carry or have any firearms in any of said parks[.]" | https://tinyurl.com/3pbpp38x (Google Books) | JA929 |
| 60B | Flint, MI | 1908 | *Ordinances of the City of Flint, Michigan* 354 (1925) (§ 16) | "No person shall … carry fire arms … within any public park, ground or boulevard." | https://tinyurl.com/3hcr7cvs (Hathi Trust) | JA935 |
| 60C | Wilkes-Barre, PA | 1907 | *Rules and Regulations of the Wilkes-Barre Park Commission*, The Times Leader (July 12, 1907) | "No person shall commit any of the following acts within said parks or parkways, without the previously obtained consent of the Commission: … Carry … any firearms[.]" | https://tinyurl.com/yxrw3vec (Newspapers.com) | A73 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 60D | Grand Forks, ND | 1908 | *Legal Notice: Ordinance No. 7*, Grand Forks Herald (Sep. 21, 1908) | "No person shall commit any of the following acts within any of the parks of [the park district of the city of Grand Forks]: … Carry … any firearm[.]" | https://tinyurl.com/5n78smas (LOC) | A77 |
| 60E | La Crosse, WI | 1909 | *Park Rules Are Adopted By Board*, The La Crosse Tribune (June 12, 1909) | "No person shall … have in his possession … any … firearm[.]" | https://tinyurl.com/mhzbawc2 (Newspapers.com) | A81 |
| 61 | Kansas City, MO | 1909 | *Charter and Revised Ordinances of Kansas City 1909*, at 846 (1909) (§ 1048) | "No person shall … carry fire-arms … within any park, boulevard, avenue, street, parkway, or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said Board and subject to such rules and regulations as said Board may establish." | https://tinyurl.com/rxnfjuw5 (MoML) | JA448 |
| 62 | Memphis, TN | 1909 | *A Digest of the Laws, Ordinances and Contracts of the City of Memphis* 657-59 (1909) (§ 1131, pt. 13) | "[I]t shall be a misdemeanor … to commit the following acts … 13. To … carry any firearms … within any of the parks, parkways, squares or places without special permission from the Commissioners." | https://tinyurl.com/2abcx7bc (MoML) | JA460 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 63 | Oakland, CA | 1909 | Ordinance No. 2967, *General Municipal Ordinances of the City of Oakland, Cal.*, Addenda at 15 (1909) (§ 9) | "No person shall carry firearms … within the boundaries of the parks controlled by the Park Commission." | https://tinyurl.com/mphdrwda (Hathi Trust) | JA469 |
| 64 | Paducah, KY | 1909 | *Constitution, Charter and Revision of the Ordinances and Municipal Laws of the City of Paducah, Kentucky* 489 (1910) (§ 20) | "No person shall ... carry fire-arms ... within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said board[.]" | https://tinyurl.com/5dze9mj2 (MoML) | JA474 |
| 64A | Burlington, VT | 1910 | *Forty-Sixth Annual Report of the City of Burlington, Vermont* 221 (1910) (§ 11) | "No person shall carry … firearms … in any park[.]" | https://tinyurl.com/4583wr6u (archive.org) | JA940 |
| 64B | Charles River Basin, MA | 1910 | *Commonwealth of Massachusetts*, Boston Evening Transcript (July 18, 1910) | "No person shall have possession of … any … firearm[.]" (Charles River Basin) | https://tinyurl.com/5n87yxk9 (Newspapers.com) | A85 |
| 65 | Jacksonville, IL | 1910 | *Ordinances Governing the City of Jacksonville of the State of Illinois* 113 (1910) (art. II, § 3) | "No person shall carry any firearms … within any of said parks." | https://tinyurl.com/575mpurr (Google Books) | JA483 |
| 66 | Staunton, VA | 1910 | *The Code of the City of Staunton, Virginia* 115 (1910) (§ 135) | "All persons are forbidden … to carry firearms … within [the park.]" | https://tinyurl.com/ysz25b5p (Hathi Trust) | JA488 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 67 | Colorado Springs, CO | 1911 | *The Code of Colorado Springs, 1922*, at 450 (1922) (§ 1068) | "All persons are forbidden … to carry … firearms … in the parks[.]" | https://tinyurl.com/5fs6rppy (MoML) | JA494 |
| 67A | New Britain, CT | 1911 | *Charter And Ordinances City of New Britain* 255 (1914) (§ 16) | "No person shall … carry firearms … within [Walnut Hill Park], except by license from said board of park commissioners[.]" | https://tinyurl.com/4yjz8spe (Google Books) | JA945 |
