FILED: December 20, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1886
(1:23-cv-01605-WBP)

_____

KIMBERLY LAFAVE; GLENN M. TAUBMAN; ROBERT HOLZHAUER

      Plaintiffs - Appellants

v.

THE COUNTY OF FAIRFAX, VIRGINIA; KEVIN DAVIS, in his official capacity as Chief of Police

      Defendants - Appellees

CITY OF RICHMOND

      Amicus Supporting Appellees

_____

O R D E R

_____

City of Richmond has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk