UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| KIMBERLY LAFAVE, et al., ) | |
| ) | |
| Plaintiffs-Appellants, ) | |
| ) | |
| v. ) | Case No: 24-1886 |
| ) | |
| THE COUNTY OF FAIRFAX, VIRGINIA, ) et al., ) | |
| Defendants-Appellees. ) | |

**PLAINTIFFS-APPELLANTS' CONSENT MOTION TO<br>EXTEND TIME TO FILE REPLY BRIEF**

Plaintiffs-Appellants, Kimberly LaFave, Glenn M. Taubman, and Robert Holzhauer, respectively move that the deadline to file their opening brief and appendix be extended from January 6, 2025 to January 10, 2025. Undersigned counsel was in trial preparation after Christmas for a trial set this week, and became ill last week. Undersigned counsel has conferred with opposing counsel, who consents to the request.

Respectfully Submitted,

Kimberly LaFave
Glenn M. Taubman
Robert Holzhauer,

Plaintiffs

By Counsel

1

/s/
Stephen P. Halbrook
protell@aol.com
Va. Bar No. 18075
3925 Chain Bridge Road, Suite 403
Fairfax, VA 22030
(703) 352-7276


/s/
Earl N. "Trey" Mayfield, III
tmayfield@chalmersadams.com
Va. Bar No. 41691
10521 Judicial Drive, Suite 200
Fairfax, VA 22030
(703) 268-5600

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served on all counsel of record via ECF on January 7, 2025.

/s/
Trey Mayfield