FILED:  January 7, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————————

No. 24-1886
(1:23-cv-01605-WBP)

———————————————

KIMBERLY LAFAVE; GLENN M. TAUBMAN; ROBERT HOLZHAUER

        Plaintiffs - Appellants

v.

THE COUNTY OF FAIRFAX, VIRGINIA; KEVIN DAVIS, in his official
capacity as Chief of Police

        Defendants - Appellees

------------------------------

CITY OF RICHMOND; DISTRICT OF COLUMBIA; ILLINOIS;
CALIFORNIA; COLORADO; CONNECTICUT; DELAWARE; HAWAII;
MASSACHUSETTS; MINNESOTA; NEVADA; NEW JERSEY; NEW YORK;
OREGON; PENNSYLVANIA; RHODE ISLAND; VERMONT;
WASHINGTON; BRADY CENTER TO PREVENT GUN VIOLENCE;
GIFFORDS LAW CENTER TO PREVENT GUN VIOLENCE

        Amici Supporting Appellee

———————————————

O R D E R

———————————————

The court grants the motion to extend filing time and extends the time for

filing the reply brief to 01/10/2025.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk