# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## NOTICE REGARDING CONFLICT WITH PROPOSED ARGUMENT DATES

No. 24-1886     Caption: Kimberly Lafave v. County of Fairfax, Virginia

---

Argument Session For Which You Are Scheduled: May 6-9, 2025

Dates You Are Available To Argue in the Session (if any):

May 6 & 7, 2025

Identify Any Other Cases You Are Tentatively Scheduled To Argue this Session:



Other Relevant Information:



Party(ies) You Represent:

Kimberly Lafave, Glenn Taubman, Robert Holzhauer

---

2/5/2025                                           /s/ Stephen P. Halbrook

Date                                                                     Counsel Signature

11/29/2021 SCC