| 67B | Henderson, KY | 1911 | *Untitled Article*, The Gleaner (Jan. 18, 1911) | Reporting adoption of ordinance under which "no person shall carry … firearms" in Atkinson Park | https://tinyurl.com/yc5fetwy (Newspapers.com) | A89 |
| 67C | Sioux City, IA | 1911 | *Revised Ordinances of the City of Sioux City* 193, 195 (1922) | "No person shall … carry firearms … in parks[.]" | https://tinyurl.com/3fb97nda (Hathi Trust) | A92 |
| 67D | Sunnyside, WA | 1911 | *Ordinance No. 172*, Daily Sun-News (Aug. 17, 1911) | "All persons are forbidden to carry firearms … within any one of the public parks or other public grounds of the town." | https://tinyurl.com/8rj6vbjv (Newspapers.com) | A99 |
| 68 | New York City, NY | 1912 | *New Code of Ordinances of the City of New York* 389 (1926) (§ 17, pt. 8) | "No person shall, in any park: … carry any firearm[.]" | https://tinyurl.com/yez5hd94 (MoML) | JA501 |
| 69 | Oakland, CA | 1912 | *City of Oakland General Municipal Ordinances In effect January 1, 1918*, at 119 (1918) (§ 9) | "No person shall carry firearms … within the boundaries of the parks controlled by the Board of Park Directors." | https://tinyurl.com/v9w2rkcf (MoML) | JA508 |
| 69A | Oklahoma City, OK | 1913 | *The City of Oklahoma City, Oklahoma: Charter and* | "No person shall … carry fire arms … within any park … of this city, under the control" | https://tinyurl.com/p4yyc5k3 (Hathi Trust) | JA949 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
|  |  |  | *Revised General Ordinances* 327 (1913) (§ 1009) | or supervision of the Board of Park Commissioners, except upon a permit, first duly obtained, or authority previously granted, by said Board[.]" |  |  |
| 69B | Atchison, KS | 1913 | *Check Your Weapons*, The Atchison Daily Globe (Nov. 14, 1913) | Reporting that "[i]t will cost you a fine … to … carry firearms in Jackson park from now. … An ordinance to the above effect was passed last night, and the police judge can impose a jail sentence in addition to a fine." | https://tinyurl.com/bdex8aby (Newspapers.com open access) | A103 |
| 70 | Grand Rapids, MI | 1914 | *Compiled Ordinances of the City of Grand Rapids* 208 (1915) (§ 556, pt. e) | "No person shall carry any rifle, gun, or other fire-arm of any kind within the parks and playgrounds of the City of Grand Rapids[.]" | https://tinyurl.com/djb6d5bz (MoML) | JA515 |
| 70A | Monrovia, CA | 1914 | *Laws of California and Ordinances of the County and Cities of Los Angeles County, Relating to Minors* 153 (1914) (§ 2) | "[W]ithin the limits of any said parks … it shall be unlawful for any person … [t]o carry … any firearms[.]" | https://tinyurl.com/s8dwtr2b (Hathi Trust) | JA953 |
| 71 | New Haven, CT | 1914 | *Charter and Ordinances of the City of New Haven, Conn. and Special Acts Revised to January, 1914*, at 438 (1914) (§ 3) | "No person shall carry or have any firearms on any of said parks[.]" | https://tinyurl.com/jhtwbjrk (MoML) | JA522 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|-------|----------|------|----------|--------------|------|----------|
| 71A | Fresno, CA | 1916 | *Charter and Ordinances of the City of Fresno, California* 303 (1916) (§ 1, pt. 2) | "Within the limits of any parks in the City of Fresno, … it shall be unlawful for any person … [t]o carry … any firearms[.]" | https://tinyurl.com/4htjrh56 (Hathi Trust) | JA958 |
| 71B | Tacoma, WA | 1915 | *Annual Report for the Year 1915, Metropolitan Park District of Tacoma* 82 (1915) | "No person, other than the park policeman or employes, shall be permitted to carry any firearms within the parks[.]" | https://tinyurl.com/33xfp776 (Hathi Trust) | A106 |
| 71C | Long Beach, CA | 1915 | *City Official Advertising. Ordinance No. B-36*, The Long Beach Daily Telegram (Aug. 28, 1915) | "[I]t is hereby declared to be unlawful and a misdemeanor for any person, or persons … to do … any of the acts, hereinafter specified, within the limits of any Public Park of the City of Long Beach: … To carry ... firearms ... without a written permit of the Commissioner of Public Affairs." | https://tinyurl.com/35j2vuut | A110 |
| 71D | Roanoke, VA | 1915 | *Council Makes Rules for Park Regulation of Roanoke Parks*, The Roanoke Times (May 7, 1915) | "No person shall carry … any fire arms … in any park or square subject to the jurisdiction of the Park Board, without written permit from the board[.]" | https://tinyurl.com/peuyaek7 (Newspapers.com) | A114 |
| 72 | New York City, NY | 1916 | *Ordinances, Rules and Regulations of the Department of Parks of the City of New York* 7 (1916) (§ 17, pt. 8) | "No person shall, in any park … carry any firearm[.]" | https://tinyurl.com/3nwb8ejw (Hathi Trust) | JA527 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 72A | St. Joseph, MO | 1916 | *Legal Notices. General Ordinance No. 1639*, The St. Joseph Gazette (May 30, 1916) | "No person shall … carry firearms … within any park, boulevard, avenue, street, parkway or driveway of this city under the control or supervision of the Board of Park Commissioners, except upon a permit first duly obtained or authority previously granted by said Board and subject to such rules and regulations as said Board may establish." | https://tinyurl.com/mw7hfj32 (Newspapers.com)<br><br>*See also* https://tinyurl.com/ye2a67wx (1925 collection of ordinances including this ordinance) (Google Books) | A118 |
| 73 | Birmingham, AL | 1917 | *The Code of City of Birmingham, Alabama* 662 (1917) (§ 1544) | "[N]o person shall carry firearms … within any of such public parks[.]" | https://tinyurl.com/2xdkp689 (Google Books) | JA534 |
| 73A | Brockton, MA | 1917 | *Municipal Register of the City of Brockton for 1918* 330 (1918) (§ 3) | "[T]he following acts by any person [in Brockton's public parks] … is expressly forbidden, namely: … to … carry firearms[.]" | https://tinyurl.com/4nm35m6p (Google Books) | JA964 |
| 74 | Joplin, MO | 1917 | *The Joplin Code of 1917*, at 552 (1917) (§ 1214) | "All persons are forbidden … to carry … firearms … in the parks[.]" | https://tinyurl.com/5n63f666 (MoML) | JA540 |
| 74A | Aurora, IL | 1920 | *The Revised Municipal Code of Aurora, Illinois of 1920*, at 377-78 (1920) (§ 950) | "It shall be unlawful for any person … [t]o carry … firearms [in Aurora public parks]. | https://tinyurl.com/2s3mfaje (Hathi Trust) | JA969 |
| 75 | Salt Lake City, UT | 1920 | *Revised Ordinances of Salt Lake City, Utah, 1920*, at 474 (1920) (§ 1494, pt. 2) | "It shall be unlawful for any person to do … any of the acts hereinafter specified in | https://tinyurl.com/3d3jxx3n (MoML) | JA547 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|-------|----------|------|----------|--------------|------|----------|
| | | | | any public park or play ground in Salt Lake City, or in any place … set aside or used as a public park or play ground, to wit: … 2. To carry … any firearms[.]" | | |
| 76 | Burlington, VT | 1921 | *Revised Ordinances of 1921, City of Burlington, Vermont* 1 (1921) (§ 3) | "No person shall carry or have any firearms on any of said parks[.]" | https://tinyurl.com/2fk58a7k (MoML) | JA556 |
| 76A | Ferndale, CA | 1921 | *Ordinance No. 130*, Ferndale Enterprise (June 10, 1921) | "It is hereby declared to be unlawful for any person … to carry … any fire arms … in the public parks and playgrounds of the Town of Ferndale." | https://tinyurl.com/2zxa799r (Newspapers.com) | A122 |
| 76B | Reedley, CA | 1921 | *Ordinance No. 89*, The Reedley Exponent (Jun. 24, 1921) | "Within the limits of any parks in the city of Reedley, and within the limits of any parks now owned or to be hereafter owned by the city of Reedley outside of the limits of the City of Reedley, it shall be unlawful for any persons or person … [t]o carry … any firearms[.]" | https://tinyurl.com/5fwf7dcw (California Digital Newspaper Collection) | A126 |
| 77 | Chattanooga, TN | 1922 | *Digest of the Charter and Ordinances of the City of Chattanooga* 144-45 (1922) (§ 516) | "GENERAL REGULATIONS OF PUBLIC PARKS … 516. … It shall be unlawful to … carry firearms[.]" | https://tinyurl.com/5xceah4p (MoML) | JA560 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 78 | Chicago, IL | 1922 | *The Chicago Municipal Code of 1922*, at 809 (1922) (§ 2870) | "All persons are forbidden to carry firearms … within any of the parks, public playgrounds, or bathing beaches of the city[.]" | https://tinyurl.com/4k k8w2vr (Google Books) | JA565 |
| 78A | St. Joseph, MO | 1925 | *Revised Ordinances of the City of St. Joseph, Missouri* 420 (1925) (§ 1978) | "No person shall … carry firearms … within any park … under the control or supervision of the board of park commissioners, except upon a permit first duly obtained or authority previously granted by said board[.]" | https://tinyurl.com/4f 4umtjz (Google Books) | JA974 |
| 78B | Fort Wayne, IN | 1922 | *Proceedings of the Common Council, Held in the Council Chamber, Tuesday, Feb. 14, 1922. General Ordinance No. 1068*, The Fort Wayne Journal Gazette (Feb. 18, 1922) | "No person shall be allowed to carry firearms … within the limits of any park or within 500 feet thereof." | https://tinyurl.com/cy 6mcupa (Hathi Trust) | A130 |
| 78C | Fresno, CA | 1922 | *Legal Notice. Ordinance No. 203*, The Fresno Morning Republican (Feb. 11, 1922) | "It shall be unlawful for any person or persons to do any of the acts hereinafter specified within the limits of said Court House Park, to-wit: … To carry … any firearms[.]" | https://tinyurl.com/mr 23r392 (Newspapers.com) | A136 |
| 78D | Sanger, CA | 1923 | *Ordinance No. 133*, Sanger Herald (Sep. 13, 1923) | "Within the limits of any parks in the City of Sanger and within the limits of any parks now owned or to be | https://tinyurl.com/yk f5s7ad (Newspapers.com) | A140 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| | | | | hereafter owned by the City of Sanger outside the limits of the City of Sanger, it shall be unlawful for any person or persons to do any of the acts hereinafter specified, to-wit: … To carry … any firearms[.]" | | |
| 78E | Shreveport, LA | 1923 | *Twelve Ordinances Adopted Sept. 11, 1923*, The Shreveport Journal (Sep. 14, 1923) | "It is hereby prohibited and forbidden for any persons to commit any of the following offenses: … To … carry firearms[.]" | https://tinyurl.com/bdzk67up (Newspapers.com) | A144 |
| 78F | Bastrop, LA | 1927 | *Ordinance No. 714*, The Bastrop Daily Enterprise (Oct. 5, 1927) | "[I]t shall be unlawful to … carry firearms[.]" (East Madison Park) | https://tinyurl.com/ysbuaytw (Newspapers.com) | A148 |
| **Federal Laws & Regulations** | | | | | | |
| 79 | Federal | 1894 | Department of the Interior, "Rules and Regulations of the Yellowstone National Park" § 5, Aug. 1, 1894, *reprinted in Report of the Secretary of the Interior* 662 (1894) | "Firearms will only be permitted in the park on written permission of the superintendent thereof. On arrival at the first station of the park guard, parties having firearms will turn them over to the sergeant in charge of the station, taking his receipt for them. They will be returned to the owners on leaving the park." | https://tinyurl.com/2t578tax (HeinOnline) | JA572 |
| 80 | Federal | 1890 | Department of the Interior, "Rules and Regulations of the | "[N]o one shall carry into or have in the park any fire- | https://tinyurl.com/5e96ayma | JA577 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| | | | Sequoia National Park" § 5, Oct. 21, 1890, *reprinted in Annual Report of the Secretary of the Interior* CLXII (Nov. 1, 1890) | arms, traps, nets, tackle, or appliances, or fish or hunt therein without a license in writing signed by the Secretary or superintendent of the park." | (HeinOnline) | |
| 81 | Federal | 1882 | Dwight H. Kelton, *Annals of Fort Mackinac* 22 (1882) (pt. IX) | "The following are the approved Rules and Regulations for the Park at Mackinac: … No person shall carry … fire-arms in the park." | https://tinyurl.com/4k xnkra9 (Hathi Trust) | JA584 |
| 82 | Federal | 1897 | *Annual Reports of the Department of the Interior for the Fiscal Year ended June 30, 1897*, at LXXXIV (1897) | "All the firearms are taken from their owners at … the two principal entrances to the park, and patrols take all the firearms found in possession of tourists and campers who have entered the park by unguarded routes." | http://tinyurl.com/yvt nsnb9 (University of Oklahoma) | JA590 |
| 83 | Federal | 1897 - 1936 | "Firearms Regulations in the National Parks, 1897–1936" (2008) | | https://perma.cc/5SR K-VYXZ (National Park Service History eLibrary); Previously on NPS website, *see* [archive.org] | JA595 |
| 84 | Federal | 1936 | 1 Fed. Reg. 668, 674 (June 27, 1936) | "Firearms … are prohibited within the parks and monuments, except upon | https://tinyurl.com/8y fe879p (Library of Congress) | JA671 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| | | | | written permission of the superintendent or custodian." | | |
| **State Laws & Regulations** | | | | | | |
| 85 | Connecticut | 1918 | *Report of the State Park Commission to the Governor For the Two Fiscal Years ended September 30, 1918*, at 31 (1918) | "The use of firearms or having them in possession is forbidden [in Connecticut State Parks.]" | https://tinyurl.com/mu9979dm (Hathi Trust) | JA678 |
| 86 | Indiana | 1927 | 1927 Ind. Acts 98 | "[U]pon any lands of this state now or hereafter used for a state park or for a state forest reserve … it shall be unlawful for any person to go upon such lands of this state with a gun[.]" | https://tinyurl.com/5yeezb59 (HeinOnline) | JA685 |
| 87 | Indiana | 1927 | *The Department of Conservation State of Indiana Publication No. 68*, at 181 (1927) (§ 354, pt. 2) | "The carrying or possession of a gun or firearms is prohibited." | https://tinyurl.com/ap7bjj6w (Google Books) | JA690 |
| 88 | Kansas | 1930 | *Third Biennial Report of the Forestry, Fish and Game Commission of the State of Kansas for the Period Ending June 30, 1930*, at 23 (1930) (§ 2) | "To carry or have firearms in possession in a state park is unlawful." | https://tinyurl.com/4zw74j4e (Hathi Trust) | JA695 |
| 89 | Maryland | 1917 | *Report of the Maryland State Board of Forestry for 1916 and 1917*, at 60-61 (1917) (pt. 4) | "RULES AND REGULATIONS OF THE MARYLAND STATE BOARD OF FORESTRY … [Uses like camping require a permit; permittees and their | https://tinyurl.com/4tvv4dup (Hathi Trust) | JA701 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| | | | | guests] … [w]ill not bring into the Patapsco State Park or have in his or their possession while there fire-arms of any description[.]" | | |
| | | | *Id*. at 62 | [Within sign to be posted in Patapsco State Park:] "FIREARMS PROHIBITED" | | |
| 90 | Maryland | 1927 | 1927 Md. Laws 1176, ch. 568, § 74 | "Where any portion of a State Game Refuge is used for a State Park, entry by any person within the refuge area for recreational pursuits shall not be restricted on the portion of said territory used as a State Park, so long as such persons do not carry fire-arms[.]" | https://tinyurl.com/2te8du8b (HeinOnline) | JA706 |
| 91 | Michigan | 1928 | *Fourth Biennial Report 1927-1928: The Department of Conservation State of Michigan 57 (1928) (§ 2)* | "To carry or have firearms in possession in a State Park is unlawful." | https://tinyurl.com/5n8h547e (Hathi Trust) | JA713 |
| 92 | Minnesota | 1901 | 1901 Minn. Laws 396-97, ch. 250, § 1 | "Any person who shall … in any manner whatsoever … have in their possession loaded or charged firearms at any point within three thousand (3,000) feet of the outward limits of, or proposed outward boundary | https://tinyurl.com/4fjy7993 (HeinOnline) | JA719 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| | | | | line or limits of any … state park within this state, shall be guilty of a misdemeanor[.]" | | |
| 93 | Minnesota | 1905 | 1905 Minn. Laws 620, ch. 344, § 53 | "No person shall have in his possession within any [territory set apart, designated, used or maintained as a state public park or within one-half mile of the outer limits thereof, any gun, revolver, or other firearm unless the same is unloaded, and except after the same has been sealed by the park commissioner or a deputy appointed by him, and except also such gun or other firearm at all times during which it may be lawfully had in such park remains so sealed and unloaded." | https://tinyurl.com/2p99pck8 (HeinOnline) | JA723 |
| 94 | New Jersey | 1935 | 1935 N.J. Laws 304-05, ch. 114, § 2 | "No person shall … (8) except employees or officers of the commissioners, carry firearms of any description within [Palisades State Park], or carry any airgun, sling shot, bow and arrow, or any other device whereby a missile may be thrown, | https://tinyurl.com/4u8ccxky (Hathi Trust) | JA728 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| | | | | without a permit from the commissioners[.]" | | |
| 95 | North Carolina | 1921 | 1921 N.C. Sess. Laws 54, Pub. Laws Extra Sess., ch. 6, § 3 | "That any person who shall carry a pistol, revolver, or gun in any park or reservation [for the protection, breeding, or keeping of any animals, game, or other birds], without having first obtained the written permission of the owner or manager of said park or reservation, shall be guilty of a misdemeanor[.]" | https://tinyurl.com/yx3bz5rk (HeinOnline) | JA735 |
| 96 | North Carolina | 1936 | II *Digest of Laws Relating to State Parks* 284 (1936) | "Nor may any person carry a pistol, revolver or gun in any such park or reservation without first having obtained written permission to do so." | https://tinyurl.com/284bdku7 (Hathi) | JA739 |
| 97 | South Dakota | 1927 | 1927 S.D. Sess. Laws 32, ch.12, § 16 | "It shall be unlawful to carry fire arms in [Custer State Park], except by duly authorized officers[.]" | https://tinyurl.com/4k859sbm (HeinOnline) | JA745 |
| 98 | Washington | 1926 | Raymond H. Torrey, *State Parks and Recreational Uses of State Forests in the United States* 247 (1926) | "Among the regulations [of Washington State Parks] which experience has required for conservation, sanitation, cleanliness and good order are prohibitions against fire arms[.]" | https://tinyurl.com/498zu75s (Hathi Trust) | JA753 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 99 | Washington | 1928 | Beatrice Ward Nelson, *State Recreation; Parks, Forests and Game Preserves* 278 (1928) | "The caretakers of the park, and other employees whom the committee may care to designate, are vested with police powers to enforce the laws and the rules and regulations. Among the regulations are the prohibition of firearms[.]" | https://tinyurl.com/yn8ftdb8 (Hathi Trust) | JA758 |
| 100 | Wisconsin | 1933 | *Wisconsin State Parks* 23 (1933) (§ 6) | "[T]he carrying or using of firearms is strictly prohibited." | https://tinyurl.com/bdft2nf7 (Hathi Trust) | JA765 |
| 100A | District of Columbia | 1895 | *Park Regulations*, The Evening Star, May 14, 1895, at 1 | "Within the limits of [Rock Creek Park] all persons are forbidden … [t]o carry … firearms[.]" | https://tinyurl.com/4s7n9ayp (Library of Congress) | JA979 |
| 101 | District of Columbia | 1907 | I *Annual Report of the Commissioners of the District of Columbia Year Ended June 30, 1908*, at 85 (1908) (§ 4) | "Within the limits of [Rock Creek Park] all persons are forbidden … [t]o carry … firearms[.]" | https://tinyurl.com/2p9b2hbx (Google Books) | JA768 |
| 102 | Virginia | 1936 | III *Digest of Laws Relating to State Parks* 396 (1936) (§ 6) | "EXCERPTS FROM REGULATIONS GOVERNING PARK PERSONNEL … The carrying and use of fire arms is prohibited." | https://tinyurl.com/37c2y86y (Hathi Trust) | JA772 |
| | | | *Id.* at 397 | "INSTRUCTIONS TO PARK VISITORS … Firearms are prohibited at all times." | | JA772 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| 103 | Alabama | 1936 | I *Digest of Laws Relating to State Parks* 4 (1936) (§ 8) | "Fire-arms are rigidly excluded from State Parks[.]" | https://tinyurl.com/4j25uu5a (Hathi Trust) | JA778 |
| 104 | California | 1936 | I *Digest of Laws Relating to State Parks* 20 (1936) | "Firearms are not allowed, and must be sealed or checked at the Warden's Office." | https://tinyurl.com/4jds7v6d (Hathi Trust) | JA786 |
| 105 | Florida | 1936 | I *Digest of Laws Relating to State Parks* 35 (1936) (§ 4) | "Firearms are prohibited within the Park except upon written permission of the Superintendent." | https://tinyurl.com/h6aj47pd (Hathi Trust) | JA796 |
| 106 | New York | 1936 | II *Digest of Laws Relating to State Parks* 190 (1936) (§ 8) | "The following acts and activities are prohibited within [Niagara Frontier State Park] areas under jurisdiction of this Commission except by permit:- The possession of any firearms … of any kind[.]" | https://tinyurl.com/7mu2ep99 (Hathi Trust) | JA805 |
| 107 | New York | 1936 | *Id*. at 195 (§ 6) | "No firearms may be used or possessed within [Allegany State Park] area by visitors … except by special permission of the Commissioners." | https://tinyurl.com/3my6jdr6 (Hathi Trust) | JA812 |
| 108 | New York | 1936 | *Id*. at 201 (§ 5) | "No person shall carry or have in his possession any gun, firearms, ammunition, or explosives … within or from the park areas [of | https://tinyurl.com/hv6aw2e6 (Hathi Trust) | JA819 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|-------|----------|------|----------|--------------|------|----------|
| | | | | Finger Lakes State Parks] except when especially authorized by the Commission to do so." | | |
| 109 | New York | 1936 | *Id*. at 205 (§ 3) | "No person except employees or officers of the Commission shall carry firearms of any description within [Central New York State Parks]." | https://tinyurl.com/frkw396u (Hathi Trust) | JA826 |
| 110 | New York | 1936 | *Id*. at 221 (§ 3) | "No person except employees or officers of the Commission shall carry firearms of any description within [Taconic State Park]." | https://tinyurl.com/bdrr2xje (Hathi Trust) | JA834 |
| 111 | New York | 1936 | *Id*. at 228 (§ 8) | "No person, except employees or officers of the Commissioners, shall carry firearms of any description within [Palisades Interstate Park]. No unauthorized person shall carry any airgun, sling shot, bow and arrow, or any other device whereby a missile may be thrown." | https://tinyurl.com/4jx9h7ax (Hathi Trust) | JA842 |
| 112 | New York | 1936 | *Id*. at 236 (§ 15) | "No person shall have or carry while in any park [of the Westchester County Park System] whether concealed or not concealed on his person, any pistol, gun, rifle, | https://tinyurl.com/39rm7jkh (Hathi Trust) | JA850 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| | | | | revolver or other firearms of any class or kind, or any ammunition therfor, except when so authorized by law." | | |
| 113 | New York | 1936 | *Id.* at 255 (§ 7) | "No person shall have or carry, whether or not concealed upon his person, any pistol or revolver … or ammunition therefor, except when so authorized by law. No person shall bring into any park [under the jurisdiction of the Long Island State Park Commission], or have in his possession therein, any rifle, shotgun, or fowling piece[.]" | https://tinyurl.com/y2rv4exu (Hathi Trust) | JA861 |
| 114 | New York | 1936 | *Id.* at 264 (No. 3) | "No person shall carry or have in his possession any gun, firearms, ammunition or explosives … within or from the park area [of Thousand Island State Park] except when especially authorized by the Commission to do so." | https://tinyurl.com/bdecd2ma (Hathi Trust) | JA870 |
| 115 | Ohio | 1936 | III *Digest of Laws Relating to State Parks* 321 (1936) (§ 5) | "[T]he carrying of firearms, loaded or unloaded, in any state park under the control of the Ohio State Archaeological and | https://tinyurl.com/bdeym2jc (Hathi Trust) | JA878 |

| Ex. # | Location | Year | Citation | Key Language | Link | Page No. |
|---|---|---|---|---|---|---|
| | | | | Historical Society, is positively forbidden." | | |
| 116 | Rhode Island | 1936 | III *Digest of Laws Relating to State Parks* 360 (1936) (§ 2) | "REPRESENTATIVE RULES AND REGULATIONS [of the Division of Forests, Parks & Parkways] … No person shall … have in his possession any firearm[.]" | https://tinyurl.com/yhehy3kd (Hathi Trust) | JA884 |